**DESIGNATION OF AGENT FOR SERVICE UNDER LOCAL CIVIL RULE 101.1(f)**

In accordance with Local Civil Rule 101.1(f), the undersigned hereby makes the following designation for the receipt of service of all notices or papers in this action at the following address:

> United States Attorney's Office
> District of New Jersey
> Attention: J. Andrew Ruymann
> Assistant U.S. Attorney
> 402 East State Street, Room 430
> Trenton, NJ 08608

DATED:   March 21st, 2024

Respectfully submitted,

s/ J. Andrew Ruymann
By: J. ANDREW RUYMANN
Assistant United States Attorney
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: 609-989-0563
Email: John.Ruymann@usdoj.gov

s/ Jonathan Lasken
By: JONATHAN LASKEN
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
Telephone: 202-598-6517
Email: Jonathan.Lasken@usdoj.gov

Attorneys for the United States