AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey                                    .

Date:     03/28/2024

*Isabella Pitt*
*Attorney's signature*

Isabella R. Pitt #071002013
*Printed name and bar number*

New Jersey Division of Law
124 Halsey Street
Newark, New Jersey 07101
*Address*

Isabella.Pitt@law.njoag.gov
*E-mail address*

(201) 912-7444
*Telephone number*

*FAX number*