AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey

Date:   03/28/2024

*Attorney's signature*

Andrew F. Esoldi, No. 326042020
*Printed name and bar number*

124 Halsey Street, Fifth Floor
Newark, NJ 07102
*Address*

andrew.esoldi@law.njoag.gov
*E-mail address*

(973) 648-3070
*Telephone number*

(973) 648-6835
*FAX number*