

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

April 1, 2024

**VIA ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** ***United States, et al. v. Apple Inc.***
> **Case No. 2:24-cv-04055**
> ***Pro Hac Vice*** **Admissions Application on Consent**

Dear Judge Wettre:

This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff the State of New Jersey ("New Jersey") in the above-captioned matter. This correspondence is respectfully submitted, in lieu of a notice of motion, in accordance with Your Honor's judicial preferences, in support of New Jersey's application for an Order admitting *pro hac vice* counsel for Plaintiff-States Arizona, California, Connecticut, the District of Columbia, Maine, Michigan, Minnesota, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, and Wisconsin (collectively, "Plaintiff-States"). Defendant Apple Inc. consents to the *pro hac vice* admission of counsel for Plaintiff-States.

In support of New Jersey's application, enclosed please find the Certification of Isabella R. Pitt, Deputy Attorney General/Assistant Section Chief of Antitrust, and the certifications of counsel seeking *pro hac vice* admission to represent the respective Plaintiff-States. Also enclosed, please find a proposed Order for Your Honor's consideration.

April 1, 2024
Page 2

As set forth more fully in the enclosed certifications, pursuant to Local Rule 101.1(c), New Jersey will appear in this action, including in all court appearances, on behalf of Plaintiff-States, accept service of all court filings, and otherwise serve as local counsel. Each attorney seeking *pro hac vice* admission to represent their respective Plaintiff-State has advised me that they are members in good standing of the bars to which they are admitted, specialize in the field of antitrust law, and are familiar with the facts of the case, issues, and pleadings. For these reasons, it is respectfully submitted that good cause exists for *pro hac vice* admission of counsel for Plaintiff-States.

New Jersey respectfully requests that Your Honor enter an Order admitting counsel to represent the respective Plaintiff-States pursuant to Local Civil Rule 101.1(c).

Your Honor's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: *Isabella Pitt*
Isabella R. Pitt
Deputy Attorney General
Assistant Section Chief, Antitrust
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey
Telephone: (973) 877-1280
Isabella.Pitt@law.njoag.gov

Encls.
c: All Counsel of Record (via ECF)