## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF SAIVIGNESH "VINNY" VENKAT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Saivignesh "Vinny" Venkat, of full age, hereby certify as follows:

1.      I am an attorney at law of Arizona and an Assistant Attorney General with the State of Arizona ("AZ"), with offices located at 2005 N. Central Ave, Phoenix, AZ 85004.  I represent AZ, by and through the Attorney General Kristen K. Mayes, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing AZ in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Arizona, with an admission year of 2023.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

State Bar of Arizona, 4201 N. 24th St. Ste. 100, Phoenix, AZ 85016.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing AZ in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

KRISTEN K. MAYES
ATTORNEY GENERAL OF ARIZONA

SAIVIGNESH "VINNY" VENKAT

Dated:  March 25, 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| | **CERTIFICATION OF BRIAN WANG** |
| vs. | **IN SUPPORT OF MOTION FOR** |
| | **ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Brian Wang, of full age, hereby certify as follows:

1.      I am an attorney at law of California and a Deputy Attorney General with the Office of the Attorney General, California Department of Justice ("California"), with offices located at 455 Golden Gate Ave., Suite 11000, San Francisco, CA, 94102.  I represent California, by and through the Attorney General Rob Bonta, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing California in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of California (2012).  The name and address of the office maintaining the roll of members of the bar in this jurisdiction is as follows:

**State Bar of California**
**180 Howard St.**
**San Francisco, CA 94105**
https://apps.calbar.ca.gov/attorney/LicenseeSearch/

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing California in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA

_____
Brian Wang

Dated:  March 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF CARI JEFFRIES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Cari Jeffries, of full age, hereby certify as follows:

1.      I am an attorney at law of California and the District of Columbia and a Deputy Attorney General with the Office of the Attorney General, California Department of Justice ("California"), with offices located at 455 Golden Gate Ave., Suite 11000, San Francisco, CA, 94102.  I represent California, by and through the Attorney General Rob Bonta, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing California in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of California (2017) and the District of Columbia (2018).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

**State Bar of California**
**180 Howard St.**
**San Francisco, CA 94105**
https://apps.calbar.ca.gov/
attorney/LicenseeSearch/

**The District of Columbia Bar**
**901 4th Street, NW**
**Washington, DC 20001**
https://my.dcbar.org/
memberdirectory

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing California in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA


_____
Cari Jeffries

Dated:  March 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF ROBERT McNARY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Robert McNary, of full age, hereby certify as follows:

1.      I am an attorney at law of California and New York and a Deputy Attorney General with the Office of the Attorney General, California Department of Justice ("California"), with offices located at 455 Golden Gate Ave., Suite 11000, San Francisco, CA, 94102.  I represent California, by and through the Attorney General Rob Bonta, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing California in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of California (2007) and New York (2009).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

**State Bar of California
180 Howard St.
San Francisco, CA 94105**
https://apps.calbar.ca.gov/
attorney/LicenseeSearch/

**New York State Unified Court System
Office of Court Administration
Attorney Registration Unit
25 Beaver Street, Room 840
New York, NY 10004**
https://iapps.courts.state.ny.us/
attorneyservices/

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing California in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA

Robert McNary

Dated: March 22, 2024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF RAHUL A. DARWAR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Rahul A. Darwar, of full age, hereby certify as follows:

1.      I am an attorney at law of Connecticut and an Assistant Attorney General with the State of Connecticut Office of the Attorney General ("State of Connecticut"), with offices located at 165 Capitol Avenue, Hartford, CT 06106. I represent the State of Connecticut, by and through the Attorney General William Tong, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Connecticut in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of Minnesota since 2022, and Connecticut since 2023. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Minnesota Supreme Court

Lawyer Registration Office

25 Rev. Dr. Martin Luther King Jr. Blvd., Suite 110

Paul, MN 55155

State of Connecticut

Statewide Grievance Committee

999 Asylum Avenue

Fifth Floor

Hartford, CT 06105

3.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.    I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.    As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.    In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.    I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey

Court Rule 1:21-7 concerning contingent fees.

