# **EXHIBIT A**

| Plaintiff-State | Counsel Seeking *Pro Hac Vice* Admission |
|---|---|
| Arizona | Saivignesh "Vinny" Venkat |
| California | Brian Wang |
| | Cari Jeffries |
| | Robert McNary |
| Connecticut | Rahul A. Darwar |
| | Nicole Demers |
| District of Columbia | Elizabeth G. Arthur |
| Maine | Christina M. Moylan |
| | Michael Devine |
| Michigan | Jonathan S. Comish |
| | Jason R. Evans |
| | Scott A. Mertens |
| | Leann D. Scott |
| Minnesota | Erin Conti |
| | Elizabeth Odette |
| | Justin Moor |
| North Dakota | Christopher G. Lindblad |
| | Elin S. Alm |
| New Hampshire | Alexandra C. Sosnowski |

| New York  | Elinor R. Hoffman             |
|           | Amy McFarlane                 |
|           | Bryan Bloom                   |
| Oklahoma  | Caleb J. Smith                |
| Oregon    | Timothy D. Smith              |
| Tennessee | John David McDowell           |
|           | Scott Ethan Bowers            |
|           | Austin C. Ostiguy             |
|           | Hamilton M. Millwee           |
| Vermont   | Jill Abrams                   |
| Wisconsin | Gwendolyn J. Lindsay Cooley   |