Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:24-cv-04055<br>(JXN-LDW)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To:   Melissa E. Rhoads, Clerk
    United States District Court for the District of New Jersey
    50 Walnut Street
    Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Defendant Apple Inc. and requests that copies of all papers in this action be served upon the undersigned.

　　　　　　　　　　　　　　　　　　　　WALSH PIZZI O'REILLY FALANGA LLP

Dated: April 15, 2024　　　　　　　　By:   *s/Liza M. Walsh*
　　　　　　　　　　　　　　　　　　　　　　　Liza M. Walsh