Liza M. Walsh
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorney for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　*Defendant*. | Case No. 2:24-cv-04055<br><br>**DECLARATION OF<br>K. WINN ALLEN, P.C. IN SUPPORT<br>OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, K. Winn Allen, P.C., of full age, hereby certify:

1.　I am a partner with the law firm of Kirkland & Ellis LLP, attorneys for Defendant Apple Inc. in this matter. I respectfully submit this Declaration in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2.　I was admitted to the bar of the State of Georgia in 2010. The office maintaining the roll of members for the Georgia State bar is the State Bar of Georgia, Membership Department, 104 Marietta St., NW, Suite 100, Atlanta, GA 30303.

3.　I was admitted to the bar of the District of Columbia in 2011. The office maintaining the roll of members for the District of Columbia Bar, 901 4th Street, N.W., Washington, DC 20001.

4.  I was admitted to the United States District Court for the Northern District of Georgia in 2011. The office maintaining the roll of members for the United States District Court for the Northern District of Georgia bar is maintained by the Clerk's Office, 2211 U.S. Courthouse, 75 Spring Street, SW, Atlanta, GA 30303.

5.  I was admitted to the bar of the United States District Court for the District of Columbia in 2011. The office maintaining the roll of members for the United States District Court for the District of Columbia bar is the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001.

6.  I was admitted to the bar of the United States Court of Appeals for the Federal Circuit in 2011. The office maintaining the roll of members for the United States Court of Appeals for the Federal Circuit bar is the Office of the Clerk, 717 Madison Place, NW, Room 401, Washington, DC 20439.

7.  I was admitted to the bar of the United States District Court for the Eastern District of Michigan in 2012. The office maintaining the roll of members for the United States District Court for the Eastern District of Michigan is the Clerk's Office, 231 W. Lafayette Blvd., Detroit, MI 48226.

8.  I was admitted to the bar of the United States Court of Appeals for the Third Circuit in 2012. The office maintaining the roll of members for the United States Court of Appeals for the Third Circuit bar is the Office of the Clerk, United States Court of Appeals for the Third Circuit, 21400 United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

9.  I was admitted to the bar of the United States Court of Federal Claims in 2013. The office maintaining the roll of members for the United States Court of Federal Claims bar is

the Clerk, United States Court of Federal Claims, Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20439.

10. I was admitted to the bar of the United States Court of Appeals for the Sixth Circuit in 2013. The office maintaining the roll of members for the United States Court of Appeals for the Sixth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart United States Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202.

11. I was admitted to the bar of the United States Court of Appeals for the D.C. Circuit in 2013. The office maintaining the roll of members for the United States Court of Appeals for the D.C. Circuit bar is the United States Court of Appeals District of Columbia Circuit, 333 Constitution Avenue, NW, Washington, DC 20001.

12. I was admitted to the bar of the Supreme Court of the United States in 2014. The office maintaining the roll of members for the Supreme Court of the United States is the Office of the Clerk, Supreme Court of the United States, 1 First Street, NE, Washington, DC 20543.

13. I was admitted to the bar of the United States Court of Appeals for the Fourth Circuit in 2014. The office maintaining the roll of members for the United States Court of Appeals for the Fourth Circuit bar is the Clerk, United States Court of Appeals, 1100 East Main Street, Suite 501, Richmond, VA 23219.

14. I was admitted to the bar of the United States Court of Appeals for the Ninth Circuit in 2016. The office maintaining the roll of members for the United States Court of Appeals for the Ninth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119.

15. I was admitted to the bar of the United States Court of Appeals for the Eighth Circuit in 2018. The office maintaining the roll of members for the United States Court of Appeals for the Eighth Circuit bar is the Office of the Clerk, Warren E. Burger Federal Building, 316 North Robert Street, Room 500, St. Paul, MN 55101.

16. I was admitted to the bar of the United States Court of Appeals for the Second Circuit in 2018. The office maintaining the roll of members for the United States Court of Appeals for the Second Circuit bar is the Clerk of Court, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

17. I was admitted to the bar of the United States Court of Appeals for the Eleventh Circuit in 2021. The office maintaining the roll of members for the United States Court of Appeals for the Eleventh Circuit bar is the Clerk of Court, United States Court of Appeals for the Eleventh Circuit, 56 Forsyth St., N.W., Atlanta, GA 30303.

18. I am a member in good standing with the following bars: the State of Georgia; the District of Columbia; the United States District Court for the Northern District of Georgia; the United States District Court for the District of Columbia; the United States District Court for the Eastern District of Michigan; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Eighth Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the D.C. Circuit; the United States Court of Appeals for the Federal Circuit; and the United States Court of Federal Claims. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed on me in any

jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

19. I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

20. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the Local Rules of this Court.

21. The issues raised in this litigation involve areas with which I have experience in the law.

22. Pursuant to the rules of this Court, all pleadings submitted on behalf of Defendant in this litigation will be signed by Walsh Pizzi O'Reilly Falanga LLP, attorneys of record for Defendant.

23. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and all other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

24. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

25. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

26. In light of the foregoing, I respectfully request that I be admitted pro hac vice for the purpose of representing Defendant in this matter in association with New Jersey counsel. I

agree to be bound by the rules governing practice in New Jersey Courts as required by Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2024

K. Winn Allen, P.C.