AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:24-cv-04055 |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey   .

Date:   04/17/2024

/s/ Lauren E. Van Driesen
*Attorney's signature*

Lauren E. Van Driesen (201542017)
*Printed name and bar number*

New Jersey Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07102

*Address*

lauren.vandriesen@law.njoag.gov
*E-mail address*

(973) 648-2566
*Telephone number*

*FAX number*