AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| The United States of America, et al. ) | |
| Plaintiff ) | |
| v. ) | Case No. 02:24-cv-04055 |
| Apple, Inc. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America .

Date:  04/17/2024

/ Sean Carman
*Attorney's signature*

Sean Carman (Colorado Bar No. 24654)
*Printed name and bar number*

450 Fifth Street, NW, Suite 8600
Washington, D.C. 20530
*Address*

sean.carman@usdoj.gov
*E-mail address*

(202) 805-8538
*Telephone number*

(202) 616-2441
*FAX number*