AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America  .

Date:  04/17/2024

s/ Andrew L. Kline
*Attorney's signature*

Andrew L. Kline (DC Bar No. 1024954)
*Printed name and bar number*

450 Fifth St., NW, Suite 8600
Washington, DC 20530

*Address*

Andrew.Kline@usdoj.gov
*E-mail address*

(202) 549-6655
*Telephone number*

(202) 616-2441
*FAX number*