AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| United States of America, et al., *Plaintiff* <br> v. <br> Apple Inc. *Defendant* | Case No. 2:24-cv-04055 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 04/17/2024

s/ James Robert Duncan III
*Attorney's signature*

James Robert Duncan III (NY Bar No. 5412176)
*Printed name and bar number*

450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Address*

james.duncan@usdoj.gov
*E-mail address*

(202) 717-2633
*Telephone number*

(202) 616-2441
*FAX number*