AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 4/17/2024

s/ Nolan J. Mayther
*Attorney's signature*

Nolan J. Mayther (CA Bar No. 319471)
*Printed name and bar number*

United States Department of Justice
Antitrust Division 450 Golden Gate Ave. Rm. 10-0101
San Francisco, CA 94102
*Address*

nolan.mayther@usdoj.gov
*E-mail address*

(415) 216-6725
*Telephone number*

(202) 616-2441
*FAX number*