AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| United States of America, et al.<br>*Plaintiff*<br>v.<br>Apple Inc.<br>*Defendant* | )<br>)<br>) Case No. 2:24-cv-04055-JXN-LDW<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 04/17/2024

/s/ Daniel Guarnera
*Attorney's signature*

*Printed name and bar number*
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Address*

daniel.guarnera@usdoj.gov
*E-mail address*

(202) 307-0077
*Telephone number*

(202) 616-2441
*FAX number*