AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 04/17/2024

s/ Micah D. Stein
*Attorney's signature*

Micah D. Stein (DC Bar No. 177063)
*Printed name and bar number*

450 Fifth St. NW, Suite 8600
Washington, DC 20530
*Address*

micah.stein@usdoj.gov
*E-mail address*

(202) 705-2503
*Telephone number*

(202) 616-2441
*FAX number*