AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| United States of America, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   2:24-cv-04055 |
| Apple Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                      .

Date:      04/17/2024

/s/ Lorraine Van Kirk
*Attorney's signature*

Lorraine Van Kirk (CA Bar No. 287192)
*Printed name and bar number*
United States Department of Justice
Antitrust Division
450 Golden Gate Ave. Rm. 10-0101
San Francisco, CA 94102
*Address*

lorraine.vankirk@usdoj.gov
*E-mail address*

(202) 826-8830
*Telephone number*

(202) 616-2441
*FAX number*