AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   04/17/2024

s/ Jennifer Hane
*Attorney's signature*

Jennifer Hane (CA Bar No. 275729)
*Printed name and bar number*

U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
*Address*

Jennifer.Hane@usdoj.gov
*E-mail address*

(415) 934-5300
*Telephone number*

(415) 934-5399
*FAX number*