AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-04055 |
| Apple Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 04/17/2024

/s/ Jeremy C. Keeney
*Attorney's signature*

Jeremy C. Keeney (DC Bar No. 1029015)
*Printed name and bar number*
450 Fifth Street NW, Suite 8600
Washington, DC 20530

*Address*

Jeremy.Keeney@usdoj.gov
*E-mail address*

(202) 372-5922
*Telephone number*

(202) 616-2441
*FAX number*