PHILIP R. SELLINGER
United States Attorney

BY: JEREMY C. KEENEY
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff,* <br><br> v. <br><br> APPLE INC. <br><br> *Defendants.* | Case No. 2:24-cv-04055-JXN-LDW |

### CERTIFICATE OF SERVICE

I hereby certify that a Notice of Appearance and this Certificate of Service were served upon defendant's counsel, Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by electronic mail on April 17, 2024.

/s/ Jeremy C. Keeney
Jeremy C. Keeney
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*