AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America, et al.,  )
Plaintiff                          )
v.                                 )   Case No. 2:24-cv-04055
Apple Inc.                         )
Defendant                          )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 04/17/2024

s/ Pamela Cole
*Attorney's signature*

Pamela Cole (CA Bar No 208286)
*Printed name and bar number*

450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Address*

pam.cole@usdoj.gov
*E-mail address*

(415) 341-5361
*Telephone number*

(202) 616-2441
*FAX number*