## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES, *et al.*,

     *Plaintiffs*,

  v.

APPLE INC.,

     *Defendant*.

Case No. 2:24-cv-04055

### DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apple Inc. in the above-captioned matter makes the following disclosure statement on behalf of Apple Inc:  Apple Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  April 18, 2024

        */s/ Liza M. Walsh*

        Liza M. Walsh
        WALSH PIZZI O'REILLY FALANGA LLP
        Three Gateway Center
        100 Mulberry Street, 15th Floor
        Newark, N.J. 07102
        Tel.: (973) 757-1100

        *Attorney for Defendant Apple Inc.*