| | |
|---|---|
| PHILIP R. SELLINGER<br>United States Attorney<br>J. ANDREW RUYMANN<br>Assistant United States Attorney<br>Chief, Civil Division<br>402 East State Street, Room 430<br>Trenton, New Jersey 08608<br>john.ruymann@usdoj.gov<br>609-989-0563<br>Attorney for Plaintiff United States of America | Document Electronically Filed |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>et al.,<br><br>　　　　*Plaintiffs,*<br>　　v.<br><br>APPLE, INC.,<br><br>　　　　*Defendant.* | Hon. Julien X. Neals<br><br>Civil Action No. 24-4055(JXN) |

NOTICE OF APPEARANCE

The undersigned attorney hereby enters his appearance as counsel for the United States of America.

                        Respectfully submitted,

                        PHILIP R. SELLINGER
                        United States Attorney

                        s/ *J. Andrew Ruymann*

Date: April 18, 2024                By: J. ANDREW RUYMANN
                                          Assistant United States Attorney