PHILIP R. SELLINGER  　　　　　　　　　　　　　　　Document Electronically Filed
United States Attorney
J. ANDREW RUYMANN
Assistant United States Attorney
Chief, Civil Division
402 East State Street, Room 430
Trenton, New Jersey 08608
john.ruymann@usdoj.gov
609-989-0563
Attorney for Plaintiff United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　*Plaintiffs,*<br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　*Defendant.* | Hon. Julien X. Neals<br><br>Civil Action No. 24-4055(JXN) |

CERTIFICATE OF SERVICE

　　　　I hereby certify that, on April 18, 2024, a Notice of Appearance and this Certificate of Service were served upon all appearing counsel via ECF and upon the defendant's counsel, Craig S. Primis, Esq., Devora W. Allon, Esq., and K. Winn Allen, Esq. by mailing same to them, via regular U.S. Mail, at Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, NW, Washington, D.C. 20004.

　　　　　　　　　　　　　　　　　　　　　　s/ *J. Andrew Ruymann*

　　　　　　　　　　　　　　　　　　　　　　J. ANDREW RUYMANN
Date: April 18, 2024　　　　　　　　　　　　Assistant United States Attorney