Case 2:24-cv-04055-JXN-LDW   Document 30   Filed 04/25/24   Page 1 of 2 PageID: 256



**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

April 25, 2024

Honorable Leda Dunn Wettre
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wettre:

The United States writes in response to your request at the April 19, 2024 conference and pursuant to Code of Conduct for United States Judges, Cannon 3(D). The United States appreciates the information provided by Court and the Court's representation that this information does not affect the Court's ability to preside impartially over this matter. Based on the information provided, the United States agrees that disqualification is not required.

Respectfully submitted,

By:  s/ Jonathan Lasken
JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force

PHILIP R. SELLINGER
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

## CERTIFICATE OF SERVICE

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by electronic mail on April 25, 2024.

BY: s/ Jonathan Lasken
JONATHAN LASKEN
Assistant Chief
Civil Conduct Task force
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*