# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **WAIVER OF CONFLICT** |

In a telephone conference with parties to *United States v. Apple*, 24-CV-04055, on April 19, 2024, the Honorable Magistrate Judge Leda Wettre disclosed that a member of her family is employed by Sugar CRM, a firm that does business with defendant Apple.

Plaintiff States of New Jersey, Arizona, California, District of Columbia, Connecticut, Maine, Michigan, Minnesota, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, and Wisconsin, acting by and through their respective Attorneys General, each individually acknowledge and hereby waive any actual or perceived conflict disclosed by Magistrate Judge Wettre during the conference on April 19, 2024, and hereby consent to proceeding before Magistrate Judge Wettre.

April 26, 2024

Respectfully Submitted,

**FOR PLAINTIFF STATES**
MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-3070
Isabella.Pitt@law.njoag.gov
*Attorney for Plaintiff State of New Jersey*

**FOR PLAINTIFF STATE OF NEW JERSEY:**

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: ISABELLA R. PITT
Assistant Section Chief of Antitrust Division

ANDREW F. ESOLDI
LESLIE PRENTICE
LAUREN VAN DRIESEN
Deputy Attorneys General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-3070
Email: Isabella.Pitt@law.njoag.gov
　　　　Andrew.Esoldi@law.njoag.gov
　　　　Leslie.Prentice@law.njoag.gov
　　　　Lauren.VanDriesen@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

**FOR PLAINTIFF STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General of Arizona

By: VINNY VENKAT (*pro hac vice* pending)
Assistant Attorney General
Consumer Protection and Advocacy Section
2005 North Central Avenue
Phoenix, AZ  85004
Telephone: 602-542-7757
Email vinny.venkat@azag.gov

*Attorney for Plaintiff State of Arizona*

**FOR PLAINTIFF STATE OF CALIFORNIA:**

ROB BONTA
Attorney General of California

By: PAULA L. BLIZZARD, Senior Assistant Attorney General for Antitrust
MICHAEL JORGENSON, Supervising Deputy Attorney General
CARI JEFFRIES, Deputy Attorney General (*pro hac vice* pending)
ROBERT MCNARY, Deputy Attorney General (*pro hac vice* pending))
BRIAN WANG, Deputy Attorney General (*pro hac vice* pending)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415-510-4400
Email: AppleAntitrustTeam@doj.ca.gov

*Attorney for Plaintiff State of California*

**FOR PLAINTIFF STATE THE DISTRICT OF COLUMBIA:**

BRIAN L. SCHWALB
Attorney General of the District of Columbia

By: JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division

BETH MELLEN
WILLIAM F. STEPHENS
Assistant Deputy Attorneys General
Public Advocacy Division

ADAM GITLIN
Chief, Antitrust and Nonprofit Enforcement Section
Public Advocacy Division

ELIZABETH G. ARTHUR (*pro hac vice* pending)
C. WILLIAM MARGRABE (NJ Bar No. 221042017)
Assistant Attorneys General
Public Advocacy Division
400 6th Street NW, 10th Floor
Washington, D.C. 20001
Telephone: 202-442-9864
Email: will.margrabe@dc.gov
*Attorneys for Plaintiff District of Columbia*

**FOR PLAINTIFF STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

By: NICOLE DEMERS (*pro hac vice* pending)
Deputy Associate Attorney General
RAHULA A. DARWAR (*pro hac vice* pending)
Assistant Attorney General
Office of the Attorney General of Connecticut
165 Capitol Avenue
Hartford, CT  06106
Telephone:  860-808-5030
Email: Nicole.Demers@ct.gov
Email: Rahul.Darwar@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**FOR PLAINTIFF STATE OF MAINE:**

AARON M. FREY
Attorney General of Maine

By: CHRISTINA M. MOYLAN (*pro hac vice* pending)
Assistant Attorney General
MICHAEL DEVINE (*pro hac vice* pending)
Assistant Attorney General
Consumer Protection Division
Office of the Maine Attorney General

6 State House Station
Augusta, ME 04333-0006
Telephone: 207-626-8800
Email: christina.moylan@maine.gov
           michael.devine@maine.gov

*Attorneys for Plaintiff State of Maine*

**FOR PLAINTIFF STATE OF MICHIGAN**:

DANA NESSEL
Attorney General of Michigan

By: JASON R. EVANS
Division Chief
Corporate Oversight Division
EvansJ@michigan.gov

SCOTT A. MERTENS (*pro hac vice* pending)
Section Head
Corporate Oversight Division
MertensS@michigan.gov

JONATHAN S. COMISH (*pro hac vice* pending)
Assistant Attorney General
Corporate Oversight Division
ComishJ@michigan.gov

LEANN D. SCOTT (*pro hac vice* pending)
Assistant Attorney General
Corporate Oversight Division
ScottL21@michigan.gov

Michigan Department of Attorney General
525 W Ottawa St.
Lansing, MI 48933
Telephone: 517-335-7622

*Attorneys for Plaintiff State of Michigan*

**FOR PLAINTIFF STATE OF MINNESOTA:**

KEITH ELLISON
Attorney General of Minnesota

By: JESSICA WHITNEY
Deputy Attorney General

JAMES W. CANADAY
Deputy Attorney General

JUSTIN MOOR (*pro hac vice* pending)
Assistant Attorney General
Atty. Reg. No. 0397596
Justin.moor@ag.state.mn.us

