AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States, et al., | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  2:24-cv-04055 |
| Apple Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey

Date: 04/26/2024

*Attorney's signature*

Brian F. McDonough #026121980
*Printed name and bar number*

New Jersey Division of Law
124 Halsey Street
Newark, New Jersey 07101
*Address*

Brian.McDonough@law.njoag.gov
*E-mail address*

(973) 648-2500
*Telephone number*

*FAX number*