

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

April 30, 2024

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *United States, et al. v. Apple Inc.*, 2:24-cv-04055-JXN-LDW
              *Goldfus v. Apple Inc.*, 2:24-cv-04108-JXN-LDW
              *Ultra Home Set v. Apple Inc.*, 2:24-cv-04223-JXN-LDW
              *Kolinsky v. Apple Inc.*, 2:24-cv-04232-JXN-LDW
              *Levine v. Apple Inc.*, 2:24-cv-04284-JXN-LDW
              *Kurtz v. Apple Inc.*, 2:24-cv-04355-JXN-LDW
              *Watson v. Apple Inc.*, 2:24-cv-04445-JXN-LDW
              *Moody v. Apple Inc.*, 2:24-cv-04560-JXN-LDW
              *Siano v. Apple Inc.*, 2:24-cv-04568-JXN-LDW
              *Melkowski v. Apple Inc.*, 2:24-cv-04827-JXN-LDW
              *Crocco v. Apple Inc.*, 2:24-cv-05281-JXN-LDW
              *Daines v. Apple Inc.*, 2:24-cv-05359-JXN-LDW

Dear Judge Wettre:

    In response to the Court's request at the April 19, 2024 conference, Apple Inc. states that it has no objection to Your Honor's assignment to this case.

                        Respectfully submitted,

                        *s/Liza M. Walsh*

                        Liza M. Walsh

cc:    All Counsel of Record (via ECF)