**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>APPLE INC.,<br><br>          *Defendant*. | Case No. 2:24-cv-04055<br>(JXN-LDW)<br><br>**ORDER GRANTING *PRO HAC<br>VICE* ADMISSION**<br><br>*Filed Electronically* |

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Defendant Apple Inc. ("Apple"), upon application for the entry of an Order admitting *pro hac vice* Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. of the law firm Kirkland & Ellis LLP; and Plaintiffs, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this __1st___ day of ___May_____, 2024,

**ORDERED** that Apple's application for the *pro hac vice* admission of Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. is hereby **GRANTED**; and it is further

**ORDERED** that Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Apple in this matter; and it is further

**ORDERED** that Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, each make annual

payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Craig S. Primis, Devora W. Allon, and K. Winn Allen, P.C. shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

_____
HON. LEDA DUNN WETTRE, U.S.M.J.