Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Civil Action No. 2:24-cv-04055<br>(JXN-LDW) |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
### ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Devora W. Allon, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Devora W. Allon to appear *pro hac vice* in the within matter was entered on May 1, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: May 2, 2024

*s/Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**_PRO HAC VICE_ ATTORNEY INFORMATION**
Devora W. Allon
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-5967
Email: devora.allon@kirkland.com