Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, *et al.*,

               Plaintiffs,

               v.

APPLE INC.,

               Defendant.

Civil Action No. 2:24-cv-04055
(JXN-LDW)

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
## ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, K. Winn Allen, P.C., to receive electronic notification in the within matter, and it is represented that:

1.     An Order of the Court granting a motion for K. Winn Allen, P.C. to appear *pro hac vice* in the within matter was entered on May 1, 2024; and

2.     The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: May 2, 2024

               *s/Liza M. Walsh*
               Liza M. Walsh
               Douglas E. Arpert
               WALSH PIZZI O'REILLY FALANGA LLP
               Three Gateway Center
               100 Mulberry Street, 15th Floor
               Newark, New Jersey 07102
               Tel.: (973) 757-1100

               *Attorneys for Defendant Apple Inc.*

**_PRO HAC VICE_ ATTORNEY INFORMATION**
K. Winn Allen, P.C.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-5078
Email: winn.allen@kirkland.com