**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE**
**ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATIONS**

Request is hereby made by local counsel for *pro hac vice* counsel, listed in **Exhibit A** attached hereto, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for attorneys listed in **Exhibit A** to appear *pro hac vice* in the within matter was entered on May 1, 2024; and

2. The Admission Fee(s), in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), have been paid to the Clerk of the Court.

Dated: May 7, 2024

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-3070
Isabella.Pitt@law.njoag.gov
*Attorney for Plaintiff State of New Jersey*