# EXHIBIT A

| Plaintiff-State | *Pro Hac Vice* Attorney Information |
|---|---|
| **Arizona** | Saivignesh "Vinny" Venkat<br>Assistant Attorney General<br>State of Arizona Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>Telephone: 602-542-7757<br>Email: vinny.venkat@azag.gov |
| **California** | Brian Wang<br>Deputy Attorney General<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco CA 94102<br>Phone: 415-510-3487<br>Email: Brian.Wang@doj.ca.gov<br><br>Cari Jeffries<br>Deputy Attorney General<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco CA 94102<br>Phone: 415-510-3511<br>Email: cari.jeffries@doj.ca.gov<br><br>Robert McNary<br>Deputy Attorney General<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco CA 94102<br>Phone: 415-510-3487<br>Email: Robert.McNary@doj.ca.gov |
| **Connecticut** | Rahul A. Darwar<br>Assistant Attorney General<br>Office of the Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford CT 06l06<br>Telephone: 860-808-5030<br>Email: rahul.darwar@ct.gov<br><br>Nicole Demers<br>Deputy Associate Attorney General<br>Office of the Attorney General of Connecticut |

| | |
|---|---|
| | 165 Capitol Avenue<br>Hartford CT 06l06<br>Telephone: 860-808-5030<br>Email: nicole.demers@ct.gov |
| **District of Columbia** | Elizabeth G. Arthur<br>Assistant Attorney General<br>Public Advocacy Division<br>400 6th Street NW, 10th Floor<br>Washington, D.C. 20001<br>Tel.: 202-442-9864<br>Email: elizabeth.arthur@dc.gov |
| **Maine** | Christina M. Moylan<br>Assistant Attorney General<br>Consumer Protection Division<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Telephone: 207-626-8800<br>Email: christina.moylan@maine.gov |
| | Michael Devine<br>Assistant Attorney General<br>Consumer Protection Division<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Telephone: 207-626-8800<br>Email: michael.devine@maine.gov |
| **Michigan** | Jason R. Evans<br>Division Chief<br>Michigan Department of Attorney General<br>525 W Ottawa St.<br>Lansing, MI 48933<br>Telephone: 517-335-7622<br>Email: EvansJ@michigan.gov |
| | Scott A. Mertens<br>Section Head<br>Michigan Department of Attorney General<br>525 W Ottawa St.<br>Lansing, MI 48933<br>Telephone: 517-335-7622<br>Email: MertensS@michigan.gov |

|  | |
|---|---|
|  | Jonathan S. Comish<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W Ottawa St.<br>Lansing, MI 48933<br>Telephone: 517-335-7622<br>Email: ComishJ@michigan.gov |
|  | Leann D. Scott<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>525 W Ottawa St.<br>Lansing, MI 48933<br>Telephone: 517-335-7622<br>Email: ScottL21@michigan.gov |
| **Minnesota** | Erin Conti<br>Assistant Attorney General<br>State of Minnesota Office of the Attorney General<br>445 Minnesota St., Suite 1400<br>Saint Paul, MN 55101-2130<br>Telephone: 651-757-1287<br>Email: Erin.Conti@ag.state.mn.us |
|  | Elizabeth Odette<br>Manager, Antitrust Division<br>State of Minnesota Office of the Attorney General<br>445 Minnesota St., Suite 1400<br>Saint Paul, MN 55101-2130<br>Telephone: 651-728-7208<br>Email: Elizabeth.Odette@ag.state.mn.us |
|  | Justin Moor<br>Assistant Attorney General<br>State of Minnesota Office of the Attorney General<br>445 Minnesota St., Suite 1400<br>Saint Paul, MN 55101-2130<br>Telephone: 651-724-9627<br>Email: Justin.moor@ag.state.mn.us |
| **North Dakota** | Christopher G. Lindblad<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of Attorney General<br>1720 Burlington Dr., Suite C<br>Bismarck, ND 58504-7736 |

| | |
|---|---|
| | Telephone: 701-328-5570<br>Email: clindblad@nd.gov |
| | Elin S. Alm<br>Assistant Attorney General<br>Consumer Protection and Antitrust Division<br>Office of Attorney General<br>1720 Burlington Dr., Suite C<br>Bismarck, ND 58504-7736<br>Telephone: 701-328-5570<br>Email: ealm@nd.gov |
| **New Hampshire** | Alexandra C. Sosnowski<br>Assistant Attorney General<br>Consumer Protection and Antitrust Bureau<br>New Hampshire Department of Justice Office of the Attorney General<br>One Granite Place South<br>Concord, NH 03301<br>Telephone: 603-271-2678<br>Email: Alexandra.C.Sosnowski@doj.nh.gov |
| **New York** | Elinor R. Hoffman<br>Chief, Antitrust Bureau<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: 212-416-8598<br>Email: elinor.hoffmann@ag.ny.gov |
| | Amy McFarlane<br>Deputy Chief, Antitrust Bureau<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: 212-416-8598<br>Email: amy.mcfarlane@ag.ny.gov |
| | Bryan Bloom<br>Senior Enforcement Counsel<br>Antitrust Bureau<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: 212-416-8598<br>Email: bryan.bloom@ag.ny.gov |

| | |
|---|---|
| **Oklahoma** | Caleb J. Smith<br>Assistant Attorney General<br>Consumer Protection Unit<br>Office of the Oklahoma Attorney General<br>15 West 6th Street<br>Suite 1000<br>Tulsa, OK 74119<br>Telephone: 918-581-2230<br>Email: caleb.smith@oag.ok.gov |
| **Oregon** | Timothy D. Smith<br>Senior Assistant Attorney General<br>Antitrust and False Claims Unit<br>Oregon Department of Justice<br>00 SW Market Street<br>Portland, OR 97201<br>Telephone: 503-934-4400<br>Email: tim.smith@doj.state.or.us |
| **Tennessee** | John David McDowell<br>Deputy, Consumer Protection Division<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: 615-741-8722<br>Email: David.McDowell@ag.tn.gov<br><br>Scott Ethan Bowers<br>Senior Assistant Attorney General<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: 615-741-8722<br>Email: Ethan.Bowers@ag.tn.gov<br><br>Austin C. Ostiguy<br>Assistant Attorney General<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: 615-741-8722<br>Email: Austin.Ostiguy@ag.tn.gov<br><br>Hamilton M. Millwee<br>Assistant Attorney General<br>Office of the Attorney General and Reporter |

|  | P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: 615-741-8722<br>Email: Hamilton.Millwee@ag.tn.gov |
|---|---|
| **Vermont** | Jill Abrams<br>Assistant Attorney General<br>109 State St.<br>Montpelier, VT<br>Telephone: 802-828-1106<br>Email: jill.abrams@vermont.gov |
| **Wisconsin** | Gwendolyn J. Lindsay Cooley<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Telephone: (608) 261-5810<br>Email: antitrust@doj.state.wi.us<br>　　　　baldesr@doj.state.wi.us |