UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**APPLE INC.**,<br><br>*Defendant.* | Case No. 2:24-cv-04055 (JXN) (LDW) |

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING
SCHEDULE ON MOTION TO DISMISS**

Plaintiffs United States of America, and the State of New Jersey, State of Arizona, State of California, District of Columbia, State of Connecticut, State of Maine, State of Michigan, State of Minnesota, State of New Hampshire, State of New York, State of North Dakota, State of Oklahoma, State of Oregon, State of Tennessee, State of Vermont, and State of Wisconsin, acting by and through their respective Attorneys General (collectively, "Plaintiffs"), and Defendant Apple Inc. ("Defendant"), hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on March 21, 2024;

WHEREAS, Defendant waived service of the Complaint pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, Defendant intends to file a motion to dismiss pursuant to Fed. R. Civ. P. 12;

WHEREAS, the Court's judicial preferences require Defendant to submit a letter requesting a pre-motion conference before filing its motion to dismiss;

THEREFORE, in the interest of efficiency, the parties agree and stipulate to the following schedule:

1

1. Defendant will submit its letter requesting a pre-motion conference on or before May 21, 2024;

2. Plaintiffs will submit their written response to Defendant's letter on May 30, 2024;

3. If the Court determines either that it cannot resolve the dispute at the pre-motion conference or that a conference would not be helpful, Defendant will file its motion to dismiss 7 days after such determination, but in no event sooner than June 17, 2024;

4. Plaintiffs will file their opposition 35 days after Defendant files its motion; and

5. Defendant will file its reply 21 days after Plaintiffs file their opposition.

Dated: May 13, 2024                /s/ Jonathan H. Lasken
                                   Jonathan H. Lasken
                                   United States Department of Justice
                                   450 Fifth Street, NW, Suite 4000
                                   Washington, D.C. 20530
                                   Tel: (202) 598-6517
                                   Email: jonathan.lasken@usdoj.gov

                                   *Attorneys for Plaintiff United States of America*

Dated: May 13, 2024                /s/ Isabella R. Pitt
                                   Isabella R. Pitt (NJ Bar No. 071002013)
                                   Deputy Attorney General
                                   Assistant Section Chief of Antitrust Division
                                   New Jersey Office of the Attorney General
                                   124 Halsey Street, 5th Floor
                                   Newark, NJ 07101
                                   Tel: (973) 648-3070
                                   Email: Isabella.Pitt@law.njoag.gov

                                   *Attorneys for Plaintiff State of New Jersey*

Dated: May 13, 2024                /s/ Justin Moor
                                   Justin Moor
                                   Assistant Attorney General

        455 Minnesota Street, Suite 1400
        Saint Paul, MN 55101-2130
        Tel.: (651) 724-9627
        Email: justin.moor@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

Dated: May 13, 2024

*/s/ Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: LWalsh@walsh.law
      DArpert@walsh.law

Craig S. Primis, P.C.
K. Winn Allen, P.C.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
      winn.allen@kirkland.com

Devorah W. Allon
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-5967
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HON. JULIEN XAVIER NEALS
United States District Judge