

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

May 23, 2024

**VIA ECF**

Hon. Julien X. Neals
United States District Court
District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *United States, et al. v. Apple Inc.*, Case No. 2:24-cv-04055 (JXN) (LDW), Plaintiffs' Request for Extension to Respond to Pre-Motion Conference Letter with Consent of Defendant

Dear Judge Neals:

      Plaintiffs United States of America, the States of New Jersey, Arizona, California, Connecticut, Maine, Michigan, Minnesota, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, and Wisconsin, and the District of Columbia, acting by and through their respective Attorneys General (collectively, "Plaintiffs"), respectfully submit this letter requesting an extension of the time to file their response to Defendant Apple Inc.'s letter requesting a pre-motion conference for a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. Defendant filed its letter on May 21, 2024. In light of the Memorial Day holiday weekend, Plaintiffs respectfully request that the Court extend Plaintiffs' time to respond to Defendant's pre-motion conference letter until May 30, 2024. Counsel for Defendant consents to this extension, and this is Plaintiffs' first request.

      We thank the Court for its attention to this matter. If this request is acceptable to Your Honor, we respectfully request that you "so order" this letter and have the Clerk's Office file it on the docket.

      Respectfully submitted,

Dated: May 23, 2024            */s/ Jonathan H. Lasken*
                                       Jonathan H. Lasken
                                       United States Department of Justice
                                       450 Fifth Street, NW, Suite 4000
                                       Washington, D.C. 20530
                                       Tel: (202) 598-6517
                                       Email: jonathan.lasken@usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/ J. Andrew Ruymann
J. Andrew Ruymann
Assistant United States Attorney
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Tel: (609) 989-0563
Email: john.ruymann @usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/ Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust Division
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-3070
Email: Isabella.Pitt@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

/s/ Justin Moor
Justin Moor
Assistant Attorney General
455 Minnesota Street, Suite 1400
Saint Paul, MN 55101-2130
Tel.: (651) 724-9627
Email: justin.moor@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

Cc:  Liza M. Walsh
     Craig S. Primus
     K. Winn Allen
     Devora W. Allon
     All counsel of record