**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 2:24-cv-04055<br><br>**CERTIFICATION OF ANDREW F. ESOLDI, DEPUTY ATTORNEY GENERAL IN SUPPORT OF MOTION FOR ADMISSION OF LAURA E. MCFARLANE *PRO HAC VICE*** |

I, Andrew F. Esoldi, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey admitted to practice before this Court, and a Deputy Attorney General in the Consumer Fraud Prosecution Section, with the State of New Jersey, Department of Law and Public Safety, Division of Law. I represent the State of New Jersey, by and through the Attorney General Matthew J. Platkin ("New Jersey"), in the above-captioned matter.

2. I respectfully submit this certification in support of New Jersey's application for an Order admitting pursuant to Local Rule 101.1(c) counsel Laura E. McFarlane for the Plaintiff State of Wisconsin, by and through its respective Attorney General, *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.

4. As set forth more fully in her certification, Laura E. McFarlane is an Assistant Attorney General with the State of Wisconsin Office of the Attorney General ("Wisconsin"), with offices located at 17 West Main Street, Madison, Wisconsin. Ms. McFarlane has advised me that she is a member in good standing of the bar of Wisconsin. Ms. McFarlane represents Wisconsin

in antitrust and related enforcement actions, which is a complex field of law in which she specializes. She is fully familiar with the facts of this case. There is good cause for the *pro hac vice* admission of Ms. McFarlane, as she is familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Wisconsin in this matter.

5. Pursuant to Local Rule 101.1(c)(4), New Jersey will appear in this action, including all court appearances, on behalf of the Plaintiff State of Wisconsin, and agrees to accept service of all notices, orders, and pleadings in this action. I, or an attorney representing New Jersey, by and through the Attorney General, will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter on behalf of the Plaintiff State of Wisconsin. I agree to be responsible for the conduct of the above-named counsel should she be admitted *pro hac vice*.

6. I will make certain that counsel to be admitted *pro hac vice* pursuant to this motion will comply with Local Rule 101.1(c).

7. Counsel for Defendant Apple Inc. has advised me that they consent to the *pro hac vice* admission of the above-named counsel.

8. Accordingly, I respectfully request that this Court enter an Order admitting Laura E. McFarlane representing the Plaintiff State of Wisconsin, by and through its Attorney General, *pro hac vice* in the above-captioned matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                       MATTHEW J. PLATKIN  
                                       ATTORNEY GENERAL OF NEW JERSEY

                                       _/s/ Andrew F. Esoldi_____  
                                       Andrew F. Esoldi  
                                       Deputy Attorney General  
                                       Consumer Fraud Prosecution Section  
                                       124 Halsey Street, 5th Floor  
                                       P.O. Box 45029  
                                       Newark, New Jersey  
                                       Telephone: (973) 648-3070  
Dated:  June 4, 2024                    Andrew.esoldi@law.njoag.gov