IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) |

REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS

　　Request is hereby made by local counsel for *pro hac vice* counsel, Laura E. McFarlane, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Laura E. McFarlane to appear *pro hac vice* in the within matter was entered on June 5, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: June 6, 2024

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/Andrew F. Esoldi
Andrew F. Esoldi
Deputy Attorney General
Consumer Fraud Prosecution Section
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-3070
andrew.esoldi@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

### *PRO HAC VICE* **ATTORNEY INFORMATION**

Laura E. McFarlane
Assistant Attorney General
Deputy Director, Public Protection Unit
State of Wisconsin Department of Justice
17 West Main Street
PO Box 7857
Madison, WI 53703
Phone: (608) 266-8911
Email: mcfarlanele@doj.state.wi.us