Liza M. Walsh
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
Tel.: (973) 757-1100

*Attorney for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 2:24-cv-04055 (JXN-LDW) <br><br> **DECLARATION OF MATTHEW J. REILLY IN SUPPORT OF *PRO HAC VICE* ADMISSION** <br><br> *Filed Electronically* |

I, Matthew J. Reilly, of full age, hereby certify:

1. I am a partner with the law firm of Kirkland & Ellis LLP, attorneys for Defendant Apple Inc. in this matter. I respectfully submit this Declaration in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. I was admitted to the bar of the District of Columbia in 1999. The office maintaining the roll of members for the District of Columbia bar is the District of Columbia Bar, 901 4th Street, N.W., Washington, DC 20001.

3. I was admitted to the bar of the United States Court of Appeals for the Fourth Circuit in 2002. The office maintaining the roll of members for the United States Court of Appeals for the Fourth Circuit bar is the Office of the Clerk, United States Court of Appeals for

the Fourth Circuit, Lewis F. Powell, Jr. United States Courthouse Annex, 1100 East Main Street, Suite 501, Richmond, VA 23219.

4. I was admitted to the bar of the Supreme Court of the United States in 2012. The office maintaining the roll of members for the Supreme Court of the United States is the Office of the Clerk, Supreme Court of the United States, 1 First Street, N.E., Washington, DC 20543.

5. I was admitted to the bar of the United States District Court for the Eastern District of Michigan in 2013. The office maintaining the roll of members for the United States District Court for the Eastern District of Michigan bar is the Clerk's Office, United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226.

6. I was admitted to the bar of the United States District Court for the District of Columbia in 2016. The office maintaining the roll of members for the United States District Court for the District of Columbia bar is the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001.

7. I am a member in good standing with the following bars: the District of Columbia, the United States Court of Appeals for the Fourth Circuit, the Supreme Court of the United States, the United States District Court for the Eastern District of Michigan, and the United States District Court for the District of Columbia. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

8. I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

9. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the Local Rules of this Court.

10. The issues raised in this litigation involve areas with which I have experience in the law.

11. Pursuant to the rules of this Court, all pleadings submitted on behalf of Defendant in this litigation will be signed by Walsh Pizzi O'Reilly Falanga LLP, attorneys of record for Defendant.

12. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and all other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

13. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

14. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey.

15. In light of the foregoing, I respectfully request that I be admitted *pro hac vice* for the purpose of representing Defendant in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in New Jersey Courts as required by Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 7, 2024

_____
Matthew J. Reilly

4