

U.S. Department of Justice

Antitrust Division

*450 5th Street, N.W.*
*Washington, DC 20530*

June 11, 2024

*Via ECF*
The Honorable Julien X. Neals
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *United States et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW)

Dear Judge Neals:

      We write to explain the amendments made in the First Amended Complaint (FAC) filed today. The FAC makes two changes, neither of which alter the substance of the allegations. First, the FAC adds 4 additional co-plaintiffs: Indiana, Massachusetts, Nevada, and Washington. Second, the FAC adds a seventh claim for relief under a recently passed Tennessee state law, which substantively mirrors Section 2 of the Sherman Act. The amendments are not made in response to Apple's letter seeking a pre-motion conference in advance of a motion to dismiss, and we do not believe this amendment has any effect on if or when Your Honor intends to hold that conference.

      Respectfully Submitted,

      s/ Jonathan H. Lasken
        Jonathan H. Lasken
        Assistant Chief, Civil Conduct Task Force
        United States Department of Justice
        450 Fifth Street, NW, Suite 4000
        Washington, D.C. 20530
        Telephone: (202) 598-6517
        Email: jonathan.lasken@usdoj.gov

      PHILIP R. SELLINGER
      United States Attorney

      s/ J. Andrew Ruymann
        J. Andrew Ruymann
        Assistant United States Attorney
        U.S. Attorney's Office
        402 East State Street, Room 430
        Trenton, NJ 08608
        Telephone: 609-989-0563
        Email: John.Ruymann@usdoj.gov

*Attorneys for Plaintiff United States of America*

MATTHEW J. PLATKIN
Attorney General of New Jersey

<u>s/ Isabella R. Pitt</u>
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-3070
Isabella.Pitt@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

PHILIP R. SELLINGER
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Craig S. Primis, Esq., Devora W. Allen, Esq., Liza M. Walsh, Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on June 11.

    BY: s/ Jonathan Lasken
    JONATHAN LASKEN
    Assistant Chief
    Civil Conduct Task force
    United States Department of Justice
    Antitrust Division
    *Attorney for Plaintiff United States*