Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No. 2:24-cv-04055<br>(JXN-LDW) |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Mary Elizabeth Miller, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Mary Elizabeth Miller to appear *pro hac vice* in the within matter was entered on June 10, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: June 12, 2024

        *s/Liza M. Walsh*
        Liza M. Walsh
        Douglas E. Arpert
        WALSH PIZZI O'REILLY FALANGA LLP
        Three Gateway Center
        100 Mulberry Street, 15th Floor
        Newark, New Jersey 07102
        Tel.: (973) 757-1100

        *Attorneys for Defendant Apple Inc.*

***PRO HAC VICE* ATTORNEY INFORMATION**
Mary Elizabeth Miller
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-3277
Email: mary.miller@kirkland.com