Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-04055 <br> (JXN-LDW) |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Luke P. McGuire, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Luke P. McGuire to appear *pro hac vice* in the within matter was entered on June 10, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: June 12, 2024

*s/Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**_PRO HAC VICE_ ATTORNEY INFORMATION**
Luke P. McGuire
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-3271
Email: luke.mcguire@kirkland.com