Taiming Zhang (pro se movant)

801, No. 21 Taishan Lane, Zhongshan District, Dalian, Liaoning, China

TELEPHONE NO.: +8618604267322

E-MAIL ADDRESS: nick.705073604@gmail.com

**\*\*\*\*\*I DO consent to service by email.\*\*\*\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TaiMing Zhang | ) | Case No. **2:24-cv-04055** |
| | ) | EMERGENCY |
| Interested Party, movant | ) | motion to dismiss; motion for injunction; |
| | ) | arguendo motion to intervene; |
| | ) | ex parte motion for service by |
| | ) | US Marshals and other reliefs; |
| | ) | all motions WITHOUT HEARING |

1.  I apply to intervene for I have at least 2 common questions of law or fact as the case per suits I've filed, AND, quite separately, I am an interested party of case as the VOID lawsuit <u>does directly violate or impede on or imminently threaten my rights</u>, and thus it's not just a matter of FRCP to intervene, <u>but I directly have standing to ask the Court to stay or dismiss the AG or DOJ's case, as an IP, as the VOID case violates my rights.</u> **NOTE that the motion to dismiss is by an interested party with standing. Court does not have discretion to not deal with the motion. So the motion to intervene is arguendo, and will be moot with the case dismissed. The motion to dismiss should be dealt with first. The motion to intervene is only arguendo in case case is not dismissed.**

2.  I've filed court cases, CAND 3:23-cv-00972 (judge dismissed case with obvious lies), and 9th circuit case 23-15740 (pending). These court cases show that Apple Inc. since 2017 has intentionally ruined ALL their

products **except for the exorbitantly priced CLOTH**, made their products not function or less well, committed fraud, assault, torture, importation with false statements, and other serious federal crimes. The fraud roots in a) the devices burn the human hand with even web browsing or typing an essay respectively with the iPhone and Mac, produces extreme heat, AND the same causes lower lifespans and higher fault rate of parts through electrocution of parts (I don't believe, especially with the Mac, Apple will deny that there is <u>higher fault rate</u> than before), AND the speakers are distorted and produce unintended high frequency sounds and harm the human ears and cause hearing damage, so the fraud is from the failure of acceptable quality and being criminal as they're tools for assault, AND the same causes yellowing and melting of Apple charging cables, which didn't happen with older parts of the same model, b) they ruined replacement and repair parts as well, so any device served with warranty functions worse with before, with extreme heat, worse lifespan of including the battery, higher fault rate, c) the newer production of the same phone (for example iPhone 7) has worse parts, functions worse, overheats, thermal throttles and slows down, and yet they're sold under the same name, d) the newer models are worse than older models, fraudulent concealment, e) they're ruined the enclosure too, and they ruined touch ID through software, the list goes on. Again, there is at least fraud, assault, torture, importation with false statements, and other serious federal crimes.

3. Actually, the attachments of this filing well establish probable cause, so you don't even necessarily have to read through those.

4. YES, in ruining all their products, they even ruined their cables, directly or indirectly.

5. They've done the above globally, although they've done more aggravated

conduct (put in even worse parts) in China. The American models have the same issues.

6. They did it with EVERY unit meant for consumers. That includes all retail, refurb, and repair units and repair parts. It's not a case where only some units are bad.

7. The case is well proven in the complaint filed. The CAND judge used obvious lies to defeat justice and to aid crimes against humanity. There's photos of the physical injuries, cables melting, audio of the distortion, hospital's diagnosis, et cetera. I shouldn't have to re-file for it's part of federal court's records. HOWEVER, the Court IS referred to the above mentioned cases, for the sake of adjudicating on this motion.

8. Further, because of their crimes, there were 3 explosions of iPhones in 2 years when there was 0 in the ten years prior. The urgency of this motion and the underlying case is undoubted. This also was well shown with evidence.

