IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 2:24-cv-04055 (JXN-LDW) |

### NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Plaintiff State of Wisconsin substitutes as its attorney of record in this action Laura E. McFarlane, Assistant Attorney General, in place of Gwendolyn J. Lindsay Cooley. All pleadings and other papers should be served upon Assistant Attorney General Laura E. McFarlane at Post Office Box 7857, Madison, Wisconsin 53707-7857, mcfarlanele@doj.state.wi.us or via the Court's ECF system. Assistant Attorney General Gwendolyn J. Lindsay Cooley should be removed as attorney of record for the State of Wisconsin.

Dated this 20th day of June, 2024.

Respectfully submitted,

FOR PLAINTIFF STATE of WISCONSIN
MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/ Andrew F. Esoldi
Andrew F. Esoldi
Deputy Attorney General
Consumer Fraud Prosecution Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Telephone: (973) 648-7819
Andrew.esoldi@law.njoag.gov