

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

June 24, 2024

*Via ECF*
The Honorable Julien X. Neals
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *United States v. Apple*, No. 2:24-cv-04055 (D.N.J.) (JXN-LDW)
             Request for Pre-Motion Conference

Dear Judge Neals:

      Pursuant to the Court's text order of June 18, 2024, counsel have conferred regarding dates for a pre-motion conference prior to the filing of a motion to dismiss the Complaint. The parties to this action identify July 16, July 17, and July 26 for the conference. If those dates are equally convenient to the Court, the parties express a preference for either the afternoon of July 16 or any time on July 17.

                                       Respectfully submitted,

                                       <u>s/ Jonathan H. Lasken</u>
                                       Jonathan H. Lasken
                                       Assistant Chief, Civil Conduct Task Force
                                       United States Department of Justice
                                       450 Fifth Street, NW, Suite 4000
                                       Washington, D.C. 20530
                                       Telephone: (202) 598-6517
                                       Email: jonathan.lasken@usdoj.gov

                                       PHILIP R. SELLINGER
                                       United States Attorney

                                       <u>s/ J. Andrew Ruymann</u>
                                       Assistant United States Attorney
                                       U.S. Attorneys Office
                                       402 East State Street, Room 430
                                       Trenton, NJ 08608

Telephone: 609-989-0563
Email: John.Ruymann@usdoj.gov

*Attorneys for Plaintiff United States of America*

MATTHEW J. PLATKIN
Attorney General of New Jersey

s/ Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-3070
Isabella.Pitt@law.njoag.gov

*Attorney on behalf of Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

s/ Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
         darpert@walsh.law

Craig S. Primis, P.C. (admitted *pro hac vice*)
Matthew J. Reilly, P.C. (admitted *pro hac vice*)
K. Winn Allen, P.C. (admitted *pro hac vice*)
Mary Elizabeth Miller (admitted *pro hac vice*)
Luke P. McGuire (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com

       matt.reilly@kirkland.com
       winn.allen@kirkland.com
       mary.miller@kirkland.com
       luke.mcguire@kirkland.com

Devora W. Allon, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*