IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **CERTIFICATION OF ANDREW F. ESOLDI, DEPUTY ATTORNEY GENERAL IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL FOR PLAINTIFF-STATES** *PRO HAC VICE* |

I, Andrew F. Esoldi, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey admitted to practice before this Court, and a Deputy Attorney General in the Consumer Fraud Prosecution Section, with the State of New Jersey, Department of Law and Public Safety, Division of Law. I represent the State of New Jersey, by and through the Attorney General Matthew J. Platkin ("New Jersey"), in the above-captioned matter.

2. I respectfully submit this certification in support of New Jersey's application for an Order admitting pursuant to Local Rule 101.1(c) counsel for Plaintiff-States, by and through their respective Attorneys Generals, Massachusetts, Nevada, Indiana, and Washington (collectively, "Plaintiff-States"), *pro hac vice* in the above-captioned matter. Attached hereto as **Exhibit A** is a complete list of attorneys seeking *pro hac vice* admission to represent Plaintiff-States, respectively.

3. I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.

4. As set forth more fully in their respective certifications, William T. Matlack, Katherine W. Krems, and David Mlaver are Assistant Attorneys General with the Massachusetts Attorney General's Office ("Massachusetts"), with offices located at 1 Ashburton Place, 18th

Floor, Boston, Massachusetts, 02108. Mr. Matlack has advised me that he is a member in good standing of the bar of Massachusetts. Ms. Krems has advised me that she is a member in good standing of the bar of Massachusetts. Mr. Mlaver has advised me that he is a member in good standing of the bars of Massachusetts, Maryland, and the District of Columbia. Mr. Matlack, Ms. Krems, and Mr. Mlaver represent Massachusetts in antitrust and related enforcement actions, which is a complex field of law in which they specialize. They are each fully familiar with the facts of this case. There is good cause for the *pro hac vice* admission of Mr. Matlack, Ms. Krems, and Mr. Mlaver, as they are familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by their acting as attorneys for Massachusetts in this matter.

5. As set forth more fully in their respective certifications, Raquel Fulghum and Samantha Feeley are Senior Deputy Attorneys General with the State of Nevada Office of the Attorney General ("Nevada"), with offices located at 100 N. Carson Street, Carson City, Nevada 89701. Ms. Fulghum has advised me that she is a member in good standing of the bar of Nevada. Ms. Feeley has advised me that she is a member in good standing of the bar of Nevada. Ms. Fulghum and Ms. Feeley represent Nevada in antitrust and related enforcement actions, which is a complex field of law in which they specialize. They are each fully familiar with the facts of this case. There is good cause for the *pro hac vice* admission of Ms. Fulghum and Ms. Feeley, as they are familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by their acting as attorneys for Nevada in this matter.

6. As set forth more fully in their respective certifications, Matthew Michaloski, Scott L. Barnhart, and Jesse Moore are Deputy Attorneys General with the State of Indiana Office of the Attorney General ("Indiana"), with offices located at 302 West Washington Street, IGCS 5th

Floor, Indianapolis, Indiana 46204. Mr. Michaloski has advised me that he is a member in good standing of the bars of Indiana, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Indiana. Mr. Barnhart has advised me that he is a member in good standing of the bars of Indiana, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Indiana. Mr. Moore has advised me that he is a member in good standing of the bars of Indiana, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Indiana. Mr. Michaloski, Mr. Barnhart, and Mr. Moore represent Indiana in antitrust and related enforcement actions, which is a complex field of law in which they specialize. They are fully familiar with the facts of this case. There is good cause for the *pro hac vice* admission of Mr. Michaloski, Mr. Barnhart, and Mr. Moore, as they are familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by their acting as attorneys for Indiana in this matter.

7. As set forth more fully in her certification, Luminita Nodit is an Assistant Attorney General with the State of Washington Office of the Attorney General ("Washington"), with offices located at 800 Fifth Ave., Suite 2000 Seattle, Washington 98104. Ms. Nodit has advised me that she is a member in good standing of the bar of Washington. Ms. Nodit represents Washington in antitrust and related enforcement actions, which is a complex field of law in which she specializes. She is fully familiar with the facts of this case. There is good cause for the *pro hac vice* admission of Ms. Nodit, as she is familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Washington in this matter.

8.     Pursuant to Local Rule 101.1(c)(4), New Jersey will appear in this action, including all court appearances, on behalf of Plaintiff-States, and agrees to accept service of all notices, orders, and pleadings in this action. I, or an attorney representing New Jersey, by and through the Attorney General, will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter on behalf of the Plaintiff-States. I agree to be responsible for the conduct of the above-named counsel should she be admitted *pro hac vice*.

9.     I will make certain that counsel to be admitted *pro hac vice* pursuant to this motion will comply with Local Rule 101.1(c).

10.    Counsel for Defendant Apple Inc. has advised me that they consent to the *pro hac* admission of the above-named counsel.

11.    Accordingly, I respectfully request that this Court enter an Order admitting counsel representing Plaintiff-States, by and through their respective Attorneys Generals, *pro hac vice* in the above-captioned matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

_____
Andrew F. Esoldi
Deputy Attorney General
Consumer Fraud Prosecution Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey
Telephone: (973) 648-3070
Andrew.esoldi@law.njoag.gov

Dated: June 28, 2024