# EXHIBIT A

| Plaintiff-State | Pro Hac Vice Attorney |
|---|---|
| Massachusetts | William T. Matlack<br>Katherine Krems<br>David Mlaver |
| Nevada | Raquel Fulghum<br>Samantha Feeley |
| Indiana | Matthew Michaloski<br>Scott Barnhart<br>Jesse Moore |
| Washington | Luminita Nodit |