**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF WILLIAM T. MATLACK** **IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, William Thorn Matlack, of full age, hereby certify as follows:

1.      I am an attorney at law of the Commonwealth of Massachusetts and an Assistant Attorney General, Chief of the Antitrust Division, with the Massachusetts Attorney General's Office ("MA AGO"), with offices located at 1 Ashburton Place, 18th Floor, Boston, Massachusetts, 02108.  I represent Massachusetts, by and through Attorney General Andrea Joy Campbell, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Massachusetts in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Massachusetts (admitted 1988).  The name and address of the office maintaining the roll of members of the bar in this jurisdiction is as follows:

Board of Bar Overseers of the Supreme Judicial Court of Massachusetts
99 High Street #2
Boston, MA 02110

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Massachusetts in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS


*/s/ William T. Matlack*
William T. Matlack
Assistant Attorney General, Chief, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
William.Matlack@mass.gov
(617) 963-2414

Dated:  June 25, 2024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | **CERTIFICATION OF KATHERINE W. KREMS** |
| vs. | **IN SUPPORT OF MOTION FOR ADMISSION _PRO HAC VICE_** |
| APPLE INC., | |
| Defendant. | |

I, Katherine W. Krems, of full age, hereby certify as follows:

1.      I am an attorney at law of the Commonwealth of Massachusetts and an Assistant Attorney General with the Massachusetts Attorney General's Office ("MA AGO"), with offices located at 1 Ashburton Place, 18th Floor, Boston, Massachusetts, 02108.   I represent Massachusetts, by and through Attorney General Andrea Joy Campbell, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.   This certification is made in support of my application for admission _pro hac vice_ to the United States District Court for the District of New Jersey for the purpose of representing Massachusetts in the above-captioned matter.   I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Massachusetts (admitted 1988).   The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Clerk, Supreme Court of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard, 4th Floor
Annapolis, MD 21401

The District of Columbia Bar
901 4th Street, NW

Washington, DC 20001

Board of Bar Overseers of the Supreme Judicial Court of Massachusetts
99 High Street #2
Boston, MA 02110

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.     I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Massachusetts in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ANDREA JOY CAMPBELL
ATTORNEY GENERAL OF MASSACHUSETTS


*/s/ Katherine W. Krems*
Katherine W. Krems
Assistant Attorney General, Antitrust Division
Office of the Massachusetts Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Katherine.Krems@mass.gov
(617) 963-2189

Dated:  June 25, 2024

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| | **CERTIFICATION OF DAVID MLAVER** |
| vs. | **IN SUPPORT OF MOTION FOR** |
| | **ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, David Mlaver, of full age, hereby certify as follows:

1.      I am an attorney at law of the Commonwealth of Massachusetts and an Assistant Attorney General with the Massachusetts Attorney General's Office ("MA AGO"), with offices located at 1 Ashburton Place, 18th Floor, Boston, Massachusetts, 02108.   I represent Massachusetts, by and through the Attorney General Andrea J. Campbell, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.   This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Massachusetts in the above-captioned matter.   I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of Maryland (admitted 2014), the District of Columbia (admitted 2016), and Massachusetts (admitted 2022).   The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Clerk, Supreme Court of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard, 4th Floor
Annapolis, MD 21401

The District of Columbia Bar
901 4th Street NW
Washington, DC 20001

Board of Bar Overseers of the Supreme Judicial Court of Massachusetts
99 High Steet #2
Boston, MA 02110

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Massachusetts in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


*David Mlaver*
_____
David Mlaver
Assistant Attorney General, Antitrust Division
Commonwealth of Massachusetts
Office of Attorney General Andrea Campbell
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 963-2613
David.Mlaver@mass.gov

Dated:  June 20 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case No. 2:24-cv-04055

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

vs.

APPLE INC.,

Defendant.

**CERTIFICATION OF SAMANTHA
BILBAO FEELEY
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

I, Samantha Bilbao Feeley, of full age, hereby certify as follows:

1.       I am an attorney at law of Nevada and a Senior Deputy Attorney with the State of Nevada Office of the Attorney General ("NV"), with offices located at 8945 West Russell Road, Suite 204 in Las Vegas, Nevada, 89148. I represent NV, by and through the Attorney General Aaron D. Ford, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing NV in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.       I am a member in good standing of the bar of Nevada, admitted in 2016. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows: State Bar of Nevada, 3100 West Charleston Boulevard, Suite 100, Las Vegas, Nevada, 89102.

3.       No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am

aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

/ / /

/ / /

/ / /

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing NV in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

AARON D. FORD
ATTORNEY GENERAL OF NEVADA

SAMANTHA BILBAO FEELEY (NV Bar No. 14034)
Senior Deputy Attorney General

Dated:  June 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF RAQUEL FULGHUM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Raquel Fulghum, of full age, hereby certify as follows:

1.       I am an attorney at law of Nevada and a Senior Deputy Attorney General with the State of Nevada ("NV"), with offices located at 100 N. Carson Street, Carson City, Nevada 89701. I represent NV, by and through the Attorney General Aaron D. Ford, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing NV in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2.       I am a member in good standing of the bar of Nevada, 2018.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows: State Bar of Nevada, 9456 Double R. Blvd., Suite B, Reno, Nevada, 89521.

