IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055<br><br>**ORDER FOR ADMISSION OF COUNSEL FOR PLAINTIFF-STATES** *PRO HAC VICE* |

**THIS MATTER** having been presented to the Court by Plaintiff State of New Jersey, by and through the Attorney General Matthew J. Platkin ("New Jersey"), for the entry of an Order pursuant to Local Rule 101.1(c) admitting *pro hac vice* counsel representing Plaintiff-States, Massachusetts, Nevada, Indiana, and Washington, by and through their respective Attorneys General (collectively, "Plaintiff-States"); and New Jersey having agreed to act as local counsel; and Defendant Apple Inc. having consented to the *pro hac* admission of the respective counsel for Plaintiff-States; and for good cause having been shown:

**IT IS** on this ____ day of _____, 2024,

**ORDERED** that counsel listed on **Exhibit A**, attached hereto, are hereby admitted *pro hac vice* for all purposes of representing their respective State clients in this matter; and it is further

**ORDERED** that, as an employees and representatives of sister states, counsel who are hereby admitted *pro hac vice* are exempted from making payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1); and it is further

**ORDERED** that, pursuant to Local Rule 101.1(c)(3), counsel who are hereby admitted *pro hac vice* shall make a payment of $250.00, payable to the Clerk, United States District Court for the District of New Jersey; and it is further

**ORDERED** that the above counsel admitted *pro hac vice* shall be bound by the rules governing the Court including, without limitation, the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules.

**SO ORDERED:**

_____
HON. LEDA DUNN WETTRE, U.S.M.J