IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>            Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) |

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE
ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATIONS**

Request is hereby made by local counsel for *pro hac vice* counsel, listed in **Exhibit A** attached hereto, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for attorneys listed in **Exhibit A** to appear *pro hac vice* in the within matter was entered on July 1, 2024; and

2. The Admission Fee(s), in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), have been paid to the Clerk of the Court.

Dated: July 2, 2024

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/Andrew F. Esoldi
Andrew F. Esoldi
Deputy Attorney General
Consumer Fraud Prosecution Section
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07102
Telephone: (973) 648-3070
Andrew.esoldi@law.njoag.gov
*Attorney for Plaintiff State of New Jersey*