**EXHIBIT A**

| **Plaintiff-State** | *Pro Hac Vice* **Attorney Information** |
|---|---|
| **Massachusetts** | William T. Matlack<br>Chief, Antitrust Division<br>Commonwealth of Massachusetts<br>Office of Attorney General Andrea Campbell<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Phone: (617) 913-6162<br>Email: William.Matlack@mass.gov |
| | Katherine W. Krems<br>Assistant Attorney General, Antitrust Division<br>Commonwealth of Massachusetts<br>Office of Attorney General Andrea Campbell<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Phone: (617) 963-2189<br>Email: Katherine.Krems@mass.gov |
| | David Mlaver<br>Assistant Attorney General, Antitrust Division<br>Commonwealth of Massachusetts<br>Office of Attorney General Andrea Campbell<br>One Ashburton Place, 18th Fl.<br>Boston, MA 02108<br>Phone: (617) 963-2613<br>Email: David.Mlaver@mass.gov |
| **Nevada** | Raquel Fulghum<br>Senior Deputy Attorney General<br>Bureau of Consumer Protection<br>Nevada Attorney General's Office<br>100 N. Carson Street<br>Carson City, NV 89701<br>Phone: (775) 684-1295<br>Email: rfulghum@ag.nv.gov<br>         DPotnar@ag.nv.gov |
| | Samantha Bilbao Feeley<br>Senior Deputy Attorney General<br>Nevada Attorney General's Office<br>8945 West Russell Road, Suite 204<br>Las Vegas, NV 89148<br>Phone: (702) 486-6525 |

|  | Email: SFeeley@ag.nv.gov |
|---|---|
| **Indiana** | Matthew Michaloski<br>Deputy Attorney General<br>Office of Attorney General Todd Rokita<br>302 W Washington Street<br>IGCS Fifth Floor<br>Indianapolis, IN 46204<br>Phone: (317) 234-1479<br>Email: Matthew.Michaloski@atg.in.gov |
|  | Scott L. Barnhart<br>Chief Counsel and Director<br>Consumer Protection<br>Indiana Government Center South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana 46204<br>Phone: (317) 232-6309<br>Email: Scott.Barnhart@atg.in.gov |
|  | Jesse Moore<br>Deputy Attorney General<br>302 West Washington Street<br>Indiana Government Center South, Fifth Floor<br>Indianapolis, Indiana 46204<br>Phone: (317) 232-4956<br>Email: Jesse.Moore@atg.in.gov |
| **Washington** | Luminita Nodit<br>Assistant Attorney General<br>Antitrust Division<br>Washington Attorney's General Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Phone: (206) 254-0568<br>Email: lumi.nodit@atg.wa.gov |