

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

July 5, 2024

**VIA ECF**
Hon. Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        **Re:  *United States, et al. v. Apple Inc.***
            **Case No. 2:24-cv-04055**
            **Pre-Motion Conference July 17, 2024, at 11:00 A.M.**

Dear Judge Neals:

      This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff, the State of New Jersey ("New Jersey"), and is appearing as local counsel for the Platiniff-States of Arizona, California, Connecticut, the District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin (collectively, "Plaintiff-States") in the above-captioned matter. This correspondence is respectfully submitted on behalf of the Plaintiff-States and the United States concerning appearances at the pre-motion conference scheduled by the Court for July 17, 2024, at 11:00 A.M. (ECF No. 63).

      Counsel for the Plaintiff State of New Jersey and the United States intend to attend the pre-motion conference in person. Plaintiffs, however, respectfully request that Your Honor permit other counsel for the Plaintiff-States and the United States to attend the conference virtually via telephone dial-in or any alternative means that are most convenient for the Court.

      In addition, New Jersey and the United States request that counsel of the Plaintiff States and the United States who are not actively making an appearance be permitted to attend virtually for all future conferences and hearings over the course of this litigation.

      Your Honor's time and consideration of this matter are greatly appreciated.



        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

        By: <u>s/ Isabella R. Pitt</u>
        Isabella R. Pitt
        Deputy Attorney General
        Assistant Section Chief, Antitrust
        124 Halsey Street, 5th Floor
        P.O. Box 45029
        Newark, New Jersey
        Telephone: (973) 877-1280
        Isabella.Pitt@law.njoag.gov
        *Attorney for the Plaintiff States of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

        <u>s/ Jonathan H. Lasken</u>
        Jonathan H. Lasken
        Assistant Chief, Civil Conduct Task Force
        United States Department of Justice
        450 Fifth Street, NW, Suite 4000
        Washington, D.C. 20530
        Telephone: (202) 598-6517
        Email: jonathan.lasken@usdoj.gov

        PHILIP R. SELLINGER
        United States Attorney

        <u>s/ J. Andrew Ruymann</u>
        J. Andrew Ruymann
        Assistant United States Attorney
        U.S. Attorney's Office
        402 East State Street, Room 430
        Trenton, NJ 08608
        Telephone: (609) 989-0563
        Email: John.Ruymann@usdoj.gov

Encs.
CC:  All Counsel of Record