

## State of New Jersey

|  |  |  |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* |  | MICHAEL T.G. LONG<br>*Director* |

July 5, 2024

**VIA ECF**
Hon. Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: ***United States, et al. v. Apple Inc.***
          **Case No. 2:24-cv-04055**
          **Pre-Motion Conference July 17, 2024, at 11:00 A.M.**

Dear Judge Neals:

      This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff, the State of New Jersey ("New Jersey"), and is appearing as local counsel for the Platiniff-States of Arizona, California, Connecticut, the District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin (collectively, "Plaintiff-States") in the above-captioned matter. This correspondence is respectfully submitted on behalf of the Plaintiff-States and the United States concerning appearances at the pre-motion conference scheduled by the Court for July 17, 2024, at 11:00 A.M. (ECF No. 63).

      Counsel for the Plaintiff State of New Jersey and the United States intend to attend the pre-motion conference in person. Plaintiffs, however, respectfully request that Your Honor permit other counsel for the Plaintiff-States and the United States to attend the conference virtually via telephone dial-in or any alternative means that are most convenient for the Court.

      In addition, New Jersey and the United States request that counsel of the Plaintiff States and the United States who are not actively making an appearance be permitted to attend virtually for all future conferences and hearings over the course of this litigation.

      Your Honor's time and consideration of this matter are greatly appreciated.



Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: s/ Isabella R. Pitt
Isabella R. Pitt
Deputy Attorney General
Assistant Section Chief, Antitrust
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey
Telephone: (973) 877-1280
Isabella.Pitt@law.njoag.gov
*Attorney for the Plaintiff States of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

s/ Jonathan H. Lasken
Jonathan H. Lasken
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

PHILIP R. SELLINGER
United States Attorney

s/ J. Andrew Ruymann
J. Andrew Ruymann
Assistant United States Attorney
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Ruymann@usdoj.gov

**So ORDERED 7/8/2024:**

**JULIEN XAIVER NEALS**
**United States District Judge**