

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

July 2, 2024

*Via ECF*
Honorable Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **SO ORDERED.**
>
> s/ *Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** 7/9/2024

Dear Judge Neals:

    Counsel have conferred regarding a proposed schedule for filing responses to Dkt. No. 58 ("[M]otion to dismiss; motion for injunction; arguendo motion to intervene; ex parte motion for service by US Marshals and other reliefs; all motions WITHOUT HEARING" filed by *pro se* litigant TaiMing Zhang). The parties to this action propose that any responses from the parties shall be filed on or before August 30, 2024.

                                  Respectfully submitted,

                                    s/ Jonathan Lasken
                                    JONATHAN LASKEN
                                    Assistant Chief, Civil Conduct Task Force
                                    United States Department of Justice
                                    450 Fifth Street, NW, Suite 4000
                                    Washington, D.C. 20530
                                    Telephone: (202) 598-6517
                                    Email: Jonathan.Lasken@usdoj.gov

                                    PHILIP R. SELLINGER
                                    United States Attorney

                                    s/ J. Andrew Ruymann
                                    J. Andrew Ruymann
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    402 East State Street, Room 430
                                    Trenton, NJ 08608
                                    Telephone: (609) 989-0563
                                    Email: John.Ruymann@usdoj.gov

                                    *Attorneys for Plaintiff United States of*

*America*

MATTHEW J. PLATKIN
Attorney General of New Jersey

s/ Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Email: Isabella.Pitt@law.njoag.gov

*For Plaintiffs States of New Jersey, Arizona, California, Washington, D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*


s/ Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: LWalsh@walsh.law
      DArpert@walsh.law

Craig S. Primis, P.C.
K. Winn Allen, P.C.
Matthew J. Reilly, P.C.
Mary Elizabeth Miller
Luke P. McGuire
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
       winn.allen@kirkland.com
       matt.reilly@kirkland.com
       mary.miller@kirkland.com
       luke.mcguire@kirkland.com

Devora W. Allon
Kirkland & Ellis LLP
601 Lexington Avenue

New York, NY 10022
Tel.: (212) 446-5967
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*