AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-04055 |
| Apple, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey.

Date: 07/10/2024

/s/ Meghan K. Musso
*Attorney's signature*

Meghan K. Musso (021602009)
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Floor
Newark, NJ 07102
*Address*

Meghan.Musso@law.njoag.gov
*E-mail address*

(973) 648-2500
*Telephone number*

*FAX number*