AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No.  No. 2:24-cv-04055 (JXN-LDW) |
| Apple, Inc. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 07/16/2024

/s/ Patrick M. Kuhlmann
*Attorney's signature*

Patrick M. Kuhlmann (Wis. Bar. No. 1036148)
*Printed name and bar number*

Antitrust Division, U.S. Department of Justice
950 Pennsylvania Avenue, NW
Room 3222
Washington DC  20530
*Address*

patrick.kuhlmann@usdoj.gov
*E-mail address*

(202) 305-4639
*Telephone number*

*FAX number*

PHILIP R. SELLINGER
United States Attorney

BY: PATRICK M. KUHLMANN
Trial Attorney
United States Department of Justice
Antitrust Division
950 Pennsylvania Ave, NW, Room 3222
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon all appearing counsel via ECF.

/s/ Patrick M. Kuhlmann
Patrick M. Kuhlmann
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*