AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America, et al.,  *Plaintiff*  v.  Apple Inc.  *Defendant* | Case No. 2:24-cv-04055-JXN-LDW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 07/17/2024

/s/ Matthew C. Mandelberg
*Attorney's signature*

Matthew C. Mandelberg (CA Bar No. 281240)
*Printed name and bar number*

Antitrust Division, US Department of Justice
950 Pennsylvania Avenue NW
Room 3222
Washington, DC 20530
*Address*

matthew.mandelberg@usdoj.gov
*E-mail address*

(202) 476-0483
*Telephone number*

(202) 514-0536
*FAX number*

PHILIP R. SELLINGER
United States Attorney

BY: MATTHEW C. MANDELBERG
Trial Attorney
United States Department of Justice
Antitrust Division
950 Pennsylvania Ave, NW, Room 3222
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon all appearing counsel via ECF.

/s/ Matthew C. Mandelberg
Matthew C. Mandelberg
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*