UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ & LEDA DUNN WETTRE, USMJ
Court Reporter:  Melissa Mormile                             Date: 7/17/2024
                                                             Civil No: 2:24-cv-4055

Title of the Case:

UNITED STATES OF AMERICA, et al
v.
APPLE, INC.

Appearances:

Jonathan Lasken, John Andrew Ruymann, Elinor R. Hoffman, Bryan Bloom, Isabella Pitt, Robert McNary, Matthew C. Madelberg, Patrick Michaek Kuhlmann, Jennifer Hane, Brian Francis McDonough, Counsel for Plaintiffs United States of America, et al

Elin S. Alm, Elizabeth G. Arthur, Cari Jeffries, Eric Conti, Scott Ethan Bowers, Jeremy Keeny, Lauren Elizabeth Van Driesen, Christopher G. Lindblad, David Mlaver, Jesse J. Moore, Christina M. Moylan, Nolan Mayther, Raquel Y. Fulghum, Samantha B. Feeley, LeAnn D. Scott, Timothy D. Smith, Alexandra Spring, and Saivignesh Venkat, by video, for Plaintiffs United States of America, et al

Douglas Arpert, K. Winn Allen, Devora Allen, Counsel for Defendant Apple, Inc.

**Nature of Proceedings**:  Pre-Motion Leave Conference

Status Conference Held

Kimberly Darling, Courtroom Deputy
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:    11:00 am
Time Concluded:    11:45 am
Total Time:        45 minutes