

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

July 24, 2024

*Via ECF*

The Honorable Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *United States v. Apple*, No. 24-cv-04055 (D.N.J.) (JXN-LDW)
              Stipulation and [Proposed] Order re Briefing Schedule on Motion
              to Dismiss First Amended Complaint

Dear Judge Neals:

      In accordance with the Court's order (ECF No. 79), the parties respectfully submit the accompanying Stipulation and [Proposed] Order re Briefing Schedule on Motion to Dismiss First Amended Complaint.

                                             Respectfully submitted,

                                             *s/ Jonathan H. Lasken*
                                             Jonathan H. Lasken
                                             Assistant Chief, Civil Conduct Task Force
                                             United States Department of Justice
                                             450 Fifth Street, NW, Suite 4000
                                             Washington, D.C. 20530
                                             Telephone: (202) 598-6517
                                             Email: jonathan.lasken@usdoj.gov

                                             PHILIP R. SELLINGER
                                             United States Attorney

                                             *s/ J. Andrew Ruymann*
                                             J. Andrew Ruymann
                                             Assistant United States Attorney

U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Ruymann@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

*s/ Isabella R. Pitt*
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Isabella.Pitt@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

PHILIP R. SELLINGER
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on July 24, 2024.

*s/ Jonathan Lasken*
JONATHAN LASKEN
Assistant Chief
Civil Conduct Task force
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*