## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**APPLE INC.,**<br><br>*Defendant.* | Case No. 2:24-cv-04055 (JXN) (LDW) |

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Plaintiffs United States of America, and the State of New Jersey, State of Arizona, State of California, District of Columbia, State of Connecticut, State of Indiana, State of Maine, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Hampshire, State of New York, State of North Dakota, State of Oklahoma, State of Oregon, State of Tennessee, State of Vermont, State of Wisconsin, and State of Washington, acting by and through their respective Attorneys General (collectively with the United States of America, "Plaintiffs"), and Defendant Apple Inc. ("Defendant"), hereby stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on June 11, 2024 (ECF No. 51);

WHEREAS, during the Pre-Motion Conference, the Court ordered the parties to submit a briefing schedule on Defendant's forthcoming motion to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12 (ECF No. 79);

1

THEREFORE, in the interest of efficiency, the parties agree and stipulate to the following schedule:

1. Defendant will file its motion to dismiss the First Amended Complaint on August 1, 2024;

2. Plaintiffs will file their opposition to the motion to dismiss on September 12, 2024;

3. Defendant will file its reply in support of its motion to dismiss on October 10, 2024; and

4. The parties respectfully request that the Court hold a hearing on the motion to dismiss at its earliest convenience.

Dated: July 24, 2024

/s/ Jonathan H. Lasken
Jonathan H. Lasken
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Tel: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

*Attorneys for Plaintiff United States of America*

Dated: July 24, 2024

/s/ Isabella R. Pitt
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust Division
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-3070
Email: Isabella.Pitt@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

Dated: July 24, 2024

/s/ Justin Moor
Justin Moor
Assistant Attorney General

        455 Minnesota Street, Suite 1400
        Saint Paul, MN 55101-2130
        Tel.: (651) 724-9627
        Email: justin.moor@ag.state.mn.us

*Attorneys for Plaintiff State of Minnesota*

Dated: July 24, 2024

/s/ Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: LWalsh@walsh.law
       DArpert@walsh.law

Craig S. Primis, P.C.
K. Winn Allen, P.C.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
       winn.allen@kirkland.com

Devora W. Allon, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-5967
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*

**IT IS SO ORDERED.**

Dated: _____, 2024

       _____
       HON. JULIEN XAVIER NEALS
       United States District Judge