AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-04055-JXN-LDW |
| Apple, Inc. | ) |
| *Defendant* | ) |

## CORRECTED APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 07/25/2024

/ Sean Carman
*Attorney's signature*

Sean Carman (WA State Bar No. 24654)
*Printed name and bar number*

Antitrust Division, U.S. Department of Justice
450 Fifth Street, NW, Suite 8600
Washington, D.C. 20530
*Address*

sean.carman@usdoj.gov
*E-mail address*

(202) 805-8538
*Telephone number*

(202) 616-2441
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Corrected Appearance of Counsel for Sean Carman was served upon all appearing counsel via ECF.

s/ *Sean Carman*
SEAN CARMAN
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*
