

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

July 26, 2024

*Via ECF*

The Honorable Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *United States v. Apple*, No. 24-cv-04055 (D.N.J.) (JXN-LDW)
             Schedule for Submission in Response to July 17 Order

Dear Judge Neals:

      Consistent with the Court's Order (ECF No. 79), the parties are meeting and conferring over discovery related tasks that can be accomplished pending the Court's resolution of Apple's motion to dismiss, and any anticipated complex discovery issues. Although Your Honor's Order did not specify a date for the submission of the directed joint letter, the parties intend to submit a joint letter outlining their positions on these matters by August 1, 2024.

                                    Respectfully submitted,

                                    */s/ Jonathan H. Lasken*
                                    Jonathan H. Lasken
                                    Assistant Chief, Civil Conduct Task Force
                                    United States Department of Justice
                                    450 Fifth Street, NW, Suite 4000
                                    Washington, D.C. 20530
                                    Telephone: (202) 598-6517
                                    Email: jonathan.lasken@usdoj.gov

                                    PHILIP R. SELLINGER
                                    United States Attorney

                                    */s/ J. Andrew Ruymann*
                                    J. Andrew Ruymann
                                    Assistant United States Attorney

U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Ruymann@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

<u>/s/ Isabella R. Pitt</u>
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Isabella.Pitt@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

PHILIP R. SELLINGER
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

## CERTIFICATE OF SERVICE

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on July 26, 2024.

/s/ *Jonathan H. Lasken*
Jonathan H. Lasken
Assistant Chief
Civil Conduct Task force
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*