Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 2:24-cv-04055<br>(JXN-LDW)<br><br>**CERTIFICATION OF**<br>**JULIAN W. KLEINBRODT IN SUPPORT**<br>**OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Julian W. Kleinbrodt, of full age, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the State of California. I am a partner of the firm Gibson, Dunn & Crutcher LLP, attorneys for Defendant Apple Inc. in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of California on December 26, 2014 and am a member in good standing.

3. The name and address of the official or office maintaining the roll of the members of the Bar in which I am admitted is as follows:

The State Bar of California<br>
180 Howard Street<br>
San Francisco, CA 94105

4.       No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

5.       If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

6.       If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

7.       If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

8.       If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

9.       I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on July 31, 2024

_____
Julian W. Kleinbrodt