Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) <br><br> **CERTIFICATION OF LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify:

1. I am an attorney-at-law of the State of New Jersey, and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendant Apple Inc. ("Apple") in connection with the above-captioned action. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Apple's application for the *pro hac vice* admission of Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt of the law firm Gibson, Dunn & Crutcher LLP in this matter pursuant to Local Civil Rule 101.1(c).

3. Daniel G. Swanson is a partner of the firm of Gibson, Dunn & Crutcher LLP. Mr. Swanson is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Daniel G. Swanson filed simultaneously with these papers.

4. Cynthia Richman is a partner of the firm of Gibson, Dunn & Crutcher LLP. Ms. Richman is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Cynthia Richman filed simultaneously with these papers.

5. Julian W. Kleinbrodt is a partner of the firm of Gibson, Dunn & Crutcher LLP. Mr. Kleinbrodt is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Julian W. Kleinbrodt filed simultaneously with these papers.

6. I am confident that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules. I have agreed to work with Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt in this action.

7. I agree to be held responsible for the filing of all pleadings, briefs, and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleagues and will ensure that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt will comply with Local Rule 101.1(c) should this application be granted.

8. I further agree that I, or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

9. Plaintiff, through counsel, has consented to the *pro hac vice* admission of Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt.

10. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2024             WALSH PIZZI O'REILLY FALANGA LLP

/s/*Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*