UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 2:24-cv-04055<br>(JXN-LDW)<br><br>**[PROPOSED] ORDER GRANTING<br>*PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

  **THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Defendant Apple Inc. ("Apple"), upon application for the entry of an Order admitting *pro hac vice* Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt of the law firm Gibson, Dunn & Crutcher LLP; and Plaintiffs, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

  **IT IS** on this _____ day of _____, 2024,

  **ORDERED** that Apple's application for the *pro hac vice* admission of Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt is hereby **GRANTED**; and it is further

  **ORDERED** that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Apple in this matter; and it is further

  **ORDERED** that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt shall abide by the disciplinary rules of this Court; and it is further

  **ORDERED** that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, each make

annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Daniel G. Swanson, Cynthia Richman, and Julian W. Kleinbrodt shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

_____
HON. LEDA DUNN WETTRE, U.S.M.J.