# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> Hon. Julien X. Neals, U.S.D.J. <br> Hon. Leda D. Wettre, U.S.M.J. <br><br> *Document filed electronically* |

## [PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

**THIS MATTER** having come before the Court by way of the Motion of Defendant for the entry of an Order dismissing with prejudice Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Court having considered the submissions of the parties and any argument of counsel (if any), and for good cause having been shown,

**IT IS ON THIS** _____ day of _____, 20\_\_\_\_\_:

**ORDERED** that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is hereby GRANTED; and it is further

**ORDERED** that Plaintiffs' First Amended Complaint is hereby **DISMISSED** with prejudice.

**SO ORDERED.**

_____
Hon. Julien X. Neals
United States District Judge