Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 2:24-cv-04055<br>(JXN-LDW)<br><br><br>*Filed Electronically* |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
### ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, Cynthia Richman, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Cynthia Richman to appear *pro hac vice* in the within matter was entered on August 1, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: August 6, 2024

                                                     *s/Liza M. Walsh*
                                                     Liza M. Walsh
                                                     Douglas E. Arpert
                                                     WALSH PIZZI O'REILLY FALANGA LLP
                                                     Three Gateway Center
                                                     100 Mulberry Street, 15th Floor
                                                     Newark, New Jersey 07102
                                                     Tel.: (973) 757-1100

                                                     *Attorneys for Defendant Apple Inc.*

**_PRO HAC VICE_ ATTORNEYS INFORMATION**
Cynthia Richman
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8234
Email: crichman@gibsondunn.com