# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' August 1, 2024 joint letter regarding discovery-related tasks that can be accomplished pending resolution of defendant's motion to dismiss (ECF 88); and the Court finding that certain discrete tasks should proceed while the Court determines the appropriate timing for a Rule 16 initial scheduling conference;

**IT IS** on this day, August 7, 2024, **ORDERED** that:

1. The parties shall serve initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than **August 23, 2024**.

2. The parties shall file a proposed Protective Order, ESI Protocol, and Source Code Protocol no later than **September 20, 2024**. Any disputes as to the terms of the Protective Order, ESI Protocol, or Source Code Protocol that cannot be resolved after good faith meet and confer shall be presented to the Court by joint letter no later than **September 20, 2024**.

　　　　　　　　　　　　　　　　　　　　*s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge