**Bob Ferguson**

# ATTORNEY GENERAL OF WASHINGTON

800 Fifth Avenue, Suite 2000 ● Seattle, Washington 98104-3188
Telephone (206) 464-7744 ● Facsimile (206) 464-6338

August 12, 2024

U.S. District Court
District of New Jersey
MLK Building
50 Walnut Street
Newark, NJ 07102

    RE:    *United States of America, et al v. Apple Inc.*
               U.S. District Court, District of New Jersey Cause No. 2:24-cv-04055-JXN-LDW

Dear Clerk:

Please add the following email address to the cause number listed above as a Notice Ony Party.

    ATSeaEF@atg.wa.gov

Thank you for your assistance in this matter.

Best regards,


s/ Debbie Chase
DEBBIE CHASE
Legal Assistant
206.516.2986
debbie.chase@atg.wa.gov

DC