# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING**
**BUILDING & U.S. COURTHOUSE**
50 Walnut Street
Newark, NJ 07102
(973) 645-6042

September 11, 2024

### LETTER ORDER

Re:   **UNITED STATES OF AMERICA *et al* v. APPLE INC.**
      **Civil Action No. 24-cv-04055 (JXN) (LDW)**

Dear Counsel:

The Court will hold oral argument on Defendant's motion to dismiss (ECF No. 86) and directs the following:

1. **Argument Presentation.** Oral Argument on Defendant's motion to dismiss shall commence at 11:00 AM, November 20, 2024. The Court has allocated a total of four (4) hours for argument during the hearing, to be allocated evenly between Plaintiffs' and Defendants' presentations. The Court will make every effort to conclude the hearing on November 20, 2024.

2. **Technology Tutorials.** In addition to the presentation of arguments on the Defendant's motion to dismiss, each party shall present technology tutorials either on a separate day prior to the presentation of their respective argument or incorporate such tutorial information during the presentation of their argument. The time used to present technology tutorials will/will not be counted towards the parties' allocated time limit. Should the parties opt to present technology tutorials on a separate day, by no later than September 18,

2024, the parties shall file a letter advising the Court of three dates that work for all parties and how they plan to present their tutorial, including the parties' proposed allocation of time.

3. **Technological Needs.** The parties may use demonstrative aids during the hearings. The parties shall contact the Courtroom Deputy and the Court's Information Technology Department to ensure that the Courtroom is equipped with the appropriate technology. The parties are directed to contact the Courtroom Deputy should the parties need access to the Courtroom prior to the hearing in order to install and test any equipment.

**IT IS SO ORDERED.**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge