AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-04055 |
| Apple, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey.

Date: 09/12/2024

/s/ Giancarlo G. Piccinini
*Attorney's signature*

Giancarlo G. Piccinini (414322022)
*Printed name and bar number*

New Jersey Division of Law
124 Halsey Street, Fifth Floor
Newark, NJ 07101
*Address*

giancarlo.piccinini@law.njoag.gov
*E-mail address*

(609) 696-5283
*Telephone number*

*FAX number*