Taiming Zhang (pro se movant)

8-1, No. 21 Taishan Lane, Zhongshan District, Dalian, Liaoning, China

TELEPHONE NO.: +8618604267322

E-MAIL ADDRESS: nick.705073604@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| Taiming Zhang | ) | Case No. 2:24-cv-04055 |
| --- | --- | --- |
|  | ) |  |
| Interested Party, movant | ) | notice of appeal |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

1. I appeal the denial of PI. (ECF 99)
2. An application to proceed IFP will be filed soon.

Notice of appeal — 1 —