AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-04055 (JXN-LDW) |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States                                                                                                                       .

Date:   09/12/2024

s/ Ashley Kaplan
*Attorney's signature*

Ashley Kaplan (CA Bar # 293443)
*Printed name and bar number*

450 5th Street, Suite 7000
Washington, DC 20530

*Address*

ashley.kaplan@usdoj.gov
*E-mail address*

(202) 368-0381
*Telephone number*

(202) 616-2441
*FAX number*

PHILIP R. SELLINGER
United States Attorney

BY: ASHLEY KAPLAN
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7000
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *Plaintiff*, v. APPLE INC. *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on September 12, 2024.

BY: s/ Ashley Kaplan
ASHLEY KAPLAN
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*