AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America Et Al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24cv4055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of Justice - Antitrust Division                                         .

Date:     09/12/2024

*Sadev Parikh*
*Attorney's signature*

Sadev Parikh (6100010)
*Printed name and bar number*

450 Fifth St., NW Suite 8042
Washington, DC 20530
USA

*Address*

sadev.parikh@usdoj.gov
*E-mail address*

(202) 805-8582
*Telephone number*

*FAX number*

PHILIP R. SELLINGER
United States Attorney

BY: SADEV PARIKH
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8042
Washington, DC 20530
*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

## CERTIFICATE OF SERVICE

I hereby certify that the above letter and this Certificate of Service were served

upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen,

Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C.,

20004, by CM/ECF on September 12, 2024.


BY: s/ Sadev Parikh
SADEV PARIKH
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*