Taiming Zhang (pro se movant)

8-1, No. 21 Taishan Lane, Zhongshan District, Dalian, Liaoning, China

TELEPHONE NO.: +8618604267322

E-MAIL ADDRESS: nick.705073604@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| Taiming Zhang | ) | Case No. 2:24-cv-04055 |
| --- | --- | --- |
|  | ) |  |
| Interested Party, movant | ) | notice of appeal |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

1. I appeal the denial of PI. (ECF 99)
2. An application to proceed IFP will be filed soon.

Notice of appeal  - 1 -

Taiming Zhang (pro se movant)

8-1, No. 21 Taishan Lane, Zhongshan District, Dalian, Liaoning, China

TELEPHONE NO.: +8618604267322

E-MAIL ADDRESS: nick.705073604@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| Taiming Zhang | ) | Case No. 2:24-cv-04055 |
|---|---|---|
|  | ) |  |
| Interested Party, movant | ) | letter to JXN |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

1. The MJ disposed of a motion to dismiss, a dispositive motion. The MJ has no power to dispose of dispositive motions.
2. An appeal shouldn't have to be filed unnecessarily, as this should be corrected by the DC.
3. AS FOR LDW's argument that I ultimately have no standing to file a motion to dismiss, that does not undermine or alter the lack of jurisdiction for her to dispose of a motion to dismiss (a dispositive motion).

letter                                                                                                          - 1 -