Letter to court requesting ECF notice

Earlier, LDW ordered for me to be terminated as a party, and to remove me from the list of parties who receive notices of electronic filings in this matter. I've filed a notice of appeal appealing the denial of PI. For this reason, I should be added back to receive ECF notices for this case. An order or direction as such is sought thereof.
TAIMING ZHANG