**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **CERTIFICATION OF ROBERT J. CARLSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Robert J. Carlson, of full age, hereby certify as follows:

1. I am an attorney at law of the State of Oklahoma ("OK") and an Assistant Attorney General at the Office of the Oklahoma Attorney General, with offices located at 313 NE 21st St., Oklahoma City, OK 73105, and 15 W 6th St., Suite 1000, Tulsa, OK 74119. I represent OK, by and through the Attorney General Gentner Drummond, in antitrust and related enforcement actions, which is a complex field of law in which I specialize. This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing OK in the above-captioned matter. I am fully familiar with the facts of this certification and the facts of this case.

2. I am a member in good standing of the bar of Oklahoma (2002) and Montana (2022). The names and addresses of the offices maintaining the roll of members of the bar in those jurisdictions are as follows: Oklahoma Bar Association, 1901 N Lincoln Blvd., Oklahoma City, OK 73105; State Bar of Montana, 33 S. Last Chance Gulch Ste 1B, P.O. Box 577, Helena, MT 59624.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4. I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5. As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1). Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2024 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6. In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated. I agree to comply with the requirements of Local Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8. I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing OK in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**GENTNER DRUMMOND**
**ATTORNEY GENERAL OF OKLAHOMA**

*/s/ Robert J. Carlson*

Robert J. Carlson, OBA No. 19312
Senior Assistant Attorney General
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Telephone: (918) 581-2885
Email: Robert.Carlson@oag.ok.gov

Dated: September 12, 2024