IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>APPLE, INC.,<br><br>　　　Defendant. | Case No. 2:24-cv-04055 (JXN-LDW) |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Plaintiff State of Oklahoma substitutes as its attorney of record in this action Robert J. Carlson, Assistant Attorney General, in place of Caleb J. Smith. All pleadings and other papers should be served upon Assistant Attorney General Robert J. Carlson at 15 West 6th Street, Suite 1000, Tulsa, OK 74119, Robert.Carlson@oag.ok.gov or via the Court's ECF system. Assistant Attorney General Caleb J. Smith should be removed as attorney of record for the State of Oklahoma.

Dated this 17th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　FOR PLAINTIFF STATE of OKLAHOMA
　　　　　　　　　　　　　　　　　　　　MATTHEW J. PLATKIN
　　　　　　　　　　　　　　　　　　　　Attorney General of New Jersey

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Andrew F. Esoldi
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Consumer Fraud Prosecution Section
　　　　　　　　　　　　　　　　　　　　124 Halsey Street, 5th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 45029
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07101
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 648-7819
　　　　　　　　　　　　　　　　　　　　Andrew.esoldi@law.njoag.gov