# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by local counsel for *pro hac vice* counsel, Robert J. Carlson, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Robert J. Carlson to appear *pro hac vice* in the within matter was entered on September 17, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 18, 2024

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/Andrew F. Esoldi
Andrew F. Esoldi
Deputy Attorney General
Consumer Fraud Prosecution Section
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-3070
andrew.esoldi@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

### *PRO HAC VICE* **ATTORNEY INFORMATION**

Robert J. Carlson
Senior Assistant Attorney General
Office of the Oklahoma Attorney General
15 West 6th Street, Suite 1000
Tulsa, OK 74119
Tel.: (918) 581-2885
Email: Robert.Carlson@oag.ok.gov

Case 2:24-cv-04055-JXN-LDW     Document 113     Filed 09/18/24     Page 2 of 2 PageID: 843