

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

September 18, 2024

**VIA ECF**
Honorable Julian X. Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:    *United States of America, et al. v. Apple Inc.,* **No. 2:24-cv-04055 (JXN-LDW)**
                 **Joint Letter Regarding Technology Tutorials**

Dear Judge Neals:

      The Parties respectfully submit this joint letter pursuant to the Court's Letter Order dated September 11, 2024 (ECF No. 100). The Parties are available to present technology tutorials to the Court on November 4, 6, or 12. Plaintiffs express a preference for the tutorials to occur on November 4 or 6.

      The Parties agree that they will exchange demonstratives 48 hours in advance of the tutorial. The Parties also agree that a court reporter should transcribe the tutorial.

      The Parties agree that the tutorials should be limited to 90 minutes per side, a portion of which could be reserved to respond to the other side's presentation.

      Plaintiffs respectfully submit that the anticipated presentation should be from counsel; any presentations from potential future fact witnesses at this stage - particularly without discovery and cross examination - would be premature, confusing, and risk being advocacy. Apple is assessing whether presentation from Apple employees would be helpful to the Court, and if so Apple proposes that they be permitted to participate in the tutorial. Apple submits that any such presentation would be neither testimony or evidence in the case and would be provided for the sole purpose of a technical presentation:  to provide relevant, helpful, and clear background information to allow the Court to better understand complex products and technologies. Plaintiffs anticipate submitting a letter on the format of the tutorials as soon as practicable. Apple is also happy to provide further briefing, if the Court would find that helpful.

 Respectfully submitted,

| | |
|---|---|
| */s/* Jonathan H. Lasken<br>Jonathan H. Lasken<br>Assistant Chief, Civil Conduct Task Force<br>United States Department of Justice<br>450 Fifth Street, NW, Suite 4000<br>Washington, D.C. 20530<br>Telephone: (202) 598-6517<br>Email: jonathan.lasken@usdoj.gov<br><br>PHILIP R. SELLINGER<br>United States Attorney<br><br>*/s/* J. Andrew Ruymann<br>J. Andrew Ruymann<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>402 East State Street, Room 430<br>Trenton, NJ 08608<br>Telephone: (609) 989-0563<br>Email: John.Ruymann@usdoj.gov<br><br>MATTHEW J. PLATKIN<br>Attorney General of New Jersey<br><br>*/s/* Isabella R. Pitt<br>Isabella R. Pitt (NJ Bar No. 071002013)<br>Deputy Attorney General<br>Assistant Section Chief of Antitrust<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Telephone: (973) 648-3070<br>Isabella.Pitt@law.njoag.gov<br><br>*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin* | */s/* Liza M. Walsh<br>Liza M. Walsh<br>Douglas E. Arpert<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>Tel.: (973) 757-1100<br>Email: lwalsh@walsh.law<br>Email: darpert@walsh.law<br><br>*/s/* Craig S. Primis<br>Craig S. Primis, P.C.<br>Winn Allen, P.C.<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel.: (202) 389-5000<br>Email: craig.primis@kirkland.com<br>Email: winn.allen@kirkland.com<br><br>*/s/* Devora W. Allon<br>Devora W. Allon, P.C.<br>Alexia R. Brancato<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel.: (212) 446-4800<br>Email: devora.allon@kirkland.com<br><br>*Attorneys for Defendant Apple Inc.* |

PHILIP R. SELLINGER
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *Plaintiff*, v. APPLE INC. *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allon, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on September 18, 2024.

BY: *s/ Jonathan H. Lasken*
Jonathan H. Lasken
Assistant Chief
Civil Conduct Task force
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*