UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 2:24-cv-04055-JXN-LDW |

**NOTICE OF CHANGE OF ADDRESS OF *PRO HAC VICE* COUNSEL**

To the Clerk:

Kindly denote that the Washington, D.C. office of Gibson, Dunn & Crutcher LLP, counsel for defendant Apple Inc., has a new address as follows: Gibson, Dunn & Crutcher LLP, 1700 M Street N.W., Washington, DC 20036-4504. All telephone and facsimile numbers, as well as email addresses, will remain the same.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: September 19, 2024        By: ___*s/Liza M. Walsh*___
                                      Liza M. Walsh

*Counsel for Defendant*