

*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

September 26, 2024

<u>VIA ECF</u>
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        Re:  *United States, et al. v. Apple Inc.* Case No. 2:24-cv-04055 (JXN-LDW)
            *Notice of Substitution of Counsel*

Dear Clerk of the Court:

    This Office, by and through the Attorney General Matthew J. Platkin, represents the Plaintiff State of New Jersey in the above-captioned matter.  Please take notice that the Plaintiff State of Indiana substitutes as its attorney of record in this action Jesse Moore, Deputy Attorney General, in place of Matthew Michaloski. All pleadings and other papers should be served upon Deputy Attorney General Jesse Moore who was previously admitted *Pro Hac Vice* on behalf of Plaintiff State of Indiana in this matter on July 1, 2024. ECF No. 66. Deputy Attorney General Matthew Michaloski should be removed as attorney of record for the State of Indiana.

                Respectfully submitted,

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

            By:_____
                Andrew F. Esoldi
                Deputy Attorney General
                Antitrust Litigation and Competition Enforcement
                124 Halsey Street, 5th Floor
                P.O. Box 45029
                Newark, New Jersey 07101
                Telephone: (973) 648-7819
                Andrew.esoldi@law.njoag.gov

Encs.
CC:  All Counsel of Record (via ECF)

