AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States, et al. <br> *Plaintiff* <br> v. <br> Apple Inc. <br> *Defendant* | ) <br> ) <br> ) Case No. 2:24-cv-04055-JXN-LDW <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Samsung Electronics America, Inc.

Date: 9/27/2024

*Matthew R. Friedenberg*
*Attorney's signature*

Matthew R. Friedenberg #043262011
*Printed name and bar number*

Vinson & Elkins LLP
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
*Address*

mfriedenberg@velaw.com
*E-mail address*

(212) 237-0067
*Telephone number*

(212) 237-0100
*FAX number*