IP TMZ letter to court RE: FRCP 72

REPEAT OF OBJECTION

Clarification

Earlier, I have filed a letter to court expressing grievance with the MJ's order, in which I specifically asked the Article III judge for re-decision. It seems this has been ignored.

*FRCP 72 (a) Nondispositive Matters. When a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision. A party may serve and file objections to the order within 14 days after being served with a copy. A party may not assign as error a defect in the order not timely objected to.* **The district judge in the case *must* consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.**

**I find, that objection\* had been filed within 14 days, and the article III judge must reconsider. This is obligatory. Not discretional.**

**I also clarify that I object her order in whole. It is contrary to fact and law. In fact, LDW started her first page with THREE lies. My objection is NOT limited to jurisdiction alone.**

**TAIMING ZHANG**

* **see specifically ECF 102 #2. It titles "letter to JXN" and says "this should be corrected by DC."**
* **UNFORTUNATELY, this properly filed objection WAS mislabelled by the clerk, and subsequently ignored by the judge. But it is a properly filed timely objection.**
* **The mere fact an appeal was filed changes nothing. It does not alter the obligation of the article III judge under FRCP 72.**