# Vinson&Elkins

Matthew R. Friedenberg  mfriedenberg@velaw.com
**Tel** +1.212.237.0067  **Fax** +1.917.849.5385

October 2, 2024

**VIA ECF**

Honorable Leda D. Wettre
United States Magistrate Judge
USDC District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Admission *Pro Hac Vice* of Counsel on Consent
*United States, et al. v. Apple Inc.*, Civil Action No. 2:24-cv-04055-JXN-LDW

Dear Judge Wettre:

This firm represents Non-Party Samsung Electronics America, Inc. ("Samsung") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Samsung hereby submits this application for the *pro hac vice* admission of Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman of the law firm Vinson & Elkins LLP. Counsel for Plaintiffs and Defendant consent to this application.

In support of this application, enclosed please find:

1. Declaration of Matthew R. Friedenberg in support of application for admission of Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman *pro hac vice*;

2. Declaration of Michael W. Scarborough;

3. Declaration of Dylan I. Ballard;

4. Declaration of M. Kevin Costello;

5. Declaration of Mackenzie G. Newman; and

6. Proposed form of Order granting admission of counsel *pro hac vice*.

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Dublin  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036-7708
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com

V&E

 Should the enclosed proposed form of Order is acceptable to Your Honor, we respectfully request it be entered.  Should Your Honor have any questions, we are available at your convenience.

          Respectfully submitted,

          */s/ Matthew R. Friedenberg*

          Matthew R. Friedenberg

cc: All Counsel of Record via ECF