Matthew R. Friedenberg
mfriedenberg@velaw.com
**VINSON & ELKINS L.L.P.**
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel:   (212) 237-0000
Fax:   (212) 237-0100

*Attorneys for Non-Party*
SAMSUNG ELECTRONICS AMERICA, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 2:24-CV-04055 (JXN-LDW)<br><br>**DECLARATION OF MATTHEW R. FRIEDENBERG IN SUPPORT OF APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, **MATTHEW R. FRIEDENBERG**, of full age, hereby declare as follows:

1.      I am an attorney-at-law of the State of New Jersey and counsel of the law firm Vinson & Elkins LLP, attorneys for Non-Party Samsung Electronics America, Inc. ("Samsung"), in the above-captioned action.

2.      I submit this declaration in support of the application made on behalf of Non-Party Samsung for the *pro hac vice* admission of Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman of Vinson & Elkins LLP, pursuant to Local Civil Rule 101.1(c).

3.      I am a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

4.      Michael W. Scarborough is a partner of the firm of Vinson & Elkins LLP.  Mr. Scarborough is a member in good standing of the State Bar of California, and his qualifications are set forth in his Declaration submitted herewith in support of this application.

5.      Dylan I. Ballard is a partner of the firm of Vinson & Elkins LLP.  Mr. Ballard is a member in good standing of the State Bar of California, and his qualifications are set forth in his Declaration submitted herewith in support of this application.

6.      Mackenzie G. Newman is a senior associate of the firm of Vinson & Elkins LLP. Ms. Newman is a member in good standing of the State Bar of New York, and her qualifications are set forth in her Declaration submitted herewith in support of this application.

7.      M. Kevin Costello is an associate of the firm of Vinson & Elkins LLP.  Mr. Costello is a member in good standing of the State Bar of California, and his qualifications are set forth in his Declaration submitted herewith in support of this application.

8.      I agree to sign all pleadings, briefs, and other papers filed with the Court, be responsible for the conduct of this Action, and will be present for all appearances before the Court unless otherwise excused by the Court.

9.      I hereby agree to be responsible for the conduct of Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman, and will ensure that each attorney complies with Local Rule 101.1(c) should they be admitted *pro hac vice*.

10.     Counsel for Plaintiffs and Defendant have consented to this application and to the *pro hac vice* admission of counsel.

11.    For the foregoing reasons, I respectfully request that this Court enter an Order admitting Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman as counsel representing Non-Party Samsung Electronics America, Inc. *pro hac vice* in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2024                                    VINSON & ELKINS LLP


                                                          */s/ Matthew R. Friedenberg*
                                                          Matthew R. Friedenberg
                                                          1114 Avenue of the Americas
                                                          32nd Floor
                                                          New York, NY 10036
                                                          Tel:    (212) 237-0000
                                                          Fax: (212) 237-0100
                                                          mfriedenberg@velaw.com

                                                          *Attorneys for Non-Party*
                                                          *Samsung Electronics America, Inc.*