Matthew R. Friedenberg
mfriedenberg@velaw.com
**VINSON & ELKINS L.L.P.**
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel:   (212) 237-0000

*Attorneys for Non-Party*
SAMSUNG ELECTRONICS AMERICA, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al., | Case No. 2:24-CV-04055 (JXN-LDW) |
| Plaintiffs, | **DECLARATION OF DYLAN I. BALLARD IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* |
| v. | |
| APPLE INC., | |
| Defendant. | |

I, **DYLAN I. BALLARD**, of full age, hereby declare as follows:

1.      In accordance with Local Civil Rule 101.1(c), I respectfully submit this Declaration in support of my application for admission *pro hac vice* on behalf of Non-Party Samsung Electronics America, Inc.

2.      I am a partner with the law firm of Vinson & Elkins LLP, attorneys for Non-Party Samsung Electronics America, Inc. in this matter.

3.      I was admitted to the Bar of the State of California on December 7, 2007 and am a member in good standing.

4.    The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is:  The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

5.    I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.  I agree to notify this Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

6.    I will be associated in this matter with Matthew R. Friedenberg of Vinson & Elkins LLP, who is the attorney of record for Samsung Electronics America, Inc. and is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey.

7.    Upon being admitted *pro hac vice*, I agree to submit to this Court's jurisdiction for any discipline and abide by Local Civil Rule 101.1(c), all Local Civil Rules of the United States District of New Jersey, and the New Jersey Rules of Professional Conduct.  I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, pre-trial conferences, trial, and any other proceedings.

8.    Upon being admitted *pro hac vice*, I will pay the required fee to the Clerk of the United States District Court for the Court of New Jersey, in accordance with Local Civil Rule 101.(c).

9.    Upon being admitted *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

10.     For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Samsung in this matter.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2024

Dylan I. Ballard