# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al., <br><br> Plaintiffs, <br> v. <br> APPLE INC., <br><br> Defendant. | Case No. 2:24-CV-04055-JXN-LDW <br><br> **[PROPOSED] ORDER GRANTING** *PRO HAC VICE* **ADMISSION** |

THIS MATTER having been brought before the Court by Vinson & Elkins LLP, counsel for Non-Party Samsung Electronics America, Inc. ("Samsung") in the above-captioned matter, for an Order permitting Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman to appear and participate *pro hac vice* in this matter on behalf of Samsung; the Court having considered all papers filed in support of said application, and for good cause having been shown pursuant to Civil Local Rule 101.1(c);

IT IS on this _____ day of _____, 2024,

**ORDERED** as follows:

1. Samsung's application for the *pro hac vice* admission of Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman is hereby GRANTED;

2. Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing Samsung in this matter;

3. Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman shall abide by the disciplinary rules of this Court;

4. Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days from the date of entry of this Order, for the duration of time that they serve as counsel *pro hac vice* in this matter;

5. Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman shall each make a payment of $250.00 pursuant to Local Civil Rule 101(c)(3) payable to the Clerk, U.S. District Court.

6. Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction;

7. Michael W. Scarborough, Dylan I. Ballard, M. Kevin Costello, and Mackenzie G. Newman shall have all pleadings, briefs, and other papers field with the Court in this matter signed by Matthew R. Friedenberg, or by such other member of the bar of this Court who has or may appear as the attorney of record in this matter for Non-Party Samsung Electronics America, Inc., pursuant to Local Civil Rule 101.1(c)(3), who shall be held responsible for the conduct of this Action, and who shall be present for all appearances before the Court unless otherwise excused by the Court.

 

**HON. LEDA D. WETTRE**
United States Magistrate Judge