

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

October 3, 2024

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *United States of America, et al. v. Apple Inc.,* No. 2:24-cv-04055 (JXN-LDW) Notice of Additional Third Party Filing Regarding Proposed Protective Orders

Dear Judge Wettre:

    The parties respectfully write to notify the Court that a group of third parties has informed the parties that they intend to intervene to provide their views on the proposed protective orders. The parties understand that the group intends to intervene on October 8, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan H. Lasken* | */s/ Liza M. Walsh* |
| Jonathan H. Lasken | Liza M. Walsh |
| Assistant Chief, Civil Conduct Task Force | Douglas E. Arpert |
| United States Department of Justice | WALSH PIZZI O'REILLY FALANGA LLP |
| 450 Fifth Street, NW, Suite 8600 | Three Gateway Center |
| Washington, D.C. 20530 | 100 Mulberry Street, 15th Floor |
| Telephone: (202) 598-6517 | Newark, New Jersey 07102 |
| Email: jonathan.lasken@usdoj.gov | Tel.: (973) 757-1100 |
| | Email: lwalsh@walsh.law |
| | Email: darpert@walsh.law |

PHILIP R. SELLINGER
United States Attorney

*/s/  J. Andrew Ruymann*
J. Andrew Ruymann
Assistant United States Attorney
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Ruymann@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/  Isabella R. Pitt*
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Isabella.Pitt@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

*/s/  Craig s. Primis*
Craig S. Primis, P.C.
Winn Allen, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com

*/s/  Devora W. Allon*
Devora W. Allon, P.C.
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*

PHILIP R. SELLINGER
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., *Plaintiff*, v. APPLE INC. *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

### CERTIFICATE OF SERVICE

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allon, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on October 3, 2024.

BY: *s/ Jonathan H. Lasken*
Jonathan H. Lasken
Assistant Chief
Civil Conduct Task force
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*