AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 2:24-cv-04055 |
| Apple Inc. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 10/07/2024

/s/ Jessica J. Taticchi
*Attorney's signature*

Jessica J. Taticchi (NY Bar No. 5198569)
*Printed name and bar number*

450 Fifth Street NW, Suite 8600
Washington, DC 20530

*Address*

jessica.taticchi@usdoj.gov
*E-mail address*

(202) 705-5900
*Telephone number*

(202) 616-2441
*FAX number*

PHILIP R. SELLINGER
United States Attorney

BY: JESSICA J. TATICCHI
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Appearance and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on October 7, 2024.

                                                       BY: s/ Jessica J. Taticchi
                                                       JESSICA J. TATICCHI
                                                       Trial Attorney
                                                       United States Department of Justice
                                                       Antitrust Division
                                                       *Attorney for Plaintiff United States*