Matthew R. Friedenberg
mfriedenberg@velaw.com
**VINSON & ELKINS L.L.P.**
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel:   (212) 237-0000
Fax:   (212) 237-0100

*Attorneys for Non-Party*
SAMSUNG ELECTRONICS AMERICA, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 2:24-CV-04055 (JXN-LDW) |

### REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by local counsel for *pro hac vice* counsel, Dylan I. Ballard, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Dylan I. Ballard to appear *pro hac vice* in the within matter was entered on October 3, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L.Civ.R. 101(c)(3) has been paid to the Clerk of the Court.

Dated: October 7, 2024

*/s/ Matthew R. Friedenberg*
Matthew R. Friedenberg
VINSON & ELKINS LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel:   (212) 237-0000
Fax: (212) 237-0100
mfriedenberg@velaw.com

*Attorneys for Non-Party Samsung Electronics America, Inc.*

**_PRO HAC VICE_ ATTORNEY INFORMATION:**
Dylan I. Ballard
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6955
Email: dballard@velaw.com