Matthew R. Friedenberg
mfriedenberg@velaw.com
**VINSON & ELKINS L.L.P.**
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel:  (212) 237-0000
Fax:  (212) 237-0100

*Attorneys for Non-Party*
SAMSUNG ELECTRONICS AMERICA, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.,<br><br>            Plaintiffs,<br>  v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 2:24-CV-04055 (JXN-LDW) |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by local counsel for *pro hac vice* counsel, M. Kevin Costello, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for M. Kevin Costello to appear *pro hac vice* in the within matter was entered on October 3, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L.Civ.R. 101(c)(3) has been paid to the Clerk of the Court.

Dated: October 7, 2024

                                                        */s/ Matthew R. Friedenberg*
                                                        Matthew R. Friedenberg
                                                        VINSON & ELKINS LLP
                                                        1114 Avenue of the Americas
                                                        32nd Floor
                                                        New York, NY 10036
                                                        Tel:   (212) 237-0000
                                                        Fax: (212) 237-0100
                                                        mfriedenberg@velaw.com

                                                        *Attorneys for Non-Party Samsung*
                                                        *Electronics America, Inc.*

***PRO HAC VICE* ATTORNEY INFORMATION:**
M. Kevin Costello
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6942
Email: kcostello@velaw.com