UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>APPLE INC.<br><br>               Defendant. | Case No. 2:24-cv-04055-JXN-LDW<br><br>**NOTICE OF APPEARANCE BY CHRISTOPHER B. TURCOTTE** |

**PLEASE TAKE NOTICE** that the undersigned counsel, admitted to practice in this Court, hereby enters his appearance for non-party JPMorgan Chase Bank, N.A. in the above-captioned matter.

Dated:   October 7, 2024         TURCOTTE LAW, P.C.

                                                 By:   /s/Christopher B. Turcotte
                                                      Christopher B. Turcotte
                                         641 Lexington Avenue, 15th Floor
                                         New York, New York 10022
                                         Telephone: (212) 937-8499
                                         Facsimile: (646) 417-5851
                                         Email: cturcotte@cbtlaw.com
                                         *Attorneys for Defendant JPMorgan Chase Bank, N.A.*