# TURCOTTE LAW, P.C.

641 Lexington Avenue, 15th Floor, New York, New York 10022

**Christopher B. Turcotte**
Direct Dial: (212) 937-8499
Direct Fax: (646) 417-5851
E-Mail: cturcotte@cbtlaw.com

October 7, 2024

**VIA ECF**
Honorable Leda D. Wettre
United States Magistrate Judge
USDC District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:   *Admission Pro Hac Vice of Counsel on Consent*
             *United States, et al. v. Apple Inc., Civil Action No. 2:24-cv-04055-JXN-LDW*

Dear Judge Wettre:

    I represent Non-Party JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Chase hereby submits this application for the pro hac vice admission of Marc Goldman of the law firm Massey & Gail LLP. Counsel for Plaintiffs and Defendant consent to this application.

In support of this application, enclosed please find:

1. Declaration of Christopher B. Turcotte in support of application for admission of Marc A. Goldman pro hac vice;
2. Declaration of Marc A. Goldman.

    Should the enclosed proposed form of Order be acceptable to Your Honor, we respectfully request it be entered. Should Your Honor have any questions, we are available at your convenience.

                                          Respectfully,

                                          /s/ Christopher B. Turcotte
                                          Christopher B. Turcotte

cc: All Counsel of Record via ECF