Christopher B. Turcotte
**TURCOTTE LAW, P.C.**
641 Lexington Avenue, 15th Floor
New York, New York 10022
Direct Phone: (212) 937-8499
Mobile Phone: (917) 449-5078
Direct Fax: (646) 417-5851
cturcotte@cbtlaw.com
*Attorney for Non-Party JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, et al., <br><br> Plaintiffs, <br> v. <br> APPLE INC., <br><br> Defendant. | Case No. 2:24-CV-04055-JXN-LDW <br><br> **DECLARATION OF MARC A. GOLDMAN IN SUPPORT OF APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, **MARC A. GOLDMAN**, of full age, hereby declare as follows:

1. In accordance with Local Civil Rule 101.1(c), I respectfully submit this Declaration in support of my application for admission *pro hac vice* on behalf of Non-Party JPMorgan Chase Bank, N.A..

2. I am a partner with the law firm of Massey & Gail LLP, attorneys for Non-Party JPMorgan Chase Bank, N.A. in this matter.

3. I was admitted to the Bar of the District of Columbia on February 5, 1996 and am a member in good standing. My bar number is 449320.

4. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 901 4th Street, NW, Washington, D.C. 20001.

5. I was admitted to the Bar of the United States District Court for the District of Columbia on September 19, 2000 and am a member in good standing.

6. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 333 Constitution Avenue, N.W., Washington D.C. 20001.

7. I was admitted to the Bar of the United States Supreme Court on April 21, 2003 and am a member in good standing.

8. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: One First Street, NE Washington, DC 20543.

9. I was admitted to the Bar of the United States Court of Appeals for the Federal Circuit on January 11, 2000 and am a member in good standing.

10. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 717 Madison Pl NW, Washington, DC 20439.

11. I was admitted to the Bar of the United States Court of Appeals for the Third Circuit on August 2, 1994 and am a member in good standing.

12. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 601 Market Street, Philadelphia, PA 19106.

13. I was admitted to the Bar of the United States Court of Appeals for the Fourth Circuit on February 22, 2000 and am a member in good standing.

14. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 1100 East Main Street, Richmond, Virginia 23219.

15. I was admitted to the Bar of the United States Court of Appeals for the Fifth Circuit on August 21, 2015. My admission was reactivated on December 17, 2020. I am a member in good standing.

16. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 600 S. Maestri Place, New Orleans, LA 70130.

17. I was admitted to the Bar of the United States Court of Appeals for the Tenth Circuit on March 27, 2013 and am a member in good standing.

18. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 1823 Stout Street, Denver, CO 80257.

19. I was admitted to the Bar of the United States Court of Appeals for the District of Columbia Circuit on May 1, 2003.

20. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 333 Constitution Avenue, N.W., Washington D.C. 20001.

21. I was admitted to the Bar of the United States District Court for the Northern District of Illinois on April 11, 2023 and am a member in good standing.

22. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 219 S. Dearborn Street, Chicago, IL 60604.

23. I was admitted to the Bar of the United States Court of Federal claims on October 3, 2017 and remain a member in good standing.

24. The name and address of the official or office maintaining the roll of such members of the Bar in which I am admitted is: 717 Madison Pl NW, Washington, DC 20439.

25. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I agree to notify this

Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

26. I will be associated in this matter with Christopher B. Turcotte of Turcotte Law, P.C., who is the attorney of record for Non-Party JPMorgan Chase Bank, N.A. and is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey.

27. Upon being admitted pro hac vice, I agree to submit to this Court's jurisdiction for any discipline and abide by Local Civil Rule 101.1(c), all Local Civil Rules of the United States District of New Jersey, and the New Jersey Rules of Professional Conduct. I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, pre-trial conferences, trial, and any other proceedings.

28. Upon being admitted pro hac vice, I will pay the required fee to the Clerk of the United States District Court for the Court of New Jersey, in accordance with Local Civil Rule 101(c).

29. Upon being admitted pro hac vice, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

30. For the foregoing reasons, I respectfully request that I be admitted pro hac vice to practice before this Court for the purpose of representing Non-Party JPMorgan Chase Bank, N.A. in this matter.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 7, 2024

                                                         Marc A. Goldman