**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, et al., <br><br>　　　　　　Plaintiffs, <br>　　v. <br><br>APPLE INC., <br><br>　　　　　　Defendant. | Case No. 2:24-CV-04055 (JXN-LDW) <br><br> **ORDER GRANTING MARC A. GOLDMAN'S APPLICATION FOR *PRO HAC VICE* ADMISSION** |

THIS MATTER having been brought before the Court by Turcotte Law, P.C., counsel for Non Party JPMorgan Chase Bank, N.A. ("JPMorgan Chase") in the above-captioned matter, for an Order permitting Marc A. Goldman to appear and participate pro hac vice in this matter on behalf of JPMorgan Chase; the Court having considered all papers filed in support of said application, and for good cause having been shown pursuant to Civil Local Rule 101.1(c).

IT IS on this _____ day of _____, 2024,

**ORDERED** as follows:

　　1.　　JPMorgan Chase's application for the *pro hac vice* admission of Marc A. Goldman is hereby GRANTED;

　　2.　　Marc A. Goldman are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing JPMorgan Chase in this matter;

　　3.　　Marc A. Goldman shall abide by the disciplinary rules of this Court;

4. Marc A. Goldman shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days from the date of entry of this Order, for the duration of time that they serve as counsel pro hac vice in this matter;

5. Marc A. Goldman shall make a payment of $250.00 pursuant to Local Civil Rule 101(c)(3) payable to the Clerk, U.S. District Court;

6. Marc A. Goldman shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction;

7. Marc A. Goldman shall have all pleadings, briefs, and other papers field with the Court in this matter signed by Christopher B. Turcotte, or by such other member of the bar of this Court who has or may appear as the attorney of record in this matter for Non-Party JPMorgan Chase, pursuant to Local Civil Rule 101.1(c)(3), who shall be held responsible for the conduct of this Action, and who shall be present for all appearances before the Court unless otherwise excused by the Court.

_____
HON. LEDA D. WETTRE
United States Magistrate Judge