Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
kmiller@rwmlegal.com

*Attorneys for Nonparty*
*Microsoft Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br>         Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>         Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Nonparty Microsoft Corp. in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: October 8, 2024

ROBINSON MILLER LLC

By: *s/ Keith J. Miller*
Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
kmiller@rwmlegal.com
*Attorneys for Nonparty*
*Microsoft Corp.*