# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:24-CV-04055 (JXN)(LDW)<br><br>**NOTICE OF APPEARANCE OF SCOTT A. HALL, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned counsel, admitted to practice in this Court, hereby enters his appearance for Non-Party PayPal, Inc., in the above-captioned matter.

Dated: October 8, 2024                    By:     */s/ Scott A. Hall*

　　　　　　　　　　　　　　　　　　　　Scott A. Hall
　　　　　　　　　　　　　　　　　　　　DUGHI, HEWIT & DOMALEWSKI, P.C.
　　　　　　　　　　　　　　　　　　　　340 North Avenue
　　　　　　　　　　　　　　　　　　　　Cranford, New Jersey 07016
　　　　　　　　　　　　　　　　　　　　Telephone: (908) 272-0200
　　　　　　　　　　　　　　　　　　　　Facsimile:  (908) 272-0909
　　　　　　　　　　　　　　　　　　　　Email: shall@dughihewit.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Non-Party PayPal, Inc.*