Keith J. Miller, Esq.
Robinson Miller LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

*Attorney for Nonparty Microsoft Corp.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　*Defendant*. | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF ALEX A. PARKINSON IN SUPPORT OF CONSENT APPLICATION FOR *PRO HAC VICE* ADMISSION** |

Alex A. Parkinson, of full age, hereby certify as follows:

1. I am an attorney at law of the District of Columbia, and associate at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036-3215, attorneys for Microsoft Corp. in the above-captioned matter.

2. I submit this declaration in support of the application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c), for the purpose of appearing and participating on behalf of Microsoft Corp. in this matter.

3. In accordance with Local Rule 101(c), I am a member in good standing of the following bars and the name and address of the official or office maintaining the roll of such members of the following bars is set forth herein:

　　a.　I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice there on January 5, 2018. The roll of

    attorneys in good standing before the Bar of the District of Columbia is maintained by the District of Columbia Bar Membership Office, District of Columbia Court of Appeals, Room 123, 430 E Street, N.W., Washington, D.C. 20001.

b.  I am a member in good standing of the Bar of New York, having been admitted to practice there on October 24, 2016. The roll of attorneys in good standing before the Bar of New York is maintained by the Attorney Registration Unit, New York State Supreme Court, Appellate Division, Second Judicial Department, 45 Monroe Place, Brooklyn, New York 11201.

c.  I am a member in good standing of the United States District Court for the District of Columbia, having been admitted to practice there on April 5, 2021. The roll of attorneys in good standing before the United States District Court for the District of Columbia is maintained by the Clerk of the Court, located at United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

d.  I am a member in good standing of the United States Court of Appeals for the District of Columbia Circuit, having been admitted to practice there on March 16, 2021. The roll of attorneys in good standing is maintained by the Clerk's Office, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

e.  I am a member in good standing of the United States Court of Appeals for the Second Circuit, having been admitted to practice there on August 25,

      2021. The roll of attorneys in good standing is maintained by the Attorney Admissions Office, 40 Foley Square, New York, NY 10007.

   f. I am a member in good standing of the United States Court of Appeals for the Ninth Circuit, having been admitted to practice there on March 11, 2021. The roll of attorneys in good standing is maintained by the Clerk's Office, 95 7th Street, San Francisco, CA 94103.

4. I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I am associated in this matter with Keith J. Miller who is partner at the law firm of Robinson Miller LLC, and is qualified to practice law in the State of New Jersey pursuant to Rule 1:21-1.

6. If admitted *pro hac vice*, I will comply with the requirements of Local Rule 101.1, including: (1) making a payment to the New Jersey Lawyer's Fund for Client Protection as required by Rule 1:28-2; (2) making a payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey; and (3) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trial, or any other proceedings.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Alex A. Parkinson

Dated: October 8, 2024