Keith J. Miller, Esq.
Robinson Miller LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

*Attorney for Nonparty Microsoft Corp.*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>APPLE INC.,<br><br>    *Defendant*. | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF AARON M. PANNER IN SUPPORT OF CONSENT APPLICATION FOR *PRO HAC VICE* ADMISSION** |

Aaron M. Panner, of full age, hereby certify as follows:

  1.  I am an attorney at law of the District of Columbia, and partner at the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036-3215, attorneys for Microsoft Corp. in the above-captioned matter.

  2.  I submit this declaration in support of the application for my admission *pro hac vice* pursuant to Local Rule 101.1(c), for the purpose of appearing and participating on behalf of Microsoft Corp. in this matter.

  3.  In accordance with Local Rule 101(c), I am a member in good standing of the following bars and the name and address of the official or office maintaining the roll of such members of the following bars is set forth herein:

    a.  I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice there on January 6, 1997. The roll of

|   |   |
|---|---|
|   | attorneys in good standing before the Bar of the District of Columbia is maintained by the District of Columbia Bar Membership Office, District of Columbia Court of Appeals, Room 123, 430 E Street, N.W., Washington, D.C. 20001. |
| b. | I am a member in good standing of the Bar of Massachusetts, having been admitted to practice there on December 27, 1995.  The roll of attorneys in good standing before the Bar of Massachusetts is maintained by the Board of Bar Overseers, 99 High Street, Boston, MA 02110. |
| c. | I am a member in good standing of the Bar of New York, having been admitted to practice there on January 23, 1996.  The roll of attorneys in good standing before the Bar of New York is maintained by the New York State Unified Court System, 25 Beaver Street, New York, NY 10004. |
| d. | I am a member in good standing of the United States District Court for the District of Columbia, having been admitted to practice there on July 2, 2001.  The roll of attorneys in good standing before the United States District Court for the District of Columbia is maintained by the Clerk of the Court, located at United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001. |
| e. | I am a member in good standing of the United States Supreme Court, having been admitted to practice there on October 29, 2001.  The roll of attorneys in good standing is maintained by the Clerk's Office, 1 First Street, N.E., Washington, D.C. 20543. |

f.  I am a member in good standing of the United States Court of Federal Claims, having been admitted to practice there on September 3, 2019. The roll of attorneys in good standing is maintained by the Clerk's Office, 717 Madison Place, N.W., Washington, D.C. 20439.

g.  I am a member in good standing of the United States Court of Appeals for the District of Columbia Circuit, having been admitted to practice there on October 13, 2000. The roll of attorneys in good standing is maintained by the Clerk's Office, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

h.  I am a member in good standing of the United States Court of Appeals for the Federal Circuit, having been admitted to practice there on September 19, 2006. The roll of attorneys in good standing is maintained by the Clerk's Office, 717 Madison Place, N.W., Washington, D.C. 20439.

i.  I am a member in good standing of the United States Court of Appeals for the First Circuit, having been admitted to practice there on November 9, 2007. The roll of attorneys in good standing is maintained by the Clerk's Office, 1 Courthouse Way, Boston, MA 02210.

j.  I am a member in good standing of the United States Court of Appeals for the Second Circuit, having been admitted to practice there on February 3, 2011. The roll of attorneys in good standing is maintained by the Attorney Admissions Office, 40 Foley Square, New York, NY 10007.

k.  I am a member in good standing of the United States Court of Appeals for the Third Circuit, having been admitted to practice there on September 3,

|      | |
| ---- | -- |
|      | 2004. The roll of attorneys in good standing is maintained by the Clerk of the Court, 601 Market Street, Philadelphia, PA 19106. |
| l.   | I am a member in good standing of the United States Court of Appeals for the Fourth Circuit, having been admitted to practice there on November 18, 1999. The roll of attorneys in good standing is maintained by the Clerk of the Court, 1100 East Main Street, Suite 501, Richmond, VA 23219. |
| m.   | I am a member in good standing of the United States Court of Appeals for the Fifth Circuit, having been admitted to practice there on April 5, 2011. The roll of attorneys in good standing is maintained by the Clerk of the Court, 600 South Maestri Place, Suite 115, New Orleans, LA 70130. |
| n.   | I am a member in good standing of the United States Court of Appeals for the Sixth Circuit, having been admitted to practice there on August 26, 2009. The roll of attorneys in good standing is maintained by the Clerk's Office, 100 East Fifth Street, Cincinnati, OH 45202. |
| o.   | I am a member in good standing of the United States Court of Appeals for the Seventh Circuit, having been admitted to practice there on January 30, 2015. The roll of attorneys in good standing is maintained by the Clerk's Office, 219 South Dearborn Street, Room 2722, Chicago, IL 60604. |
| p.   | I am a member in good standing of the United States Court of Appeals for the Ninth Circuit, having been admitted to practice there on December 13, 2005. The roll of attorneys in good standing is maintained by the Clerk's Office, 95 7th Street, San Francisco, CA 94103. |

      q.      I am a member in good standing of the United States Court of Appeals for the Tenth Circuit, having been admitted to practice there on August 14, 2000. The roll of attorneys in good standing is maintained by the Clerk's Office, 1823 Stout Street, Denver, CO 80257.

      r.      I am a member in good standing of the United States Court of Appeals for the Eleventh Circuit, having been admitted to practice there on January 4, 2001. The roll of attorneys in good standing is maintained by the Clerk's Office, 96 Poplar Street, N.W., Atlanta, GA 30303.

4.      I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5.      I am associated in this matter with Keith J. Miller, who is a partner at the law firm of Robinson Miller LLC, and is qualified to practice law in the State of New Jersey pursuant to Rule 1:21-1.

6.      If admitted *pro hac vice*, I will comply with the requirements of Local 101.1, including: (1) making a payment to the New Jersey Lawyer's Fund for Client Protection as required by Rule 1:28-2; (2) making a payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey; and (3) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trial, or any other proceedings.

7.      If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Aaron M. Panner

Dated: October 8, 2024