Keith J. Miller, Esq.
Robinson Miller LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

*Attorney for Nonparty Microsoft Corp.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant*. | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF KEITH J. MILLER** |

I, Keith J. Miller, of full age, hereby certify:

      1.     I am an attorney barred in the State of New Jersey and before this Court. I am a partner the law firm of Robinson Miller LLC, and I represent nonparty Microsoft Corp. ("Microsoft") in connection with the above-captioned matter. I am a member in good standing of the bar of this Court.

      2.     I submit this certification in support of Microsoft's application for the *pro hac vice* admission of Aaron M. Panner and Alex A. Parkinson of the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in this matter pursuant to Local Civil Rule 101.1(c).

      3.     Aaron M. Panner is a partner of the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. Mr. Panner is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Aaron M. Panner filed simultaneously with these papers.

4. Alex A. Parkinson is an associate of the firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. Mr. Parkinson is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Alex A. Parkinson filed simultaneously with these papers.

5. I am confident that Aaron M. Panner and Alex A. Parkinson are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules. I have agreed to work with Aaron M. Panner and Alex A. Parkinson in this action.

6. I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney authorized to practice law in the state of New Jersey.

7. I further agree to be held responsible for the conduct of my specially admitted colleagues and will ensure that Aaron M. Panner and Alex A. Parkinson will comply with Local Rule 101.1(c) should this application be granted.

8. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Aaron M. Panner and Alex A. Parkinson to appear pro hac vice before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2024         By: *s/ Keith J. Miller*

                               Keith J. Miller, Esq.
                               Robinson Miller LLC
                               Ironside Newark
                               110 Edison Place, Suite 302
                               Newark, NJ 07102
                               (973) 690-5400
                               kmiller@rwmlegal.com

                               *Counsel for Nonparty Microsoft Corp.*