# Dughi, Hewit & Domalewski, P.C.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| RUSSELL L. HEWIT | 340 NORTH AVENUE EAST | OF COUNSEL |
| CRAIG A. DOMALEWSKI | CRANFORD, NEW JERSEY 07016 | LOUIS JOHN DUGHI, JR. |
| BRANDON D. MINDE** | (908) 272-0200 | WILLIAM L'E. WERTHEIMER |
| CHARLES M. RADLER, JR. | TELECOPIER: (908) 272-0909 | VINCENT LE BLON |
| MARK A. PETRASKE* | | MARIO C. GURRIERI |
| HERBERT KRUTTSCHNITT III | | JUDY L. CREELMAN |
| SCOTT A. HALL | MOORESTOWN OFFICE CENTER | MARY LOU DENNIS-SUCKOW |
| DARA L. SPIRO | 704 EAST MAIN STREET, SUITE F | JAMES F. FERGUSON |
| MARY ELIZABETH GAZI | MOORESTOWN, NJ 08057 | ROBERT J. BRASS |
| LORI CIARROCCA DUFFY | (856) 242-6951 | |
| KRISTIN M. CAPALBO | TELECOPIER: (908) 272-0909 | |
| JENNIFER L. YOUNG | | RYAN A. NOTARANGELO |
| RACHEL M. SCHWARTZ | | ALEXA B. LUZZI |
| PAMELA C. CASTILLO | 508 NEW JERSEY AVENUE, SUITE B3 | ZACHARY S. WHELAN |
| RICHARD S. PANITCH | ABSECON, NEW JERSEY 08201 | RACHEL M. BAUER |
| BENJAMIN H. HAFTEL | (609) 677-6996 | |
| TIMOTHY M. CRAMMER | TELECOPIER: (609) 677-6926 | * Certified by the Supreme Court of |
| DAVID J. BISHOP | |    New Jersey as a Civil Trial Attorney |
| TIMOTHY B. CRAMMER | | ** Certified by the Supreme Court of |
| STEWART A. CUNNINGHAM | |    New Jersey as a Criminal Trial Attorney |
| _____ | | |
| WILLIAM H. GAZI (1964-2001) | | |
| LAWRENCE WEISS (1961-2011) | | Reply to Cranford Office |

October 8, 2024

**VIA ECF**
Honorable Leda D. Wettre
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: Admission *Pro Hac Vice* of Counsel on Consent
     United States, et al. v. Apple Inc.
   Civil Action No.: 2:24-cv-04055-JXN-LDW
   Our File No.:

Dear Judge Wettre:

  We represent Non-Party PayPal, Inc. ("PayPal") in the above-referenced litigation. Pursuant to Local Civil Rule 101.1(c), PayPal hereby submits this application for the *pro hac vice* admission of Matthew L. Cantor, Esq., and Jeffrey I. Shinder, Esq., of the law firm Shinder Cantor Lerner, LLP. Counsel for Plaintiffs and Defendant consent to this application.

  Enclosed please find the following materials in support of this application:

  1. Certification of Craig A. Domalewski in support of the application for admission of Matthew L. Cantor and Jeffrey I. Shinder *pro hac vice*;

DUGHI, HEWIT & DOMALEWSKI, P.C.

Honorable Leda D. Wettre
Re:   Admission *Pro Hac Vice* of Counsel on Consent
      United States, et al. v. Apple Inc.
Civil Action No.: 2:24-cv-04055-JXN-LDW

Page 2

2. Certification of Matthew L. Cantor in support of the application for *pro hac vice* admission;

3. Certification of Jeffrey I. Shinder in support of the application for *pro hac vice* admission; and

4. Proposed form of Order admitting Matthew L. Cantor and Jeffrey I. Shinder *pro hac vice*.

Please let us know if Your Honor has any questions.

Respectfully Submitted,

DUGHI, HEWIT & DOMALEWSKI

*/s/ Craig A. Domalewski, Esq.*

Craig A. Domalewski
cdomalewski@dughihewit.com

Enclosures

cc: All Counsel via ECF