Craig A. Domalewski
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200
*Attorneys for Non-Party PayPal, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>                    Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | Civil Action No. 2:24-CV- 04055 (JXN)(LDW)<br><br>**CERTIFICATION OF CRAIG A. DOMALEWSKI, ESQ., IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF MATTHEW L. CANTOR AND JEFFREY I. SHINDER** |

**Craig A. Domalewski, Esq.**, of full age, hereby certifies as follows:

1. I am an attorney-at-law admitted before the Supreme Court of the State of New Jersey, and I am a member in good standing of the United States District Court for the District of New Jersey.

2. I am a Partner of the law firm of Dughi, Hewit, & Domalewski, P.C., attorneys for Non-Party PayPal, Inc. ("PayPal"), in this litigation.

3. I submit this certification in support of the application made on behalf of Non-Party PayPal for the *pro hac vice* admission of Matthew L. Cantor and Jeffrey I. Shinder of Shinder Cantor Lerner LLP, pursuant to Local Civil Rule 101.1(c)

4. Matthew L. Cantor and Jeffrey I. Shinder are a Founding Partners of the

firm of Shinder Cantor Lerner LLP. The qualifications of Mr. Cantor and Mr. Shinder are set forth in the Certifications submitted in support of this application and they are members in good standing of the bar of the Courts listed in Exhibit A to their respective Certifications.

5. I agree to sign all pleadings, briefs, and other papers filed with the Court on behalf of PayPal and to be responsible for the conduct of this litigation, and will be present for all appearances before the Court unless otherwise excused by the Court.

6. I hereby agree to be responsible for the conduct of Matthew L. Cantor and Jeffrey I. Shinder and their compliance with Local Rule 101.1(c) should they be admitted *pro hac vice*.

7. Counsel for Plaintiffs and Defendant have consented to this application and to the *pro hac vice* admission of Matthew L. Cantor and Jeffrey I. Shinder.

8. For the foregoing reasons, I respectfully request that this Court enter an Order admitting Matthew L. Cantor and Jeffrey I. Shinder as counsel representing Non-Party PayPal *pro hac vice* in the above-captioned matter.

I certify that the foregoing statements are true. I am aware that if any of the above statements are willfully false, I will be subject to punishment.

                                                      /s/ Craig A. Domalewski
                                                      Craig A. Domalewski, Esq.

Dated: October 8, 2024