Craig A. Domalewski
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
(908) 272-0200
*Attorneys for Non-Party PayPal, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:24-CV- 04055 (JXN)(LDW)<br><br>**CERTIFICATION OF MATTHEW L. CANTOR, ESQ., IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

**Matthew L. Cantor, Esq.,** of full age, hereby certifies as follows:

1. In accordance with Local Civil Rule 101.1(c), I respectfully submit this Declaration in support of my application for admission *pro hac vice* on behalf of Non-Party PayPal, Inc.

2. I am a Founding Partner of the law firm of Shinder Cantor Lerner LLP, 14 Penn Plaza, 19th Floor, New York, NY 10122, attorneys for Non-Party PayPal, Inc. ("PayPal"), in this matter.

3. I am admitted to the bar of the Courts listed in Exhibit A, attached hereto.

4. I am in good standing in all jurisdictions in which I am admitted.

5. I have never been suspended from practice or subjected to any disciplinary

proceedings by any bar to which I have been admitted to practice.

6.     I will be associated in this matter with Craig A. Domalewski, Dughi, Hewit & Domalewski, P.C., who is the attorney of record for Non-Party PayPal and is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey.

7.     PayPal has requested that I represent the company in this matter, as I am fully familiar with the facts and circumstances relating to this representation.

8.     If admitted *pro hac vice*, I agree to submit to this Court's jurisdiction for any discipline and abide by Local Civil Rule 101.1(c), all Local Civil Rules of the United States District of New Jersey, and the New Jersey Rules of Professional Conduct. I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, pre-trial conferences, trial, and any other proceedings.

9.     If admitted *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

10.     Upon being admitted to appear and participate in this matter, *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

11.     Pursuant to Local Civil Rule 101.1(c), I understand that upon admission, *pro hac vice*, I am deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7 governing contingent fees.

12.     For the foregoing reasons, I respectfully request on behalf of PayPal that I

be admitted *pro hac vice* for the purpose of representing Paypal in this action in association with New Jersey counsel.  I agree to submit to this Court's jurisdiction for any discipline and abide by Local Civil Rule 101.1(c), all Local Civil Rules of the United States District of New Jersey, and the New Jersey Rules of Professional Conduct.

I certify that the foregoing statements are true.  I am aware that if any of the above statements are willfully false, I will be subject to punishment.

Matthew L. Cantor, Esq.

Dated: October 8, 2024

**EXHIBIT A**

| Court | Year of Admission | Name and Address of the Office Maintaining the Roll of the Members of the Bar |
|---|---|---|
| Appellate Division of the Supreme Court of New York | 1996 | New York State Board of Law Examiners<br>Corporate Plaza Building 3<br>254 Washington Avenue Extension<br>Albany, New York 12203-5195 |
| United States District Court for the Eastern District of New York | 1996 | United States District Court<br>Eastern District of New York<br>Office of the Clerk<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| United States District Court for the Southern District of New York | 1996 | United States District Court<br>Southern District of New York<br>Office of the Clerk<br>500 Pearl Street<br>New York, NY 10007 |
| United States Court of Appeals for the Second Circuit | 2003 | United States Court of Appeals, Second Circuit<br>Office of the Clerk<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| United States Court of Appeals for the Fifth Circuit | 2010 | United States Court of Appeals, Fifth Circuit<br>Office of the Clerk<br>600 S. Maestri Place<br>New Orleans, LA 70130 |
| United States Court of Appeals for the Eighth Circuit | 2018 | United States Court of Appeals, Eighth Circuit<br>Office of the Clerk<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>Room 24.329<br>St. Louis, MO, 63102 |
| United States Court of Appeals for the Ninth Circuit | 2014 | United States Court of Appeals Ninth Circuit<br>Office of the Clerk<br>James R. Browning Courthouse<br>U.S. Court of Appeals<br>95 Seventh Street<br>San Francisco, CA 94103-1526 |
| United States Supreme Court | 2013 | United States Supreme Court<br>One First Street,<br>NE Washington, DC 20543. |