# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>        Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No. 2:24-CV- 04055 (JXN)(LDW)<br><br>**ORDER GRANTING THE APPLICATION FOR *PRO HAC VICE* ADMISSION OF MATTHEW L. CANTOR, ESQ., AND JEFFREY I. SHINDER, ESQ.** |

THIS MATTER having been brought before the Court by Dughi, Hewit & Domalewski, P.C., counsel for Non-Party PayPal, Inc. ("PayPal") in the above-captioned matter, for an Order permitting Matthew L. Cantor and Jeffrey I. Shinder to appear and participate *pro hac vice* in this matter on behalf of PayPal; and Counsel for Plaintiffs and Defendant having consented to this application; and the Court having considered all papers filed in support of said application, and for good cause having been shown pursuant to Civil Local Rule 101.1(c).

    IT IS on this _____ day of _____, 2024,

    **ORDERED** as follows:

    1.    PayPal's application for the *pro hac vice* admission of Matthew L. Cantor and Jeffrey I. Shinder is hereby GRANTED;

    2.    Matthew L. Cantor and Jeffrey I. Shinder are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing PayPal in this matter;

3. Matthew L. Cantor and Jeffrey I. Shinder shall abide by the disciplinary rules of this Court;

4. Matthew L. Cantor and Jeffrey I. Shinder shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days from the date of entry of this Order, for the duration of time that they serve as counsel pro hac vice in this matter;

5. Matthew L. Cantor and Jeffrey I. Shinder shall each make a payment of $250.00 pursuant to Local Civil Rule 101(c)(3) payable to the Clerk, U.S. District Court;

6. Matthew L. Cantor and Jeffrey I. Shinder shall have all pleadings, briefs, and other papers field with the Court in this matter signed by Craig A. Domalewski, Esq., or by such other member of the bar of this Court who has or may appear as the attorney of record in this matter for Non-Party PayPal, pursuant to Local Civil Rule 101.1(c)(3), who shall be held responsible for the conduct of this Action, and who shall be present for all appearances before the Court unless otherwise excused by the Court.

_____
HONORABLE LEDA D. WETTRE
United States Magistrate Judge