# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-04055-JXN-LDW |
| Apple Inc., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Meta Platforms, Inc.

Date: 10/08/2024

/s/ Kevin J. Orsini
*Attorney's signature*

Kevin J. Orsini - 042222003
*Printed name and bar number*

Cravath, Swaine & Moore LLP
375 Ninth Avenue
New York, NY 10001
*Address*

korsini@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*