## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>APPLE INC.,<br><br>                    Defendant. | Civil Action No.:  2:24-cv-04055 (JXN-LDW)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Nonparty Capital One Financial Corporation in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

 

                                                   **ARCHER & GREINER P.C.**

                                                   <u>s/ Maureen T. Coghlan</u>
                                                   Maureen T. Coghlan
                                                   **ARCHER & GREINER, P.C.**
                                                   1025 Laurel Oak Road
                                                   Voorhees, New Jersey 08043
                                                   856.354.3034
                                                   mcoghlan@archerlaw.com

                                                   *Attorneys for Nonparty Capital One*
                                                   *Financial Corporation*

Dated: October 8, 2024