**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 8, 2024

**VIA ECF**
Honorable Leda D. Wettre
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *United States of America, et al. v. Apple Inc.,* No. 2:24-cv-04055 (JXN-LDW)
             Response to Non-Party Samsung Electronics America, Inc.'s Response to
             Joint Letter re Disputes Over the Protective Order

Dear Judge Wettre:

      On September 27, 2024, Samsung Electronics America, Inc. ("Samsung") filed a letter responding to the Parties' Joint Letter on disputes over the Protective Order. That letter provides Samsung's views on certain disputes the parties have regarding the protective order to be entered in this action, and advocates for a more restrictive version of Apple's two-tiered confidentiality proposal. *See* Dkt. 123. As the parties noted in their October 3 letter, other third parties intend to submit their positions on the parties' proposed protective orders through an additional submission on October 8, 2024. *See* Dkt. 131. Because these arguments may create additional disputes and/or conflict with those put forth by Samsung—and because Apple has not had an opportunity to meet and confer with Samsung or any other third party—Apple requests that it be permitted to file an omnibus response to third parties' objections after the hearing on October 10th when Apple has had an opportunity review the submissions and to confer, as appropriate, with those parties. This approach will conserve judicial resources because the parties may be able to streamline the disputes through meeting-and-conferring, and an omnibus response will ensure that all third-party objections are presented to the Court at once. Apple will be prepared to discuss these issues and answer any questions at the October 10 status conference.

      Plaintiffs do not object to Apple's efforts to resolve disputes with third parties over the Protective Order between now and the scheduled hearing on October 10, but do object to any further delay of decision on the Protective Order. Plaintiffs believe that the Court will be more than able to receive the submissions of the third parties, hear oral argument from the Plaintiffs, Defendant, and third parties, and reach a determination without additional briefing needed after the October 10 hearing. The Protective Order is a necessary step toward discovery. Further briefing and delay would be an inefficient use of the Court's and parties' resources.

Honorable Leda D. Wettre
October 8, 2024
Page 2

Respectfully submitted,

*/s/ Jonathan H. Lasken*
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
450 Fifth Street, NW, Suite 8600
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

PHILIP R. SELLINGER
United States Attorney

*/s/ J. Andrew Ruymann*
J. Andrew Ruymann
Assistant United States Attorney
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Ruymann@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Isabella R. Pitt*
Isabella R. Pitt (NJ Bar No. 071002013)
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (973) 648-3070
Isabella.Pitt@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

*/s/ Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

*Attorneys for Defendant Apple Inc.*

cc:     All Counsel of Record (via ECF and E-Mail)