**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
973.325.1500
Marisa Rauchway, Esq. (026602008)
April Campos, Esq. (293012019)
*Local Counsel for Non-Party Match Group, Inc.*

**HUESTON HENNIGAN LLP**
620 Newport Center Dr.,
Suite 1300
Newport Beach, California 92660
949.229.8640
Douglas J. Dixon, Esq. (ddixon@hueston.com)
Tate Harshbarger, Esq. (tharshbarger@hueston.com)
*Lead Counsel for Non-Party Match Group, Inc.*

**KRESSIN MEADOR POWERS LLC**
300 New Jersey Avenue NW
Suite 900
Washington, DC 20001
202.464.2905
Brandon Kressin, Esq. (brandon@kressinmeador.com)
*Co-Counsel for Non-Party Match Group, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, et al.,<br><br>          Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>          Defendant. | Civil Action No. 2:24-cv-04055-JXN-LDW<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

      Please note the appearance of the undersigned as an attorney for Non-Party Match Group, Inc. in this matter and list the undersigned attorney to be noticed in the CM/ECF system.

4893-8030-0269.v1

                                        CHIESA SHAHINIAN & GIANTOMASI PC
                                        *Local Counsel for Non-Party Match Group, Inc.*

                                        By */s/ April Campos*
                                              April Campos

Dated:  October 8, 2024                April Campos, Esq. (293012019)
                                        105 Eisenhower Parkway
                                        Roseland, NJ  07068
                                        973.325.1500
                                        Email:  acampos@csglaw.com

4893-8030-0269.v1