AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-CV-04055 (JXN-LDW) |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Google LLC.

Date: 10/8/2024

*Attorney's signature*

Marina C. Tsatalis #018481992
*Printed name and bar number*

Wilson Sonsini Goodrich Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

*Address*

mtsatalis@wsgr.com
*E-mail address*

212-497-7782
*Telephone number*

866-974-7329
*FAX number*