Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7782
Fax: (866) 974-7329

*Attorney for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>                              Defendant. | Case No. 2:24-CV-04055 (JXN-LDW)<br><br>**DECLARATION OF MARINA C. TSATALIS**<br><br>*Filed Electronically* |

      I, Marina C. Tsatalis, of full age, hereby certify:

      1.     I am an attorney admitted to practice in the State of New Jersey, and a member in the law firm of Wilson Sonsini Goodrich & Rosati, attorneys for non-party Google LLC ("Google") in the above-captioned action. I am a member in good standing of the bar of this Court.

      2.     I submit this Declaration in support of Google's application for the *pro hac vice* admission of John E. Schmidtlein and Youlin Yuan of the law firm Williams & Connolly LLP in this matter pursuant to Local Civil Rule 101.1(c).

      3.     John E. Schmidtlein is a partner of the firm of Williams & Connolly LLP. Mr. Schmidtlein is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Declaration of John E. Schmidtlein filed simultaneously with these papers.

4. Youlin Yuan is an associate of the firm of Williams & Connolly LLP. Mr. Yuan is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Declaration of Youlin Yuan filed simultaneously with these papers.

5. Counsel for Plaintiffs and Defendant have consented to this application and to the *pro hac vice* admission of counsel.

6. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting John E. Schmidtlein and Youlin Yuan to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of injury that the foregoing is true and correct.

Dated: October 8, 2024

*[signature]*

Marina C. Tsatalis