Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7782
Fax: (866) 974-7329

*Attorney for Non-Party Google LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>                              Defendant. | Case No. 2:24-CV-04055 (JXN-LDW)<br><br>**DECLARATION OF JOHN E. SCHMIDTLEIN**<br><br>*Filed Electronically* |

I, John E. Schmidtlein, of full age, hereby certify:

1.  I am a partner with the law firm of Williams & Connolly LLP, attorneys for Non-Party Google LLC ("Google") in this matter. I respectfully submit this Declaration in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2.  I was admitted to the bar of the State of California in 1993. The office maintaining the roll of members for the California State bar is the State Bar of California, 180 Howard St., San Francisco, CA 94105.

3.  I was admitted to the bar of the United States District Court for the District of Maryland in 1993. The office maintaining the roll of members for the United States District Court for the District of Maryland bar is the Clerk's Office, United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

4. I was admitted to the bar of the United States Court of Appeals for the Fourth Circuit in 1993. The office maintaining the roll of members for the United States Court of Appeals for the Fourth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Fourth Circuit, Lewis F. Powell, Jr. United States Courthouse Annex, 1100 East Main Street, Suite 501, Richmond, VA 23219.

5. I was admitted to the bar of the District of Columbia in 1994. The office maintaining the roll of members for the District of Columbia bar is the District of Columbia Bar, 901 4th Street, N.W., Washington, DC 20001.

6. I was admitted to the bar of the United States Court of Appeals for the District of Columbia Circuit in 1995. The office maintaining the roll of members for the United States District Court for the District of Columbia Circuit bar is the Clerk's Office, United States Court of Appeals for the District of Columbia Circuit, E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex, 333 Constitution Avenue, N.W., Room 5205, Washington, DC 20001.

7. I was admitted to the bar of the United States District Court for the Southern District of California in 1996. The office maintaining the roll of members for the United States District Court for the Southern District of California bar is Clerk of the Court, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101.

8. I was admitted to the bar of the United States District Court for the Eastern District of California in 1996. The office maintaining the roll of members for the United States District Court for the Eastern District of California bar is the Clerk's Office, United States District Court for the Eastern District of California, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, 95814.

9. I was admitted to the bar of the United States District Court for the District of Columbia in 2001. The office maintaining the roll of members for the United States District Court

for the District of Columbia bar is Clerk's Office, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001.

10. I was admitted to the bar of the United States Court of Appeal for the Tenth Circuit in 2012. The office maintaining the roll of members for the United States District Court for the Tenth Circuit bar is Clerk's Office, United States District Court for the Tenth Circuit, Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257-1823.

11. I was admitted to the bar of the United States District Court for the Eastern District of Michigan in 2013. The office maintaining the roll of members for the United States District Court for the Eastern District of Michigan bar is the Clerk's Office, United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226.

12. I was admitted to the bar of the United States District Court for the Northern District of California in 2014. The office maintaining the roll of members for the United States District Court for the Northern District of California bar is the Clerk's Office, United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102

13. I was admitted to the bar of the United States Court of Appeal for the Seventh Circuit in 2014. The office maintaining the roll of members for the United States Court of Appeals for the Seventh Circuit bar is the Office of the Clerk, United States Court of Appeals for the Seventh Circuit, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2722, Chicago, IL 60604.

14. I was admitted to the bar of the United States Court of Appeal for the Sixth Circuit in 2015. The office maintaining the roll of members for the United States Court of Appeals for

the Sixth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202-3988.

15. I was admitted to the bar of the United States District Court for the Central District of California in 2016. The office maintaining the roll of members for the United States District Court for the Central District of California bar is the Clerk's Office, United States District Court for the Central District of California, First Street U.S. Courthouse, 350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565.

16. I was admitted to the bar of the United States Court of Appeal for the Ninth Circuit in 2018. The office maintaining the roll of members for the United States Court of Appeals for the Ninth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Ninth Circuit, James R. Browning United States Courthouse, P.B. Box 193939, San Francisco, CA 94119.

17. I was admitted to the bar of the United States Court of Appeal for the Second Circuit in 2018. The office maintaining the roll of members for the United States Court of Appeals for the Second Circuit bar is the Clerk's Office, United States Court of Appeals for the Second Circuit, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

18. I was admitted to the bar of the United States District Court for the District of Colorado in 2019. The office maintaining the roll of members for the United States District Court for the District of Colorado bar is the Clerk's Office, United States District Court for the District of Colorado, Alfred A. Arraj Courthouse, 901 19th Street Denver, CO 80294.

19. I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

20. I will be associated in this matter with Marina C. Tsatalis of Wilson Sonsini Goodrich & Rosati, who is the attorney of record for Google and a member in good standing of the Bar of the Supreme Court of New Jersey and the bar of the United States District Court for the District of New Jersey.

21. Upon being admitted *pro hac vice*, I agree to submit to this Court's jurisdiction for any discipline and abide by Local Civil Rule 101.1(c), all Local Civil Rules of the United States District Court for the District of New Jersey, and the New Jersey Rules of Professional Conduct. I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, pre-trial conferences, trial, and any other proceedings.

22. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

23. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $250.00 to the Clerk of the United States District Court of the District of New Jersey.

24. For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Google in this matter in association with New Jersey counsel.

I hereby certify under penalty of injury that the foregoing is true and correct.

Dated: October 8, 2024

_____
John E. Schmidtlein