Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7782
Fax: (866) 974-7329

*Attorney for Non-Party Google LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>                              Defendant. | Case No. 2:24-CV-04055 (JXN-LDW)<br><br>**DECLARATION OF YOULIN YUAN**<br><br>*Filed Electronically* |

I, Youlin Yuan, of full age, hereby certify:

1. I am an associate with the law firm of Williams & Connolly LLP, attorneys for Non-Party Google LLC ("Google") in this matter. I respectfully submit this Declaration in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. I was admitted to the bar of the State of New York in 2018. The office maintaining the roll of members for the New York State bar is the Attorney Registration Unit, Office of Court Administration, 25 Beaver Street, New York, NY 10004.

3. I was admitted to the bar of the District of Columbia in 2018. The office maintaining the roll of members for the District of Columbia bar is the District of Columbia Bar, 901 4th Street, N.W., Washington, DC 20001.

4. I was admitted to the bar of the United States District Court for the District of Columbia in 2018. The office maintaining the roll of members for the United States District Court for the District of Columbia bar is the Clerk's Office, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001.

5. I was admitted to the bar of the United States Court of Appeals for the Fifth Circuit in 2020. The office maintaining the roll of members for the United States Court of Appeals for the Fifth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Fifth Circuit, F. Edward Hebert Building, 600 S. Maestri Place, New Orleans, LA 70130-3408.

6. I was admitted to the bar of the United States Court of Appeal for the Eleventh Circuit in 2021. The office maintaining the roll of members for the United States Court of Appeals for the Eleventh Circuit bar is the Clerk of Court, United States Court of Appeals for the Eleventh Circuit, 56 Forsyth St., N.W., Atlanta, GA 30303.

7. I was admitted to the bar of the United States Court of Appeal for the Ninth Circuit in 2022. The office maintaining the roll of members for the United States Court of Appeals for the Ninth Circuit bar is the Office of the Clerk, United States Court of Appeals for the Ninth Circuit, James R. Browning United States Courthouse, P.B. Box 193939, San Francisco, CA 94119.

8. I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

9. I will be associated in this matter with Marina C. Tsatalis of Wilson Sonsini Goodrich & Rosati, who is the attorney of record for Google and a member in good standing of

the Bar of the Supreme Court of New Jersey and the bar of the United States District Court for the District of New Jersey.

10. Upon being admitted *pro hac vice*, I agree to submit to this Court's jurisdiction for any discipline and abide by Local Civil Rule 101.1(c), all Local Civil Rules of the United States District Court for the District of New Jersey, and the New Jersey Rules of Professional Conduct. I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, pre-trial conferences, trial, and any other proceedings.

11. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

12. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $250.00 to the Clerk of the United States District Court of the District of New Jersey.

13. For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Google in this matter in association with New Jersey counsel.

I hereby certify under penalty of injury that the foregoing is true and correct.

Dated: October 8, 2024

*Youlin Yuan*
_____
Youlin Yuan