**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ  07068
973.325.1500
Marisa Rauchway, Esq. (026602008)
April Campos, Esq. (293012019)
*Local Counsel for Non-Party Match Group, Inc.*

**HUESTON HENNIGAN LLP**
620 Newport Center Dr.,
Suite 1300
Newport Beach, CA 92660
213.788.4340
Douglas J. Dixon, Esq. (ddixon@hueston.com)
Tate Harshbarger, Esq. (tharshbarger@hueston.com)
*Lead Counsel for Non-Party Match Group, Inc.*

**KRESSIN MEADOR POWERS LLC**
300 New Jersey Avenue NW
Suite 900
Washington, DC 20001
202.464.2905
Brandon Kressin, Esq. (brandon@kressinmeador.com)
*Co-Counsel for Non-Party Match Group, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, et al,<br><br>                    Plaintiffs,<br><br>vs.<br><br>APPLE, INC.,<br><br>                    Defendant. | Civil Action No.: 2:24-cv-04055-JXN-LDW |

**APPLICATION FOR ADMISSION OF DOUGLAS J. DIXON, ESQ., TATE HARSHBARGER, ESQ., AND BRANDON KRESSIN, ESQ.** ***PRO HAC VICE***

Marisa Rauchway, Esq., a member of the bar of this Court, hereby moves for the entry of an order granting the admission *pro hac vice* of Douglas J. Dixon, Esq., Tate Harshbarger, Esq., and Brandon Kressin, Esq., to practice before this Court in connection with the above-captioned matter.  The application (the "Application") is submitted pursuant to Rule 101.1(c) Local Civil and Criminal Rules of the United States District Court for the District of New Jersey (the "Local Rules").  Unless requested by other parties, no oral argument is requested.  Certifications of Douglas J. Dixon, Esq., Tate Harshbarger, Esq., and Brandon Kressin, Esq. in support of their *pro hac vice* admission are being simultaneously filed herewith, together with a proposed form of Order.  Pursuant to Rule 7.1(d)(4) of the Local Rules, no brief is necessary because this Application raises no issues of law and the relief sought is wholly within the Court's discretion.

In further support of the Application, the undersigned represents as follows:

1. I am an attorney-at-law and a member in good standing of the Bar of the State of New Jersey.  I am a member with the law firm Chiesa Shahinian & Giantomasi PC ("CSG"), which maintains an address of 105 Eisenhower Parkway, Roseland, New Jersey 07068.  CSG has been retained to serve as co-counsel with Hueston Hennigan LLP and Kressin Meador Powers LLC for Non-Party Match Group, Inc.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules, in support of the entry of an order granting the admission pro hac vice Douglas J. Dixon, Esq., Tate Harshbarger, Esq., and Brandon Kressin, Esq. to this Court.

3. Mr. Dixon is an attorney-at-law licensed to practice in the States of California and New York, and a partner of Hueston Hennigan LLP, which maintains offices at 620 Newport Center Dr., Suite 1300, Newport Beach, California 92660.

4. Mr. Harshbarger is an attorney-at-law licensed to practice in the State of California, and an associate with Hueston Hennigan LLP, which maintains offices at 620 Newport Center Dr., Suite 1300, Newport Beach, California 92660.

5. Mr. Kressin is an attorney-at-law licensed to practice in the State of Kansas, the State of New York and the District of Columbia and a partner of Kressin Meador Powers LLC, which maintains offices at 300 New Jersey Avenue NW, Suite 900, Washington, DC 20001.

6. Mr. Dixon, Mr. Harshbarger, and Mr. Kressin are familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and their presence will serve the best interest of Match Group, Inc.

**WHEREFORE,** the Applicants respectfully request entry of the Order submitted herewith approving the admission, pro hac vice, of Douglas J. Dixon, Esq., Tate Harshbarger, Esq., and Brandon Kressin, Esq. to represent Non-Party Match Group, Inc.

**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500
mrauchway@csglaw.com
*Local Counsel for Non-Party Match Group, Inc.*

By: */s/ Marisa Rauchway*

Dated: October 8, 2024         MARISA RAUCHWAY

## **CERTIFICATION OF SERVICE**

I certify that the within Application for Pro Hac Vice Admission was served on this date upon all counsel of record via ECF filing.

                                    CHIESA SHAHINIAN & GIANTOMASI PC
                                    *Local Counsel for Non-Party Match Group, Inc.*

Dated: October 8, 2024
                              By  */s/ Marisa Rauchway*
                                    MARISA RAUCHWAY
                                    105 Eisenhower Parkway
                                    Roseland, New Jersey
                                    (973) 325-1500

4871-3175-7549.v1