UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al,<br><br>      Plaintiffs,<br><br>vs.<br><br>APPLE, INC.,<br><br>      Defendant. | Civil Action No.: 2:24-cv-04055-JXN-LDW |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The relief set forth on the following pages, numbered 1 and 2, is hereby ORDERED.

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorneys, and considered this matter pursuant to Fed.R.Civ.Proc.78 and D.N.J. L.Civ.R.101.1, and good cause having been shown; it is

ORDERED that Douglas J. Dixon, Esq., Tate Harshbarger, Esq., and Brandon Kressin, Esq. be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ. R. 101.1(4), and, if not already filed, an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorneys of their receipt, and it is further

ORDERED that the applicants shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fees required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, U.S. District Court" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

ORDERED that the applicants shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

_____

HONORABLE LEDA DUNN WETTRE, U.S.M.J.

4869-6326-4493.v2