**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ  07068
973.325.1500
Marisa Rauchway, Esq. (026602008)
April Campos, Esq. (293012019)
*Local Counsel for Non-Party Match Group, Inc.*

**HUESTON HENNIGAN LLP**
620 Newport Center Dr.,
Suite 1300
Newport Beach, California 92660
949.229.8640
Douglas J. Dixon, Esq. (ddixon@hueston.com)
Tate Harshbarger, Esq. (tharshbarger@hueston.com)
*Lead Counsel for Non-Party Match Group, Inc.*

**KRESSIN MEADOR POWERS LLC**
300 New Jersey Avenue NW
Suite 900
Washington, DC 20001
202.464.2905
Brandon Kressin, Esq. (brandon@kressinmeador.com)
*Co-Counsel for Non-Party Match Group, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>APPLE, INC.,<br><br>    Defendant. | Civil Action No.: 2:24-cv-04055-JXN-LDW |

**CERTIFICATION OF BRANDON KRESSIN, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, **BRANDON KRESSIN**, ESQ., of full age, hereby certify to the court as follows:

1. I am an attorney-at-law licensed to practice in the States of Kansas, New York and the District of Columbia and a partner of the law firm of Kressin Meador Powers LLC, Co-Counsel for Non-Party Match Group, Inc. ("Match Group"), I am personally familiar with the facts set forth herein.

2. I presently reside in Kansas.

3. I make this certification in support of my application pursuant to Rule 101.1(c) Local Civil and Criminal Rules of the United States District Court for the District of New Jersey (the "Local Rules") for admission to this District Court *pro hac vice*.

4. Kressin Meador Powers LLC has been retained to serve as co-counsel, along with Chiesa Shahinian & Giantomasi PC, and Hueston Hennigan LLP for Match Group in connection with the above-captioned matter.

5. Kressin Meador Powers LLC has had an attorney-client relationship with Match Group. My work in connection with this representation will assist in this matter.

6. I am admitted for the practice of law and am a member of the Bar in good standing in the following jurisdiction(s):

    a. the State of New York (2013);

    b. the District of Columbia (2015); and

    c. the State of Kansas (2019).

7. There are no disciplinary proceedings pending against me in any jurisdiction, and there has been no discipline imposed against me by any jurisdiction in the past. During the pendency of this action, I will notify the Court of any change in standing with the bar of any court, and notify the Court immediately if any actions are instituted against me affecting my standing with the bar of any state.

8. I am familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and my presence will serve the best interest of Match Group as co-counsel.

9. If admitted *pro hac vice*, I agree to abide by the Local Rules and to make the payments to the Clerk of the United States District Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection, as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

10. As a condition of my admission, I agree to have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated:  October 8, 2024                                       **BRANDON KRESSIN**

4877-8534-8077.v1