# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>              *Plaintiffs,*<br>  vs.<br><br>APPLE, INC.,<br><br>              *Defendant.* | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>*Oral argument requested*<br><br>*Document filed electronically* |

## NON-PARTY MATCH GROUP, INC.'S

## NOTICE OF MOTION AND MOTION TO INTERVENE

**TO:** All Counsel

**COUNSEL:**

    **PLEASE TAKE NOTICE** that Non-Party Match Group, Inc. ("Match Group"), by and through its undersigned counsel, shall move before the Honorable Julien X. Neals, U.S.D.J. at a date and time to be determined by the Court, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order, pursuant to Federal Rule of Civil Procedure 24(a)(2) and (b).

- 2 -

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Match Group will rely on its Memorandum in Support of Match Group, Inc.'s Motion to Intervene, any additional replies or submissions made hereafter, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Match Group hereby requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: October 8, 2024

| | |
|---|---|
| Douglas J. Dixon (*pro hac vice* pending)<br>Tate Harshbarger (*pro hac vice* pending)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>(213) 788-4340<br>ddixon@hueston.com<br>tharshbarger@hueston.com<br><br>Brandon Kressin (*pro hac vice* pending)<br>KRESSIN MEADOR POWERS LLC<br>300 New Jersey Avenue NW<br>Suite 900<br>Washington, DC 20001<br>(202) 464-2905<br>brandon@kressinmeador.com | */s/     Marisa Rauchway*<br>Marisa Rauchway<br>April Campos<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br> (973) 325-1500<br>mrauchway@csglaw.com<br>acampos@csglaw.com<br><br><br>*Counsel for Non-Party Match Group, Inc.* |

## **CERIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on this date upon all counsel of record via ECF filing.

                                CHIESA SHAHINIAN & GIANTOMASI PC
                                *Local Counsel for Non-Party Match Group, Inc.*

Dated: October 8, 2024
                              By   /s/ *Marisa Rauchway*
                                     MARISA RAUCHWAY
                                     105 Eisenhower Parkway
                                     Roseland, New Jersey
                                     (973) 325-1500

4858-7445-9629.v1