# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs,*<br> vs.<br><br>APPLE, INC.,<br><br>    *Defendant.* | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>***Document filed electronically*** |

## [PROPOSED] ORDER GRANTING NON-PARTY MATCH GROUP, INC.'S NOTICE OF MOTION AND MOTION TO INTERVENE

**THIS MATTER** having come before the Court by way of the Motion of Non-Party Match Group, Inc. ("Match Group") for the entry of an Order to Intervene, and the Court having considered the submission of the parties and any argument of counsel (if any), and for good cause having been shown,

**IT IS ON THIS** _____ day of _____, 20\_\_\_\_\_:

**ORDERED** that Match Group's Motion to Intervene is hereby GRANTED; and it is further

- 2 -

**ORDERED** that the protective order in the above-captioned matter shall include a "Non-Party Highly Confidential—Outside Counsel Eyes' Only" level of confidentiality.

**SO ORDERED.**

_____
Hon. Julien X. Neals
United States District Judge

4879-4172-7469.v1