# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>                    *Plaintiffs*,<br>         v.<br><br>APPLE INC.,<br><br>                    *Defendant*. | Civil Action No. 2:24-cv-04055 (JXN)(LDW)<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

**THIS MATTER** having been brought before the Court by Nonparty Microsoft Corp. ("Microsoft") by and through its attorneys, Robinson Miller LLC, for the entry of an Order admitting Aaron M. Panner and Alex A. Parkinson as counsel *pro hac vice*, pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting Certifications of Keith J. Miller, Esq., Aaron M. Panner, Esq. and Alex A. Parkinson, Esq.; and all counsel of record having consented to this application; and for good cause shown;

**IT IS** on this   9th   day of   October  , 2024,

**ORDERED** than Microsoft Corp.'s application for *pro hac vice* admission of Aaron M. Panner and Alex A. Parkinson is hereby **GRANTED**; and it is further

**ORDERED** that Aaron M. Panner and Alex A. Parkinson are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Microsoft Corp. in this matter; and it is further

**ORDERED** that Aaron M. Panner and Alex A. Parkinson shall abide by the disciplinary rules of this court; and it is further

**ORDERED** that Aaron M. Panner and Alex A. Parkinson shall, for the duration of time that they serve as counsel *pro hac vice* in this matter, each make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Aaron M. Panner and Alex A. Parkinson shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Aaron M. Panner and Alex A. Parkinson shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Keith J. Miller or his associates or partners as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

_____
HON. LEDA DUNN WETTRE, U.S.M.J.