# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>　　　　　　　　Defendant. | Case No. 2:24-CV-04055 (JXN-LDW)<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION** |

**THIS MATTER** having been brought to the Court by Wilson Sonsini Goodrich & Rosati, counsel for Non-Party Google LLC ("Google"), upon application for the entry of an Order admitting *pro hac vice* John E. Schmidtlein and Youlin Yuan of the law firm Williams & Connolly LLP; and Plaintiffs and Defendant, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this __9th__ day of __October__, 2024,

**ORDERED** that Google's application for the *pro hac vice* admission of John E. Schmidtlein and Youlin Yuan is hereby **GRANTED**; and it is further

**ORDERED** that John E. Schmidtlein and Youlin Yuan are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Google in this matter; and it is further

**ORDERED** that John E. Schmidtlein and Youlin Yuan shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that John E. Schmidtlein and Youlin Yuan shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, each make annual payments to the New

Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that John E. Schmidtlein and Youlin Yuan shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that John E. Schmidtlein and Youlin Yuan shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Marina C. Tsatalis, or by such other member of the bar of this Court who may appear as the attorney of record in this matter for Non-Party Google LLC, pursuant to Local Civil Rule 101.1(c)(3).

_____
HON. LEDA DUNN WETTRE, U.S.M.J.