Keith J. Miller
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone: (973) 690-5400

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　Defendants. | Civil No. 2:24-cv-04055 (JXN)(LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR**<br>***PRO HAC VICE* ATTORNEY TO RECEIVE**<br>**ELECTRONIC NOTIFICATION** |

Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered on October 9, 2024 (ECF No. 159); and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 9, 2024　　　　　　　　　　　　　　s/ Keith J. Miller
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

*PRO HAC VICE* ATTORNEY INFORMATION

Name:     Alex A. Parkinson, Esq.

Address:  Kellogg, Hansen, Todd, Figel & Frederick: P.L.L.C.
          Sumner Square
          1615 M Street NW, Suite 400
          Washington, DC 20036

E-Mail:   aparkinson@kellogghansen.com