ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
*Attorneys for Nonparty*
*Capital One Financial Corporation*

By: MAUREEN T. COGHLAN, ESQ.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Civil Action No.: 2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF PATRICK HEIN IN SUPPORT OF CONSENT APPLICATION FOR *PRO HAC VICE* ADMISSION** |

Patrick Hein, of full age, hereby certifies as follows:

  1. I am an attorney at law of the State of California, and partner at the law firm of A&O Shearman, 140 New Montgomery Street, San Francisco, California 94105, attorneys for Capital One Financial Corporation ("Capital One") in the above-captioned matter.

  2. I submit this declaration in support of the application for my admission *pro hac vice* pursuant to Local Rule 101.1(c), for the purpose of appearing and participating on behalf of Capital One in this matter.

  3. In accordance with Local Rule 101.1(c), I am a member in good standing of the following bars, and the name and address of the official or office maintaining the roll of such members of the following bars is set forth herein:

1

a. I am a member in good standing of the Bar of the State of California, having been admitted to practice there on December 12, 2007. The roll of attorneys in good standing before the Bar of the State of California is maintained by the Attorney Compliance and Records Department, located at 180 Howard Street, San Francisco, CA 94105.

b. I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice there on August 24, 2022. The roll of attorneys in good standing before the Bar of the District of Columbia is maintained by Member Services, located at 901 4th Street NW, Washington, DC 20001.

c. I am a member of good standing of the United States District Court for the Northern District of California, having been admitted to practice there on July 23, 2013. The roll of attorneys in good standing before the United States District Court for the Northern District of California is maintained by the Office of the Clerk, located at 450 Golden Gate Ave, San Francisco, CA 94102-3489.

d. I am a member in good standing of the Bar of the United States Court of Appeals for the Second Circuit, having been admitted to practice there on October 9, 2015. The roll of attorneys in good standing before the United States Court of Appeals for the Second Circuit is maintained by Clerk's Office, located at 40 Foley Square, New York, NY 10007.

e. I am a member in good standing of the Bar of the United States Court of Appeals for the Ninth Circuit, having been admitted to practice there on July 10, 2023. The roll of attorneys in good standing before the United States Court of Appeals

      for the Ninth Circuit is maintained by Clerk's Office, located at 95 7th Street, San Francisco, CA 94103.

    f. I am a member in good standing of the United States District Court for the Central District of California, having been admitted to practice there on July 19, 2023. The roll of attorneys in good standing before the United States District Court for the Central District of California is maintained by the Attorney Admissions Department, located at 350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565.

    g. I am a member in good standing of the United States District Court for the Eastern District of California, having been admitted to practice there on May 29, 2024. The roll of attorneys in good standing before the United States District Court for the Southern District of California is maintained by the Office of the Clerk, located at 501 I street, Room 4-200, Sacramento, California 95814.

    h. I am a member in good standing of the United States District Court for the Southern District of California, having been admitted to practice there on May 29, 2024. The roll of attorneys in good standing before the United States District Court for the Southern District of California is maintained by the Clerk's Office, located at 333 West Broadway, Suite 420, San Diego CA 92101.

4.    I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I am associated in this matter with Maureen T. Coghlan, who is a partner at the law firm of Archer & Greiner, P.C., and is qualified to practice law in the State of New Jersey pursuant to Rule 1:21-1.

6. If admitted *pro hac vice*, I will comply with the requirements of Local 101.1, including: (1) making a payment to the New Jersey Lawyer's Fund for Client Protection as required by Rule 1:28-2; (2) making a payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey; and (3) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trial, or any other proceedings.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Patrick Hein

Dated: October 9, 2024