ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
*Attorneys for Nonparty*
*Capital One Financial Corporation*

By: MAUREEN T. COGHLAN, ESQ.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Civil Action No.:  2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF MAUREEN T. COGHLAN IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Maureen T. Coghlan, hereby certify as follows:

    1.    I am a Partner with the law firm of Archer & Greiner, P.C. ("Archer"), attorneys for Nonparty Capital One Financial Corporation ("Capital One") in the above-captioned matter.  I submit this certification in support of the application to admit *pro hac vice* Patrick Hein pursuant to L. Civ. R. 101.1(c).

    2.    I was admitted to the Bars of the State of New Jersey and the United States District Court for the District of New Jersey in 2006.  I am also a member of the Bar of the Commonwealth of Pennsylvania and am admitted to practice before the following other federal courts (admission year noted in parentheses):  the United States District Court for the Eastern District of Pennsylvania (2008) and the United States Court of Appeals for the Third Circuit (2008).

    3.    I am a member in good standing of all of the Bars to which I am admitted.  I practice law in the District of New Jersey from Archer's Voorhees Office at 1025 Laurel Oak Road,

Voorhees, NJ 08043.

4. Patrick Hein is a Partner of A&O Shearman's San Francisco, California office. Mr. Hein has submitted his certification in support of the present application.

5. I will be responsible pursuant to Local Civil Rule 101(c)(4) for: filing and accepting service of pleadings, papers, and orders; signing stipulations; and the conduct of this case. I, or another attorney who is admitted to practice in this Court, will appear at all proceedings in this case unless excused by the Court.

6. I understand that I will be responsible for the conduct of Patrick Hein in this action, and will ensure that he complies with Local Civil Rule 101.1(c).

7. Counsel for Plaintiffs and Defendant have advised that there is no objection to the *pro hac vice* admission that is the subject of this application.

8. For the forgoing reasons, I respectfully request that this Court enter an Order allowing Patrick Hein to appear *pro hac vice* pursuant to Local Civil Rule 101.1(c).

9. I certify under penalty of perjury that the foregoing statements are true and correct.

Executed this October 9, 2024

                                                      s/ *Maureen T. Coghlan*
                                                      Maureen T. Coghlan

229501001 v1