# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No.: 2:24-cv-04055 (JXN-LDW)<br><br>**ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>*Filed Electronically* |

**THIS MATTER** having been brought before the Court by Nonparty Capital One Financial Corporation ("Capital One") by and through its attorneys, Archer & Greiner, P.C., for the entry of an Order admitting Patrick Hein as counsel *pro hac vice,* pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting Certification of Patrick Hein, Esq.; and all counsel of record having consented to this application; and for good cause shown;

**IT IS** on this_____ day of _____, 2024,

**ORDERED** that Capital One's application for *pro hac vice* admission of Patrick Hein is hereby **GRANTED;** and it is further

**ORDERED** that Patrick Hein is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Capital One in this matter; and it is further

**ORDERED** that Patrick Hein shall abide by the disciplinary rules of this court; and it is further

**ORDERED** that Patrick Hein shall, for the duration of time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to

the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Patrick Hein shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Patrick Hein shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Maureen T. Coghlan or her associates or partners as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c).

_____
HON. LEDA DUNN WETTRE, U.S.M.J