Mayling C. Blanco, Esq.
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone No.: (212) 318-3000
Facsimile No.: (212) 318-3400
mayling.blanco@nortonrosefulbright.com

*Attorneys for Nonparty*
*Garmin International, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br>  Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>  Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for Nonparty Garmin International, Inc. in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: October 10, 2024

NORTON ROSE FULBRIGHT US LLP
By: */s/ Mayling C. Blanco*
Mayling C. Blanco, Esq.
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone No.: (212) 318-3000
Facsimile No.: (212) 318-3400
mayling.blanco@nortonrosefulbright.com
*Attorneys for Nonparty*
*Garmin International, Inc.*