Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7782
Facsimile: (866) 974-7329
Email: mtsatalis@wsgr.com

*Attorney for Non-Party Google LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055-JXN-LDW<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.    An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered on October 9, 2024 (ECF No. 161); and

2.    The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 11, 2024                    Respectfully submitted,

                                           WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           s/ *Marina C. Tsatalis*
                                           Marina C. Tsatalis
                                           1301 Avenue of the Americas, 40th Floor
                                           New York, New York 10019
                                           Telephone: (212) 497-7782
                                           Facsimile: (866) 974-7329
                                           Email: mtsatalis@wsgr.com

                                           *Counsel for Non-Party Google LLC*


*PRO HAC VICE* ATTORNEY INFORMATION

Name:            John E. Schmidtlein, Esq.

Address:         Williams & Connolly LLP
                 680 Maine Avenue SW
                 Washington, DC  20024

E-Mail:          jschmidtlein@wc.com