Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7782
Facsimile: (866) 974-7329
Email: mtsatalis@wsgr.com

*Attorney for Non-Party Google LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 2:24-cv-04055-JXN-LDW<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

       Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

       1.     An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered on October 9, 2024 (ECF No. 161); and

       2.     The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 11, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Marina C. Tsatalis*
Marina C. Tsatalis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7782
Facsimile: (866) 974-7329
Email: mtsatalis@wsgr.com

*Counsel for Non-Party Google LLC*

*PRO HAC VICE* ATTORNEY INFORMATION

Name:       Youlin Yuan, Esq.

Address:    Williams & Connolly LLP
            680 Maine Avenue SW
            Washington, DC  20024

E-Mail:     yyuan@wc.com