PHILIP R. SELLINGER
United States Attorney
JOHN F. BASIAK JR.
Assistant United States Attorney
402 East State Street, Room 430
Trenton, NJ 08608
(609) 858-0309
john.basiak@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant.* | Hon. Julien Xavier Neals, U.S.D.J.<br><br>Civil Action No. 24-04055 (JXN)(LDW)<br><br>**NOTICE OF APPEARANCE** |

To: MELISSA E. RHOADS, ESQ.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

The undersigned Assistant United States Attorney, John F. Basiak Jr., hereby enters a notice of appearance as an attorney for Plaintiff United States of America in the above-referenced matter.

        Respectfully submitted,

        PHILIP R. SELLINGER
        United States Attorney

By:  /s/ John F. Basiak Jr.
      JOHN F. BASIAK JR.
      Assistant United States Attorney
      *Attorneys for the United States*

cc: All counsel of record (via ECF)