Scott A. Hall
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
Telephone:  (908) 272-0200
Facsimile:  (908) 272-0909
Email: shall@dughihewit.com

*Attorneys for Non-Party PayPal, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>             Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>             Defendant. | Civil Action No. 2:24-CV-04055 (JXN)(LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY MATTHEW L. CANTOR TO RECEIVE ELECTRONIC NOTIFICATION** |

    Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered on October 9, 2024 (ECF No. 160); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 11, 2024                By: ____*/s/ Scott A. Hall*____
                                                      Scot A. Hall
                                                      DUGHI, HEWIT & DOMALEWSKI, P.C.
                                                      340 North Avenue
                                                      Email: shall@dughihewit.com
                                                      *Attorneys for Non-Party PayPal, Inc.*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:         Matthew L. Cantor

Address:      SHINDER CANTOR LERNER, LLP
                      14 Penn Plaza, 19th Floor
                      New York, NY 10122

Email:        Matthew@scl-llp.com