Scott A. Hall
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Cranford, New Jersey 07016
Telephone:  (908) 272-0200
Facsimile:  (908) 272-0909
Email: shall@dughihewit.com

*Attorneys for Non-Party PayPal, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>    **Plaintiffs,**<br><br>v.<br><br>APPLE INC.,<br><br>    **Defendant.** | Civil Action No. 2:24-CV-04055 (JXN)(LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY JEFFREY I. SHINDER TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered on October 9, 2024 (ECF No. 160); and

2.  The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 11, 2024

By: _____/s/ Scott A. Hall_____

Scot A. Hall
DUGHI, HEWIT & DOMALEWSKI, P.C.
340 North Avenue
Email: shall@dughihewit.com
*Attorneys for Non-Party PayPal, Inc.*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:          Jeffrey I. Shinder

Address:       SHINDER CANTOR LERNER, LLP
               14 Penn Plaza, 19th Floor
               New York, NY 10122

Email:         Jeffrey@scl-llp.com