IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No.: 2:24-cv-04055 (JXN-LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.


Dated:  October 14, 2024

                                                            s/ Maureen T. Coghlan
                                                            Maureen T. Coghlan
                                                            ARCHER & GREINER
                                                            A Professional Corporation
                                                            1025 Laurel Oak Road
                                                            Voorhees Township, NJ 08043
                                                            (856) 795-2121


*Pro Hac Vice* Attorney Information
Patrick Hein, Esq.
A&O Shearman
140 New Montgomery Street
San Francisco, CA 94105
patrick.hein@aoshearman.com

229522400 v1