UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW)<br><br>**ORDER ADMITTING DOUGLAS J. DIXON, TATE HARSHBARGER, AND BRANDON KRESSIN** *PRO HAC VICE* |

  **THIS MATTER** having come before the Court by way of the motion of Marisa Rauchway, counsel for non-party Match Group, Inc., for the admission *pro hac vice* of Douglas J. Dixon, Tate Harshbarger, and Brandon Kressin pursuant to Local Civil Rule 101.1(c); and the Court having considered the declarations in support of the motion, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1(c); and there being no opposition to these applications; and for good cause shown;

  **IT IS** on this day, October 22, 2024:

  **ORDERED** that the motion for admission *pro hac vice* of Douglas J. Dixon, Tate Harshbarger, and Brandon Kressin is granted; and it is further

  **ORDERED** that Douglas J. Dixon, Tate Harshbarger, and Brandon Kressin shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

  **ORDERED** that Marisa Rauchway or another member of her firm admitted to practice in the District of New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such

service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Douglas J. Dixon, Tate Harshbarger, and Brandon Kressin shall each make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2); and it is further

**ORDERED** that Douglas J. Dixon, Tate Harshbarger, and Brandon Kressin shall each pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion at ECF 155.

                                              *s/ Leda Dunn Wettre*
                                              Hon. Leda Dunn Wettre
                                              United States Magistrate Judge