# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

MARTIN LUTHER KING BLDG.
& U.S. COURTHOUSE
50 Walnut Street
Newark, NJ 07102
(973) 645-6042

October 30, 2024

**VIA ECF**

TO ALL COUNSEL OF RECORD

## LETTER ORDER

**Re:** *United States v. Apple Inc.,* **No. 24-4055 (JXN) (LDW)**

Dear Counsel:

    Before this Court is the parties' joint letter (ECF No. 185) addressing the agreed upon provisions for the technology tutorial scheduled for Wednesday, November 6, 2024, and the parties' respective positions regarding Apple Inc.'s ("Apple" or "Defendant") request for the Apple employees to present at the technology tutorial.

    The parties have agreed to the following provisions regarding the format of the technology tutorial:

    1. Tutorials are limited to 90 minutes per side.

    2. Plaintiffs will present first, Defendant will present second, and Plaintiffs may reserve a portion of their time to respond to Defendant's presentation.

    3. The parties will present using slide decks, which may include audio and video components.

    4. The parties will exchange demonstratives 48 hours in advance of the technology tutorials (i.e., by 11:00 a.m. ET on November 4, 2024).

    5. The technology tutorials should be transcribed by a court reporter.

    6. The technology tutorials should be open to the public, and the parties do not seek to seal any portion of the proceedings or the demonstratives to be used. The parties

will use only non-confidential documents and information in the tutorials.

7. Pursuant to this Court's instructions, the parties contacted the Court's Courtroom Deputy and the Court's Information Technology Department more than two weeks prior to the tutorials regarding equipment and technological needs, and the parties will continue to engage with them as appropriate in advance of the tutorials. Should the parties need to seek Court approval to bring any special equipment into the courthouse, they will make the appropriate request with the Court prior to the hearing.

The parties have agreed to the on the record presentation and transcription of the technology tutorial and further that no portions of the proceedings or the demonstratives need to be sealed. Based on the foregoing, all presentations will be transcribed on the record.

Accordingly, Apple shall advise the Court via letter by Friday, November 1, 2024, who will present on its behalf at the technology tutorial.

**IT IS SO ORDERED.**

HONORABLE JULIEN XAVIER NEALS
United States District Judge

cc: All counsel of record (via ECF)