**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 30, 2024

**VIA ECF**
Honorable Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *United States v. Apple Inc.*, No. 2:24-cv-04055-JXN-LDW (D.N.J.)

Dear Judge Neals:

      In response to the Court's order of October 30, 2024, directing that Defendant Apple Inc. ("Apple") "advise the Court . . . who will present on its behalf at the technology tutorial," Apple states that the following individuals will present at the tutorial on Apple's behalf:

- Philip W. Schiller (Apple Fellow)
- Kaiann Drance (Vice President, Worldwide Product Marketing)
- Arun Mathias (Vice President, Wireless Software Technologies & Ecosystems)

Relevant background information for these individuals is contained in the parties' joint letter dated October 25, 2024. ECF No. 185.

      Apple thanks the Court for its time and attention to this matter, and Apple is happy to provide any additional information that may assist Your Honor or the Court's staff.

                            Respectfully submitted,

                            *s/ Liza M. Walsh*

                            Liza M. Walsh

cc:     Honorable Leda D. Wettre, U.S.M.J.
          All Counsel of Record (via ECF)