**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 31, 2024

**VIA ECF**
Honorable Julien X. Neals, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *United States v. Apple Inc.*, No. 2:24-cv-04055-JXN-LDW (D.N.J.)

Dear Judge Neals:

      I write on behalf of Defendant Apple Inc. ("Apple") regarding the upcoming technology tutorial in this matter scheduled for November 6, 2024.

      I write to respectfully request entry of an order permitting Apple and its service providers access to the Courthouse and Your Honor's courtroom from 10:00 am to approximately 2:00 pm on November 5, 2024, and beginning at 8:00 am on November 6, 2024, for the purpose of delivering and setting up electronic equipment and other materials to be used during the technology tutorial. Apple also respectfully requests the Court's permission to access the Courthouse and Your Honor's courtroom in order for Apple and its service providers to pick up and remove the aforementioned equipment and materials at the conclusion of the hearing.

      Apple requests permission to bring the following items:

- 1 – Qty. Projector: HITACHI model CP-X8170
- 1 – Qty. Projector A/V Stand with Skirting
- 1 – Qty. 21.5-inch Monitor
- 2 – Qty. Asus Brand 16 ½ inch USB-C Monitors
- 1 – Qty. Monitor Stand
- 1 – Qty. Distribution Amplifier (DA)
- 1 – Qty. 4 to 1 HDMI Scaler
- 1 – Qty. Tech Table with Skirting
- 2 – Qty. MacBook Pro
- 4 – Qty. Presentation Clicker
- 5 – Qty. Verizon 4G Mi-Fi
- Various extension cords, power strips, adapters and HDMI cables

Apple plans to have Matthew Smith and Chris Gillespie of TrialTech Consulting in the courtroom to assist with the setup, along with the audio-visual vendor AQUIPT.

If Apple's request meets with the Court's approval, we respectfully request that Your Honor sign the endorsement below and have it entered on the docket as an order of the Court. The Order will be provided to the Marshals upon arrival at the Courthouse to streamline security measures.

Apple thanks the Court for its time and attention to this matter, and Apple is happy to provide any additional information that may assist Your Honor or the Court's staff.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: Honorable Leda D. Wettre, U.S.M.J.
All Counsel of Record (via ECF)

SO ORDERED this 1st, day of November, 2024

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge