

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 4, 2024

**VIA ECF**
Hon. Julien X. Neals, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  *United States, et al. v. Apple Inc.*
Case No. 2:24-cv-04055

Dear Judge Neals:

This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff, the State of New Jersey ("New Jersey"), and is appearing as local counsel for the Plaintiff-States of Arizona, California, Connecticut, the District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin (collectively, "Plaintiff States") in the above-captioned matter. This correspondence is respectfully submitted on behalf of the Plaintiff States concerning appearances at the technology tutorial scheduled by the Court for November 6, 2024, at 11:00 AM.

Counsel for New Jersey, New York, and the United States intend to attend the technology tutorial in person. We further understand that the Court has offered a telephone dial-in for the tutorial. Plaintiff States, however, respectfully request that the Court permit other counsel for the Plaintiff States to attend the conference virtually via Zoom or any alternative video conferencing platform that is convenient for the Court. Video access for this hearing is needed as the parties intend to rely on demonstratives throughout the hearing.

Your Honor's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY



*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 4, 2024
Page 2

By: */s/ Lauren E. Van Driesen*
Lauren E. Van Driesen
Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, New Jersey
Telephone: (609) 696-5271
Lauren.VanDriesen@law.njoag.gov

*Attorney for the Plaintiff States of New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC: All Counsel of Record (via ECF)