UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ          Date: 11/6/2024
Court Reporter:   Melissa Mormile             Civil No: 2:24-cv-4055

<u>Title of the Case:</u>

UNITED STATES OF AMERICA, et al
v.
APPLE, INC., et al

<u>Appearances:</u>

Jonathan Lasken, for Plaintiff United States of America, State of New Jersey, State of California, State of Arizona, State of Connecticut, District of Columbia, State of Main, State of Michigan, State of Minnesota, State of New Hampshire, State of New York, State of North Dakota, State of Oklahoma, State of Oregon, State of Tennessee, State of Vermont, and State of Wisconsin

Lorraine Van Kirk, John Francis Basiak, Nolan Mayther, Aaron Michael Sheanin, for Plaintiff United States of America

Brian Francis McDonough, for Plaintiff State of New Jersey

Douglas Arpert, Craig S. Primis, K. Winn Allen, Devora W. Allon for Defendant Apple, Inc.

**<u>Nature of Proceedings</u>**:

Technology Tutorial Held

<u>Kimberly Darling, Courtroom Deputy</u>
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:   11:00 am
Time Concluded:   2:15 pm
Total Time:       3 hours 15 minutes