

**Maureen T. Coghlan**
*Member of New Jersey and Pennsylvania Bars*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

November 7, 2024

**VIA ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:    *United States v. Apple Inc., Case No. 2:24-cv-04055 (JXN-LDW)*

Dear Judge Wettre:

This firm represents nonparty Capital One Financial Corporation ("Capital One") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Capital One submits this informal application for the *pro hac vice* admission of Amelia Rasmussen of the law firm A&O Shearman in this matter. Plaintiffs and Defendant have consented to her *pro hac vice* admission in this litigation.

In support of the application, enclosed please find the following:

- Certification of Amelia Rasmussen;
- Certification of Maureen T. Coghlan in support of the application for *pro hac vice* admission; and
- Proposed Consent Order Granting *pro hac vice* admission.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. If Your Honor has any questions regarding this matter, please do not hesitate to contact us.

                    Respectfully submitted,

                    s/*Maureen T. Coghlan*
                    Maureen T. Coghlan

cc:    All counsel of record (via ECF)