ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
*Attorneys for Nonparty*
*Capital One Financial Corporation*

By: MAUREEN T. COGHLAN, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No.: 2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF AMELIA RASMUSSEN IN SUPPORT OF CONSENT APPLICATION FOR *PRO HAC VICE* ADMISSION** |

Amelia Rasmussen, of full age, hereby certifies as follows:

1. I am an attorney at law of the District of Columbia, and associate at the law firm of A&O Shearman, 1101 New York Avenue NW, Washington, DC 20005, attorneys for Capital One Financial Corporation ("Capital One") in the above-captioned matter.

2. I submit this declaration in support of the application for my admission *pro hac vice* pursuant to Local Rule 101.1(c), for the purpose of appearing and participating on behalf of Capital One in this matter.

3. In accordance with Local Rule 101.1(c), I am a member in good standing of the following bar, and the name and address of the official or office maintaining the roll of such members of the following bar is set forth herein:

1

    a. I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice there on January 18, 2021. The roll of attorneys in good standing before the Bar of the District of Columbia is maintained by Member Services, located at 901 4th Street NW, Washington, DC 20001.

4. I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I am associated in this matter with Maureen T. Coghlan, who is a partner at the law firm of Archer & Greiner, P.C., and is qualified to practice law in the State of New Jersey pursuant to Rule 1:21-1.

6. If admitted *pro hac vice,* I will comply with the requirements of Local 101.1, including: (1) making a payment to the New Jersey Lawyer's Fund for Client Protection as required by Rule 1:28-2; (2) making a payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey; and (3) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trial, or any other proceedings.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                            Amelia Rasmussen

Dated: November 6, 2024