# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>                Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by local counsel for *pro hac vice* counsel, Jennifer Linsey, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Jennifer Linsey to appear *pro hac vice* in the within matter was entered on November 1, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: November 7, 2024

MATTHEW J. PLATKIN
Attorney General of New Jersey

By: /s/Andrew F. Esoldi
Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: 973-648-7819
andrew.esoldi@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

## *PRO HAC VICE* **ATTORNEY INFORMATION**

Jennifer Linsey
Deputy Attorney General, Consumer Litigation
Office of Indiana Attorney General Todd Rokita
302 West Washington Street
IGCS – 5th Floor
Indianapolis, IN 46204
P: (463) 261-7401 | F: (317) 232-7979
Jennifer.Linsey@atg.in.gov