# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No.: 2:24-cv-04055 (JXN-LDW) <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.


Dated: November 11, 2024

s/ Maureen T. Coghlan
Maureen T. Coghlan
ARCHER & GREINER
A Professional Corporation
1025 Laurel Oak Road
Voorhees Township, NJ 08043
(856) 795-2121


*Pro Hac Vice* Attorney Information
Amelia Rasmussen, Esq.
A&O Shearman
1101 New York Avenue, NW
Washington, DC 20005
Phone: 202-508-8097
memmi.rasmussen@aoshearman.com