UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JULIEN XAVIER NEALS, USDJ
Court Reporter: Melissa Mormile

Date: 11/20/2024
Civil No: 2:24-cv-4055

Title of the Case:

UNITED STATES OF AMERICA, et al
v.
APPLE, INC.

Appearances:

Jonathan Lasken, John Francis Basiak, Matthew C. Mandelberf, for Plaintiff United States of America

Isabella Pitt, Giancarlo Piccinini, Brian Francis McDonough, for Plaintiffs State of New Jersey

Justin Moor, for Plaintiff State of Minnesota

Liza Walsh, Douglas E. Arpert, Lauren Malakoff, Craig Primis, Devora Allen, Mary Miller, Win Allen, and Conley Hurst, for Defendant Apple, Inc.

**Nature of Proceedings**:   Oral Argument

Oral Argument Held on Motion to Dismiss [108]

Kimberly Darling, Courtroom Deputy
to the Honorable Julien Xavier Neals, USDJ

Time Commenced:   11:00 am
Time Concluded:   2:55 pm
Total Time:   3 Hours 55 Minutes