# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04055-JXN-LDW |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Samsung Electronics America, Inc.

Date: 11/22/2024

*Bradley Small*
Attorney's signature

Bradley D. Small #012662012
*Printed name and bar number*

Vinson & Elkins LLP
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
*Address*

bsmall@velaw.com
*E-mail address*

(212) 237-0268
*Telephone number*

(212) 237-0100
*FAX number*