# Vinson&Elkins

Matthew R. Friedenberg  mfriedenberg@velaw.com
**Tel** +1.212.237.0067  **Fax** +1.917.849.5385

November 22, 2024

<u>**VIA ECF**</u>

Honorable Leda D. Wettre
United States Magistrate Judge
USDC District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Motion to Withdraw as Counsel for Non-Party Samsung Electronics America, Inc.
*United States, et al. v. Apple Inc.*, Civil Action No. 2:24-cv-04055-JXN-LDW

Dear Judge Wettre:

This firm represents Non-Party Samsung Electronics America, Inc. ("Samsung") in the above-referenced matter.

Pursuant to Local Civil Rule 102.1, I write to respectfully request that the Court approve my withdrawal as counsel to Samsung, as I am departing the law firm of Vinson & Elkins LLP. My withdrawal will not result in any delay, as Samsung will continue to be represented by Vinson & Elkins LLP in this action.

Accordingly, I respectfully request permission to withdraw as counsel for Samsung in this matter and for removal from the Court's service list for all CM/ECF notices. I thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Matthew R. Friedenberg*

Matthew R. Friedenberg

cc:   All Counsel of Record via ECF

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Denver  Dubai  Dublin  Houston  London
Los Angeles  New York  Richmond  San Francisco  Tokyo

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036-7708
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com