**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055<br><br>**CERTIFICATION OF ANDREW F. ESOLDI, DEPUTY ATTORNEY GENERAL IN SUPPORT OF MOTION FOR ADMISSION OF CAITLIN M. MADDEN *PRO HAC VICE*** |

I, Andrew F. Esoldi, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey admitted to practice before this Court, and a Deputy Attorney General in the Antitrust Litigation and Competition Enforcement Section, with the State of New Jersey, Department of Law and Public Safety, Division of Law. I represent the State of New Jersey, by and through the Attorney General Matthew J. Platkin ("New Jersey"), in the above-captioned matter.

2. I respectfully submit this certification in support of New Jersey's application for an Order admitting pursuant to Local Rule 101.1(c) counsel Caitlin M. Madden for the Plaintiff State of Wisconsin, by and through its respective Attorney General, *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey.

4. As set forth more fully in her certification, Caitlin M. Madden is an Assistant Attorney General with the State of Wisconsin Office of the Attorney General ("Wisconsin"), with offices located at 17 West Main Street, Madison, Wisconsin. Ms. Madden has advised me that she is a member in good standing of the bar of Wisconsin. Ms. Madden represents Wisconsin in

antitrust and related enforcement actions, which is a complex field of law in which she specializes. She is fully familiar with the facts of this case. There is good cause for the *pro hac vice* admission of Ms. Madden, as she is familiar with the facts, issues, and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by her acting as attorney for Wisconsin in this matter.

5. Pursuant to Local Rule 101.1(c)(4), New Jersey will appear in this action, including all court appearances, on behalf of the Plaintiff State of Wisconsin, and agrees to accept service of all notices, orders, and pleadings in this action. I, or an attorney representing New Jersey, by and through the Attorney General, will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter on behalf of the Plaintiff State of Wisconsin. I agree to be responsible for the conduct of the above-named counsel should she be admitted *pro hac vice*.

6. I will make certain that counsel to be admitted *pro hac vice* pursuant to this motion will comply with Local Rule 101.1(c).

7. Counsel for Defendant Apple Inc. has advised me that they consent to the *pro hac* admission of the above-named counsel.

8. Accordingly, I respectfully request that this Court enter an Order admitting Caitlin M. Madden representing the Plaintiff State of Wisconsin, by and through its Attorney General, *pro hac vice* in the above-captioned matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                    MATTHEW J. PLATKIN
                                                    ATTORNEY GENERAL OF NEW JERSEY

                                                    */s/ Andrew F. Esoldi*
                                                    Andrew F. Esoldi
                                                    Deputy Attorney General
                                                    Antitrust Litigation and Competition Enforcement
                                                    124 Halsey Street, 5th Floor
                                                    P.O. Box 45029
                                                    Newark, New Jersey
                                                    Telephone: (973) 648-7819
                                                    Andrew.esoldi@law.njoag.gov

Dated: November 26, 2024