IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br><br> **ORDER FOR ADMISSION OF CAITLIN M. MADDEN** *PRO HAC VICE* |

**THIS MATTER** having been presented to the Court by Plaintiff State of New Jersey, by and through the Attorney General Matthew J. Platkin ("New Jersey"), for the entry of an Order pursuant to Local Rule 101.1(c) admitting *pro hac vice* counsel Caitlin M. Madden representing the Plaintiff State of Wisconsin, by and through its Attorney General; and New Jersey having agreed to act as local counsel; and Defendant Apple Inc. having consented to the *pro hac* admission of the above named counsel for the Plaintiff State of Wisconsin; and for good cause having been shown:

**IT IS** on this ____ day of _____, 2024,

**ORDERED** that Caitlin M. Madden counsel for the Plaintiff State of Wisconsin is hereby admitted *pro hac vice* for all purposes of representing her State client in this matter; and it is further

**ORDERED** that, as an employee and representative of a sister state, counsel who are hereby admitted *pro hac vice* are exempted from making payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1); and it is further

**ORDERED** that, pursuant to Local Rule 101.1(c)(3), counsel who are hereby admitted *pro hac vice* shall make a payment of $250.00, payable to the Clerk, United States District Court for the District of New Jersey; and it is further

**ORDERED** that the above counsel admitted *pro hac vice* shall be bound by the rules governing the Court including, without limitation, the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules.

**SO ORDERED:**

_____
HON. LEDA DUNN WETTRE, U.S.M.J