IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW) |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE*
ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS**

Request is hereby made by local counsel for *pro hac vice* counsel, Caitlin M. Madden, to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Caitlin M. Madden to appear *pro hac vice* in the within matter was entered on November 27, 2024; and

2. The Admission Fee, in the amount of $250.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: December 2, 2024

              MATTHEW J. PLATKIN
              Attorney General of New Jersey

              By: /s/Andrew F. Esoldi
              Andrew F. Esoldi
              Deputy Attorney General
              Antitrust Litigation and Competition Enforcement
              New Jersey Office of the Attorney General
              124 Halsey Street, 5th Floor
              Newark, NJ 07101
              Tel: 973-648-7819
              andrew.esoldi@law.njoag.gov

              *Attorney for Plaintiff State of New Jersey*

## *PRO HAC VICE* **ATTORNEY INFORMATION**

Caitlin M. Madden
Assistant Attorney General
State of Wisconsin Department of Justice
17 West Main Street
PO Box 7857
Madison, WI 53707-7857
Phone: (608) 267-1311
Email: maddencm@doj.state.wi.us