Mayling C. Blanco
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Email: mayling.blanco@nortonrosefulbright.com

*Attorney for Nonparty Garmin International, Inc.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant.* | Civil Action No. 2:24-cv-04055 (JXN-LDW) <br><br> **CERTIFICATION OF ELIOT TURNER IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

Eliot Turner, of full age, hereby certify as follows:

1. I am an attorney at law in the state of Texas, and partner at the law firm of Norton Rose Fulbright US LLP, 1550 Lamar Street, Suite 2000, Houston, Texas , attorneys for Garmin International, Inc., in the above-captioned matter.

2. I submit this certification in support of the application for my admission *pro hac vice* pursuant to Local Rule 101.1(c), for the purpose of appearing and participating on behalf of Garmin International, Inc., in this matter.

3. In accordance with Local Rule 101(c), I am a member in good standing of the following bars and the name and address of the official or office maintaining the roll of such members of the following bars is set forth herein:

   a. I am a member in good standing of the Texas Bar, having been admitted to practice there on November 7, 2008. The roll of attorneys in good standing

        before the Texas Bar is maintained by the State Bar of Texas, Membership Department, Texas Law Center, 1414 Colorado Street, Austin, Texas 78701.

b.     I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice there on April 9, 2018. The roll of attorneys in good standing before the Bar of the District of Columbia is maintained by the District of Columbia Bar Membership Office, District of Columbia Court of Appeals, Room 123, 430 E Street, N.W., Washington, D.C. 20001.

c.     I am a member in good standing of the United States District Court for the Southern District of Texas, having been admitted to practice there on October 9, 2009. The roll of attorneys in good standing before the United States District Court for the Southern District of Texas is maintained by the Clerk of the Court, located at United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002.

d.     I am a member in good standing of the United States District Court for the Northern District of Texas, having been admitted to practice there on September 26, 2023. The roll of attorneys in good standing before the United States District Court for the Northern District of Texas is maintained by the Clerk of the Court, located at United States District Court for the Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, Texas 75242.

e.     I am a member in good standing of the United States District Court for the Western District of Texas, having been admitted to practice there on October 17, 2012. The roll of attorneys in good standing before the United

        States District Court for the Western District of Texas is maintained by the Clerk of the Court, located at United States District Court for the Western District of Texas, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207.

    f.    I am a member in good standing of the United States District Court for the District of Colorado, having been admitted to practice there on November 14, 2017. The roll of attorneys in good standing before the United States District Court for the District of Colorado is maintained by the Clerk of the Court, located at United States District Court for the District of Colorado, 901 19th Street, Room A105, Denver, Colorado 80294.

    g.    I am a member in good standing of the United States Court of Appeals for the Fourth Circuit, having been admitted to practice there on August 7, 2014. The roll of attorneys in good standing is maintained by the Clerk of the Court, 1100 East Main Street, Suite 501, Richmond, VA 23219.

    h.    I am a member in good standing of the United States Court of Appeals for the Fifth Circuit, having been admitted to practice there on April 2, 2021. The roll of attorneys in good standing is maintained by the Clerk of the Court, 600 South Maestri Place, Suite 115, New Orleans, LA 70130.

4. I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I am associated in this matter with Mayling C. Blanco, who is a partner at the law firm of Norton Rose Fulbright US LLP, and is qualified to practice law in the State of New Jersey pursuant to Rule 1:21-1.

6. If admitted *pro hac vice*, I will comply with the requirements of Local Rule 101.1, including: (1) making a payment to the New Jersey Lawyer's Fund for Client Protection as required by Rule 1:28-2; (2) making a payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey; and (3) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trial, or any other proceedings.

7. If admitted *pro hac vice,* I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

8. If admitted *pro hac vice*, I will be at all times associated with Mayling C. Blanco, who is New Jersey counsel of record in this case, or another New Jersey attorney of record for Garmin International, Inc. who is qualified to practice pursuant to Rule. 1:21-1 and admitted to this Court. Ms. Blanco or another attorney of record will sign all pleadings, briefs, and other papers submitted to this Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

_____
Eliot Turner

Dated: December 13, 2024