Mayling C. Blanco
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Email: mayling.blanco@nortonrosefulbright.com

*Attorney for Nonparty Garmin International, Inc.*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant.* | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**CERTIFICATION OF MAYLING C. BLANCO** |

I, Mayling C. Blanco, of full age, hereby certify:

1. I am an attorney barred in the State of New Jersey and before this Court. I am a partner the law firm of Norton Rose Fulbright US LLP, and I represent nonparty Garmin International, Inc. in connection with the above-captioned matter. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Garmin's application for the *pro hac vice* admission of Eliot Turner of the law firm of Norton Rose Fulbright US LLP in this matter pursuant to Local Civil Rule 101.1(c).

3. Eliot Turner is a partner of the law firm Norton Rose Fulbright US LLP. Mr. Turner is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Eliot Turner filed simultaneously with these papers.

4. I am confident that Eliot Turner is aware of the Local Civil Rules of the United States District Court for the District of New Jersey, and he has advised me that he will abide by those Rules. I have agreed to work with Eliot Turner in this action.

5. I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney authorized to practice law in the state of New Jersey.

6. I further agree to be held responsible for the conduct of my specially admitted colleagues and will ensure that Eliot Turner will comply with Local Rule 101.1(c) should this application be granted.

7. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Eliot Turner to appear pro hac vice before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2024	By: <u>*s/Mayling C. Blanco*</u>

Mayling C. Blanco, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
mayling.blanco@nortonrosefulbright.com

*Counsel for Nonparty Garmin International, Inc.*