THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant.* | Civil Action No. 2:24-cv-04055 (JXN)(LDW) <br><br> **[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF ELIOT TURNER** <br><br> *Filed Electronically* |

**THIS MATTER** having been brought before the Court by Nonparty Garmin International, Inc.. ("Garmin") by and through its attorneys, Norton Rose Fulbright US LLP, for the entry of an Order admitting Eliot Turner as counsel *pro hac vice,* pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting Certifications of Mayling C. Blanco, Esq. and Eliot Turner, Esq.; and for good cause shown;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Garmin International, Inc.'s application for *pro hac vice* admission of Eliot Turner is hereby **GRANTED;** and it is further

**ORDERED** that Eliot Turner is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Garmin International, Inc., in this matter; and it is further

**ORDERED** that Eliot Turner shall abide by the disciplinary rules of this court; and it is further

**ORDERED** that Eliot Turner shall, for the duration of time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule l:28-2(a) for each year in which they are

admitted to appear in this matter, and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Eliot Turner shall notify the Court immediately of any matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Eliot Turner is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

**ORDERED** that Eliot Turner shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Mayling C. Blanco or her associates or partners as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

_____
HON. LEDA DUNN WETTRE, U.S.M.J.