

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL C. WALTERS<br>*Acting Director* |

December 18, 2024

<u>**VIA ECF**</u>
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:** ***United States, et al. v. Apple Inc.***
           **Case No. 2:24-cv-04055 (JXN)(LDW)**
           **Rule 16.1 Conference February 27, 2025 at 10:00 A.M.**

Dear Judge Wettre:

    This correspondence is submitted on behalf of Plaintiffs New Jersey, Arizona, California, Connecticut, the District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin (collectively, "Plaintiffs"), acting by and through their respective Attorneys General in the above-captioned matter. This correspondence is respectfully submitted concerning appearances at the Rule 16.1 conference before Your Honor scheduled for February 27, 2025, at 10:00 AM.

    New Jersey plans to attend the Rule 16.1 conference in person in accordance with the Court's Letter Order (ECF No. 211), and acting as Local Counsel for Plaintiffs. We respectfully request permission be granted for the upcoming February 27, 2025 hearing, and as appropriate for future hearings and conferences as well, that any other Plaintiff be permitted to attend remotely.

    Thank you for your consideration of this matter.



124 Halsey Street • TELEPHONE: (973) 648-7819 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

December 18, 2024
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Isabella R. Pitt
Isabella R. Pitt
Deputy Attorney General
Assistant Section Chief - Antitrust
124 Halsey Street, 5th Floor
Newark, New Jersey
Telephone: (973) 648-7819
Isabella.Pitt@law.njoag.gov
*Attorney for the Plaintiff States of New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC:  All Counsel of Record