

# State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>TAHESHA L. WAY<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL C. WALTERS<br>*Acting Director* |

December 27, 2024

**VIA ECF**
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** 12/30/2024

Re: *United States, et al. v. Apple Inc.*
**Case No. 2:24-cv-04055 (JXN-LDW)**
**Notice of Substitution of Counsel**

Dear Clerk of the Court:

    This Office, by and through the Attorney General Matthew J. Platkin, represents Plaintiff New Jersey in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff Connecticut acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rule 102.1, I write to respectfully request that the Court approve Assistant Attorney General Rahul A. Darwar's withdrawal as counsel for Plaintiff Connecticut, as he is departing the Connecticut Office of the Attorney General effective January 10, 2025.

    Please take notice that Plaintiff Connecticut substitutes as its attorney of record in this action Nicole Demers, Deputy Associate Attorney General, in place of Rahul A. Darwar. All pleadings and other papers should be served upon Deputy Associate Attorney General Nicole Demers who was previously admitted *Pro Hac Vice* on behalf of Connecticut in this matter on May 1, 2024. (ECF No. 35). Assistant Attorney General Rahul A. Darwar should be removed as attorney of record for Connecticut.

    Thank you for your consideration of this matter.



December 27, 2024
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:_____
    Andrew F. Esoldi
    Deputy Attorney General
    Antitrust Litigation and Competition Enforcement
    124 Halsey Street, 5th Floor
    P.O. Box 45029
    Newark, New Jersey 07101
    Telephone: (973) 648-7819
    Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.
CC:  All Counsel of Record (via ECF)