LAW OFFICES
# WILLIAMS & CONNOLLY LLP

YOULIN YUAN
(202) 434-5727
yyuan@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 31, 2024

<u>Via ECF</u>

Honorable Leda D. Wettre
United States Magistrate Judge
USDC District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** ___1/2/2025___

Re:  <u>Withdrawal as Counsel for Non-Party Google LLC in *United States, et al. v. Apple Inc.*, Civil Action No. 2:24-cv-04055-JXN-LDW</u>

Dear Judge Wettre:

Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve my withdrawal as *pro hac vice* counsel to Google LLC ("Google"), as I am departing the law firm of Williams & Connolly LLP. My withdrawal will not result in any delay, as Google will continue to be represented by Williams & Connolly LLP and Wilson Sonsini Goodrich & Rosati.

Accordingly, I respectfully request permission to withdraw as *pro hac vice* counsel for Google in this matter and for removal from the Court's service list for all CM/ECF notices. I thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Youlin Yuan*

Youlin Yuan

CC:    All Counsel of Record via ECF