**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation
1301 Avenue of the Americas, 40th Flr.
New York, NY 10019
O: 212.999.5800
F: 866.974.7329

Marina C. Tsatalis
Email: mtsatalis@wsgr.com
Direct dial: 212.497.7782

January 7, 2025

**BY ECF**

Honorable Leda D. Wettre
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    Admission Pro Hac Vice of Counsel on Consent – United States, et al. v. Apple, Inc., Case No. 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

    This firm, together with Williams & Connolly LLP, represents non-party Google LLC ("Google") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Google hereby submits this application for the *pro hac vice* admission of Isabelle Jensen Beaton (née Isabelle Marie Jensen) of the law firm Williams & Connolly LLP in this matter. Counsel for Plaintiffs and Defendant consent to this application.

    In support of this application, please find the following enclosed:

1.     Declaration of Marina C. Tsatalis in support of the application for admission of Isabelle Jensen Beaton;

2.     Declaration of Isabelle Jensen Beaton;

3.     Proposed Consent Order granting the *pro hac vice* admission.

    Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. We are available at Your Honor's convenience if you have any questions.

    We thank the Court for its kind attention to this matter.

Honorable Leda D. Wettre
January 7, 2025
Page 2

                                      Respectfully submitted,

                                      Marina C. Tsatalis

Enclosure

cc:      All Counsel of Record via ECF