Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7782
Fax: (866) 974-7329

*Attorney for Non-Party Google LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Case No. 2:24-CV-04055 (JXN-LDW) <br><br> **DECLARATION OF MARINA MARINA C. TSATALIS** <br><br> *Filed Electronically* |

I, Marina C. Tsatalis, of full age, hereby certify:

1. I am an attorney admitted to practice in the State of New Jersey, and a member in the law firm of Wilson Sonsini Goodrich & Rosati, attorneys for non-party Google LLC ("Google") in the above-captioned action. I am a member in good standing of the bar of this Court.

2. I submit this Declaration in support of Google's application for the *pro hac vice* admission of Isabelle Jensen Beaton (née Isabelle Marie Jensen) of the law firm Williams & Connolly LLP in this matter pursuant to Local Civil Rule 101.1(c).

3. Isabelle Jensen Beaton is an associate with the law firm of Williams & Connolly LLP. Isabelle Jensen Beaton is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Declaration of Isabelle Jensen Beaton filed simultaneously with these papers.

1

    4.      Counsel for Plaintiffs and Defendant have consented to this application and the *pro hac vice* admission of counsel.

    5.      For the foregoing reasons, I respectfully request that the Court enter an Order admitting Isabelle Jensen Beaton to appear *pro hac vice* to practice before this Court for all further proceedings in this case.

    I hereby certify under penalty of injury that the foregoing is true and correct.

Dated: January 7, 2025

*/s/ Marina C. Tsatalis*

Marina C. Tsatalis