Marina C. Tsatalis
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 497-7782
Fax: (866) 974-7329
E-Mail: mtsatalis@wsgr.com

*Attorney for Non-Party Google LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>        Defendant. | Case No. 2:24-CV-04055 (JXN-LDW)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered on January 8, 2025 (ECF No. 221); and

2. The Admission Fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: January 15, 2025 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | s/ *Marina C. Tsatalis*<br>Marina C. Tsatalis<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7782<br>Facsimile: (866) 974-7329<br>Email: mtsatalis@wsgr.com |
| | *Counsel for Non-Party Google LLC* |

PRO HAC VICE ATTORNEY INFORMATION

Name:   Isabelle Jensen Beaton (née Isabelle Marie Jensen), Esq.

Address:   Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

E-Mail:   ibeaton@wc.com