AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

United States, et al.
*Plaintiff*
v.
Apple, Inc.
*Defendant*

Case No. 2:24-cv-04055-JXN-LDW

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New Jersey.

Date: 01/16/2025

*Attorney's signature*

Yale A. Leber; Bar No. 207732017
*Printed name and bar number*

124 Halsey Street
5th Floor
PO Box 45029
Newark, NJ 07101
*Address*

Yale.Leber@law.njoag.gov
*E-mail address*

(862) 381-4150
*Telephone number*

(973) 648-6835
*FAX number*