

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>TAHESHA L. WAY<br>*Lt. Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL C. WALTERS<br>*Acting Director* |

January 16, 2025

<u>VIA ECF</u>
Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** _____1/17/2025_____

    Re: *United States, et al. v. Apple Inc.*
        Case No. 2:24-cv-04055 (JXN-LDW)
        Notice of Substitution of Counsel

Dear Judge Wettre:

    This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff New Jersey in the above-captioned matter. Pursuant to Local Civil Rule 102.1, I write to respectfully request that the Court approve my withdrawal as counsel for Plaintiff New Jersey, as I am departing the New Jersey Office of the Attorney General effective January 24, 2025.

    Please take notice that Plaintiff New Jersey substitutes as its lead counsel and attorney of record in this action Lauren E. Van Driesen, Deputy Attorney General, who entered her appearance on April 17, 2024. (*See* ECF No. 15.) All pleadings and other papers should be served upon Deputy Attorney General Lauren E. Van Driesen. Deputy Attorney General Isabella R. Pitt should be removed as attorney of record for New Jersey.

    Thank you for your consideration of this matter.



January 16, 2025
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/*Isabella R. Pitt*
      Isabella R. Pitt
      Deputy Attorney General
      Antitrust Litigation and Competition Enforcement
      124 Halsey Street, 5th Floor
      P.O. Box 45029
      Newark, New Jersey 07101
      Telephone: (201) 912-7444
      Isabella.pitt@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC: All Counsel of Record (via ECF)