VIKAS KHANNA
Acting United States Attorney
ANGELA E. JUNEAU
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
862-240-2409
angela.juneau@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>APPLE, INC.,<br><br>*Defendant.* | Hon. Julien X. Neals, U.S.D.J.<br><br>Civil Action No. 24-4055 (JXL) (LDW)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO:   Melissa E. Rhoads, Clerk of Court

   Notice is hereby given of the below substitution of counsel on behalf of Plaintiff United States of America in this matter.  The mailing address and telephone number of the superseding attorney are indicated above.


   ***/s/ Andy Ruymann***       ***/s/ Angela Juneau***
   JOHN ANDREW RUYMANN   ANGELA JUNEAU
   Assistant U.S. Attorney       Assistant U.S. Attorney
   Withdrawing Attorney       Superseding Attorney


Dated:  January 23, 2025

cc:  All counsel of record (via electronic filing)