

|  | **State of New Jersey** |  |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* |  | MICHAEL C. WALTERS<br>*Acting Director* |

January 28, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** ___1/29/2025___

**Re:** ***United States, et al. v. Apple Inc.***
**Case No. 2:24-cv-04055 (JXN-LDW)**
**Notice of Withdrawal of Counsel**

Dear Judge Wettre:

      This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff New Jersey in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff Massachusetts acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Assistant Attorney General William T. Matlack's withdrawal as counsel for Plaintiff Massachusetts, as he is departing the Massachusetts Office of the Attorney General effective January 31, 2025.

      William T. Matlack's withdrawal will not result in any delay, as Plaintiff Massachusetts will continue to be represented by Assistant Attorney General David Mlaver who was previously admitted *Pro Hac Vice* on behalf of Massachusetts in this matter on July 1, 2024. (*See* ECF No. 66). All pleadings and other papers should be served upon Assistant Attorney General David Mlaver. Assistant Attorney General William T. Matlack should be removed as attorney of record for Massachusetts.

      Thank you for your consideration of this matter.



124 Halsey Street • TELEPHONE: (973) 648-7819 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

January 28, 2025
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:_____
Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Telephone: (973) 648-7819
Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.
CC:  All Counsel of Record (via ECF)