

U.S. Department of Justice

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

February 14, 2025

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:** **United States, et al. v. Apple Inc.**
           **Case No. 2:24-cv-04055 (JXN-LDW)**
           **Notice of Withdrawal of Counsel**

Dear Judge Wettre:

      This correspondence is submitted on behalf of Plaintiff the United States of America in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Daniel Guarnera's withdrawal as counsel for the United States, as he is departing the U.S. Department of Justice Antitrust Division on February 14, 2025.

      Mr. Guarnera's withdrawal will not result in any delay, as Plaintiff the United States of America will continue to be represented by the other counsel from the U.S. Department of Justice who have entered appearances in this case, including the undersigned.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jonathan Lasken*__

Jonathan Lasken
Assistant Chief, Civil Conduct Task Force
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW, Ste. 8600
Washington, DC 20530
Telephone: (202) 598-6517
Jonathan.Lasken@usdoj.gov

CC: All Counsel of Record (via ECF)