**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

February 27, 2025

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *United States v. Apple Inc.*, No. 2:24-cv-04055-JXN-LDW (D.N.J.)

Dear Judge Wettre:

 This Firm, along with Kirkland & Ellis LLP, represents Defendant Apple Inc. in the above-captioned matter. Due to the unavoidable scheduling conflicts of Apple's counsel, we write to respectfully request a brief adjournment of the Rule 16 conference currently scheduled for April 15, 2025 before Your Honor (ECF No. 231). Counsel for Plaintiffs have no objection to this request. The parties have conferred and submit that they are available to reschedule the conference for April 17, subject to the Court's availability. The parties will file their joint discovery plan by April 1, as previously requested by the Court.

 For the Court's convenience, a form of endorsement is below. If this request meets with Your Honor's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

 We thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions or require anything further.

          Respectfully submitted,

          *s/Liza M. Walsh*

          Liza M. Walsh

cc: All Counsel of Record (via ECF)

Honorable Leda D. Wettre, U.S.M.J.
February 27, 2025
Page 2

**SO ORDERED:**

**The April 15, 2025 initial conference is hereby adjourned to _____, 2025 at _____.**


_____
**Hon. Leda D. Wettre, U.S.M.J.**