**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Civil Action No. |
| Plaintiffs, | 24-4055 (JXN) (LDW) |
| v. | **ORDER ADMITTING RACHEL SOWRAY** *PRO HAC VICE* |
| APPLE INC., | |
| Defendant. | |

**THIS MATTER** having been presented to the Court by Plaintiff State of New Jersey, by and through the Attorney General Matthew J. Platkin ("New Jersey"), for the entry of an Order pursuant to Local Rule 101.1(c) admitting *pro hac vice* counsel Rachel Sowray representing the Plaintiff State of Oregon, by and through its Attorney General; and New Jersey having agreed to act as local counsel; and Defendant Apple Inc. having consented to the *pro hac* admission of the above-named counsel for the Plaintiff State of Oregon; and for good cause having been shown:

**IT IS** on this day, March 10, 2025:

**ORDERED** that Rachel Sowray is hereby admitted *pro hac vice* for purposes of representing the State of Oregon in this matter; and it is further

**ORDERED** that Rachel Sowray shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; and it is further

**ORDERED** that Andrew F. Esoldi or another member the Office of the Attorney General of the State of New Jersey admitted to practice in the District of New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served

with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Rachel Sowray shall comply with her obligations with respect to the New Jersey Lawyers' Fund for Client Protection, if any, as provided by New Jersey Court Rules 1:21-2(a)(1) and 1:28-2(a); and it is further

**ORDERED** that Rachel Sowray shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

          *s/ Leda Dunn Wettre*
          Hon. Leda Dunn Wettre
          United States Magistrate Judge