

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>TAHESHA L. WAY<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL C. WALTERS<br>*Acting Director* |

March 10, 2025

<u>**VIA ECF**</u>
Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: ***United States, et al. v. Apple Inc.***
            Case No. 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

      I write on behalf of the Plaintiff States—New Jersey, Arizona, California, Connecticut, the District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin—acting by and through their respective Attorneys General in the above-captioned matter.

      We respectfully seek clarification on the upcoming April 17, 2025 Rule 16 conference. There was a previous order that imposed a 12-attorney cap for in-person participants, but the Plaintiff States were permitted to attend remotely. However, the Court's recent February 28, 2025 text order withdrew the remote attendance option for the Plaintiff States. This means that the 12-attorney restriction now impacts us uniquely, since each State is a separate litigant. In light of these orders, we respectfully request that the Court:

1. Clarify whether the 12-attorney limit remains in place following the revised attendance requirements.

2. Consider allowing additional in-person participation for the Plaintiff States, given that the original cap was set with the assumption that most States would not be appearing in person. Without a remote option, some States attorneys now plan to attend the Rule 16 conference in person.



124 Halsey Street • TELEPHONE: (973) 648-7819 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

March 10, 2025
Page 2

Thank you for your consideration of this matter.

    Respectfully submitted,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY

    By:  /s/ David H. Reichenberg
        David Reichenberg
        Deputy Attorney General
        Section Chief, Antitrust
        New Jersey Office of Attorney General
        124 Halsey Street, 5th Floor
        Newark, NJ 07101

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC: All Counsel of Record (via ECF)