**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 10, 2025

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *United States of America, et al. v Apple Inc.*
      Civil Action No.: 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter.

Pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Mary Elizabeth Miller as one of Apple's *pro hac vice* counsel. Ms. Miller was admitted *pro hac vice* on behalf of Apple by this Court's Order on June 10, 2024 (D.E. 50). The law firms of Walsh Pizzi O'Reilly Falanga LLP and Kirkland & Ellis LLP will continue to represent Apple in this action.

If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

s/Liza M. Walsh

Liza M. Walsh

cc:   All Counsel of Record (via ECF)

SO ORDERED this 11th day of March, 2025.

_____
Hon. Leda D. Wettre, U.S.M.J.