

# State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL C. WALTERS<br>*Acting Director* |

March 14, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re: ***United States, et al. v. Apple Inc.***
           Case No. 2:24-cv-04055 (JXN-LDW)
           **Notice of Withdrawal of Counsel**

Dear Judge Wettre:

    This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff New Jersey in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff California acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Deputy Attorney General Robert McNary's withdrawal as counsel for Plaintiff California, as he is departing the California Office of the Attorney General effective March 14, 2025.

    Robert McNary's withdrawal will not result in any delay, as Plaintiff California will continue to be represented by Deputy Attorneys General Brian Wang and Cari Jeffries, who were each previously admitted *Pro Hac Vice* on behalf of California in this matter on May 1, 2024. (*See* ECF No. 35). All pleadings and other papers should be served upon Deputy Attorneys General Brian Wang and Cari Jeffries. Deputy Attorney General Robert McNary should be removed as attorney of record for California.

    Thank you for your consideration of this matter.



124 Halsey Street • TELEPHONE: (973) 648-7819 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: _____
     Andrew F. Esoldi
     Deputy Attorney General
     Antitrust Litigation and Competition Enforcement
     124 Halsey Street, 5th Floor
     P.O. Box 45029
     Newark, New Jersey 07101
     Telephone: (973) 648-7819
     Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.

CC:  All Counsel of Record (via ECF)