MATTHEW J. PLATKIN
New Jersey Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Attorney for Plaintiff, State of New Jersey

By: Surinder K. Aggarwal
    Deputy Attorney General
    (609) 696-5285
    surinder.aggarwal@law.njoag.gov
    Attorney No. 016502007

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | No. 2:24-cv-04055 (JXN/LDW) |
| | : | |
| Plaintiffs, | : | Civil Action |
| | : | |
| v. | : | **SUBSTITUTION OF ATTORNEY** |
| | : | |
| APPLE, INC. | : | |
| | : | |
| Defendant. | : | |

_____

The undersigned hereby consent to the substitution of Surinder K. Aggarwal as attorney for Plaintiff, State of New Jersey, in the above-captioned matter.

| MATTHEW J. PLATKIN | MATTHEW J. PLATKIN |
|---|---|
| New Jersey Attorney General | New Jersey Attorney General |
| | |
| By: s/ *Meghan Musso* | By: s/ *Surinder K. Aggarwal* |
|   MEGHAN MUSSO |   SURINDER K. AGGARWAL |
|   Deputy Attorney General |   Deputy Attorney General |
|   Withdrawing Attorney |   Superseding Attorney |

Dated: March 24, 2025