

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

March 31, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *United States of America, et al. v. Apple Inc.,* No. 2:24-cv-04055 (JXN) (LDW)
             **Joint Letter Requesting Entry of the [Proposed] Stipulation and Order**
             **Governing Electronically Stored Information and Hard Copy Documents**

Dear Judge Wettre:

      Plaintiffs and Defendant respectfully submit this joint letter seeking entry of the [Proposed] Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (attached hereto as Exhibit A).

      Following the Court's guidance at the hearing on October 10, 2024, the Parties worked together to address and resolve the outstanding issues on this proposed order.

      Respectfully submitted,

| | |
|---|---|
| */s/ Johnathan Lasken* | */s/ Liza Walsh* |
| Jonathan H. Lasken | Liza M. Walsh |
| Assistant Chief, Civil Conduct Task Force | Douglas E. Arpert |
| United States Department of Justice | WALSH PIZZI O'REILLY FALANGA LLP |
| 450 Fifth Street, NW, Suite 4000 | Three Gateway Center |
| Washington, D.C. 20530 | 100 Mulberry Street, 15th Floor |
| Telephone: (202) 598-6517 | Newark, New Jersey 07102 |
| Email: jonathan.lasken@usdoj.gov | Tel.: (973) 757-1100 |
| | Email: lwalsh@walsh.law |
| ALINA HABBA | Email: darpert@walsh.law |
| United States Attorney | |
| John Basiak | */s/ Craig Primis* |
| Assistant United States Attorney | Craig S. Primis, P.C. |

1

Chief, Civil Division
U.S. Attorney's Office
402 East State Street, Room 430
Trenton, NJ 08608
Telephone: (609) 989-0563
Email: John.Basiak@usdoj.gov

*Attorneys for Plaintiff United States*

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ Lauren Van Driesen*
Lauren E. Van Driesen
Deputy Attorney General
Assistant Section Chief of Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Telephone: (609) 696-5271
Lauren.vandriesen@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Winn Allen, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com

*/s/ Devora Allon*
Devora W. Allon, P.C.
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*

ALINA HABBA
United States Attorney

BY: JONATHAN LASKEN
Assistant Chief
Civil Conduct Task Force
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8600
Washington, DC 20530
*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br>　　　　*Plaintiff*, <br><br>　　v. <br><br> APPLE INC. <br><br>　　　　*Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allon, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on March 31, 2025.

　　　　　　　　　　　　　　　　　　　　BY: */s/ Johnathan Lasken*
　　　　　　　　　　　　　　　　　　　　Jonathan H. Lasken
　　　　　　　　　　　　　　　　　　　　Assistant Chief
　　　　　　　　　　　　　　　　　　　　Civil Conduct Task force
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff United States*