

*State of New Jersey*

<table>
<tr><td>PHILIP D. MURPHY<br><i>Governor</i></td><td>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101</td><td>MATTHEW J. PLATKIN<br><i>Attorney General</i></td></tr>
<tr><td>TAHESHA L. WAY<br><i>Lt. Governor</i></td><td></td><td>MICHAEL C. WALTERS<br><i>Acting Director</i></td></tr>
</table>

May 22, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  *United States, et al. v. Apple Inc.* Case No. 2:24-cv-04055 (JXN-LDW)
*Notice of Substitution of Counsel*

Dear Judge Wettre:

  This Office, by and through the Attorney General Matthew J. Platkin, represents the Plaintiff State of New Jersey in the above-captioned matter. Please take notice that the Plaintiff State of Oklahoma substitutes as its attorney of record in this action Malisa McPherson, Deputy Attorney General, in place of Robert J. Carlson. All pleadings and other papers should be served upon Deputy Attorney General Malisa McPherson who was admitted *Pro Hac Vice* on behalf of Plaintiff State of Oklahoma in this matter on May 13, 2025. ECF No. 261. Assistant Attorney General Robert J. Carlson should be removed as attorney of record for the State of Oklahoma.

  Respectfully submitted,

  MATTHEW J. PLATKIN
  ATTORNEY GENERAL OF NEW JERSEY

  By: _____
   Andrew F. Esoldi
   Deputy Attorney General
   Antitrust Litigation and Competition Enforcement
   124 Halsey Street, 5th Floor
   P.O. Box 45029
   Newark, New Jersey 07101
   Telephone: (609) 696-5465
   Email: Andrew.esoldi@law.njoag.gov

Encs.
CC:  All Counsel of Record (via ECF)

