

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>TAHESHA L. WAY<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL C. WALTERS<br>*Acting Director* |

May 29, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** _____5/30/2025_____

      **Re:** ***United States, et al. v. Apple Inc.***
           **Case No. 2:24-cv-04055 (JXN-LDW)**
           **Notice of Withdrawal of Counsel**

Dear Judge Wettre:

      This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff New Jersey in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff New York acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Senior Enforcement Counsel Bryan L. Bloom's withdrawal as counsel for Plaintiff New York, as he is departing the New York Office of the Attorney General effective May 29, 2025.

      Bryan L. Bloom's withdrawal will not result in any delay, as Plaintiff New York will continue to be represented by Bureau Chief Elinor R. Hoffmann, Deputy Bureau Chief Amy E. McFarlane, and Assistant Attorney General Isabella R. Pitt. Elinor R. Hoffmann and Amy E. McFarlane were each previously admitted *Pro Hac Vice* on behalf of New York in this matter on May 1, 2024 (*see* ECF No. 35). Isabella R. Pitt, who is fully admitted in this court, filed a *Notice of Appearance* on behalf of State of New York on February 18, 2025 (*see* ECF No. 233). All pleadings and other papers should be served upon Bureau Chief Elinor R. Hoffmann, Deputy Bureau Chief Amy E. McFarlane, and Assistant Attorney General Isabella R. Pitt. Senior Enforcement Counsel Bryan L. Bloom should be removed as attorney of record for New York.

      Thank you for your consideration of this matter.



May 29, 2025
Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: _____
    Andrew F. Esoldi
    Deputy Attorney General
    Antitrust Litigation and Competition Enforcement
    124 Halsey Street, 5th Floor
    P.O. Box 45029
    Newark, New Jersey 07102
    Tel: (609)-696-5465
    Email: Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.
CC: All Counsel of Record (via ECF)