AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| UNITTED STATES OF AMERICA, et al., ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 2:24-cv-04055-JXN-LDW |
| APPLE, INC. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Oklahoma.

Date:   06/19/2025

/s/ Cameron R. Capps
*Attorney's signature*

Cameron R. Capps (OK Bar No. 32742)
*Printed name and bar number*

Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105

*Address*

Cameron.Capps@oag.ok.gov
*E-mail address*

(405) 522-0858
*Telephone number*

(405) 522-0085
*FAX number*