UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Civil Action No. 24-cv-4055 (JXN)(LDW) <br><br> **ORDER** |

**NEALS**, District Judge:

This matter comes before the Court on Defendant Apple, Inc.'s ("Apple") motion to dismiss Plaintiffs United States of America and the Attorney Generals of twenty States' (collectively, "Plaintiffs") Amended Complaint (ECF No. 51) ("Amended Complaint" or "Am. Compl.") for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 86). Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331, 1337(a). Venue is proper pursuant to 28 U.S.C. § 1391 and Section 12 of the Clayton Act, 15 U.S.C. § 22. The Court has carefully considered the parties' submissions, the information presented during the Technology Tutorial on November 6, 2024 (ECF No. 200), and the arguments made during the oral argument on November 20, 2024 (ECF No. 207).

For the reasons set forth in the accompanying Opinion,

**IT IS** on this 30th day of June, 2025,

**ORDERED** that Apple's motion to dismiss (ECF No. 86) is **DENIED**.

JULIAN XAVIER NEALS
United States District Judge