

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | PO Box 45029<br>Newark, NJ 07101 | MICHAEL C. WALTERS<br>*Acting Director* |

July 11, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        Re:  *United States, et al. v. Apple Inc.* Case No. 2:24-cv-04055 (JXN-LDW)
            *Notice of Substitution of Counsel*

Dear Judge Wettre:

      This Office, by and through the Attorney General Matthew J. Platkin, represents the Plaintiff State of New Jersey in the above-captioned matter.  Please take notice that the Plaintiff State of Arizona substitutes as its attorney of record in this action Robert Bernheim, Antitrust & Privacy Unit Chief Counsel, in place of Saivignesh "Vinny" Venkat. All pleadings and other papers should be served upon Unit Chief Counsel Robert Bernheim who was admitted *Pro Hac Vice* on behalf of Plaintiff State of Arizona in this matter on July 11, 2025. ECF No. 290. Assistant Attorney General Saivignesh "Vinny" Venkat should be removed as attorney of record for the State of Arizona.

                                    Respectfully submitted,

                                      MATTHEW J. PLATKIN
                                      ATTORNEY GENERAL OF NEW JERSEY

                            By:_____
                                Andrew F. Esoldi
                                Deputy Attorney General
                                Antitrust Litigation and Competition Enforcement
                                124 Halsey Street, 5th Floor
                                P.O. Box 45029
                                Newark, New Jersey 07101
                                Telephone: (609)-696-5465
                                Email: Andrew.esoldi@law.njoag.gov

Encs.
CC:  All Counsel of Record (via ECF)



124 Halsey Street, 5th Floor Newark, NJ 07102• TELEPHONE: (609)-696-5465• FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*