

## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>TAHESHA L. WAY<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL C. WALTERS<br>*Acting Director* |

July 10, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> Dated: _____7/11/2025_____

    **Re:** ***United States, et al. v. Apple Inc.***
         **Case No. 2:24-cv-04055 (JXN-LDW)**
         **Notice of Withdrawal of Counsel**

Dear Judge Wettre:

    This Office, by and through Attorney General Matthew J. Platkin, represents Plaintiff New Jersey in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff Massachusetts acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Assistant Attorney General David Mlaver's withdrawal as counsel for Plaintiff Massachusetts, as he is departing the Massachusetts Office of the Attorney General effective July 11, 2025.

    David Mlaver's withdrawal will not result in any delay, as Plaintiff Massachusetts will continue to be represented by Assistant Attorneys General Katherine Krems and Anthony Mariano who were previously admitted *Pro Hac Vice* on behalf of Massachusetts in this matter on July 1, 2024 (*See* ECF No. 66) and July 3, 2025 (*See* ECF No. 286) respectively. All pleadings and other papers should be served upon Assistant Attorneys General Katherine Krems and Anthony Mariano. Assistant Attorney General David Mlaver should be removed as attorney of record for Massachusetts.

    Thank you for your consideration of this matter.



124 Halsey Street, 5th Floor Newark, NJ 07102• TELEPHONE: (609)-696-5465• FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Telephone: (609)-696-5465
Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.
CC: All Counsel of Record (via ECF)