DNJ-CMECF-002 (Rev. 6/2025)

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, et al.,

                Plaintiff(s),

**v.**

# APPLE INC.,

                Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No. 2:24-cv-04055 (JXN-LDW)

---

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

                Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION:</u>

Name: Robert Bernheim

Firm: Arizona Attorney General's Office

Address: 400 W. Congress, Ste. S-215

Tucson, AZ 85701

Email: robert.bernheim@azag.gov

Phone: 520-628-6507

Admitted on behalf of: State of Arizona