ALINA HABBA
Acting United States Attorney
ANDREW BOCCIO
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(201) 306-5172
andrew.boccio@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> APPLE, INC., <br><br> *Defendant.* | HON. JULIEN X. NEALS, U.S.D.J. <br> HON. LEDA DUNN WETTRE, U.S.M.J. <br><br> Civil Action No. 24-4055 (JXN)(LDW) <br><br> **NOTICE OF SUBSTITUTION** |

TO THE CLERK:

Please take notice of the below substitution of counsel on behalf of Plaintiff United States of America in this matter. The mailing address and telephone number of the superseding attorney are indicated above.

*s/ Angela Juneau*  
ANGELA JUNEAU  
Assistant U.S. Attorney  
Withdrawing Attorney

*s/ Andrew Boccio*  
ANDREW BOCCIO  
Assistant U.S. Attorney  
Superseding Attorney

Dated:   August 1, 2025