**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

August 15, 2025

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *United States of America, et al. v Apple Inc.*
               **Civil Action No.: 2:24-cv-04055 (JXN-LDW)**

Dear Judge Wettre:

    This firm, together with Kirkland & Ellis LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Apple submits this informal application for the *pro hac vice* admission of Tyler P. Young of the law firm Yetter Coleman LLP and Anna T. Pletcher of the law firm O'Melveny & Myers LLP in this matter. Counsel for Plaintiffs consent to this application.

    In support of this application, enclosed please find the following:

- Certification of Tyler P. Young;
- Certification of Anna T. Pletcher;
- Certification of Liza M. Walsh in support of the application for the *pro hac vice* admission; and
- Proposed Consent Order Granting the *pro hac vice* admission.

    Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

    We thank the Court for its kind attention to this matter.

                            Respectfully submitted,

                             *s/Liza M. Walsh*

                             Liza M. Walsh

Enclosure
cc:    All Counsel of Record (via ECF)