

**PHILIP D. MURPHY**
*Governor*
**TAHESHA L. WAY**
*Lt. Governor*

*State of New Jersey*
**DEPARTMENT OF LAW AND PUBLIC SAFETY**
**DIVISION OF LAW**
PO Box 45029
Newark, NJ 07101

**MATTHEW J. PLATKIN**
*Attorney General*
**MICHAEL C. WALTERS**
*Acting Director*

August 25, 2025

<u>VIA ECF</u>
United States Magistrate Judge Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:  <u>United States, et al. v. Apple Inc.</u>
     <u>Civil No. 24-cv-04055 (JXN-LDW)</u>

Dear Judge Wettre:

    As Your Honor is aware, this office represents Plaintiff State of New Jersey in the above-referenced matter. Pursuant to L. Civ. R. 101.1(c)(5) and 102.1, I respectfully request the Court approve Elizabeth Arthur's withdrawal as counsel for Plaintiff District of Columbia. Ms. Arthur was admitted *pro hac vice* on May 1, 2024. *See* Docket Entry [35]. C. William Margrabe, who filed a Notice of Appearance on March 26, 2024, will continue to represent Plaintiff District of Columbia. *See* Docket Entry [5].

    Thank you for your consideration of this request.

Respectfully yours,

MATTHEW J. PLATKIN
NEW JERSEY ATTORNEY GENERAL

By:  <u>s/ *Surinder K. Aggarwal*</u>
     Surinder K. Aggarwal
     Deputy Attorney General
     (609) 696-5285
     surinder.aggarwal@law.njoag.gov

cc: All Counsel of Record (via ECF)




124 Halsey Street · TELEPHONE: (609) 696–5365 · FAX: (973) 648-3479
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*