

**PHILIP D. MURPHY**
*Governor*

**TAHESHA L. WAY**
*Lt. Governor*

State of New Jersey
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

**MATTHEW J. PLATKIN**
*Attorney General*

**MICHAEL C. WALTERS**
*Acting Director*

August 25, 2025

<u>VIA ECF</u>
United States Magistrate Judge Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> Dated: __8/26/2025__

RE:  <u>United States, et al. v. Apple Inc.</u>
     Civil No. 24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

    As Your Honor is aware, this office represents Plaintiff State of New Jersey in the above-referenced matter. Pursuant to L. Civ. R. 101.1(c)(5) and 102.1, I respectfully request the Court approve Elizabeth Arthur's withdrawal as counsel for Plaintiff District of Columbia. Ms. Arthur was admitted *pro hac vice* on May 1, 2024. *See* Docket Entry [35]. C. William Margrabe, who filed a Notice of Appearance on March 26, 2024, will continue to represent Plaintiff District of Columbia. *See* Docket Entry [5].

    Thank you for your consideration of this request.

                           Respectfully yours,

                           MATTHEW J. PLATKIN
                           NEW JERSEY ATTORNEY GENERAL

By:  <u>s/ *Surinder K. Aggarwal*</u>
     Surinder K. Aggarwal
     Deputy Attorney General
     (609) 696-5285
     surinder.aggarwal@law.njoag.gov

cc: All Counsel of Record (via ECF)


