


| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor*<br>**TAHESHA L. WAY**<br>*Lt. Governor* | *State of New Jersey*<br>**DEPARTMENT OF LAW AND PUBLIC SAFETY**<br>**DIVISION OF LAW**<br>PO Box 45029<br>Newark, NJ 07101 | **MATTHEW J. PLATKIN**<br>*Attorney General*<br>**MICHAEL C. WALTERS**<br>*Acting Director* |

August 29, 2025

<u>VIA ECF</u>
United States Magistrate Judge Leda Dunn Wettre
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:    <u>United States, et al. v. Apple Inc.</u>
          Civil No. 24-cv-04055 (JXN-LDW)
          Application for *Pro Hac Vice* Admission

Dear Judge Wettre:

      As Your Honor is aware, this office represents Plaintiff State of New Jersey ("New Jersey") in the above-referenced matter. In lieu of a motion, and in accordance with Your Honor's judicial preferences, this correspondence is submitted in support of New Jersey's application for the entry of an Order admitting *pro hac vice* Sylvia Lanfair, Assistant Attorney General for Plaintiff State of Oklahoma ("Oklahoma"). Defendant kindly consents to this request.

      In support of New Jersey's application, enclosed please find the undersigned and AAG Lanfair's supporting certifications, as well as a proposed form of Order.

      Pursuant to L. Civ. R. 101.1(c), New Jersey will appear in this action on behalf of Oklahoma for all court appearances, accept service of all court filings, and otherwise serve as local counsel. AAG Lanfair has advised me that she is a member in good standing of the bars to which she is admitted, specializes in the field of antitrust law, and is familiar with the facts of the case, issues, and pleadings. For these reasons, New Jersey submits that good cause exists for the entry of an Order admitting *pro hac vice* AAG Sylvia Lanfair to appear on behalf of Oklahoma.




Thank you for your consideration of this request.

        Respectfully submitted,

        MATTHEW J. PLATKIN  
        NEW JERSEY ATTORNEY GENERAL

By:    <u>s/ *Surinder K. Aggarwal*</u>  
        Surinder K. Aggarwal  
        Deputy Attorney General  
        (609) 696-5285  
        surinder.aggarwal@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, Connecticut, District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encl.

CC:  All Counsel of Record (via ECF)