

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

October 1, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re:** *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW)
      **Motion for Stay of Discovery in Light of Lapse of Appropriations**

Dear Judge Wettre:

      Attorneys from the United States Department of Justice represent Plaintiff, the United States of America, in this action. At the end of the day on Tuesday, September 30, 2025, the appropriations act that had been funding the United States Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

      Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Undersigned counsel for the United States therefore requests a stay of discovery, including any deadlines imposed by the Discovery Confidentiality Order, ECF No. 235, ESI Protocol, ECF No. 264, or Pretrial Scheduling Order, ECF No. 270 in this matter until Congress has restored appropriations to the Department.

      If this motion for a stay is granted, counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations. In the event this request is denied, counsel for the Government will continue to proceed on the current schedule and will continue to work in accord with all current deadlines.

October 1, 2025
Page 2

      Counsel for Apple has authorized the United States to state that Defendant does not object to this motion.

      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of discovery in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

/s/ Jonathan Lasken
Jonathan Lasken
Assistant Chief, Anti-Monopoly and
Collusion Enforcement Section
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov
*Attorney for Plaintiff United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.<br><br>*Defendant*. | Case No. 2:24-cv-04055-JXN-LDW |

CERTIFICATE OF SERVICE

I hereby certify that the above motion and this Certificate of Service were served upon Defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on October 1, 2025.

BY: s/ Jonathan Lasken

JONATHAN LASKEN
Assistant Chief, Anti-Monopoly and Collusion Enforcement Section
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov
*Attorney for Plaintiff United States*