

**Maureen T. Coghlan**
*Member of New Jersey
and Pennsylvania Bars*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

October 1, 2025

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Stret
Newark, NJ 07102

    Re:    *United States v. Apple, Inc.*, Case No.: 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

    This firm represents Non-Party Capital One Financial Corporation ("Capital One") in the above-captioned matter. We write to respectfully request Your Honor's approval of the withdrawal of *pro hac vice* counsel Patrick Hein.

    The Court admitted Mr. Hein *pro hac vice* by Order dated October 10, 2024 (ECF No. 173). My firm will continue to serve as counsel for Capital One. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of Mr. Hein's withdrawal as *pro hac vice* counsel for Capital One.

    If this request meets with the Court's approval, we ask Your Honor to please enter "So Ordered" below. We thank the Court for its consideration of this request.

                Respectfully submitted,

                */s/ Maureen T. Coghlan*
                Maureen T. Coghlan

cc: All Counsel of Record (via ECF)

        It is SO ORDERED as of this ___ day of _____, 2025.

                _____
                HON. LEDA DUNN WETTRE, U.S.M.J.