Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 2:24-cv-04055<br>(JXN-LDW)<br><br>**CERTIFICATION OF<br>LIZA M. WALSH**<br><br>*Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify:

1.      I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendant Apple Inc. ("Apple") in connection with the above-captioned action.  I am a member in good standing of the bar of this Court.

2.      I submit this certification in support of Apple's application for the *pro hac vice* admission of Deepti Bansal of the law firm Cooley LLP in this matter pursuant to Local Civil Rule 101.1(c).

3.      Deepti Bansal is a partner of the firm Cooley LLP. Ms. Bansal is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Deepti Bansal filed simultaneously with these papers.

4.      I am confident that Deepti Bansal is fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and she has advised me that she will abide by those Rules.  I have agreed to work with Deepti Bansal in this action.

5.      I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the State of New Jersey.  I further agree to be held responsible for the conduct of my specially admitted colleague and will ensure that Deepti Bansal will comply with Local Rule 101.1(c) should this application be granted.

6.      I further agree that I, or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

7.      Plaintiffs, through counsel, have consented to the *pro hac vice* admissions of Deepti Bansal.

8.      For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Deepti Bansal to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2025

WALSH PIZZI O'REILLY FALANGA LLP

/s/ *Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

2