# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW)<br><br>**ADMINISTRATIVE TERMINATION ORDER** |

The United States having requested that discovery be stayed due to the lapse in Congressional appropriations to the Department of Justice and attorney furloughs (ECF 325); and defendant having no objection to a stay;

**IT IS, on this 2nd day of October 2025,**

**ORDERED** that this action and any pending deadlines and motions are hereby administratively terminated until Congressional funding is restored and Department of Justice attorneys are permitted to resume civil litigation; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that once Congressional funding is restored, counsel shall file a letter requesting that the stay be lifted and this matter be reinstated to the Court's active docket.

　　　　　　　　　　　　　　　　　　　　 *s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge