

*State of New Jersey*

| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Attorney General* |
|---|---|---|
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL C. WALTERS<br>*Acting Director* |

November 10, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:  *United States, et al. v. Apple Inc.*
            Case No. 2:24-cv-04055 (JXN-LDW)
            *Pro Hac Vice* Admission Motion on Consent

Dear Judge Wettre:

      This Office, by and through the Attorney General Matthew J. Platkin, represents the Plaintiff State of New Jersey ("New Jersey") in the above-captioned matter. This correspondence is respectfully submitted, in lieu of a notice of motion, in accordance with Your Honor's judicial preferences, in support of New Jersey's motion for an Order admitting *pro hac vice* Brooke H. Lovrovich, counsel for the Plaintiff State of Washington. Defendant Apple Inc. consents to the *pro hac vice* admission of Ms. Lovrovich.

      In support of New Jersey's motion, enclosed please find the Certification of Andrew F. Esoldi, Deputy Attorney General, and the certification of Brooke Howlett Lovrovich seeking *pro hac vice* admission to represent the Plaintiff State of Washington. Also enclosed is a proposed Order.

      As set forth more fully in the enclosed certifications, pursuant to Local Rule 101.1(c), New Jersey will appear in this action, including all court appearances, on behalf of the Plaintiff State of Washington, accept service of all court filings, and otherwise serve as local counsel. Ms. Lovrovich has advised me that she is a member in good standing of the bars to which she is admitted, specializes in the field of antitrust law, and is familiar with the facts of the case, issues, and pleadings. For these reasons, it is respectfully submitted that good cause exists for *pro hac vice* admission of Ms. Lovrovich.

      New Jersey respectfully requests that Your Honor enter an Order admitting counsel to represent the Plaintiff State of Washington pursuant to Local Civil Rule 101.1(c).



124 Halsey Street, 5th Floor Newark, NJ 07102 • TELEPHONE: (609)-696-5465 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 10, 2025
Page 2

Your Honor's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:_____
Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07102
Tel: (609)-696-5465
Email: Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Tennessee, California, Connecticut, District of Columbia, Indiana, Maine, Tennessee, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Tennessee, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.
CC:  All Counsel of Record (via ECF)