

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

November 13, 2025

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: ***United States of America, et al. v. Apple Inc.***, **No. 2:24-cv-04055 (JXN-LDW)**
        **Motion to Lift Stay and Reinstate Matter to Court's Active Docket**

Dear Judge Wettre:

    Attorneys from the United States Department of Justice represent Plaintiff, the United States of America, in this action. Pursuant to the Court's Order, ECF 331, the Department writes to notify the Court that Congressional funding has been restored. The Department therefore respectfully requests that the stay be lifted, and this matter be reinstated to the Court's active docket.

    Plaintiff has contacted counsel for Apple. Apple does not object to this request.

                              Respectfully submitted,

                              /s/ Jonathan Lasken
                              Jonathan Lasken
                              Assistant Chief, Anti-Monopoly and
                              Collusion Enforcement Section
                              United States Department of Justice
                              450 Fifth Street, NW, Suite 4000
                              Washington, D.C. 20530
                              Telephone: (202) 598-6517
                              Email: jonathan.lasken@usdoj.gov
                              *Attorney for Plaintiff United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendant*. | Case No. 2:24-cv-04055-JXN-LDW |

**CERTIFICATE OF SERVICE**

I hereby certify that the above motion and this Certificate of Service were served upon Defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq. 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on November 13, 2025.

BY: s/ Jonathan Lasken

JONATHAN LASKEN
Assistant Chief, Anti-Monopoly and Collusion Enforcement Section
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov
*Attorney for Plaintiff United States*