

**Maureen T. Coghlan**
*Member of New Jersey
and Pennsylvania Bars*
mcoghlan@archerlaw.com
856-354-3034 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

November 19, 2025

**VIA ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *United States, et al. v. Apple Inc., Case No. 2:24-cv-04055 (JXN-LDW)*

Dear Judge Wettre:

    This firm represents nonparty Capital One Financial Corporation ("Capital One") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Capital One submits this informal application for the *pro hac vice* admission of Djordje Petkoski of the law firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP in this matter. Plaintiffs and Defendant have consented to his *pro hac vice* admission in this litigation.

    In support of the application, we submit the following:

- Certification of Djordje Petkoski;
- Certification of Maureen T. Coghlan in support of the application for *pro hac vice* admission; and a
- Proposed Consent Order Granting *pro hac vice* admission.

    Should the proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. If Your Honor has any questions regarding this matter, please do not hesitate to contact us.

    Respectfully submitted,

    */s/Maureen T. Coghlan*
    Maureen T. Coghlan

cc:    All counsel of record (via ECF)