ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
*Attorneys for Nonparty*
*Capital One Financial Corporation*

By: MAUREEN T. COGHLAN, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES, *et al.*, | Civil Action No.: 2:24-cv-04055 (JXN-LDW) |
|---|---|
| Plaintiffs, | |
| v. | |
| APPLE INC., | **CERTIFICATION OF DJORDJE PETKOSKI IN SUPPORT OF CONSENT APPLICATION FOR *PRO HAC VICE* ADMISSION** |
| Defendant. | |

Djordje Petkoski, of full age, hereby certifies as follows:

1. I am an attorney at law of the District of Columbia, and a Partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 2001 K Street, NW, Washington, DC 20006-1047, attorneys for Capital One Financial Corporation ("Capital One") in the above-captioned matter.

2. I submit this declaration in support of the application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c), for the purpose of appearing and participating on behalf of Capital One in this matter.

3. In accordance with Local Civil Rule 101.1(c), I am a member in good standing of the following bars, and the name and address of the official or office maintaining the roll of such members of the following bars is set forth herein:

1

    a. I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice there on April 9, 2007. The roll of attorneys in good standing before the Bar of the District of Columbia is maintained by Member Services, located at 901 4th Street NW, Washington, DC 20001.

    b. I am a member in good standing of the Bar of the State of Maryland, having been admitted to practice there on December 15, 2005. The roll of attorneys in good standing before the Bar of the State of Maryland is maintained by the Clerk's Office, located at the Robert C. Murphy Courts of Appeal Building, 361 Rowe Boulevard, 4th Floor Annapolis, Maryland 21401.

4. I am not under any suspension or disbarment by any court, State or Federal. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I am associated in this matter with Maureen T. Coghlan, who is a Partner at the law firm of Archer & Greiner, P.C., and is qualified to practice law in the State of New Jersey pursuant to Rule 1:21-1.

6. If admitted *pro hac vice,* I will comply with the requirements of Local Civil Rule 101.1, including: (1) making a payment to the New Jersey Lawyer's Fund for Client Protection as required by Rule 1:28-2; (2) making a payment to the Clerk of the United States District Court for the District of New Jersey; and (3) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trial, or any other proceedings.

7. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                            */s/ Djordje Petkoski*
                                                                                            Djordje Petkoski

Dated: November 12, 2025