

U.S. Department of Justice

Antitrust Division

---

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

November 21, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *United States of America, et al. v. Apple Inc.,* **No. 2:24-cv-04055 (JXN-LDW)**
             **Joint Status Letter**

Dear Judge Wettre:

    The United States and the Plaintiff States (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple," and collectively with Plaintiffs, the "Parties") respectfully submit this Joint Status Letter regarding the impact of the discovery stay necessitated by the lapse in appropriations for the federal government on the schedule in this matter, as directed in the Court's November 13, 2025 Order (Dkt. No. 335).

    The Parties agree to submit the joint letter pursuant to Local Civil Rule 37.1, which was originally due October 30, 2025 (Dkt. No. 322), on **December 17, 2025**. The Parties agree to submit the case management status letter originally due November 6, 2025 (Dkt. No. 322), on **December 19, 2025**.

    The Parties also agree that the other near-term deadline, the deadline for substantial completion of document production, should be extended day-for-day to account for the 42-day stay, without prejudice to seeking a larger extension for this deadline. With regard to this deadline, the Parties are presently discussing an extension of that particular deadline beyond the day-for-day extension due to the government shutdown. The Parties need time to complete these discussions and coordinate with plaintiffs in *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW (D.N.J.) (MDL 3113). The Parties have agreed to submit a letter regarding the deadline for substantial completion of document production on December 12, 2025, or at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| */s/   Jonathan H. Lasken* | */s/   Liza M. Walsh* |
| Jonathan H. Lasken | Liza M. Walsh |
| Assistant Chief, Civil Conduct Task Force | Douglas E. Arpert |
| United States Department of Justice | WALSH PIZZI O'REILLY FALANGA LLP |
| 450 Fifth Street, NW, Suite 4000 | Three Gateway Center |
| Washington, D.C. 20530 | 100 Mulberry Street, 15th Floor |
| Telephone: (202) 598-6517 | Newark, New Jersey 07102 |
| Email: jonathan.lasken@usdoj.gov | Tel.: (973) 757-1100 |
| | Email: lwalsh@walsh.law |
| ALINA HABBA | Email: darpert@walsh.law |
| United States Attorney | |
| | */s/  Crais S. Primis* |
| */s/   John F. Basiak Jr.* | Craig S. Primis, P.C. |
| John F. Basiak Jr. | Winn Allen, P.C. |
| Assistant United States Attorney | KIRKLAND & ELLIS LLP |
| Chief, Civil Division | 1301 Pennsylvania Avenue, N.W. |
| Peter W. Rodino, Jr. Federal Building | Washington, DC 20004 |
| 970 Broad Street, 7th Floor | Tel.: (202) 389-5000 |
| Newark, NJ 07102 | Email: craig.primis@kirkland.com |
| Tel: (973) 645-2700 | Email: winn.allen@kirkland.com |
| Email: john.basiak@usdoj.gov | |
| | */s/   Devora W. Allon* |
| MATTHEW J. PLATKIN | Devora W. Allon, P.C. |
| Attorney General of New Jersey | Alexia R. Brancato |
| | KIRKLAND & ELLIS LLP |
| */s/ David H. Reichenberg* | 601 Lexington Avenue |
| David H. Reichenberg | New York, NY 10022 |
| Section Chief, Antitrust | Tel.: (212) 446-4800 |
| New Jersey Office of the Attorney General | Email: devora.allon@kirkland.com |
| 124 Halsey Street, 5th Floor | |
| Newark, NJ 07101 | *Attorneys for Defendant Apple Inc.* |
| Tel: (609) 696-5271 | |
| Email: David.reichenberg@law.njoag.gov | |

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

2