

**U.S. Department of Justice**

Antitrust Division

_Liberty Square Building_
_450 5th Street, N.W._
_Washington, DC 20530_

November 21, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

┌─────────────────────────────┐
│      **SO ORDERED.**        │
│  _s/ Leda Dunn Wettre, U.S.M.J._ │
│  **Dated:** ___12/2/2025___ │
└─────────────────────────────┘

> **Re:** ___United States of America, et al. v. Apple Inc.,___ **No. 2:24-cv-04055 (JXN-LDW)**
> **Joint Status Letter**

Dear Judge Wettre:

The United States and the Plaintiff States (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple," and collectively with Plaintiffs, the "Parties") respectfully submit this Joint Status Letter regarding the impact of the discovery stay necessitated by the lapse in appropriations for the federal government on the schedule in this matter, as directed in the Court's November 13, 2025 Order (Dkt. No. 335).

The Parties agree to submit the joint letter pursuant to Local Civil Rule 37.1, which was originally due October 30, 2025 (Dkt. No. 322), on **December 17, 2025**. The Parties agree to submit the case management status letter originally due November 6, 2025 (Dkt. No. 322), on **December 19, 2025**.

The Parties also agree that the other near-term deadline, the deadline for substantial completion of document production, should be extended day-for-day to account for the 42-day stay, without prejudice to seeking a larger extension for this deadline. With regard to this deadline, the Parties are presently discussing an extension of that particular deadline beyond the day-for-day extension due to the government shutdown. The Parties need time to complete these discussions and coordinate with plaintiffs in _In re Apple Inc. Smartphone Antitrust Litigation_, No. 2:24-md-03113-JXN-LDW (D.N.J.) (MDL 3113). The Parties have agreed to submit a letter regarding the deadline for substantial completion of document production on December 12, 2025, or at the Court's convenience.

Respectfully submitted,

/s/  Jonathan H. Lasken
Jonathan H. Lasken
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

ALINA HABBA
United States Attorney

/s/  John F. Basiak Jr.
John F. Basiak Jr.
Assistant United States Attorney
Chief, Civil Division
Peter W. Rodino, Jr. Federal Building
970 Broad Street, 7th Floor
Newark, NJ 07102
Tel: (973) 645-2700
Email: john.basiak@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ David H. Reichenberg
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey,
Arizona, California, Washington D.C.,
Connecticut, Indiana, Maine,
Massachusetts, Michigan, Minnesota,
Nevada, New Hampshire, New York, North
Dakota, Oklahoma, Oregon, Tennessee,
Vermont, Washington, and Wisconsin*

/s/  Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

/s/  Crais S. Primis
Craig S. Primis, P.C.
Winn Allen, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com

/s/  Devora W. Allon
Devora W. Allon, P.C.
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com

*Attorneys for Defendant Apple Inc.*