**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

December 22, 2025

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *United States of America, et al. v Apple Inc.*
      Civil Action No.: 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. We write on behalf of Apple to respectfully request an extension of the deadline until January 9, 2026 to file a motion to seal the Exhibits to the Joint Status Letter filed on December 12, 2025 (D.E. 352).

Given the volume of the submissions and the upcoming holidays, Apple requests additional time to prepare and review the motion to seal papers and to discuss with Plaintiffs. We have consulted with counsel for Plaintiffs, and they consent to this request. If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF)

SO ORDERED: 12/23/2025

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.