

U.S. Department of Justice

Antitrust Division

*450 Golden Gate Avenue, Suite 10-0101*
*San Francisco, CA 94102*

January 7, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *United States of America, et al. v. Apple Inc.*,
           No. 2:24-cv-04055 (JXN-LDW)
           Plaintiffs' Letter Seeking Leave of Court

Dear Judge Wettre:

      I write on behalf of the United States and the Plaintiff States (collectively, "Plaintiffs") to request permission to file a letter updating the Court on the parties' negotiations over search terms and custodians. In the joint status letter filed on December 19, 2025, Plaintiffs advised the Court that they would seek leave to provide an update on these issues on or before January 7, 2026. *See* Dkt. No. 354 at 2, 5. Plaintiffs submit that the Court would benefit from an update on the now-concluded search term negotiations. Resolution of those negotiations has materially changed the facts underlying the parties' letter regarding Apple's request for a six-month extension to the substantial completion deadline. *See* Dkt. No. 351. Plaintiffs also submit that the Court would benefit from an update on custodian negotiations because the lack of progress may inform the Court's approach to directing the parties on how to bring that issue to a close and present any remaining disputes to the Court. Plaintiffs have met and conferred with Apple, and Apple opposes Plaintiffs' request.

                                                   Respectfully submitted,

                                                   */s/ Aaron M. Sheanin*
                                                   Aaron M. Sheanin
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   450 Golden Gate Avenue, Suite 10-0101
                                                   San Francisco, CA 94102

Telephone: (202) 709-1490
Email: aaron.sheanin@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

<u>/s/ David H. Reichenberg</u>
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*