

**PHILIP D. MURPHY**
*Governor*
**TAHESHA L. WAY**
*Lt. Governor*

*State of New Jersey*
**DEPARTMENT OF LAW AND PUBLIC SAFETY**
**DIVISION OF LAW**
PO Box 45029
Newark, NJ 07101

**MATTHEW J. PLATKIN**
*Attorney General*
**MICHAEL C. WALTERS**
*Director*

January 8, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:   United States, et al. v. Apple Inc.
       Civil No. 24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

    As Your Honor is aware, this office represents Plaintiff State of New Jersey in the above-referenced matter. Pursuant to the Court's December 22, 2025 Text Order, the parties were directed to jointly notify the Court by January 8, 2026 whether they prefer to appear in-person or remotely at the January 22, 2026 case management conference. I write to advise that the parties have conferred and share a preference to appear in-person. Plaintiff States, however, respectfully request that a remote-access option be made available and are prepared to assist the Court in facilitating such access. Apple takes no position on the States' request for a remote-access option.

    Thank you for your consideration.




124 Halsey Street · TELEPHONE: (609) 696-5365 · FAX: (973) 648-3479
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

        Respectfully yours,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By:    s/ Surinder K. Aggarwal
        Surinder K. Aggarwal
        Deputy Attorney General
        (609) 696-5285
        surinder.aggarwal@law.njoag.gov

cc:    All Counsel of Record (via ECF)