

**U.S. Department of Justice**

Antitrust Division

*450 Golden Gate Avenue, Suite 10-0101*
*San Francisco, CA 94102*

January 7, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**\*\* Application granted. Plaintiffs shall file the update letter no later than the close of business January 14, 2026.**

**SO ORDERED.**
*s/ Leda Dunn Wettre, U.S.M.J.*
Dated: 1/9/2026

Re:   *United States of America, et al. v. Apple Inc.*,
      No. 2:24-cv-04055 (JXN-LDW)
      Plaintiffs' Letter Seeking Leave of Court

Dear Judge Wettre:

I write on behalf of the United States and the Plaintiff States (collectively, "Plaintiffs") to request <u>permission to file a letter updating the Court on the parties' negotiations over search terms and custodians</u>.\*\* In the joint status letter filed on December 19, 2025, Plaintiffs advised the Court that they would seek leave to provide an update on these issues on or before January 7, 2026. *See* Dkt. No. 354 at 2, 5. Plaintiffs submit that the Court would benefit from an update on the now-concluded search term negotiations. Resolution of those negotiations has materially changed the facts underlying the parties' letter regarding Apple's request for a six-month extension to the substantial completion deadline. *See* Dkt. No. 351. Plaintiffs also submit that the Court would benefit from an update on custodian negotiations because the lack of progress may inform the Court's approach to directing the parties on how to bring that issue to a close and present any remaining disputes to the Court. Plaintiffs have met and conferred with Apple, and Apple opposes Plaintiffs' request.

Respectfully submitted,

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin
Trial Attorney
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102

1

        Telephone: (202) 709-1490
        Email: aaron.sheanin@usdoj.gov

        MATTHEW J. PLATKIN
        Attorney General of New Jersey

        */s/ David H. Reichenberg*
        David H. Reichenberg
        Section Chief, Antitrust
        New Jersey Office of the Attorney General
        124 Halsey Street, 5th Floor
        Newark, NJ 07101
        Tel: (609) 696-5271
        Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*