Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 2:24-cv-04055 <br> (JXN-LDW) <br><br> **NOTICE OF MOTION** <br> **TO SEAL** <br><br> **Return Date: February 2, 2026** <br><br> *Filed Electronically* |

**PLEASE TAKE NOTICE** that on February 2, 2026, or as soon thereafter as counsel may be heard, Defendant Apple Inc. ("Apple") will appear before the Honorable Leda Dunn Wettre, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order to Seal certain portions of (1) Plaintiffs' First Set of Requests for Production to Defendant Apple Inc., dated June 20, 2025 (Dkt. No. 352-2); (2) Defendant Apple Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production, dated July 21, 2025 (Dkt. No. 352-3); and (3) Apple's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated December 1, 2025 (Dkt. No. 352-1).

**PLEASE TAKE FURTHER NOTICE** that Apple shall rely upon the accompanying Declaration of Liza M. Walsh, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs take no position on this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

Dated: January 9, 2026

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

OF COUNSEL (admitted *pro hac vice*):
Craig S. Primis, P.C.
Matthew J. Reilly, P.C.
K. Winn Allen, P.C.
Luke P. McGuire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-5967

Cynthia E. Richman
GIBSON, DUNN & CRUTCHER LLP

2

        1050 Connecticut Avenue, N.W.
        Washington, DC 20036
        (202) 955-8500

        Daniel G. Swanson
        GIBSON, DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071
        (213) 219-7000

        Julian W. Kleinbrodt
        GIBSON, DUNN & CRUTCHER LLP
        One Embarcadero Center, Suite 2600
        San Francisco, CA 94111
        (415) 393-8200

        *Attorneys for Defendant Apple Inc.*