Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 2:24-cv-04055 <br> (JXN-LDW) <br><br> **DECLARATION OF <br> LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, hereby declare and state as follows:

1. I am an attorney admitted to practice before this Court and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I am familiar with the facts set forth herein as well as the categories and types of information that Apple keeps confidential. I am also familiar with the harm that Apple would sustain if its confidential information were to become public. I have personal knowledge of the facts set forth in this declaration.

2. I submit this Declaration on behalf of Apple in support of the Motion to Seal limited portions of (1) Plaintiffs' First Set of Requests for Production to Defendant Apple Inc., dated June 20, 2025 (Dkt. No. 352-2); (2) Defendant Apple Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production, dated July 21, 2025 (Dkt. No. 352-3); and (3)

Apple's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated December 1, 2025 (Dkt. No. 352-1) (collectively, "Confidential Information").

3. In support of the motion, Apple prepared an Index identifying the specific portions of the relevant documents Apple seeks to maintain under seal and explaining (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; (d) why a less restrictive alternative to the relief sought is not available; (e) any prior order sealing the same materials in the pending action; and (f) the identity of any party or nonparty known to be objecting to the sealing request. The Index is being submitted concurrently herewith as Exhibit 1.

4. Apple operates in an intensely competitive environment. Apple has serious and legitimate concerns that competitors will be quick to capitalize on any release of Apple's highly sensitive information in order to gain competitive advantage. Similarly, bad actors may exploit non-public information to harm Apple. As such, Apple takes extensive measures to protect the confidentiality of its information.

5. Apple requests sealing of the Confidential Information that reflects Apple's non-public, proprietary, and/or competitively sensitive technical information and highly sensitive business information that it maintains in confidence and is of the type that Apple treats as confidential and proprietary generally. In particular, the Confidential Information includes and/or references names of Apple's unannounced products and services, names of reports Apple commissioned to analyze its products and services, Apple's internal databases, descriptions of the information Apple maintains in those databases, how Apple uses the information in those databases, and the names and descriptions of reports produced using that information from those

databases.

6. The Confidential Information Apple seeks to seal reflects information that Apple designated as "Highly Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on February 19, 2025 (Dkt. No. 235) ("DCO").

7. The Confidential Information is before the Court in connection with a discovery scheduling matter. *See generally* Dkt. No. 352.

8. There is a substantial public interest in ensuring that the nonpublic highly proprietary information remains confidential and not become public at a later date.

9. Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the confidential proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Apple's non-public business information and would likely use the confidential information to enhance their own business operations, better their market and negotiation positions, and cause Apple competitive harm.

10. There is no less restrictive alternative other than sealing the Confidential Information, as set forth in the Index submitted concurrently herewith. Apple's request is narrowly tailored to seal the confidential information at issue. This is the least restrictive alternative available to protect the non-public confidential information.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

                                  WALSH PIZZI O'REILLY FALANGA LLP

Dated: January 9, 2026                 *s/ Liza M. Walsh*
                                             Liza M. Walsh

# EXHIBIT 1

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Entry No. | Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|
| | **Plaintiffs' First Set of Requests for Production to Defendant Apple Inc., dated June 20, 2025 (Dkt. No. 352-2)** | | | | | | |
| 1 | Page 3, Request No. 7 | Line 4 excluding "Beeper Mini" | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business and Apple's unannounced products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors the names of Apple's unannounced products and services. In addition, the Confidential Information reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on February 19, 2025 (Dkt. No. 235) ("DCO").<br><br>*See* Declaration of Liza M. Walsh ¶¶ 5-6 ("Walsh Decl.") | If filed on the public docket, Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the non-public, confidential, proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be | Apple requests sealing only limited portions of documents that reflect its confidential information or non-public discovery information. Apple does not seek to seal any documents currently at issue wholesale. There is no less restrictive alternative other than sealing the Confidential Information. Apple's request is narrowly | N/A | Plaintiffs take no position on the Motion to Seal. |

| Entry No. | Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|
| | | | | publicly disclosed in contravention of the terms of the DCO or the Local Rules. Competitors would improperly and unfairly benefit from the disclosure of Apple's non-public business information would likely use this information to enhance their market position and cause Apple competitive harm.<br><br>*See* Walsh Decl. ¶ 9. | tailored to seal the confidential information at issue. This is the least restrictive alternative available to protect the non-public confidential information.<br><br>*See* Walsh Decl. ¶ 10. | | |
| 2 | Page 6, Request No. 23 | Lines 5 to 12 | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business and the names of reports Apple commissioned to analyze its products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors the types of analyses Apple performs to measure and enhance its business performance. In addition, the Confidential Information Apple seeks to seal | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |

2

| Entry No. | Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|
| | | | contain and/or reflect information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. See Walsh Decl. ¶¶ 5-6. | | | | |
| | **Defendant Apple Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production, dated July 21, 2025 (Dkt. No. 352-3)** | | | | | | |
| 3 | Page 15, Request No. 7 | Line 4 excluding "Beeper Mini" | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |
| 4 | Pages 29-30, Request No. 23 | Lines 5 to 12 | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |
| | **Apple's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated December 1, 2025 (Dkt. No. 352-1)** | | | | | | |
| 5 | Page 14, paragraph 4 | Entire paragraph | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business and Apple's internal databases, descriptions of the information Apple maintains in those databases, how Apple uses the information in those databases, and the names and descriptions of reports produced using that information from those databases. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors the kind of information Apple tracks and how it chooses to store and use that information for further advancement of its business. In addition, the Confidential Information reflects information | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |

3

| Entry No. | Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|
| | | | that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 5-6. | | | | |
| 6 | Page 15 | Entire page | Same as Entry 5 above. | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |
| 7 | Page 16 | Entire page | Same as Entry 5 above. | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |
| 8 | Page 17, paragraph 1 | Entire paragraph | Same as Entry 5 above. | Same as Entry 1 above. | Same as Entry 1 above. | N/A | Same as Entry 1 above. |