**Plaintiffs' Appendices to Joint Letter – Table of Contents**

1. Appendix 1. Apple's Responses and Objections to Plaintiffs' First Set of Interrogatories (filed under seal)

2. Appendix 2. Plaintiffs' First Set of Requests for Production (filed under seal)

3. Appendix 3. Apple's Responses and Objections to Plaintiffs' First Set of Requests for Production (filed under seal)

4. Appendix 4. Plaintiffs' Second Set of Requests for Production (filed under seal)

5. Appendix 5. Apple's Responses and Objections to Plaintiffs' Second Set of Requests for Production (filed under seal)

6. Appendix 6. Plaintiffs' Authorities Not Available on Westlaw