

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street, P.O. Box 45029
Newark, N.J. 07101

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

January 9, 2026

**SO ORDERED.**
*s/ Leda Dunn Wettre, U.S.M.J.*
**Dated:** _____1/12/2026_____

**VIA CM/ECF**
The Honorable Leda D. Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

RE:   *United States et al. v. Apple Inc.* (2:24-cv-04055-JXN-LDW) – Withdrawal of Appearance

Dear Judge Wettre:

This office represents Plaintiff the State of New Jersey in the above-referenced action.

Please take notice that the undersigned is departing the New Jersey Office of the Attorney General effective January 30, 2026, and that, as a result, consistent with L. Civ. R. 102.1, the undersigned respectfully requests leave to withdraw as counsel for Plaintiff the State of New Jersey in this matter.

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Giancarlo G. Piccinini*
       Giancarlo Genaro Piccinini
       Deputy Attorney General

cc:   All Counsel of Record (via CM/ECF)



TELEPHONE: (609) 696-5366 • EMAIL: Giancarlo.Piccinini@law.njoag.gov
*New Jersey Is an Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*