

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

January 21, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *United States of America, et al. v. Apple Inc.*,
           No. 2:24-cv-04055 (JXN-LDW)
           Plaintiffs' Letter Seeking Leave of Court to File Correction to
           January 14th Letter (ECF No. 365)

Dear Judge Wettre:

      I write on behalf of the United States and the Plaintiff States (collectively, "Plaintiffs") to request permission to file a letter correcting certain document hit count totals that were reported in Plaintiffs' January 14 letter to the Court concerning search terms and custodians, Dkt. 365. In the course of preparing for the upcoming status conference, Plaintiffs determined that the letter inadvertently compared hit counts representing document hits-plus-families to hit counts excluding families. Plaintiffs seek leave to correct Dkt. 365 to provide the Court with information to make like comparisons based on document counts at the time of the letter.

      Given the proximity of this request to the status conference, Plaintiffs have attached the corrected letter to this motion should the Court determine it appropriate for Plaintiffs to correct the record. Plaintiffs will file the corrected letter on the docket if the Court grants this request.

      Plaintiffs have met and conferred with Apple, and Apple does not oppose Plaintiffs' request.

Respectfully submitted,

*/s/   Jonathan H. Lasken*
Jonathan H. Lasken
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

*/s/ David H. Reichenberg*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*