

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

January 21, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *United States of America, et al. v. Apple Inc.*,
           No. 2:24-cv-04055 (JXN-LDW)
           Plaintiffs' Letter Correcting January 14th Letter (ECF No. 365)

Dear Judge Wettre:

    The United States and the Plaintiff States (collectively, "Plaintiffs") respectfully submit this letter correcting certain figures that were reported in Plaintiffs' January 14 letter to the Court concerning search terms and custodians, Dkt. 365.

    In the paragraph concerning search terms, Plaintiffs reported, "The volume of documents for review has decreased by more than fifty percent since the parties submitted their Joint Status Letter addressing Apple's request for a six-month extension on December 12, 2025. Dkt. 351. Based on information provided by Apple, Apple would now need to review approximately 4 million documents rather than 11 million, as represented in the Joint Status Letter. *Id.* at 2." This paragraph should be corrected to read as follows:

> The volume of documents for review has decreased by more than twenty percent since the parties submitted their Joint Status Letter addressing Apple's request for a six-month extension on December 12, 2025. Dkt. 351. Based on information provided by Apple, Apple would now need to review approximately 8.8 million documents rather than 11.4 million, as represented in the Joint Status Letter. *Id.* at 2.

The corrected numbers above represent document hits plus families. By comparison, the hit counts excluding families are 6.6 million hits (corresponding to 11.4 million hits-plus-families) and 4.1 million hits (corresponding to 8.8 million hits-plus-families).

1

Respectfully submitted,

/s/   Jonathan H. Lasken
Jonathan H. Lasken
Assistant Chief, Civil Conduct Task Force
United States Department of Justice
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 598-6517
Email: jonathan.lasken@usdoj.gov

MATTHEW J. PLATKIN
Attorney General of New Jersey

/s/ David H. Reichenberg
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*