# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. <br><br> 24-4055 (JXN) (LDW) <br><br> **ORDER AND AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 22, 2026 case management conference before the undersigned held on the record; and for good cause shown;

**IT IS, on this 30th day of January 2026, ORDERED** that:

1. The parties are directed to meet and confer in an effort to reach agreement regarding a deadline for substantial completion of the production of data samples and data dictionaries (ECF 353). To the extent the parties cannot reach agreement on a reasonable deadline, they shall file a joint letter setting forth their respective proposals no later than **March 3, 2026**.

2. The parties are directed to conclude negotiations regarding the 15 remaining custodians Plaintiffs have requested (ECF 365) no later than **February 24, 2026**. Any outstanding disputes regarding custodians that require adjudication shall be presented to the Court by joint letter of no more than 12 total pages (6 pages for Plaintiffs and 6 pages for Apple) no later than **March 3, 2026**.

**IT IS FURTHER ORDERED** that the Pretrial Scheduling Order entered June 5, 2025 (ECF 270) is hereby amended as follows:

1. Document productions shall be substantially completed no later than **June 15, 2026**, for document requests served at least 60 days before that deadline.

2. The parties are directed to meet and confer regarding any adjustments to the remaining discovery schedule that may be required in light of the extension of the deadline for substantial completion of document productions. The parties shall file a joint letter setting forth their respective proposals no later than **March 3, 2026**.

3. The parties shall appear for an in-person case management conference before the undersigned on **March 19, 2026** in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse. The conference will commence immediately following the conclusion of the 10:00 a.m. status conference in *Apple Inc. Smartphone Antitrust Litig.*, 24-md-3113 (JXN) (LDW).

          *s/ Leda Dunn Wettre*
          Hon. Leda Dunn Wettre
          United States Magistrate Judge