

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

February 24, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *United States et al. v. Apple Inc.*, Case No. 2:24-cv-04055 (JXN-LDW)
        – Apple's Letter Seeking Leave of Court

Dear Judge Wettre:

  I write on behalf of Apple Inc. to request permission to include in the parties' joint letter(s) due March 3, Dkt. 368, their positions regarding Plaintiffs' obligations to produce discovery from select federal agencies.[1] Apple submits that the parties have reached an impasse on federal-agency discovery after many months of negotiations and would benefit from the Court's guidance. (These discussions first started in 2024 during negotiations over the proposed Case Management Order, and continued in 2025 after Apple served requests for documents on the United States.) Apple therefore requests the Court's leave to raise this additional issue in the joint letter(s) submitted in advance of the March 18 case management conference, or at a time the Court deems appropriate. Apple has met and conferred with Plaintiffs, and the United States has indicated that it will respond to Apple's request in a separate filing.

  If Apple's proposal to raise this issue in advance of the March 18 conference meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement. Thank you as always for Your Honor's kind attention to this matter.

---

[1] Apple is also pursuing discovery from select agencies of the Plaintiff States. While the Plaintiff States similarly opposed producing any agency materials as parties to this lawsuit pursuant to Federal Rule of Civil Procedure 34, some of the Plaintiff States' agencies have begun producing some materials in response to Apple's Rule 45 subpoenas. The parties are also continuing to negotiate the scope of Apple's remaining document requests to the Plaintiff States, including their agencies. Apple therefore does not intend to raise the Plaintiff States' compliance with their discovery obligations at the upcoming case management conference. Apple reserves its rights to raise any future disputes with respect to state-agency discovery as necessary.

        Respectfully submitted,

        */s/ Liza M. Walsh*
        Liza M. Walsh

Cc:    All Counsel of Record (via ECF)

SO ORDERED:

_____
Hon. Leda D. Wettre, U.S.M.J.