

**State of New Jersey**

|  | DEPARTMENT OF LAW AND PUBLIC SAFETY |  |
|---|---|---|
| MIKIE SHERRILL<br>*Governor* | DIVISION OF LAW<br>P.O. Box 45029<br>NEWARK, NJ 07101 | JENNIFER DAVENPORT<br>*Attorney General* |
| DR. DALE G. CALDWELL<br>*Lt. Governor* |  | MICHAEL C. WALTERS<br>*Director* |

February 25, 2026

<u>VIA ECF</u>
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

*RE:  United States, et al. v. Apple Inc.*
  *Civil No. 24-cv-04055 (JXN-LDW)*

Dear Judge Wettre:

   I write on behalf of Plaintiffs to request permission to submit a letter in conjunction with the parties' joint letter(s) due March 3, Dkt. 368, regarding the parties' positions on Apple's response to Plaintiffs' Interrogatory No. 6.  Plaintiffs submit that the parties have reached an impasse on Apple's response to Interrogatory No. 6 regarding its Rule 11 basis for its second pled affirmative defense, filed on July 29, 2025, after several months of negotiations (since December 2025) and would benefit from the Court's guidance.  Plaintiffs therefore request the Court's leave to raise this additional issue in advance of the March 18 case management conference, or at a time the Court deems appropriate.

   Plaintiffs have proposed to complete a final meet and confer on this issue three times (including proposed times on 4 days this week), in conjunction with emails setting out Plaintiffs' position, but Apple to date has declined all invitations to meet and confer any earlier than Monday, March 2, 2026.  Should the parties reach resolution on that meet and confer (or sooner) we will alert the Court, but if not, we respectfully submit the parties should submit their positions on March 3 and discuss with the Court at the case management conference on March 18, 2026.

   If Plaintiffs' proposal to raise this issue in advance of the March 18 conference meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

   Thank you for your consideration of this request.




124 Halsey Street · TELEPHONE: (609) 696-5365 · FAX: (973) 648-3479
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

                Respectfully submitted,

                JENNIFER DAVINPORT
                ATTORNEY GENERAL OF NEW JERSEY

By:    <u>s/ *Surinder K. Aggarwal*</u>
        Surinder K. Aggarwal
        Deputy Attorney General
        (609) 696-5285
        surinder.aggarwal@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC:  All Counsel of Record (via ECF)

**SO ORDERED:**

_____
Hon. Leda Dunn Wettre, U.S.M.J.