

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 26, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *United States et al. v. Apple Inc.*, Case No. 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

    We write on behalf of Apple in response to the United States' February 25, 2026 letter, which asks the Court to withdraw its order granting leave for the parties to state their positions on federal-agency discovery in the submissions due on March 3. *See* Dkt. 376. We would not ordinarily burden the Court with additional correspondence regarding what should be a simple procedural matter, but Apple feels compelled to correct the record.

    Apple and the United States have been negotiating these issues for well over a year. Apple first raised the issue of federal-agency discovery in June 2024, in the context of discussing Plaintiffs' obligation to preserve relevant agency materials. Since then, the parties have discussed the United States' obligation to collect and produce records from relevant federal agencies on many occasions in 2024, 2025, and 2026. Apple's position is clear and well known to Plaintiffs. It is time to bring this issue to resolution.

    The United States' letter contains a multitude of inaccurate statements that Apple feels it must correct. For instance:

- The letter states that Apple only told the United States of its intent to seek leave at 8:45 P.M. the night of filing. That is incorrect. Apple shared its draft filing with the United States last Friday, February 20, four days prior to filing.[1]

- The letter states that Apple is seeking an expedited briefing schedule. That is incorrect. Apple is following the Court's process for raising discovery disputes and seeking the Court's guidance on how to proceed.

---

[1] Pursuant to Appendix R of the Court's Local Rules, Apple has not attached the correspondence with counsel that supports these factual points. If the Court would like to see any supporting materials, Apple is happy to provide them.

- The letter states that the United States does not know Apple's position. That is incorrect. Apple sent its final compromise proposal to the United States more than two weeks ago and confirmed that same position again before filing its request for leave. Apple has also made its position clear to the United States in numerous meet-and-confer discussions.

- The letter states that Apple first served the relevant discovery requests in November 2025. That is incorrect. Apple formally requested these materials from the United States when discovery opened in June 2025, and the United States has known what kinds of materials Apple is seeking since October 2024.

- The letter states that Apple has refused to engage in a meaningful meet-and-confer process. That is incorrect. The parties (including the subpoenaed agencies) have extensively discussed federal agency discovery through dozens of written exchanges and numerous meet-and-confers over the last year-and-a-half.

- The letter states that Apple has made no meaningful attempt to narrow its requests. That is incorrect. Apple started with 39 RFPs to the United States (including its agencies), narrowed that set down to less than 20 RFPs in the subpoenas it issued to the agencies, and then narrowed that list down again to just 6-9 RFPs per agency in its final compromise proposal.

- The letter states that Apple is seeking classified or national-security-related information. That is incorrect. Apple has repeatedly told the United States that Apple is not requesting any such information.

Apple respectfully submits that the United States' request that the Court withdraw its order is unnecessary. Apple looks forward to explaining the merits of its position in the parties' joint letter as the Court has ordered. Of course, if the Court prefers an alternative briefing schedule, Apple does not object and defers to Your Honor.

Respectfully submitted,

*/s/ Liza M. Walsh*
Liza M. Walsh

Cc:    All Counsel of Record (via ECF)