# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant.* | Case No. 2:24-cv-04055 (JXN) (LDW) |

## NOTICE OF DEPOSITION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action will take the deposition of Apple Inc. ("Apple") on February 18, 2026, at the offices of the U.S. Department of Justice, Antitrust Division, Phillip Burton Federal Building, 450 Golden Gate Avenue, Suite 10-0101, San Francisco, CA 94102.

The deposition will be recorded by stenographic, audio, and video means before an officer authorized to administer oaths. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure and the Pretrial Scheduling Order.

You are hereby advised that Apple must designate one or more officers, directors, managing agents, or other persons to testify on behalf of Apple as to information known or reasonably available to Apple regarding the topics listed in Schedule A.

1

| | |
|---|---|
| Dated:  January 27, 2026 | /s/  Aaron M. Sheanin           <br>Aaron M. Sheanin<br>Trial Attorney<br>United States Department of Justice<br>450 Golden Gate Avenue, Suite 10-0101<br>San Francisco, CA 94102<br>Telephone: (202) 709-1490<br>Email: aaron.sheanin@usdoj.gov<br><br>JENNIFER DAVENPORT<br>Acting Attorney General of New Jersey<br>/s/ David H. Reichenberg           <br>David H. Reichenberg<br>Section Chief, Antitrust<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (609) 696-5271<br>Email: David.reichenberg@law.njoag.gov<br><br>*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin* |

## SCHEDULE A

## TOPICS

1. The structure of, information recorded in, and use of Your databases and data sets for (1) Your finances, financial condition, and results of operations (including revenue, expenses, costs, margins, and profitability of each Apple product or service), (2) iPhone sales, and (3) Apple Watch sales, including but not limited to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. For each such database and data set:

    a. The dates of use;

    b. The primary purposes for which the database or data set is used by the Company;

    c. A description of the information contained therein;

    d. The level of granularity in which such information is maintained;

    e. The structure of the information, including schemas, tables, views, and other database objects;

    f. The entities, teams, and individuals within the Company with primary responsibility for maintaining, updating, querying, and analyzing the data;

    g. The name of any predecessor or successor database or data set, and dates of use;

    h. Its software platform, vendor, type (e.g., flat, relational, or enterprise), number of records, and size in gigabytes;

    i. The sources (including data lakes, data warehouses, other databases, or individuals) used to populate the database or data set;

    j. The software tools or platforms, including those made by ███████████, used to query, access, manage, manipulate, analyze, or use information in the database or data set;

    k. The process by which the Company can produce data samples;

    l. The process by which the Company can produce Data Dictionaries, Data Definition Language (DDL) statements, and information contained within information schemas;

    m. The process by which the Company can produce schemas and descriptions of information contained therein including tables, views, and relationships and linkages between tables and views;

n. The process by which the Company can produce tables and views and descriptions of information contained therein including the number of records, size in gigabytes, field lists, primary keys or unique identifiers, and relationships and linkages between tables and views;

o. The process by which the Company can produce fields and descriptions of fields including the data type (e.g., numeric, character, Boolean, categorical, etc.), length, whether the field is populated, field definitions as used by the Company, and meanings of codes that appear as field values;

p. The process by which the Company can produce query forms, query builders, or other query tools;

q. The feasibility of the Company to extract identified sets of fields into one or more data tables;

r. The regularly prepared reports produced using information from that database, data set, application, or view, including the entities or groups responsible for creating the report; and

s. Your policies and practices regarding retention or an archive of any regularly prepared reports.

