

U.S. Department of Justice

Antitrust Division

*450 Golden Gate Avenue, Suite 10-0101*
*San Francisco, CA 94102*

February 26, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *United States of America, et al. v. Apple Inc.,*
No. 2:24-cv-04055 (JXN-LDW)
Discovery Dispute Letter re Scheduling of Rule 30(b)(6) of Defendant Apple Inc. Pursuant to Local Rule 37.1

Dear Judge Wettre:

The United States and the Plaintiff States (collectively, "Plaintiffs") write to apprise the Court of a dispute over the scheduling of Plaintiffs' deposition of Apple pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

On January 27, 2026, Plaintiffs served the attached Rule 30(b)(6) deposition notice seeking Apple's testimony on four topics concerning Apple's databases, data sets, and data dictionaries.[1] Plaintiffs noticed the deposition for February 18, 2026, at the offices of the U.S. Department of Justice in San Francisco but explained that they were prepared to work with Apple on a mutually convenient schedule, so long as the deposition took place on or before February 25, 2026, which is 29 days after Plaintiffs served the notice of deposition. Plaintiffs submit that Apple's testimony about the company's databases, data sets, and data dictionaries will allow Plaintiffs to negotiate the appropriate scope of Apple's data samples and data productions. Apple objected to the timing and scope of Plaintiffs' deposition notice via letter on February 11, confirmed that it would make witnesses available at later dates and on appropriately narrowed topics, but did not make its witnesses available to testify by February 25, 2026, as Plaintiffs requested. Apple takes the position that the deposition should take place on or before April 30, 2026 for financial data and on or before May 27, 2026 for other types of data—after Apple substantially completes its rolling

---

[1] At Apple's request, Plaintiffs are filing the deposition notice under seal because Apple considers the names of its data systems to be confidential.

1

production of data samples.

      The parties have met and conferred over this dispute by videoconference pursuant to Local Rule 37.1. Plaintiffs respectfully request leave to file a joint letter brief concerning this dispute on March 5, 2026. Apple does not object to this briefing schedule. If this proposal meets with the Court's approval, Plaintiffs respectfully request that Your Honor sign and enter the below form of endorsement.

      Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin
Trial Attorney, San Francisco Office
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Telephone: (202) 709-1490
Email: aaron.sheanin@usdoj.gov

JENNIFER DAVINPORT
Attorney General of New Jersey

*/s/ David H. Reichenberg*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC: All Counsel of Record (via ECF)

SO ORDERED: 3/2/2026

_____
Hon. Leda Dunn Wettre, U.S.M.J.