

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

March 3, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *United States of America, et al. v. Apple Inc.*
            No. 2:24-cv-04055 (JXN-LDW)
            Joint Discovery Letter Update re Custodians and Data Discovery Schedule

Dear Judge Wettre:

    The United States and the Plaintiff States (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple") respectfully submit this joint letter pursuant to the Court's Order and Amended Scheduling Order entered January 30, 2026, Dkt. 368. The parties notify the Court that no disputes related to custodians or the schedule for data discovery remain for adjudication.

    **A. Custodians**

    The parties have reached agreement on a set of 53 document custodians. Apple has agreed to prioritize productions from two sets of custodians, totaling 23 of the 53 custodians, and has estimated that it will be substantially complete with the first set in early April and the second set in mid-May. Plaintiffs have agreed to defer 7 additional proposed custodians and will not revisit them absent compelling justification.

    **B. Data Discovery Schedule**

    The parties have reached agreement on a data discovery schedule. Apple will make rolling productions of data samples and available data dictionaries for Request for Production Nos. 26, 61, and 62, and will substantially complete that production by April 15, 2026. Apple will provide a supplemental response to Interrogatory No. 3 by March 31, 2026. Apple will substantially complete its full data productions, on a rolling basis, six weeks after the parties agree on the parameters for production of a database or data set. The parties anticipate reaching agreement on parameters for full productions by April 29, 2026, to facilitate substantial completion of all data productions by June 10, 2026. Apple

will produce agreed upon raw data for agreed upon studies, reports, and analyses responsive to Request for Production No. 63 on a rolling basis with certain data being produced by April 15, 2026 and other data by June 10, 2026.

Respectfully submitted,

/s/ Aaron M. Sheanin
Aaron M Sheanin
Trial Attorney, San Francisco Office
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Telephone: (202) 709-1490
Email: aaron.sheanin@usdoj.gov

JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ David H. Reichenberg
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

/s/ Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

/s/ Craig S. Primis
Craig S. Primis, P.C.
Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

/s/ Devora W. Allon
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Apple Inc.*

Aaron M. Sheanin
Trial Attorney
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102

*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

## CERTIFICATE OF SERVICE

I hereby certify that the above letter and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allon, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on March 3, 2026.

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*