

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

March 5, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *United States of America, et al. v. Apple Inc.*
            No. 2:24-cv-04055 (JXN-LDW)
            Joint Proposal for Briefing Agency Discovery Disputes

Dear Judge Wettre:

        Pursuant to the Court's Text Order entered on February 27, 2026, Dkt. 380, Plaintiff United States of America and Defendant Apple Inc. ("Apple") respectfully propose April 16, 2026 as a mutually agreeable date for the submission of a joint dispute letter on the issue of federal agency discovery involving 14 federal agencies.[1] The parties request that each side be allowed up to 9 pages total for the joint dispute letter.

        The United States will not know until it reviews Apple's submission and confers with the affected agencies whether it will be required to address issues that implicate classified, national-security-related, or otherwise protected information with respect to any federal agency. If it is necessary to seek leave to invoke procedures for the protection against unauthorized disclosure of any classified, national-security-related, or otherwise protected information in the custody of the United States District Courts, *see, e.g.*, 18 App. 3 U.S.C. § 9, the schedule may require modification. Apple's position is that it is not seeking the production of classified materials and thus the above-referenced procedures will be unnecessary.

---

[1] The 14 agencies are: Central Intelligence Agency, Department of Commerce, Department of Homeland Security, Department of Labor, Department of State, Department of War, Federal Bureau of Investigation, Federal Trade Commission, General Services Administration, National Aeronautics and Space Administration, National Security Agency, Office of the Director of National Intelligence, Office of Management and Budget, and the Office of Personnel Management.

If the above briefing schedule and structure meets Your Honor's approval, the parties respectfully request that Your Honor "so order" this letter and enter it on the docket.

Respectfully submitted,

/s/ Aaron M. Sheanin
Aaron M Sheanin
Trial Attorney, San Francisco Office
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Telephone: (202) 709-1490
Email: aaron.sheanin@usdoj.gov
JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ David H. Reichenberg
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: david.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

/s/  Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

/s/  Craig S. Primis
Craig S. Primis, P.C.
Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

/s/  Devora W. Allon
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Apple Inc.*

SO ORDERED: 3/9/2026

_____
Hon. Leda D. Wettre, U.S.M.J.