**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055<br><br>**CERTIFICATION OF ALEXANDRA SPRING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Alexandra Spring, of full age, hereby certify as follows:

1.      I am an attorney at law of Vermont and an Assistant Attorney General with the Vermont Attorney General's Office ("VT"), with offices located at 109 State St, Montpelier, Vermont.  I represent VT, by and through the Attorney General Charity R. Clark, in antitrust and related enforcement actions, which is a complex field of law in which I specialize.  This certification is made in support of my application for admission *pro hac vice* to the United States District Court for the District of New Jersey for the purpose of representing VT in the above-captioned matter.  I am fully familiar with the facts of this certification and the facts of this case.

2.      I am a member in good standing of the bar of Vermont, admitted in 2022. The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

Office of Attorney Licensing
Costello Courthouse
32 Cherry St., Suite 213
Burlington, VT 05401

3.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. Upon admission *pro hac*, I am aware of my continuing obligation to promptly advise the Court of the institution and disposition of any disciplinary proceedings, during the period of my *pro hac* admission.

4.    I have reviewed the rules of Judicial Ethics and Professional Responsibility and the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those Rules.

5.    As an employee and representative of a sister state, I am exempted from making annual payments to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:21-2(a)(1). Upon admission *pro hac vice*, I understand that I must complete and submit to the New Jersey Lawyers' Fund for Client Protection the 2026 "Pro Hac Vice Admission in New Jersey" form, indicating my exempted status.

6.    In accordance with Local Civil Rule 101.1(c)(3), upon admission *pro hac vice*, payment in the amount of $250.00 will be forwarded to the Clerk, United States District Court.

7.    I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court and may not withdraw as counsel without leave of this Court before the action is terminated. I agree to comply with the requirements of Local Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 concerning contingent fees.

8.    I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing VT in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CHARITY R. CLARK
ATTORNEY GENERAL OF VERMONT

_____
ALEXANDRA SPRING
Assistant Attorney General
109 State St
Montpelier, Vermont
Telephone: (802) 828 5529
Email: alexandra.spring@vermont.gov

Dated:  March 11, 2026