**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055 (JXN-LDW)<br><br>**ORDER ADMITTING ELANOR SANDS**<br>***PRO HAC VICE*** |

**THIS MATTER** having been presented to the Court by Plaintiff State of New Jersey, by and through the Attorney General Jennifer Davenport ("New Jersey"), for the entry of an Order pursuant to Local Rule 101.1(c) admitting *pro hac vice* counsel Elanor Sands representing the Plaintiff District of Columbia, by and through its Attorney General; and New Jersey having agreed to act as local counsel; and Defendant Apple Inc. having consented to the *pro hac* admission of the above named counsel for the Plaintiff District of Columbia; and for good cause having been shown:

**IT IS** on this  1st  day of ___April___ , 2026:

**ORDERED** that Elanor Sands is hereby admitted *pro hac vice* for purposes of representing the District of Columbia in this matter; and it is further

**ORDERED** that Elanor Sands shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; and it is further

**ORDERED** that Andrew F. Esoldi or another member the Office of the Attorney General of the State of New Jersey admitted to practice in the District of New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served

with all papers in this action and such service shall be deemed sufficient service upon counsel; (c)

sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings;

and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

**ORDERED** that Elanor Sands shall comply with her obligations with respect to the New

Jersey Lawyers' Fund for Client Protection, if any, as provided by New Jersey Court Rules 1:21-

2(a)(1) and 1:28-2(a); and it is further

**ORDERED** that Elanor Sands shall pay $250.00 to the Clerk of the United States District

Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil

Rule 101.1(c)(3).

**SO ORDERED:**

_____

Hon. Leda Dunn Wettre
United States Magistrate Judge