**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055 (JXN-LDW)<br><br>**ORDER ADMITTING JIMMIE BOUCHILLON WEBB *PRO HAC VICE*** |

**THIS MATTER** having been presented to the Court by Plaintiff State of New Jersey, by and through the Attorney General Jennifer Davenport ("New Jersey"), for the entry of an Order pursuant to Local Rule 101.1(c) admitting *pro hac vice* counsel Jimmie Bouchillon Webb representing the Plaintiff State of Tennessee, by and through its Attorney General; and New Jersey having agreed to act as local counsel; and Defendant Apple Inc. having consented to the *pro hac* admission of the above named counsel for the Plaintiff State of Tennessee; and for good cause having been shown:

**IT IS** on this  1st  day of ____April____, 2026:

**ORDERED** that Jimmie Bouchillon Webb is hereby admitted *pro hac vice* for purposes of representing the State of Tennessee in this matter; and it is further

**ORDERED** that Jimmie Bouchillon Webb shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Andrew F. Esoldi or another member the Office of the Attorney General of the State of New Jersey admitted to practice in the District of New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served

with all papers in this action and such service shall be deemed sufficient service upon counsel; (c)

sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings;

and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

ORDERED that Jimmie Bouchillon Webb shall comply with his obligations with respect

to the New Jersey Lawyers' Fund for Client Protection, if any, as provided by New Jersey Court

Rules 1:21-2(a)(1) and 1:28-2(a); and it is further

ORDERED that Jimmie Bouchillon Webb shall pay $250.00 to the Clerk of the United

States District Court for the District of New Jersey for admission *pro hac vice* in accordance with

Local Civil Rule 101.1(c)(3).

SO ORDERED:

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge