

| MIKIE SHERRILL | *State of New Jersey* | JENNIFER DAVENPORT |
|---|---|---|
| *Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY | *Attorney General* |
| DR. DALE G. CALDWELL | DIVISION OF LAW | MICHAEL C. WALTERS |
| *Lt. Governor* | PO Box 45029 | Director |
| | Newark, NJ 07101 | |

April 1, 2026

<u>VIA ECF</u>

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:  *United States, et al. v. Apple Inc.* Case No. 2:24-cv-04055 (JXN-LDW)
> *Notice of Substitution of Counsel*

Dear Judge Wettre:

      This Office, by and through the Attorney General Jennifer Davenport, represents the Plaintiff State of New Jersey ("New Jersey") in the above-captioned matter. Please take notice that the Plaintiff District of Columbia substitutes as its attorney of record in this action Elanor Sands, Assistant Attorney General, in place of C. William Margrabe. All pleadings and other papers should be served upon Assistant Attorney General Elanor Sands who was admitted *Pro Hac Vice* on behalf of Plaintiff District of Columbia in this matter on April 1, 2026. ECF No. 403. Assistant Attorney General C. William Margrabe should be removed as attorney of record for the District of Columbia. Your Honor's time and consideration of this matter are greatly appreciated.

      Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: _____

      Andrew F. Esoldi
      Deputy Attorney General
      Antitrust Litigation and Competition Enforcement
      124 Halsey Street, 5th Floor
      P.O. Box 45029
      Newark, New Jersey 07102
      Tel: (609)-696-5465
      Email: Andrew.esoldi@law.njoag.gov

Encs.
CC:  All Counsel of Record (via ECF)



124 Halsey Street, 5th Floor Newark, NJ 07102• TELEPHONE: (609)-696-5465• FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*