

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

March 31, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** ***United States of America, et al. v. Apple Inc.***
> **No. 2:24-cv-04055 (JXN-LDW)**
> **Request to Modify Pages Allowed for Briefing the Agency Discovery Dispute**

Dear Judge Wettre:

Plaintiff United States of America respectfully requests that the number of pages allowed for each side to brief the agency discovery dispute in a joint letter be increased from 9 to 11 pages [*see* ECF 389, Order of March 9, 2026]. Defendant Apple Inc. ("Apple") has authorized the United States to advise the Court that Apple takes no position on the United States' request and defers to the Court, but respectfully asks that Apple be permitted the same number of pages if the Court grants the United Sates' request.

If this request meets Your Honor's approval, the United States respectfully requests that Your Honor "so order" this letter and enter it on the docket.

Respectfully submitted,

| | |
|---|---|
| */s/   Jonathan H. Lasken* | */s/   Liza M. Walsh* |
| Jonathan H. Lasken | Liza M. Walsh |
| Assistant Section Chief, | Douglas E. Arpert |
| Anti-Monopoly and Collusion Enforcement | WALSH PIZZI O'REILLY FALANGA LLP |
| Section | Three Gateway Center |
| United States Department of Justice, | 100 Mulberry Street, 15th Floor |
| Antitrust Division | Newark, New Jersey 07102 |
| 450 5th Street, N.W. | Tel.: (973) 757-1100 |
| Washington, DC 20530 | Email: lwalsh@walsh.law |
| Telephone: (202) 598-6517 | Email: darpert@walsh.law |
| Email: jonathan.lasken@usdoj.gov | |

1

*Attorney for the United States and Fourteen Federal Agencies*

JENNIFER DAVENPORT
Attorney General of New Jersey

*/s/ David H. Reichenberg*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: david.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

*/s/ Craig S. Primis*
Craig S. Primis, P.C.
Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

*/s/ Devora W. Allon*
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Apple Inc.*

SO ORDERED: 4/1/2026

_____
Hon. Leda D. Wettre, U.S.M.J.

2