**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>          Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 18, 2026 case management conference before the undersigned, and for good cause shown,

**IT IS, on this 6th day of April 2026, ORDERED** that the Pretrial Scheduling Order entered June 5, 2025 (ECF 270) is hereby amended as follows:

1. Data productions shall be substantially completed on or before **June 10, 2026**.

2. Contention interrogatories shall not be served before **December 30, 2026** unless otherwise permitted by the Court.  Responses to contention interrogatories shall be served on or before **February 12, 2027**.  If a response to a contention interrogatory or portion thereof calls for expert opinion to be addressed in expert discovery, the response to that contention interrogatory or portion thereof shall be served on or before **July 23, 2027**.

3. Fact discovery is extended through **January 29, 2027**.  No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

4. All affirmative expert reports shall be delivered by **March 5, 2027**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by **April 19, 2027**.  Any such report shall comport with the form and content requirements referenced above.

6. All reply expert reports shall be delivered by **May 17, 2027**.

7. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **July 9, 2027**.

8. The parties shall appear for an in-person case management conference before the undersigned on **May 27, 2026 at 10:00 a.m.**  in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse.  The parties shall submit a joint status letter to the Court no later than **May 13, 2026**.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge
