**WALSH**
**PIZZI**
**O'REILLY**
**FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

April 6, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *United States of America, et al. v Apple Inc.*
>        **Civil Action No.: 2:24-cv-04055 (JXN-LDW)**
>
>        *In re: Apple Inc. Smartphone Antitrust Litigation*
>        **Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matters. We write to respectfully request leave of Court for Apple to file a Motion for Issuance of a Letter of Request under the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, attached as Exhibit 1, to Samsung Electronics Co., Ltd. in the Republic of Korea. As demonstrated in the enclosed proposed motion papers, Apple's Letter of Request seeks internal business reports, strategic plans, and data regarding Samsung's smartphone, smartwatch, and app store businesses.

Apple appreciates the Court's consideration and is available should Your Honor or Your Honor's staff have any questions or wish to discuss this request.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF)

WALSH PIZZI O'REILLY FALANGA LLP    |    ATTORNEYS AT LAW    |    NEWARK    |    NEW YORK    |    PHILADELPHIA