# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 2:24-cv-04055<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br><br>**RETURN DATE:  May 4, 2026** |
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-MD-3113<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>*Document filed electronically* |

**APPLE INC.'S NOTICE OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION TO SAMSUNG ELECTRONICS CO., LTD. IN THE REPUBLIC OF KOREA**

TO: All Counsel

**COUNSEL**:

**PLEASE TAKE NOTICE** that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, shall move before the Honorable Leda D. Wettre, U.S.M.J., at a date and time to be determined by the Court, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order issuing a Request for International Judicial Assistance pursuant to 28

U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No 7444, 23 U.S.T. 25555 to Samsung Electronics Co., Ltd. in the Republic of Korea.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Apple will rely on its Memorandum in Support of Apple Inc.'s Motion for Issuance of a Letter of Request Under the Hague Evidence Convention to Samsung Electronics Co., Ltd. in the Republic of Korea, the Declaration of Julian Kleinbrodt with Exhibits A–C annexed thereto, and any additional replies or submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Apple will appear for argument on this Motion or provide any other information if requested by the Court.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: April 7, 2026

Respectfully submitted,

Cynthia E. Richman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street. N.W.
Washington, DC 20036
Tel.:    (202) 955-8500
Email: crichman@gibsondunn.com

By:*/s/ Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.:    (973) 757-1100
Email:  LWalsh@walsh.law
             DArpert@walsh.law

Daniel G. Swanson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.:    (213) 219-7000
Email: dswanson@gibsondunn.com

Joseph R. Rose (*pro hac vice*)
Julian W. Kleinbrodt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.:    (415) 393-8200
Email: jrose@gibsondunn.com
             jkleinbrodt@gibsondunn.com

Connor S. Sullivan (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Tel.:    (415) 351-4000
Email: cssullivan@gibsondunn.com

*Counsel for Defendant Apple Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2026, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Liza M. Walsh*
Liza M. Walsh