# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 2:24-cv-04055<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-MD-3113<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

## DECLARATION OF JULIAN KLEINBRODT IN SUPPORT OF APPLE INC.'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION TO SAMSUNG ELECTRONICS CO., LTD. IN THE REPUBLIC OF KOREA

Gibson, Dunn &
Crutcher LLP

I hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California, and have been admitted *pro hac vice* to practice before this Court pursuant to Case Management Order #1 (ECF 7).  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case.  I submit this declaration in support of Apple's Motion for Issuance of A Letter of Request to Samsung Electronics Co., Ltd. pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444, and 28 U.S.C. § 1781.

2.    Attached hereto as **Exhibit A** is Apple's Request for International Judicial Assistance Pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No 7444, 28 U.S.T. 2555, including Exhibit 1 thereto.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Apple Inc.'s subpoena to Samsung Electronics America, Inc., served in *United States v. Apple Inc.*, No. 2:24-cv-04055-JXN-LDW (D.N.J.) and *In re: Apple Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW (D.N.J.) on January 30, 2026.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the Objections and Responses from Samsung Electronics America, Inc. served on February 25, 2026 in response to Apple Inc.'s subpoena.

Gibson, Dunn & Crutcher LLP

1

DATED:  April 7, 2026                    GIBSON, DUNN & CRUTCHER LLP


By: _/s/ Julian Kleinbrodt_
Julian Kleinbrodt
*Attorney for Apple Inc.*