

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

April 14, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:  ***United States of America, et al. v Apple Inc.***
> ***Civil Action No.: 2:24-cv-04055 (JXN-LDW)***

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter.

We write on behalf of the parties to respectfully request that the Court unseal the Exhibits to the parties' Joint Discovery Dispute Letter regarding Apple's Response to Plaintiffs' Interrogatory Number 6 (ECF Nos. 399-400). Exhibit B, Appendix S to Exhibit D, and Appendix V to Exhibit D (ECF No. 400) were filed under seal out of an abundance of caution in order to allow Apple to confirm whether the submissions contained internal or third-party confidential information. Apple has since confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement directing the Clerk to unseal ECF No. 400 in its entirety. Thank you for Your Honor's continued attention to and assistance in this matter.

> Respectfully submitted,
>
> *s/Liza M. Walsh*
>
> Liza M. Walsh

cc:  All Counsel of Record (via ECF)

SO ORDERED:  4/15/2026

_____
Hon. Leda D. Wettre, U.S.M.J.