**Appendix A**

*United States v. Apple*: **Apple's Final Compromise Proposal for Federal Agency Discovery**

| No. | Agency | Request |
|---|---|---|
| 1 | CIA, Commerce, DHS, DoD, FBI, FTC, GSA, Labor, NASA, NSA, ODNI, OMB, OPM, State | Documents sufficient to show the make, model, quantity, and price of Smartphones and Wearables You purchased from 2016 to present. |
| 2 | CIA, Commerce, DHS, DoD, FBI, FTC, GSA, Labor, NASA, NSA, ODNI, OMB, OPM, State | All requests for proposal You sent to, or solicitation materials or responses to requests for proposal that You received from, any Smartphone or Wearables manufacturers or telecommunications carriers for acquisition of Smartphones or Wearables from 2016 to present. |
| 3 | CIA, Commerce, DHS, DoD, FBI, FTC, GSA, Labor, NASA, NSA, ODNI, OMB, OPM, State | All Documents relating to Your reasons for acquiring or using any particular make or model of Smartphone or Wearable from 2016 to present, including but not limited to Your evaluation of the safety, security, privacy, and user-friendliness of Smartphones and Wearables from 2016 to present. |
| 4 | CIA, Commerce, DHS, DoD, FBI, FTC, GSA, Labor, NASA, NSA, ODNI, OMB, OPM, State | Documents sufficient to show any recommendation You made or policy You adopted about the acquisition or usage of any particular make or model of Smartphone or Wearable from 2016 to present. |
| 5 | BLS within Labor | Documents sufficient to show the price of iPhone or other Smartphones offered by Smartphone manufacturers or telecommunications carriers, including historical pricing data related to Smartphones from 2016 to present. |
| 6 | DHS, GSA, Labor, NASA, OMB | Documents sufficient to show any prohibition or recommendation against acquiring Smartphones manufactured by any foreign entity, including Smartphones manufactured by Huawei or Xiaomi from 2016 to present. |
| 7 | BLS within Labor | Documents sufficient to show U.S. and global market share of each Smartphone or Wearable manufacturer, as well as Documents relied upon by BLS in calculating those market shares, from 2016 to present. |
| 8 | Commerce, DHS, FBI, FTC, NSA, OPM | Documents sufficient to show any issued guidance about the usage of any Smartphone App, including Messages Apps or Super Apps, as well as any memoranda and written analyses related to any such formal guidance from 2021 to present. |

| No. | Agency | Request |
|---|---|---|
| 9 | CIA, DHS, DoD, FBI, FTC, NSA, ODNI | Documents sufficient to show any concerns, evaluations, recommendations, or other assessments or guidance related to risks associated with operating systems other than iOS or app marketplaces other than the App Store, including any assessments related to the risks of Sideloading from 2016 to present. |
| 10 | CIA, NSA, ODNI | Documents sufficient to show concerns related to the Open App Markets Act (S.2710 and H.R.5017) or the American Innovation and Choice Online Act (S.2992 and H.R.3816) from August 1, 2021 to January 3, 2023. |
| 11 | CIA, Commerce, DHS, DoD, FBI, FTC, GSA, Labor, NASA, NSA, ODNI, OMB, OPM, State | Documents sufficient to show any privacy or security considerations that You considered in evaluating, implementing, or recommending any policies or procedures regarding selection or use of web browsers by federal officers and employees, including policies or procedures related to the use of Safari or Chrome. |
| 12 | GSA | Documents sufficient to show to any assessments of the privacy, safety, or security considerations associated with enabling federal employees to add employee identification cards to any Digital Wallet, including Apple Wallet, Google Wallet, and Samsung Wallet. |
| 13 | GSA | Documents sufficient to show any actual or contemplated policies regarding the use of Cross-Platform Cloud Storage Apps, including any consideration of the security or privacy considerations related to different cloud storage solutions, including iCloud, Box, SharePoint, Google Drive, and Dropbox. |
| 14 | DHS, DoD, FBI, GSA, Labor, State | Documents sufficient to show Your reasons to maintain an Apple Developer Enterprise Program, and any memoranda and written analyses of the agency's involvement in the Apple Developer Enterprise Program from 2016 to present. |

2