**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES, et al., | |
| *Plaintiffs,* | |
| v. | **Case No. 2:24-cv-04055 (JXN-LDW)** |
| APPLE, INC. | |
| *Defendant.* | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTE that the appearance of C. William Margrabe for Plaintiff District of Columbia in the above-captioned matter is hereby withdrawn. The District of Columbia will continue to be represented in this matter by Elanor Sands, who has been admitted *pro hac vice.* (ECF No. 403.)

Dated:  April 21, 2026

Respectfully submitted,

*/s/ C. William Margrabe*
C. William Margrabe (Bar # 221042017)
Assistant Attorney General
Public Advocacy Division
400 Sixth Street, NW, 9th Floor
Washington, D.C. 20001
Phone: (202) 769-6132
Email: will.margrabe@dc.gov

*Counsel for Plaintiff District of Columbia*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the counsel who have registered with this court.

/s/ C. William Margrabe
C. William Margrabe

Dated: April 21, 2026