## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES, et al.,

        *Plaintiffs,*

v.

APPLE, INC.

        *Defendant.*

**Case No. 2:24-cv-04055 (JXN-LDW)**

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTE that the appearance of C. William Margrabe for Plaintiff District of Columbia in the above-captioned matter is hereby withdrawn. The District of Columbia will continue to be represented in this matter by Elanor Sands, who has been admitted *pro hac vice.* (ECF No. 403.)

Dated: April 21, 2026

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** _____4/22/2026_____

Respectfully submitted,

*/s/ C. William Margrabe*
C. William Margrabe (Bar # 221042017)
Assistant Attorney General
Public Advocacy Division
400 Sixth Street, NW, 9th Floor
Washington, D.C. 20001
Phone: (202) 769-6132
Email: will.margrabe@dc.gov

*Counsel for Plaintiff District of Columbia*