# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN XAVIER NEALS**
**UNITED STATES DISTRICT JUDGE**

**MARTIN LUTHER KING BLDG.**
**& U.S. COURTHOUSE**
**50 Walnut Street**
**Newark, NJ 07102**
**(973) 645-6042**

---

TO:        Counsel of Record

FROM:     Julien Xavier Neals, U.S.D.J.

DATE:      May 5, 2026

RE:         ***United States v. Apple Inc.*, 24-cv-04055 (JXN)(LDW)**
              ***In re Apple Inc. Smartphone Antitrust Litigation*, 24-md-3113 (JXN)(LDW)**

---

The purpose of this memorandum is to notify the parties that the Court intends to appoint Jose L. Linares, U.S.D.J. (ret.), Ronald J. Hedges, U.S.M.J. (ret.), and Peter F. Bariso, Jr., A.J.S.C. (ret.) as special discovery masters in the above-captioned matters. The Court makes the following findings in support of the appointment of special masters:

1.      Pursuant to Rule 53(a)(1)(C) of the Federal Rules of Civil Procedure, the Court may, after giving the parties notice and an opportunity to be heard, appoint one or more special masters to "address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district."

2.      "[M]ultidistrict litigation 'presents a special situation, in which the district judge must be given wide latitude with regard to case management[.]'" *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 687 F. App'x 210, 214 (3d Cir. 2017) (citation omitted). "[U]tilization of a master is appropriate to perform 'some other time consuming or detailed tasks that the district

court judge or a magistrate judge would be less efficient in accomplishing.'" *Luppino v. Mercedes Benz USA, LLC*, 09-5582, 2013 WL 5025229, at *3 (D.N.J. Sept. 11, 2013) (quoting *Prudential Ins. Co. of Am. v. U.S. Gypsum Co.*, 991 F.2d 1080, 1085 (3d Cir. 1993). Therefore, "Courts in this Circuit have appointed special masters to oversee and facilitate complicated and contentious discovery." *Id.*

3.      The above-referenced matters include an antitrust enforcement action by the United States Department of Justice and approximately 30 related private actions that have been centralized in the District of New Jersey as *In re Apple Inc. Smartphone Antitrust Litigation*, MDL No. 3113. The MDL consists of three plaintiff groups: Direct iPhone Purchasers, Indirect iPhone Purchasers, and Apple Watch Purchasers.

4.      The Court has closely managed the progression of these cases since their inception. Both parties and non-parties have raised numerous discovery disputes, and the Honorable Leda Dunn Wettre, U.S.M.J., has devoted a substantial amount of time to resolving these disputes. (*See, e.g.*, Civil Action No. 24-4055, ECF Nos. 117, 123, 154, 156, 157, 254, 259, 303, 320, 321, 351, 353, 365, 378, 384, 387.) However, disputes continue to be filed in the Government enforcement action (ECF Nos. 399, 413, 422), and the Court anticipates a similar volume of disputes to arise in the MDL. (*See e.g.*, MDL No. 3113, ECF Nos. 131, 169, 178, 179.) Given the complexity of these actions, the number of parties involved, and the volume and nature of discovery being sought and produced, the Court foresees that these cases will continue to demand a level of case management that is not sustainable given the docket congestion in this District and the press of other matters on the Court's docket.

5.      Accordingly, the Court deems it appropriate to appoint special masters to assist with the prompt mediation and/or resolution of the increasing number of discovery and other

anticipated disputes in these matters pursuant to Rule 53. Due to the complexity, number of parties, volume, and nature of discovery, as well as other anticipated and unanticipated demands, the parties are advised that the Court is considering appointing three special masters. Jose L. Linares, U.S.D.J. (ret.) charges an hourly rate of $1,500. Ronald J. Hedges, U.S.M.J. (ret.) charges an hourly rate of $750. Peter F. Bariso, Jr., A.J.S.C. (ret.) charges an hourly rate of $750. The special masters will be responsible for discovery disputes in both the Government enforcement action and the MDL. No single master will be assigned exclusively to any case. To fulfill their respective responsibility efficiently and cost-effectively, the special master shall, at the special master's sole discretion and whenever practicable, employ assistant lawyers at the special master's law firm, selected by the special master, under their supervision and control. The rates of any assistant lawyers shall be disclosed prior to appointment.

6.      Twenty (20) days from the date hereof, the parties in *United States v. Apple Inc.,* 24-cv-4055 (JXN)(LDW) and *In re Apple Inc. Smartphone Antitrust Litigation,* 24-md-3113 (JXN)(LDW), respectively, shall indicate their consent or opposition to the appointment of Jose L. Linares, U.S.D.J. (ret.), Ronald J. Hedges, U.S.M.J. (ret.), and Peter F. Bariso, Jr., A.J.S.C. (ret.) as special discovery masters. Counsel shall also begin to meet and confer on a proposed form of Order for the appointment of the special masters.

**JULIEN XAVIER NEALS**
**United States District Judge**