AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                            .

Date:      05/14/2026

s/ Miriam M. Arghavani
*Attorney's signature*

Miriam M. Arghavani (CA Bar No. 334536)
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
*Address*

miriam.arghavani@usdoj.gov
*E-mail address*

(202) 374-6582
*Telephone number*

(202) 616-2441
*FAX number*

Miriam M. Arghavani
Trial Attorney
United States Department of Justice,
Antitrust Division
450 Golden Gate Ave, Suite 10-0101
San Francisco, CA 94102

*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC. <br><br> *Defendants*. | Case No. 2:24-cv-04055-JXN-LDW |

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice and this Certificate of Service were served upon defendant's counsel, Liza M. Walsh, Esq., Craig S. Primis, Esq., Devora W. Allon, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by CM/ECF on May 14, 2026.

*/s/ Miriam M. Arghavani*
Miriam M. Arghavani
United States Department of Justice,
Antitrust Division
*Attorney for Plaintiff United States*