**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

May 18, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *United States of America, et al. v Apple Inc.*
       **Civil Action No.: 2:24-cv-04055 (JXN-LDW)**

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Apple submits this informal application for the *pro hac vice* admission of Robert D. Keeling and Ray Mangum of the law firm Redgrave LLP in this matter. Counsel for Plaintiffs consent to this application.

In support of this application, enclosed please find the following:

- Certification of Robert D. Keeling;
- Certification of Ray Mangum;
- Certification of Liza M. Walsh in support of the application for the *pro hac vice* admission; and
- Proposed Consent Order Granting the *pro hac vice* admission.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc:    All Counsel of Record (via ECF)

WALSH PIZZI O'REILLY FALANGA LLP    |    ATTORNEYS AT LAW    |    NEWARK    |    NEW YORK    |    PHILADELPHIA