Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 <br> (JXN-LDW) <br><br> **CERTIFICATION OF ROBERT D. KEELING IN SUPPORT OF *PRO HAC VICE* ADMISSION** <br><br> *Filed Electronically* |

I, Robert D. Keeling, pursuant to 28 U.S.C. §1746, certify as follows:

1.      I am a partner with the law firm Redgrave LLP.  My business address is 601 Pennsylvania Avenue NW, Suite 900 - South Building, Washington, DC 20004.  I make this Declaration in support of the motion to admit me *pro hac vice* for purposes of appearing on behalf of Defendant Apple Inc. ("Defendant") in this matter.

2.      I was admitted to the bar of the State of Virginia in 2000. The office and address of the official maintaining the roll of members for the State of Virginia is the Virginia State Bar, Membership Department, Suite 1500, 707 East Main Street, Richmond, VA 23219-2800.

3.      I was admitted to the bar of the District of Columbia in 2003. The office and address of the official maintaining the roll of members for the bar of the District of Columbia is

The District of Columbia Bar, Office of Admissions, 901 4th Street, NW, Washington, DC 20001.

4.    I was admitted to the Bar for the United States Court of Appeals for the Fourth Circuit in 2002. The Clerk's Office for the United States Court of Appeals for the Fourth Circuit, located at 1100 East Main Street, Suite 501, Richmond, VA 23219, maintains the roll of all members of the Bar of the United States Court of Appeals for the Fourth Circuit.

5.    I was admitted to the Bar for the United States District Court for the Eastern District of Virginia in 2000. The Clerk's Office for the United States District Court for the Eastern District of Virginia, Attorney Admissions, located at 401 Courthouse Square, Alexandria, VA 22314, maintains the roll of all members of the Bar of the United States District Court for the Eastern District of Virginia.

6.    I was admitted to the Bar for the United States District Court for the Western District of Virginia in 2003. The Clerk's Office for the United States District Court for the Western District of Virginia, Attorney Admissions, located at 210 Franklin Road S.W., Suite 540, Roanoke, VA 24011, maintains the roll of all members of the Bar of the United States District Court for the Western District of Virginia.

7.    I am a member in good standing and eligible to practice in each of the courts listed above.

8.    I understand that I have a continuing obligation to notify the Court of any matter affecting my standing to the Bar of the District of Columbia or the Bar of the State of Virginia or of any other court in which I am admitted to practice.

9.    There are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction.

10.    I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the Rules of Professional Conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to the practice of law in this State, and the Local Rules of the United States District Court for the District of New Jersey, particularly the requirements of Local Rule 101.1(c).

11.    I will make any required payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

12.    If admitted *pro hac vice,* I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the State of New Jersey will make all court appearances unless otherwise excused by the Court and will sign all pleadings submitted on behalf of Defendant in this litigation.

13.    In light of the foregoing, I respectfully request that I be admitted *pro hac vice* for the purpose of representing Defendant in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in New Jersey Courts as required by Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: May 5, 2026

_____
Robert D. Keeling