        8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing the State of Connecticut in this matter.

        I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


RAHUL A. DARWAR
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: rahul.darwar@ct.gov


Dated:  March 26, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF NICOLE DEMERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Nicole Demers, of full age, hereby certify as follows:

1.      I am an attorney at law of Connecticut and a Deputy Associate Attorney General with the State of Connecticut Office of the Attorney General ("State of Connecticut"), with offices located at 165 Capitol Avenue, Hartford, CT 06106. I represent the State of Connecticut, by and through the Attorney General William Tong, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Connecticut in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of Connecticut since 2005 and New York since 2007. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

State of Connecticut

Statewide Grievance Committee

999 Asylum Avenue

Fifth Floor

Hartford, CT 06105

New York State Unified Court System

Office of Court Administration

Attorney Registration Unit

25 Beaver Street - Room 840

New York, NY 10004

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.     I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Connecticut in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

NICOLE DEMERS
Deputy Associate Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5030
Email: nicole.demers@ct.gov

Dated:  March 26, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF ELIZABETH ARTHUR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Elizabeth Arthur, of full age, hereby certify as follows:

1.      I am an attorney at law of The District of Columbia and an Assistant Attorney General with the District of Columbia ("DC"), with offices located at 600 4th St NW, Washington DC, 20001. I represent DC, by and through the Attorney General Brian Schwalb, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.   This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing DC in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of Washington, DC (2018) and Florida (1993). The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

District of Columbia Bar
901 4th Street, NW
Washington, DC 20001

The Florida Bar
651 E Jefferson St
Tallahassee, FL 32399

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing DC in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BRIAN SCHWALB
ATTORNEY GENERAL FOR THE DISTRICT OF
COLUMBIA

ELIZABETH G. ARTHUR
Assistant Attorney General
Public Advocacy Division
400 6th Street NW, 10th Floor
Washington, D. C. 20001
Elizabeth.arthur@dc.gov
Attorney for Plaintiff State the District of Columbia

Dated:  March 25th, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF CHRISTINA M. MOYLAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Christina M. Moylan, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Maine and an Assistant Attorney General with the State of Maine ("Maine") Attorney General's Office, with offices located at 6 State House Station, Augusta, Maine 04333-0006.  I represent Maine, by and through its Attorney General Aaron M. Frey, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Maine in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Maine (1990), the United States District Court, District of Maine (1991), and the United States Court of Appeals for the First Circuit (2021).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Maine Board of Overseers of the Bar
P.O. Box 527
Augusta, ME 04332-0527

U.S. District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac vice*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac vice* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey

Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing Maine in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  March 25, 2024

_____
CHRISTINA M. MOYLAN
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **CERTIFICATION OF MICHAEL DEVINE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael Devine, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Maine and an Assistant Attorney General with the Maine Attorney General's Office, with offices located at 6 State House Station, Augusta, Maine 04333-0006.  I represent the State of Maine, by and through its Attorney General, Aaron M. Frey, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Maine in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Maine (2012) and the United States District Court, District of Maine (2018).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

> Maine Board of Overseers of the Bar
> P.O. Box 527
> Augusta, ME 04332-0527

> U.S. District Court, District of Maine
> Edward T. Gignoux U.S. Courthouse
> 156 Federal Street

Portland, ME 04101

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac vice*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac vice* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Maine in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  March 26, 2024

_____
Michael Devine
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333-0006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF JONATHAN COMISH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Jonathan S. Comish, of full age, hereby certify as follows:

1.      I am an attorney licensed in the State of Michigan and an Assistant Attorney General with the Michigan Department of Attorney General ("MDAG"), with offices located at 525 W. Ottawa Street, Lansing, MI 48909.  I represent the State of Michigan, by and through the Michigan Attorney General Dana Nessel, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Michigan in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of U.S. District Court for the Eastern District of Michigan since July 12, 2023, the U.S. District Court for the Western District of Michigan since April 25, 2023, and the state bars of Michigan since November of 2022 and South Carolina since November 2014.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

U.S. District Court

U.S. District Court

Eastern District of Michigan

Western District of Michigan

231 W. Lafayette Blvd.

110 Michigan St., NW

Detroit, MI  48226

Grand Rapids, MI  49503


Michigan Supreme Court

South Carolina Supreme Court

925 W. Ottawa St.

1231 Gervais St

Lansing, MI  48915

Columbia, SC 29201


     3.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac vice* admission.