ELIZABETH R. ODETTE (*pro hac vice* pending)
Manager, Antitrust Division
Atty. Reg. No. 0340698
Elizabeth.odette@ag.state.mn.us

ERIN E. CONTI (*pro hac vice* pending)
Assistant Attorney General
Atty. Reg. No. 0395304
Erin.conti@ag.state.mn.us

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2130
Telephone: 651-724-9627
Telephone: 651-728-7208
Telephone: 651-757-1287

*Attorneys for Plaintiff State of Minnesota*

**FOR PLAINTIFF STATE OF NEW HAMPSHIRE**:

JOHN M. FORMELLA
Attorney General

By: ALEXANDRA C. SOSNOWSKI (*pro hac vice* pending)
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
Office of the Attorney General
One Granite Place South
Concord, NH 03301
Telephone: 603-271-2678
Email: Alexandra.C.Sosnowski@doj.nh.gov

*Attorneys for Plaintiff State of New Hampshire*

**FOR PLAINTIFF STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of New York

By: CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division

By: ELINOR R. HOFFMANN (*pro hac vice* pending)
Chief, Antitrust Bureau
Telephone: 212-416-8269
Email: Elinor.hoffmann@ag.ny.gov

AMY MCFARLANE (*pro hac vice* pending)
Deputy Chief, Antitrust Bureau
Telephone: 212-416-6195
Email: Amy.mcfarlane@ag.ny.gov

BRYAN BLOOM (*pro hac vice* pending)
Senior Enforcement Counsel
Antitrust Bureau
Telephone:  212-416-8598
Email:  Bryan.bloom@ag.ny.gov

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005

*Attorneys for Plaintiff State of New York*

**FOR PLAINTIFF STATE OF NORTH DAKOTA**:

DREW H. WRIGLEY
Attorney General State of North Dakota

By: ELIN S. ALM (*pro hac vice pending*
Assistant Attorney General

CHRISTOPHER G. LINDBLAD (*pro hac vice* pending)
Assistant Attorney General

Consumer Protection and Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Telephone: 701-328-5570
Email: ealm@nd.gov
          clindblad@nd.gov

*Attorneys for Plaintiff State of North Dakota*

**FOR PLAINTIFF STATE OF OKLAHOMA**:

GENTNER DRUMMOND
Attorney General of Oklahoma

By: CALEB J. SMITH (*pro hac vice* pending)
Assistant Attorney General
Consumer Protection Unit
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: 918-581-2230
Email:caleb.smith@oag.ok.gov

*Attorneys for Plaintiff State of Oklahoma*

**FOR PLAINTIFF STATE OF OREGON:**

ELLEN F. ROSENBLUM
Attorney General of Oregon

By: TIMOTHY D. SMITH (*pro hac vice* pending)
Senior Assistant Attorney General
Antitrust and False Claim Unit
Oregon Department of Justice
100 SW Market Street
Portland, OR  97201
Telephone:  503-934-4400
Email:  Tim.smith@doj.state.or.us

*Attorneys for Plaintiff State of Oregon*

**FOR PLAINTIFF STATE OF TENNESSEE:**

JONATHAN SKRMETTI
Attorney General and Reporter

By: J. DAVID MCDOWELL (*pro hac vice* pending)
Deputy, Consumer Protection Division
ETHAN BOWERS (*pro hac vice* pending)
Senior Assistant Attorney General
AUSTIN C. OSTGUY (*pro hac vice* pending)
HAMILTON M. MILLWEE (*pro hac vice* pending)
Assistants Attorney General

*Office of Attorney General and Reporter*
Post Office Box 20207
Nashville, TN 37202
Telephone:   615-741-8722
Email: David.mcDowell@ag.tn.gov
           Ethan.bowers@ag.tn.gov
           Austin.ostguy@ag.tn.gov
           Hamilton.millwee@ag.tn.gov

*Attorneys for Plaintiff State of Tennessee*

**FOR PLAINTIFF STATE OF VERMONT:**

Charity R. Clark
Attorney General of Vermont

By: JILL S. ABRAMS (*pro hac vice* pending)
Assistant Attorney General
109 State Street
Montpelier, VT
Telephone: 802-828-1106
Email:  Jill.abrams@vermont.gov

*Attorneys for Plaintiff State of Vermont*

**FOR PLAINTIFF STATE OF WISCONSIN:**

JOSHUA L. KAUL
Attorney General of Wisconsin

By: GWENDOLYN J. LINDSAY COOLEY (*pro hac vice* pending)
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
Telephone: 608-261-5810
Email: antitrust@doj.state.wi.us

*Attorney for Plaintiff State of Wisconsin*

## CERTIFICATE OF SERVICE, E-FILING CERTIFICATION

I hereby certify that on the 26th day of April 2024, I electronically filed the above Waiver of Conflict with the Clerk of the Court using the CM/EMF System, which will then send a notification of such filing (NEF) to all counsel of record.

All named Plaintiffs have expressly agreed to the form and substance of the document and have authorized the filing attorney to submit the document electronically.

By:   /s/Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General