9. Apple has committed **terrorism crimes** too, as they knew of the multiple explosions, made NO recalls or improvements, and continued to leave these timed bombs out on the streets. They did study the explosions as they do have the units that exploded.

10. Even further, Apple criminally threatened Dialogue Semiconductors in 2017 to shut up about their crimes.

11. The first common question of law or fact is whether Apple's monopoly causes difficulty in switching devices. The answer is obviously yes as other company's phones burn you too, but NOT as much, yet I had to buy iPhones for features like handoff and iMessage, FaceTime, and for usage of iCloud and other services. I find the case to be highly evident as to whether Apple's monopoly causes difficulty in switching devices. Consumers have phones that literally heat up and burn them yet have no

1   other choice given the practices of monopoly.

2   12. The second common question of law or fact is intertwined with the

3   standing outside of FRCP to ask the Court to stay or dismiss the AG or

4   DOJ's case, as the VOID case directly violates my rights. Sometimes

5   question of law to be answered may be explicit or implicit. Court has to,

6   although neither party has yet mentioned this, answer whether or not the

7   DOJ has the right to bring this lawsuit, and the answer is NO. The APA

8   bans any executive action that is "arbitrary, capricious, an abuse of

9   discretion, or otherwise not in accordance with law". The common law is

10  quite clear that gov't's violation of good faith and fair dealing IS abuse of

11  discretion, arbitrary, capricious. The common law also very much bans

12  gov't violating good faith and fair dealing. The common law also obliges a

13  duty of care. Further, there is the equal protection clause, and they're

14  obviously failing to protect ALL consumers. Fraud, assault, torture,

15  importation with false statements by nature are FELONIES respectively

16  that are far far far more serious than whatever the DOJ is bringing now

17  in this suit. Compared to the above ongoing uninvestigated unprosecuted

18  crimes and unprotected rights, Apple's conduct alleged in this suit is

19  SEVERELY trivial and frivolous. The filing of this lawsuit by the DOJ is

20  therefore arbitrary and capricious, an abuse of discretion, and is a failure

21  of common law duties incl. duty of care, and is against the EPC.

22  13. Section 706 (2) of the APA specifically obliges the court to "hold unlawful

23  and set aside agency action, findings, and conclusions found to be" (A)

24  "arbitrary, capricious, an abuse of discretion, or otherwise not in

25  accordance with law". HERE, the bringing of this suit is an agency action,

26  which is all of arbitrary, capricious, an abuse of discretion.

27  14. Of course, needless to say, I've countless times written to the FBI and the

28  civil rights division of DOJ on Apple's conduct. Specifically, attached

Motion to dismiss and others          - 4 -

email shows that the attorney in charge of this case is aware of the facts revealed. YET, they still do not investigate the company or anything at all. Not prosecuting more serious crimes <u>by the same legal person</u> loses them the right to prosecute far less serious violations, as that is banned by the APA, EPC, and common law. THIS LAWSUIT IS THEREBY VOID. The litigant-plaintiff has no right to file it in the first place. The act of filing is prohibited by law.

15. I should clarify, as long as they violate APA, EPC, and common law, it voids this suit. <u>Whether or not they are knowingly doing so is not relevant, though they are</u>.

16. HOWEVER, CRUDELY CRUCIAL, the AG approved of this antitrust suit, as AG had made statement at the press con announcing this suit <u>https://www.justice.gov/opa/pr/justice-department-sues-apple-monopolizing-smartphone-markets</u> . "Consumers should not have to pay higher prices because companies violate the antitrust laws," <u>said Attorney General Merrick B. Garland</u>. "We allege that Apple has maintained monopoly power in the smartphone market, not simply by staying ahead of the competition on the merits, but by violating federal antitrust law. If left unchallenged, Apple will only continue to strengthen its smartphone monopoly. The Justice Department will vigorously enforce antitrust laws that protect consumers from higher prices and fewer choices. That is the Justice Department's legal obligation and what the American people expect and deserve." SO the AG, <u>head of the DOJ and NOT just the antitrust division</u>, made approval of the suit. THUS, the fact that <u>the DOJ acted arbitrarily and capriciously is without question. The DOJ definitely has abused discretion, not investigating literal explosions but suing for antitrust</u>.