3.       No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

//

//

//

//

//

//

//

8.    I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing NV in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

AARON D. FORD
ATTORNEY GENERAL OF NEVADA

Raquel Fulghum (NV Bar No. 14711)
Senior Deputy Attorney General
Bureau of Consumer Protection
Nevada Attorney General's Office
100 N. Carson Street
Carson City, NV 89701
(775) 684-1295
rfulghum@ag.nv.gov

Dated:  June 25, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF MATTHEW MICHALOSKI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Matthew Michaloski, of full age, hereby certify as follows:

1.      I am an attorney at law of Indiana and a Deputy Attorney General with the State of Indiana ("Indiana") with offices located at 302 West Washington Street, IGCS 5th Floor, Indianapolis, IN 46204.  I represent Indiana, by and through the Attorney General Theodore E. Rokita, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Indiana in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Indiana (2018), the United States District Court for the Southern District of Indiana (2018), and the United States District Court for the Northern District of Indiana (2018).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

**State Bar of Indiana**
Indiana Office of Admissions and Continuing Education
Roll of Attorney Administrator
251 N. Illinois Street, Suite 550
Indianapolis, IN 46204

**U.S. District Court Southern District of Indiana**
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

**U.S. District Court Northern District of Indiana**
United States District Court
Office of the Clerk
204 South Main St
South Bend, IN  46601

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as

counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey

Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing Indiana in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

THEDORE E. ROKITA
ATTORNEY GENERAL OF INDIANA


_____
Matthew Michaloski
Deputy Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 234-1479
matthew.michaloski@atg.in.gov

Dated:  June 19, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF SCOTT BARNHART IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Scott L. Barnhart, of full age, hereby certify as follows:

1.      I am an attorney at law of Indiana and a Deputy Attorney General with the State of Indiana ("Indiana") with offices located at 302 West Washington Street, IGCS 5th Floor, Indianapolis, IN 46204.  I represent Indiana, by and through the Attorney General Theodore E. Rokita, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Indiana in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Indiana (2005), the United States District Court for the Southern District of Indiana (2005), and the United States District Court for the Northern District of Indiana (2005).  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

**State Bar of Indiana**
Indiana Office of Admissions and Continuing Education
Roll of Attorney Administrator
251 N. Illinois Street, Suite 550
Indianapolis, IN 46204

**U.S. District Court Southern District of Indiana**
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

**U.S. District Court Northern District of Indiana**
United States District Court
Office of the Clerk
204 South Main St
South Bend, IN  46601

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as

counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Indiana in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

THEDORE E. ROKITA
ATTORNEY GENERAL OF INDIANA


_____
Scott L. Barnhart
Chief Counsel and Director
Consumer Protection
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-6309
Scott.Barnhart@atg.in.gov

Dated:  June 19, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF JESSE MOORE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Jesse Moore, of full age, hereby certify as follows:

1.      I am an attorney at law of Indiana and a Deputy Attorney General with the State of Indiana ("Indiana"), with offices located at 302 W. Washington Street, IGCS 5th Floor, Indianapolis, IN 46204.  I represent Indiana, by and through the Attorney General Theodore E. Rokita, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing Indiana in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bars of the State of Indiana (2022), the United States District Court for the Southern District of Indiana (2022), and the United States District Court for the Northern District of Indiana (2022). The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

**State Bar of Indiana**
Indiana Office of Admissions and Continuing Education
Roll of Attorney Administrator
251 N. Illinois Street, Suite 550
Indianapolis, IN 46204

**U.S. District Court Southern District of Indiana**
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

**U.S. District Court Northern District of Indiana**
United States District Court
Office of the Clerk
204 South Main St
South Bend, IN  46601

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.      I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as

counsel without leave of this Court before the action is terminated.  I agree to comply with the

requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey

Court Rule 1:21-7 concerning contingent fees.

8. I respectfully request that I be admitted *pro hac vice* to practice before this Court

for the purpose of representing Indiana in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

THEODORE E. ROKITA
ATTORNEY GENERAL OF INDIANA


*Jesse Moore*
Jesse Moore
Deputy Attorney General
302 West Washington Street
Indiana Government Center South, Fifth Floor
Indianapolis, Indiana 46204
317-232-4956 (tel)
317-232-7979 (fax)
Jesse.Moore@atg.in.gov


Dated:  June 19, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF LUMINITA NODIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| APPLE INC., | |
| Defendant. | |

I, Luminita Nodit, of full age, hereby certify as follows:

1.      I am an attorney at law of the State of Washington and an Assistant Attorney General with the Washington Attorney General's Office, with offices located at 800 Fifth Ave., Suite 2000 Seattle, WA 98104.  I represent the State of Washington, by and through the Attorney General Robert W. Ferguson, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing the State of Washington in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Washington in which I was admitted in 2016.  The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Washington State Bar Association

1325 Fourth Ave., Suite 600

Seattle, WA 98101-2539

Legal directory link: https://www.mywsba.org/personifyebusiness/LegalDirectory.aspx

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.       I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.      As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1).  Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.      In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.      I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated.  I agree to comply with the requirements of Local Rule 101.1(c).  I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.      I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing the State of Washington in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Robert W. Ferguson
ATTORNEY GENERAL OF WASHINGTON


_____
LUMINITA NODIT
Assistant Attorney General
Antitrust Division
Washington Attorney's General Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: 206-254-0568
Email: lumi.nodit@atg.wa.gov


Dated:  June 5, 2024