2. The structure of, information recorded in, and use of Your databases and data sets for Your studies, reports, and analyses of consumers, developers, or other groups the Company studies in the ordinary course of business—including surveys, polls, focus groups, market research, market segmentations, online anthropologies, A/B testing, multivariable testing, experiments, and choice modeling—related to Smartphones or any Identified Product or Service, including but not limited to materials developed by or for ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. For each such database or data set:

   a. The dates of use;

   b. The primary purposes for which the database or data set is used by the Company;

   c. A description of the information contained therein;

   d. The level of granularity in which such information is maintained;

   e. The structure of the information, including schemas, tables, views, and other database objects;

   f. The entities, teams, and individuals within the Company with primary responsibility for maintaining, updating, querying, and analyzing the data;

   g. The name of any predecessor or successor database or data set, and dates of use;

4

    h. Its software platform, vendor, type (e.g., flat, relational, or enterprise), number of records, and size in gigabytes;

    i. The sources (including data lakes, data warehouses, other databases, or individuals) used to populate the database or data set;

    j. The software tools or platforms, including those made by ▮▮▮▮, used to access, manage, manipulate, analyze, or use information in the database or data set;

    k. The process by which the Company can produce data samples;

    l. The process by which the Company can produce Data Dictionaries, Data Definition Language (DDL) statements, and information contained within information schemas;

    m. The process by which the Company can produce schemas and descriptions of information contained therein including tables, views, and relationships and linkages between tables and views;

    n. The process by which the Company can produce tables and views and descriptions of information contained therein including the number of records, size in gigabytes, field lists, primary keys or unique identifiers, and relationships and linkages between tables and views;

    o. The process by which the Company can produce fields and descriptions of fields including the data type (e.g., numeric, character, Boolean, categorical, etc.), length, whether the field is populated, field definitions as used by the Company, and meanings of codes that appear as field values;

    p. The process by which the Company can produce query forms, query builders, or other query tools;

    q. The feasibility of the Company to extract identified sets of fields into one or more data tables;

    r. The regularly prepared reports produced using information from that database, data set, application, or view, including the entities or groups responsible for creating the report; and

    s. Your policies and practices regarding retention or an archive of any regularly prepared reports.

3. The structure of, information recorded in, and use of Your databases and data sets relating to Apple Smartphones or any Identified Product or Service that contains information relating to user characteristics, relationships with other users, devices, device switching, apps, subscriptions, and unique identifiers, including but not limited to the ▮▮▮▮

5

███████████████████████████████████████████████████████. For each such database or data set:

    a. The dates of use;

    b. The primary purposes for which the database or data set is used by the Company;

    c. A description of the information contained therein;

    d. The level of granularity in which such information is maintained;

    e. The structure of the information, including schemas, tables, views, and other database objects;

    f. The entities, teams, and individuals within the Company with primary responsibility for maintaining, updating, querying, and analyzing the data;

    g. The name of any predecessor or successor database or data set, and dates of use;

    h. Its software platform, vendor, type (e.g., flat, relational, or enterprise), number of records, and size in gigabytes;

    i. The sources (including data lakes, data warehouses, other databases, or individuals) used to populate the database or data set;

    j. The software tools or platforms, including those made by ███████████, used to access, manage, manipulate, analyze, or use information in the database or data set;

    k. The process by which the Company can produce data samples;

    l. The process by which the Company can produce Data Dictionaries, Data Definition Language (DDL) statements, and information contained within information schemas;

    m. The process by which the Company can produce schemas and descriptions of information contained therein including tables, views, and relationships and linkages between tables and views;

    n. The process by which the Company can produce tables and views and descriptions of information contained therein including the number of records, size in gigabytes, field lists, primary keys or unique identifiers, and relationships and linkages between tables and views;

    o. The process by which the Company can produce fields and descriptions of fields including the data type (e.g., numeric, character, Boolean, categorical, etc.), length, whether the field is populated, field definitions as used by the Company, and meanings of codes that appear as field values;

6

    p.  The process by which the Company can produce query forms, query builders, or other query tools;

    q.  The feasibility of the Company to extract identified sets of fields into one or more data tables;

    r.  The regularly prepared reports produced using information from that database, data set, application, or view, including the entities or groups responsible for creating the report; and

    s.  Your policies and practices regarding retention or an archive of any regularly prepared reports.

4. The format, location, and use of Data Dictionaries and other documentation, training materials, user guides, schemas, information schemas, or keys that decode or interpret the data in the databases and data sets described in Topic Nos. 1-3.

## DEFINITIONS

Notwithstanding any definition below, each word, term, or phrase used herein should be construed broadly to the fullest extent of their meaning in a good-faith effort to comply with the Federal Rules of Civil Procedure.