     4.     I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

     5.     As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

     6.     In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

     7.     I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Michigan in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DANA NESSEL
ATTORNEY GENERAL OF MICHIGAN

_____
Jonathan S. Comish
Assistant Attorney General
State of Michigan
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
Comishj@michigan.gov
(517) 335-7632

Dated:  March 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **CERTIFICATION OF JASON EVANS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jason Evans, of full age, hereby certify as follows:

1.     I am an attorney licensed in the State of Michigan and an Assistant Attorney General with the Michigan Department of Attorney General, with offices located at 525 W. Ottawa Street, Lansing, Michigan, 48933. I represent the State of Michigan, by and through the Michigan Attorney General Dana Nessel, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Michigan in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.     I am a member in good standing of the State Bar of Michigan, being admitted on November 26, 2003. The name and address of the office maintaining the roll of members of the bar in this jurisdiction is as follows: State Bar of Michigan, 306 Townsend St, Lansing, Michigan, 48933-2012. I am also a member in good standing of the bars of U.S. District Court, Eastern District of Michigan since July 5, 2005; U.S. District Court, Western District of Michigan since June 7, 2005; and the 6th Circuit Court of Appeals since June 3, 2005. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

U.S. District Court                    U.S. District Court
Eastern District of Michigan           Western District of Michigan
231 W. Lafayette Blvd.                 110 Michigan St., NW
Detroit, MI  48226                     Grand Rapids, MI  49503

6th Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202

  3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

  4. I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

  5. As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

  6. In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

  7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey

Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing the State of Michigan in this matter.

I certify that the foregoing statements by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

DANA NESSEL
ATTORNEY GENERAL OF MICHIGAN

Dated:  March 26, 2024

Jason R. Evans (P61567)
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI  48909
517-335-7632
EvansJ@michigan.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | **CERTIFICATION OF SCOTT A.** |
| vs. | **MERTENS IN SUPPORT OF MOTION** |
|  | **FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., |  |
| Defendant. |  |

I, Scott A. Mertens, of full age, hereby certify as follows:

1.        I am an attorney at law of the State of Michigan and an Assistant Attorney General with the State of Michigan ("MI"), with offices located at 525 W. Ottawa St., P.O. Box 30736, Lansing, MI  48909.  I represent MI, by and through Attorney General Dana Nessel, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing MI in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.        I am a member in good standing of the bars of U.S. District Court, Eastern District of Michigan since February 19, 2003; U.S. District Court, Western District of Michigan since October 6, 2004; Michigan Supreme Court since November 13, 2020; 6th Circuit Court of Appeals since March 3, 2008; and the D.C. Circuit Court of Appeals since March 1, 2019.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

U.S. District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI  48226

U.S. District Court
Western District of Michigan
110 Michigan St., NW
Grand Rapids, MI  49503

Michigan Supreme Court
925 W. Ottawa St.
Lansing, MI  48915

6th Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202

United States Court of Appeals
District of Columbia Circuit
E. Barrett Pettyman U.S. Courthouse
  and William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC  20001

3.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.     As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.     In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing MI in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DANA NESSEL
ATTORNEY GENERAL OF MICHIGAN


_____
Scott A. Mertens (P60069)
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI  48909
(517) 335-7632
MertensS@michigan.gov

Dated:  March 25, 2024

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF LEANN SCOTT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, LeAnn Scott, of full age, hereby certify as follows:

1.      I am an attorney licensed in the State of Michigan and an Assistant Attorney General with the Michigan Department of Attorney General, with offices located at 525 W. Ottawa Street, Lansing, MI 48909.  I represent the State of Michigan, by and through the Michigan Attorney General Dana Nessel, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Michigan in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the U.S. District Court, Eastern District of Michigan since March 9, 2020; State Bar of Michigan, being admitted on January 21, 2020.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

State Bar of Michigan
306 Townsend Street
Lansing, Michigan, 48933-2012
U.S. District Court

Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI  48226

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac vice* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Michigan in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DANA NESSEL
ATTORNEY GENERAL OF MICHIGAN

Dated:  March 25, 2024

_____

LeAnn D. Scott
Assistant Attorney General
State of Michigan
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
Scottl21@michigan.gov
(517) 335-7632

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Case No. 2:24-cv-04055

UNITED STATES OF AMERICA, et al.,

　　　　　Plaintiffs,

　　vs.

APPLE INC.,

　　　　　Defendant.

**CERTIFICATION OF ERIN CONTI**
**IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

I, Erin E. Conti, of full age, hereby certify as follows:

1.　　　I am an attorney at law of Minnesota and an Assistant Attorney General with the Minnesota Attorney General's Office ("MN"), with offices located at 445 Minnesota Street, St. Paul, MN 55101. I represent MN, by and through the Attorney General Keith Ellison, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing MN in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.　　　I am a member in good standing of the bar of Minnesota (admitted in 2013). The name and address of the office maintaining the roll of members of the bar in this jurisdiction is as follows: the Minnesota Lawyer Registration Office, 25 Rev. Dr. Martin Luther King Jr. Boulevard, Suite 2110, Saint Paul, Minnesota 55115.

3.　　　No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1). Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated. I agree to comply with the requirements of Local Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing MN in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sincerely,

ERIN E. CONTI
Assistant Attorney General

(651) 583-7750 (Voice)
(651) 296-7438 (Fax)
erin.conti@ag.state.mn.us

*Attorney for State of Minnesota*

Dated:  March 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF ELIZABETH ODETTE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Elizabeth Odette, of full age, hereby certify as follows:

1.     I am an attorney at law of Minnesota and an Assistant Attorney General with the Minnesota Attorney General's Office ("MN"), with offices located at 445 Minnesota Street, St. Paul, MN 55101. I represent Minnesota, by and through the Attorney General Keith Ellison, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Minnesota in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.     I am a member in good standing of the bars of Minnesota since October 2004 and the Eastern District of Wisconsin since December 2013. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows: 25 Rev. Dr. Martin Luther King Jr. Boulevard, Suite 2110, Saint Paul, Minnesota 55115 and 517 E. Wisconsin Ave. Rm. 362, Milwaukee, WI 53202

3.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am

aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Minnesota in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

ELIZABETH ODETTE
ASSISTANT ATTORNEY GENERAL OF MINNESOTA

Sincerely,

ELIZABETH ODETTE
Assistant Attorney General

(651) 757-1028 (Voice)
(651) 296-7438 (Fax)
elizabeth.odette@ag.state.mn.us

*Attorney for State of Minnesota*

Dated:  March 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| | **CERTIFICATION OF JUSTIN MOOR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| vs. | |
| APPLE INC., | |
| Defendant. | |

I, Justin Moor, of full age, hereby certify as follows:

1.      I am an attorney at law of Minnesota and an Assistant Attorney General with the Minnesota Attorney General's Office ("MN"), with offices located at 445 Minnesota Street, St. Paul, MN 55101.  I represent MN, by and through the Attorney General Keith Ellison Keith Ellison, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing MN in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of Minnesota (admitted 2015) and the District of Minnesota (admitted 2018).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows: 25 Rev. Dr. Martin Luther King Jr. Boulevard, Suite 2110, Saint Paul, Minnesota 55115, and Warren E. Burger Federal Building and US Courthouse, 316 North Robert Street – Suite 100, St. Paul, MN 55101.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am

aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Minnesota in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JUSTIN MOOR
ASSISTANT ATTORNEY GENERAL OF MINNESOTA