17. Their failure directly violates my rights, as I am being physically injured

by the defendant EVERY DAY, for close to ten years now.

18. The other plaintiffs similarly have duties to protect consumers and have failed completely as they've allowed Apple to literally assault people on a DAILY basis for YEARS upon YEARS, close to ten years now. So the APA, EPC, Common law requirement of gov't fair dealing, duty of care, <u>void their right to sue TOO</u>.

19. I've made careful considerations as to whether Court should stay or dismiss the case with prejudice. An investigation over their conduct wouldn't take forever, and would only really take a few weeks or months, and thus wouldn't harm their right to sue later over the same facts, as statute of limitation will not pass. Thus, the case should be dismissed with prejudice. Dismissal with prejudice means they will have to apply to Court to sue over the same facts, and given they've for no acceptable reason not prosecuted or investigated the serious crimes, despite countless letters to them, it would not be just and fair to dismiss this case w/o prejudice.

20. I should add a few things: a) the iPhone 15 Pro Max is slower than the 14 PM doing the same thing, despite its chip being faster, thanks to the MUCH WORSE PMU in it than the already bad PMU, b) the device is more likely leaking AC currents, c) the speaker distortions are worse on the 15 PM too, they now produce serious audible and apparent distortions and ear damage at above 50% volume, when it used to have to be around above 70%-80% volume, d) the media had reported in 2023 that the iPhone 15 Pro Max was overheating compared to the 14 PM that the phone would freeze recording videos when older phones won't recording videos of the same quality or resolution: Apple said they fixed it (15PM overheating) with software, but running 21E237, the latest iOS, th<u>e 15 **Pro Max is slower than 14PM, and is EVEN slower than the 13PM,**</u> evidence attached, <u>which is a somewhat separate count of criminal fraud.</u>

The media had also reported serious speaker distortions on iPhone 15 Pro Max. e) the titanium advertising of the 15 Pro and PM is yet another count of fraud. f) Timothy Donald Cook's probably not true sexuality is another count of fraud.   Apple has become more relentless and ruthless and carefree thanks to California federal courts' insurrection,

21. I should also make corrections. In the complaint at CAND, I stated that the constitution needs amended to deliver physical corporal punishment, this is FALSE. I apologize for the error. The Constitution provides a blanket authorization for the military to deal with insurrection, which violating billions' rights including all Americans' rights definitely fits insurrection, as the state HAD ordered its subjects not to do so. The Title 18 definition is rebellion against the lawful authority of the US or the laws thereof. So it definitely fits. The eighth amendment does not apply.

22. Needless to say, ongoing physical injuries is irreparable harm. Explosions and risks of explosions fit too. AGAIN, this motion is URGENT. Dismissing this case will have **direct effects** in encouraging or urging or inciting for the DOJ to investigate the serious crimes including explosions which are terrorism crimes.

23. Timothy Donald Cook's committed and insisted on continuing multiple serious crimes against humanities. Sexuality is an innate human trait. He is thus most likely ASEXUAL. However, he has made public statements as CEO of Apple, not in personal capacity, as a means to attract customers, that he's homosexual, which is probably false cuz he is against all humans so likely he couldn't have any affection toward any human and thus he is most likely asexual. **His false statement of his sexuality in official capacity as a CEO not in personal capacity is yet another count of fraud.**

24. Apple has advertised the 15 PM as stronger than earlier models, and

strongest in iPhones. As shown in this video https://youtu.be/9qOLjKzc-kQ and countless other tests, the 15 PM suffers more serious detriment from the same drop than the iPhone 14 PM. The test in the video is controlled, done under the same conditions, using multiple models of the 14PM and 15PM. Turns out, the titanium can't absorb shock as well, making the glass front and back absorb more shock and damage. So this is yet ANOTHER count of criminal fraud (both wire fraud and mail fraud) and is much more serious than the DOJ's monopoly charges and is uninvestigated and unprosecuted.