1. The terms "**Apple**", "**the Company**", "**You**" or "**Your**" mean Apple Inc., its domestic and foreign parents, predecessors, divisions, subsidiaries, affiliates, partnerships and joint ventures, and all directors, officers, employees, agents, and representatives of the foregoing. The terms "parent," "subsidiary," "affiliate," and "joint venture" refer to any person in which there is partial (25 percent or more) or total ownership or control.

2. The terms "**and**" and "**or**" have both conjunctive and disjunctive meanings.

3. The term "**any**" means each and every.

4. The term "**Data Dictionary**" means documentation of the organization and structure of the databases or data sets that is sufficient to allow their reasonable use by the Plaintiffs, including, for each table of information: (a) the name of the table; (b) a general description of the information contained; (c) the size in both number of records and megabytes; (d) a list of fields available for each record; (e) the format, including variable type and length, of each field; (f) a definition for each field as it is used by the Company, including the meanings of all codes that can appear as field values; (g) the fields that are primary keys for the purpose of identifying a unique observation; (h) the fields that are foreign keys for the purpose of joining tables; and (i) an indication of which fields are populated. A database schema is an example of a Data Dictionary.

5. The term "**foreign key**" means a set of attributes, columns, or fields that refers to the primary key of another table, linking these two tables.

6. The term "**Identified Product or Service**" means each product or service within one or more of the following categories:

    a. Cloud Streamed Games;

    b. Messaging Systems;

    c. Digital Wallets or Payment Apps;

    d. Platform Apps or Mini Programs; and

    e. Smartwatches.

7. The term "**including**" or "**includes**" means including, but not limited to.

8

8. The term "**information schema**" means a set of views and/or functions that provide information about the tables, views, columns, and procedures in a database. The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is an example of an information schema.

9. The term "**primary key**" means a set of attributes, columns, or fields that can reliably identify and distinguish between each individual record in a table.

10. The term "**schema**" means a logical grouping of database objects such as tables or views.

11. The term "**unique identifier**" means a single attribute, column, or field that can reliably identify and distinguish between each individual record in a table.

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2026, I served the foregoing on the below individuals via email.

For Defendant Apple, Inc.:

    Liza M. Walsh (lwalsh@walsh.law)
    Hon. Douglas E. Arpert (Ret.) (darpert@walsh.law)
    Walsh Pizzi O'Reilly Falanga
    Three Gateway Center
    100 Mulberry Street
    15th Floor
    Newark, NJ 07102

    Craig S. Primis (cprimis@kirkland.com)
    Devora W. Allon (devora.allon@kirkland.com)
    K. Winn Allen (winn.allen@kirkland.com)
    Tracie Bryant (tracie.bryant@kirkland.com)
    Kirkland & Ellis
    1301 Pennsylvania Avenue, NW
    Washington, D.C., 20004

For Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin:

    David H. Reichenberg (David.reichenberg@law.njoag.gov)
    New Jersey Office of the Attorney General
    124 Halsey Street, 5th Floor
    Newark, NJ 07101

For Plaintiffs in *In re Apple Inc. Smartphone Antitrust Litigation*, Civil Action No. 2:24-md-03113 (JXN)(LDW), MDL 3113:

    James E. Cecchi (jcecchi@carellabyrne.com; AppleDPTeam@hausfeld.com)
    Carella Byrne Cecchi Brody & Agnello, PC
    5 Becker Farm Road
    Roseland, NJ 07068

    Steven F. Molo (smolo@mololamken.com; AppleWatch@koreintillery.com)
    Mololamken LLP
    430 Park Avenue
    New York, NY 10022

    Stanley O. King (sking@lawjw.com; AppleIndirectLead@lists.locklaw.com)
    Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinnis, P.C.
    231 S. Broad Street

Woodbury, NJ 08096

                                              */s/ Aaron M. Sheanin*
                                              Aaron M. Sheanin
                                              United States Department of Justice
                                              Antitrust Division
                                              *Attorney for Plaintiff United States*