Sincerely,

JUSTIN A. MOOR
Assistant Attorney General

(651) 757-1060 (Voice)
(651) 296-7438 (Fax)
justin.moor@ag.state.mn.us

*Attorney for State of Minnesota*

Dated:  March 22, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| | **CERTIFICATION OF CHRISTOPHER G. LINDBLAD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| vs. | |
| APPLE INC., | |
| Defendant. | |

I, Christopher G. Lindblad, of full age, hereby certify as follows:

1.     I am an attorney at law licensed to practice in the State of North Dakota. I am an Assistant Attorney General with the Office of Attorney General for the State of North Dakota ("State of North Dakota"), with offices located at 1720 Burlington Drive, Suite C, Bismarck, ND 58504-7736. I represent the State of North Dakota, by and through the Attorney General Drew H. Wrigley, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of North Dakota in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.     I am a member in good standing of the bars of the State of North Dakota (since September 2008) and the United States District Court for the District of North Dakota (since December 2011). The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

State Board of Law Examiners
600 E. Boulevard Ave.
Bismarck, ND 58505-0530

Clerk of Court
United States District Court
220 E. Rosser Ave., Ste. 476
P.O. Box 1193
Bismarck, ND 58501

3.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.     I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.     As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.     In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.     I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.    I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of North Dakota in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DREW H. WRIGLEY
Attorney General
State of North Dakota

Christopher G. Lindblad
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone 701-328-5570
clindblad@nd.gov

Dated:  March 22, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF ELIN S. ALM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Elin S. Alm, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of North Dakota and an Assistant Attorney General with the Office of Attorney General for the State of North Dakota ("State of North Dakota"), with offices located at 1720 Burlington Drive, Suite C, Bismarck, ND 58504-7736.  I represent the State of North Dakota, by and through the Attorney General, Drew H. Wrigley, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of North Dakota in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the Supreme Court of the State of North Dakota, admitted October 6, 2003, the United States District Court for the District of North Dakota, admitted October 14, 2003, and the United States Court of Appeal for the District of Columbia Circuit, admitted February 21, 2024.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

State Board of Law Examiners
600 E. Boulevard Ave.
Bismarck, ND 58505-0530

Clerk of Court
United States District Court
220 E. Rosser Ave., Ste. 476
P.O. Box 1193
Bismarck, ND 58501

United States Court of Appeals
District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001-2866

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as

counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey

Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing the State of North Dakota in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

DREW H. WRIGLEY
Attorney General
State of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone 701-328-5570
ealm@nd.gov

Dated:  March 22, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF ALEXANDRA C. SOSNOWSKI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Alexandra C. Sosnowski, of full age, hereby certify as follows:

1.      I am an attorney at law in New Hampshire and an Assistant Attorney General with the State of New Hampshire, with an office located at One Granite Place South, Concord NH 03301.  I represent the State of New Hampshire, by and through the Attorney General, John M. Formella, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of New Hampshire in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of New Hampshire since 2017.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

New Hampshire Bar Association

2 Pillsbury St. #300

Concord, NH 03301

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of New Hampshire in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JOHN M. FORMELLA
ATTORNEY GENERAL OF NEW HAMPSHIRE

_____
Alexandra C. Sosnowski
Assistant Attorney General
Consumer Protection and Antitrust Bureau
Department of Justice | Office of the Attorney General
One Granite Place South
Concord, New Hampshire 03301
Direct Line: 603-271-2678

Dated:  March 26, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF ELINOR R. HOFFMANN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, ELINOR R. HOFFMANN, of full age, hereby certify as follows:

1.       I am an attorney at law in New York State and the Bureau Chief of the Antitrust Bureau of the New York State Office of the Attorney General ("NY"), with offices located at 28 Liberty Street, New York, New York 10005.  I represent NY, by and through the Attorney General Letitia James, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing NY in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.       I am a member in good standing of the bars of the State of New York (1978). My bar number is: 1350453.