25. Attached pics are the iPhone 15 PM slower than 14 PM. This is easily reproducible. And this is with latest iOS. They also show the burns to the human hand which happen ALL THE TIME, as long as you use the device, even for web browsing. The attached pictures also show playing the same clip yet the sounds are distorted with EXTRA high frequency noises at above 50% volumes on the iPhone 15 PM.

26. **So there are at least 2 brand new counts of FRAUDS with the iPhone 15 pro series, with it being slower than the 14 PM, and with it being weaker and more susceptible to serious damage and destruction from the same drops, contrary to Apple's own advertising. These two counts are equally uninvestigated and unprosecuted.**

27. As a matter of procedure, I am situated in China so serving the parties is extremely difficult. Further, I am indigent and was granted IFP status in those court cases. So the US Marshals should serve the parties. Also, I should be allowed to file on ECF. I should also be granted free PACER access, especially given I need to read through both parties' extremely lengthy filings. It is also asked that I be allowed to appear via the internet or cloud or video, if a hearing is needed. It is applied that this motion is

1    dealt with on paper.

2    **28. FURTHER, Court should grant an injunction that unless the DOJ**

3       **investigates and concludes my criminal complaints, the DOJ**

4       **mustn't have any actions at all including civil rights actions,**

5       **monopoly actions, other civil or criminal charges less serious,**

6       **against the defendant, or its employees in official capacity.**

7    29. **AGAIN, it is asked that** a) Court grants motion to intervene if case is

8       not dismissed (arguendo), **b) Court dismisses this case with**

9       **prejudice**, c) an injunction that unless and until the DOJ investigates

10      and concludes my criminal complaints, the DOJ mustn't have any actions

11      at all including civil rights actions, monopoly actions, other civil or

12      criminal charges <u>less serious than the uninvestigated explosions and</u>

13      <u>frauds, against the defendant, or its employees in official capacity,</u> d) for

14      the US marshals to serve all papers and filings and orders to the parties,

15      and for me to allowed to file on ECF, that I be granted free PACER access,

16      and that I be allowed to appear via the internet or cloud or video.

17   30. The reason I'm not filing lengthy evidence and videos and else, other than

18      I simply can't afford fees for post, is that I don't believe either party will

19      deny the evidence or what it aims to prove. **HERE, the question is**

20      **whether DOJ has <u>probable cause</u> to investigate which the**

21      **evidence there is more than enough to establish.** But in any case,

22      BOTH parties are referred to the website appleharmedme.blogspot.com

23      for full evidence. The clip of the audio of distortion is also uploaded there.

24      They can analyze the audio for distortions. Proofs including hospital

25      records are all there. Proofs for other symptoms, other people's complaints

26      including the battery being short-lived and losing capacity quickly, et

27      cetera, are there too.

28   **31. Very particularly, I don't believe Apple will deny that there were**

3 explosions of iPhones in 2 years when there was 0 in the ten years prior. This alone is probable cause. ==Leaving literal explosions uninvestigated and suing for antitrust is such obvious abuse of discretion.== Again, it only needs to be established there is <u>probable cause</u> left uninvestigated <u>of far more serious crimes and violation of rights</u> for the finding that the bringing of this lawsuit by agency (agency action) is abuse of discretion. There is more than enough to establish that. Also, there were 3 explosions of iPhones in 2 years when there was 0 in the ten years prior, that is a fact available online. So I don't think the DOJ will deny it either. Specifically, Apple said iPhone X exploding is "definitely not expected behavior", which is a lie cuz it is the expected behavior of bad PMUs.