3.       The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

New York State Office of Court Administration

Attorney Registration Unit

PO Box 2806, Church Street Station

New York, NY 10008

4.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

5.     I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

6.     As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

7.     In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

8.     I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

9.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing NY in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK


ELINOR R. HOFFMANN
Bureau Chief, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

Dated:  March 27, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF AMY MCFARLANE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, AMY MCFARLANE, of full age, hereby certify as follows:

1.     I am an attorney at law in New York State and the Deputy Bureau Chief of the Antitrust Bureau of the New York State Office of the Attorney General ("NY"), with offices located at 28 Liberty Street, New York, New York 10005.  I represent NY, by and through the Attorney General Letitia James, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing NY in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.     I am a member in good standing of the bars of the State of New York (2008) and California (2003). My bar number for New York is: 4629879. My bar number for California is: 229214.

3.     The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

New York State Office of Court Administration

Attorney Registration Unit

PO Box 2806, Church Street Station

New York, NY 10008


State Bar of California

180 Howard Street

San Francisco, CA 94105


4.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

5.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

6.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

7.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

8.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

9.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing NY in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK


AMY MCFARLANE
Deputy Bureau Chief, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

Dated:  March 27, 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **CERTIFICATION OF** <br> **BRYAN BLOOM** <br> **IN SUPPORT OF MOTION FOR** <br> **ADMISSION *PRO HAC VICE*** |

I, BRYAN BLOOM, of full age, hereby certify as follows:

1.      I am an attorney at law in New York State and the Senior Enforcement Counsel of the Antitrust Bureau of the New York State Office of the Attorney General ("NY"), with offices located at 28 Liberty Street, New York, New York 10005.  I represent NY, by and through the Attorney General Letitia James, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing NY in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of New York (2008). My bar number is: 4565834.

3.      The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

New York State Office of Court Administration

Attorney Registration Unit

PO Box 2806, Church Street Station

New York, NY 10008

4.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

5.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

6.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

7.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

8.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

9.       I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing NY in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK


BRYAN BLOOM
Senior Enforcement Counsel, Antitrust Bureau
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

Dated:  March 27, 2024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |
|---|
| UNITED STATES OF AMERICA, et al., |
| Plaintiffs, |
| vs. |
| APPLE INC., |
| Defendant. |

Case No. 2:24-cv-04055

**CERTIFICATION OF CALEB J. SMITH**
**IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE***

I, Caleb J. Smith, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Oklahoma ("OK") and an Assistant Attorney General at the Office of the Oklahoma Attorney General, with offices located at 313 NE 21st St., Oklahoma City, OK 73105, and 15 W 6th St., Suite 1000, Tulsa, OK 74119. I represent OK, by and through the Attorney General Gentner Drummond, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing OK in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Oklahoma (2019). The names and addresses of the offices maintaining the roll of members of the bar in that jurisdiction is as follows: Oklahoma Bar Association, 1901 N Lincoln Blvd., Oklahoma City, OK 73105.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing OK in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GENTNER DRUMMOND
ATTORNEY GENERAL OF OKLAHOMA

Caleb J. Smith, OBA No. 33613
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street
Suite 1000
Tulsa, OK 74119
Tel. (918) 581-2230
Fax (918) 938-6348
Email: caleb.smith@oag.ok.gov

Dated:  March 26, 2024

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **CERTIFICATION OF <br> TIMOTHY D. SMITH <br> IN SUPPORT OF MOTION FOR <br> ADMISSION *PRO HAC VICE*** |