32. I should add, MacBook Pros have also exploded. Also unprecedented in the ten years prior to 2017.

33. One thing I need to say is that Timothy Donald Cook's conduct DIRECTLY causes loss to the company's revenue. There is <u>higher repair and fault rate</u> FOR ALL THEIR PRODUCTS. He can't deny this allegation. This is fraud against stockholders as well.

34. As a piece of advise for the DOJ, if they can't send #TimApple to Guantanamo Bay, that's fine, but he is an extremely dangerous man, so you should QUICKLY put him under control with perhaps the easier fraud charges, especially the charges with the iPhone 15 pro series. If he goes through the normal criminal proceedings, rather than military actions, he must be put in solitary confinement, or his own life is under threat as he's causing stockholders such tremendous damage, and other inmates' lives are also under serious threat as he is (mostly likely) so <u>amazingly asexual</u>. Further, with the amount of money and bonds he has, all of which are either

illegal or to be damages paid off, it is incredibly easy for him to flee to countries including countries like Russia or Cuba who generally disdain the United States. See specifically how Edward Snowden got protection and aid from Russia. Thus it's a must that he is QUICKLY put in solitary confinement, and denied bail and locked away instantly and until trial, where he will receive whatever sentencing terrorists receive. Court has power to deny bail when evidence is strong and undoubted, the offense is serious, the culprit is incredibly dangerous to society, the culprit could flee. He fits all standards to be denied any bail. He must be remanded in custody instantly to avoid him evading justice. Further, he is very likely going to harass world leaders including heads of Indonesia if he is not locked away for good. He will be tortured by the military per the Constitution's blanket authorization applied to his conduct, but that's outside of the DOJ's duty and it's not important at this stage. Jeff Williams, Craig Federighi, TDC are the 3 that are the core of AXIS of these acts of terrorism.

Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

(In accordance with 28 U.S. Code § 1746)

_____

TaiMing Zhang, movant

 Gmail

張泰銘 <nick.705073604@gmail.com>

## US v. Apple

**Cole, Pam (ATR)** <Pam.Cole@usdoj.gov>                                                                      2024年4月10日 清晨6:05
收件者: "nick.705073604@gmail.com" <nick.705073604@gmail.com>

Thank you for contacting the Antitrust Division concerning our monopolization complaint against Apple.

We have carefully reviewed your comments and appreciate that you have taken the time to submit them. If we have anything further that we need to discuss we will get back in touch with you.

We appreciate your interest in the enforcement of federal antitrust laws.

Sincerely,

Pamela Cole

Trial Attorney

US Department of Justice

Antitrust Division

 Gmail

張泰銘 <nick.705073604@gmail.com>

---

# URGENT

張泰銘 <nick.705073604@gmail.com>                                                2024年3月23日 晚上10:04
收件者: John.Ruymann@usdoj.gov, Jonathan.Lasken@usdoj.gov, isabella.pitt@law.njoag.gov,
vinny.venkat@azag.gov, brian.wang@doj.ca.gov, elizabeth.arthur@dc.gov, nicole.demers@ct.gov,
rahul.darwar@ct.gov, christina.moylan@maine.gov, michael.devine@maine.gov, EvansJ@michigan.gov,
MertensS@michigan.gov, ComishJ@michigan.gov, ScottL21@michigan.gov, Alexandra.C.Sosnowski@doj.nh.gov,
justin.moor@ag.state.mn.us, elizabeth.odette@ag.state.mn.us, erin.conti@ag.state.mn.us, bryan.bloom@ag.ny.gov,
ealm@nd.gov, clindblad@nd.gov, caleb.smith@oag.ok.gov, tim.smith@doj.state.or.us, david.mcdowell@ag.tn.gov,
ethan.bowers@ag.tn.gov, austin.ostiguy@ag.tn.gov, hamilton.milwee@ag.tn.gov, antitrust@doj.state.wi.us,
jill.abrams@vermont.gov
副本: Criminal Syndicate <tcook@apple.com>, ive@apple.com, Criminal Syndicate <federighi@apple.com>,
ajung@grameenamerica.org