I, Timothy D. Smith, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Oregon and a Senior Assistant Attorney General with the Antitrust and False Claims Unit of the Oregon Department of Justice, with offices located at 100 SW Market Street, Portland, OR 97201. I represent the State of Oregon, by and through the Attorney General Ellen Rosenblum, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Oregon in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Oregon (admitted 1991) and the State of Washington (admitted 2012).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Oregon State Bar Center
PO Box 231935
Tigard, OR 97224
https://www.osbar.org/index.html

Washington State Bar Association
1325 Fourth Ave., Suite 600
Seattle, WA 98101-2539
https://www.wsba.org/about-wsba/contact-us

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Oregon in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ELLEN F. ROSENBLUM
Attorney General of Oregon

TIMOTHY D. SMITH
Senior Assistant Attorney General
Antitrust and False Claims Unit
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 503-934-4400
Email: tim.smith@doj.state.or.us

Dated:  March 22, 2024

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | **CERTIFICATION OF** |
| vs. | **JOHN DAVID MCDOWELL IN** |
|  | **SUPPORT OF MOTION FOR** |
| APPLE INC., | **ADMISSION *PRO HAC VICE*** |
| Defendant. |  |

I, John David McDowell, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Tennessee and a Deputy Attorney General with the Tennessee Attorney General's Office with offices located at 500 Dr. Martin Luther King Boulevard, Nashville, Tennessee, 37219.  I represent the State of Tennessee, by and through the Attorney General Jonathan Skrmetti, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Tennessee in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of the State of Tennessee.  The name and address of the office maintaining the roll of members of the bar in this jurisdiction are as follows:

-      TN Bar ID #024588 (2005) – Board of Professional Responsibility of the Supreme Court of Tennessee, 10 Cadillac Dr. Ste. 220, Brentwood, TN, 37027.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am

aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Tennessee in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JONATHAN SKRMETTI
TENNESSEE ATTORNEY GENERAL AND REPORTER


John David McDowell, Deputy Attorney General
(TN BPR#024588)
P.O. Box 20207
Nashville, Tennessee, 27202
615-741-7663
David.McDowell@ag.tn.gov

Dated:  March 25, 2024

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | **CERTIFICATION OF SCOTT ETHAN BOWERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| vs. | |
| APPLE INC., | |
| Defendant. | |

I, Scott Ethan Bowers of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Tennessee and a Senior Assistant Attorney General with the Tennessee Attorney General's Office with offices located at 500 Dr. Martin Luther King Boulevard, Nashville, Tennessee, 37219. I represent the State of Tennessee, by and through the Attorney General Jonathan Skrmetti, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Tennessee in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Tennessee and the State of New York. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

-   TN Bar ID #038760 (2021) – Tennessee Board of Professional Responsibility, 10 Cadillac Dr. Ste. 220, Brentwood, TN, 37027

-   NY Bar ID #4357620 (2005) – New York State Unified Court System, 25 Beaver St., New York, NY, 10004

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Tennessee in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JONATHAN SKRMETTI
TENNESSEE ATTORNEY GENERAL


Scott Ethan Bowers, Senior Assistant Attorney General
(TN BPR#038760)
P.O. Box 20207
Nashville, Tennessee, 27202
615-837-5582
Ethan.bowers@ag.tn.gov

Dated:  March 24, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 2:24-cv-04055<br><br>**CERTIFICATION OF<br>AUSTIN CHARLES OSTIGUY IN<br>SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

I, Austin Charles Ostiguy, of full age, hereby certify as follows:

1. I am an attorney at law of the State of Tennessee and an Assistant Attorney General with the Tennessee Attorney General's Office with offices located at 500 Dr. Martin Luther King Boulevard, Nashville, Tennessee, 37219.  I represent the State of Tennessee, by and through the Attorney General Jonathan Skrmetti, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Tennessee in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2. I am a member in good standing of the bar of the State of Tennessee.  The name and address of the office maintaining the roll of members of the bar in this jurisdiction are as follows:

- TN Bar ID #040301 (2022) – Board of Professional Responsibility of the Supreme Court of Tennessee, 10 Cadillac Dr. Ste. 220, Brentwood, TN, 37027.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am

1

aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.     I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.     As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.     In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.     I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.     I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Tennessee in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JONATHAN SKRMETTI
TENNESSEE ATTORNEY GENERAL AND REPORTER


Austin Charles Ostiguy, Assistant Attorney General
(TN BPR #040301)
P.O. Box 20207
Nashville, Tennessee, 27202
615-532-7271
Austin.Ostiguy@ag.tn.gov

Dated:  March 25, 2024

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF HAMILTON MCCLAIN MILWEE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Hamilton McClain Milwee, of full age, hereby certify as follows:

1.       I am an attorney at law of the State of Tennessee and an Assistant Attorney General with the Tennessee Attorney General's Office with offices located at 500 Dr. Martin Luther King Boulevard, Nashville, Tennessee, 37219.  I represent the State of Tennessee, by and through the Attorney General Jonathan Skrmetti, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Tennessee in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.       I am a member in good standing of the bar of the State of Tennessee.  The name and address of the office maintaining the roll of members of the bar in this jurisdiction are as follows:

-     TN Bar ID #038795 (2021) – Board of Professional Responsibility of the Supreme Court of Tennessee, 10 Cadillac Dr. Ste. 220, Brentwood, TN, 37027.

3.       No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am

1

aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Tennessee in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JONATHAN SKRMETTI
TENNESSEE ATTORNEY GENERAL AND REPORTER


Hamilton McClain Milwee, Assistant Attorney General
(TN BPR#038795)
P.O. Box 20207
Nashville, Tennessee, 27202
615-770-1714
Hamilton.Milwee@ag.tn.gov

Dated:  March 25, 2024

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

vs.

APPLE INC.,

Defendant.

Case No. 2:24-cv-04055

**CERTIFICATION OF JILL S. ABRAMS
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

I, Jill S. Abrams, of full age, hereby certify as follows:

1.      I am an attorney at law in Vermont and Director of the Consumer Protection and Antitrust Unit of the Vermont Attorney General's Office, with offices located at 109 State Street, Montpelier, VT 05609. I represent the State of Vermont ("Vermont"), by and through the Attorney General Charity R. Clark, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Vermont in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the states of New York and Vermont, to which I was admitted on October 4, 1982 and September 18, 2012, respectively. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

New York: NYS Office of Court Administration, Attorney Registration Unit, 25 Beaver Street, Room 840, New York, NY 10004.

Vermont: Office of Attorney Licensing, Costello Courthouse, 32 Cherry Street, Suite 213, Burlington VT 05401.

I was also admitted to practice in the United States Courts for the Southern and Eastern Districts of New York in 1983, and in the District of Vermont in 2012.

3.        No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.        I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.        As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.        In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.        I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.     I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Vermont in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CHARITY R. CLARK
ATTORNEY GENERAL OF VERMONT

Jill S. Abrams
Director, Consumer and Antitrust Unit
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609

Dated:  March 28, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF GWENDOLYN J. LINDSAY COOLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Gwendolyn J. Lindsay Cooley, hereby certify as follows:

1.      I am an attorney at law in Wisconsin and an Assistant Attorney General with the State of Wisconsin, with offices located at 17 West Main Street, Madison Wisconsin. I represent Wisconsin, by and through Attorney General Joshua L. Kaul, in antitrust enforcement actions. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Wisconsin in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Wisconsin Supreme Court and have been since 2005. The Clerk of the Wisconsin Supreme Court maintains the roll of members of the bar and may be contacted at: Clerk of the Supreme Court, PO Box 1688, Madison, WI 53701-1688.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Wisconsin in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

JOSHUA L. KAUL
ATTORNEY GENERAL OF THE STATE OF WISCONSIN

Gwendolyn J. Lindsay Cooley
Assistant Attorney General for Antitrust
Wisconsin Bar Number 1053856
17 West Main Street
Madison, Wisconsin 53703
608 261-5810
608 267-2778
antitrust@doj.state.wi.us


Dated:  March 27, 2024