Please go read the following:
the complaint for filed CAND 3:23-cv-00972
the appeal deals with the judge's obvious lies and therefore does not require reading
the website appleharmedme.blogspot.com

It's the utmost important that you read the website appleharmedme.blogspot.com

These phones are still burning me daily, mostly electric burns. You can see the burn marks, the bumps, and the
reddening in the below pictures I just took. **You need to do something**. **The phones and macs are also going
to explode in flocks soon. 3 explosions in 2 years already, when there was 0 for ten years. Alert the FAA
too.**
[隱藏引用文字]

---

📄 **Taiming Zhang v. Apple, Inc. 23-15740 | U.S. Court of Appeals, Ninth Circuit | Justia.pdf**
77K

21:07

‹ History      **Benchmark Results**

| Result | Single-Core | Multi-Core |

## Geekbench 6 CPU Benchmark Result

# 2639

Single-Core Score

# 6872

Multi-Core Score

Geekbench 6.3.0 for iOS AArch64

## System Information

### System Information

| | |
|---|---|
| Operating System | iOS 17.4.1 |
| Model | iPhone 14 Pro Max |
| Model ID | iPhone15,3 |
| Motherboard | D74AP |

### CPU Information

| | |
|---|---|
| Name | Apple A16 Bionic |
| Topology | 1 Processor, 6 Cores |

21:07

< History    **Benchmark Results**

| Result | Single-Core | Multi-Core |
|--------|-------------|------------|

## Geekbench 6 CPU Benchmark Result

# 2726

Single-Core Score

# 6771

Multi-Core Score

Geekbench 6.3.0 for iOS AArch64

## System Information

### System Information

| | |
|---|---|
| Operating System | iOS 17.4.1 |
| Model | iPhone 15 Pro Max |
| Model ID | iPhone16,2 |
| Motherboard | D84AP |

### CPU Information

| | |
|---|---|
| Name | Apple A17 Pro |
| Topology | 1 Processor, 6 Cores |



Gmail

張泰銘 <nick.705073604@gmail.com>

## Turns out: iPhone 15 PM is slower than the 13 PM, NOT JUST 14 PM

張泰銘 <nick.705073604@gmail.com>                                    2024年5月26日 凌晨4:28
收件者: Business Conduct <businessconduct.support@apple.com>, Criminal Syndicate <tcook@apple.com>, Criminal Syndicate <federighi@apple.com>, ajung@grameenamerica.org, businessconduct@apple.com, ive@apple.com, jternus@apple.com, schiller@apple.com
副本: brandonhavardtech@gmail.com, videos@snazzylabs.com

Turns out, not only is the iPhone 15 PM slower than the 14 PM, it's actually both slower and HOTTER than the 13 PM.
Running Honkai: star rail (from same company that made genshin impact), avg frame rate on the 15 PM is LOWER than the 13 PM, by more than 1 FPS, and it's much hotter than the 13 PM (temps are in celsius). He didn't run tests on the 14 PM, but I'm sure the 14 PM will be cooler AND HAS higher FPS than either. This is pure nonsense. You market the phone as being able to do ray tracing and this is what it does. Wow. I have new understandings of asexualism every day thanks to you Tim. No, I don't believe asexuals like you are members of the LGBTQ community.

Also very notable, the 15 PM GOT SO HOT it at one point dipped down to about 15 FPS, which dip never happened with the 13 Pro Max, whose lowest frame rate is 35 FPS. Timothy Donald Cook, I believe PCP exists for a reason and the US Military will deal with you fairly according to the constitution.
The video was posted 17 hours ago so I assume he had latest iOS, after the magical cover up Craig did with 21E237. It probably was even worse with earlier iOS on the 15 PM.
I'm sending this to court. This so bigly adds to probable cause to investigate your company.

Should I call this ray tracing in the way of the ASEXUAL? TIM? I don't believe you're homosexual, as you hate ALL humans.
Video link:
https://youtu.be/uEDXbnNOeSQ
More details:
Appleharmedme.blogspot.com











:32        00:33        00:34        00:35        00:36        00:37        00:38        00:39        00:40        00:41



00:00                                                                                                    05:33

**00:36.83**

        

same clip but there is high frequency noises (distortions) at high volumes
the distortions are serious and cause ear damage
distortion at above 50% on the iPhone 15 Pro Max





# Three-week-old iPhone XS Max Exploded In Man's Pocket



[Vanshika Malhotra](#)



We have heard cases when Apple iPhone users have gone through the trauma of his or her iPhones catching fire. A similar incident happened with another iPhone user, however, a first for the recent **iPhone XS Max**.

According to a report by [iDrop News](#), recently a man, named Josh Hillard from Ohio reported that his new, **three weeks old iPhone XS Max exploded** while it was in his back pocket of his pants.

The near-fatal incident took place on **December 12, 2018**, in Columbus, Ohio. The victim (during his lunch break) had suspected a **weird smell** originating from his phone in the rear pocket, due to which he felt some

good amount of heat.



Image: iDrop News

While Hillard didn't look into it immediately, he eventually experienced **green and yellow smoke** coming from his iPhone.



Image: iDrop News

Following the smoke, he rushed to the boardroom, removed his shoes and pants, and to his surprise, the iPhone XS Max had caught fire. However, the fire was **extinguished** in time and the victim was saved.

Additionally, the victim had reported **pain and irritation** at his rear part along with inhalation of smoke.

After various rounds of complaints to Apple, Hillard was eventually

**offered a new iPhone** which he considers an 'acceptable remedy for the situation.'

Furthermore, J. Hillard is **examining a legal action**.

We hope Apple has better solutions to offer and look into the matter with more care!

> *Also: [Microsoft Edge Once Again Surpasses Chrome & Firefox In Battery Efficiency](#)*

# Exploding iPhone X on upgrade to iOS 12.1 'definitely not expected behavior,' says Apple

Ben Lovejoy

 

Apple Support has responded to a report of an exploding iPhone X – occurring immediately after being upgraded to iOS 12.1 – by stating that this is 'definitely not expected behavior' ...

Apple offered its response on Twitter.

> That's definitely not expected behavior. DM us, so we can look into this with you.

Gadgets360 reached out to Rahel Mohamad, who filed the report.

> An iPhone X has apparently exploded in the US after being updated to iOS 12.1 on Wednesday. This development comes in from the city of Federal Way, Washington in the US where a user claims that his 10-month old iPhone X started emitting smoke and eventually exploded after it was successfully updated to iOS 12.1 [...]

> *"This year, early January I bought the iPhone and have been using it normally."* he said. The iPhone X was in process of getting updated to iOS 12.1 when Mohamad, as is standard practice, put it on charging. *"Dark grey smoke started coming from the phone. The update was completed and as soon as the phone turned on it started to smoke and caught fire."*

The upgrade is almost certainly just coincidental. Mohamad says he was using the bundled Apple charger and cable to charge the phone, though the explosion took place after it was removed from charge.

> *When I held the phone it was very hot and I drop the phone immediately. Then it started to smoke.*

Apple has asked him to ship the phone so that the company can investigate the cause.

It's not the first time we've heard of an exploding iPhone. There have been a number of iPhone fires over the years, and the nature of lithium battery fires is that they can be both very sudden and extremely fierce, meaning that the 'exploding' terminology is understandable. Such fires are extremely rare, but will happen to any device selling in the tens of millions.

I'm sure we'll all be relieved to know that it's not expected behavior.

Check out 9to5Mac on YouTube for more Apple news: