Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:24-cv-04055 (JXN-LDW) <br><br> **CERTIFICATION OF LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify:

1.    I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendant Apple Inc. ("Apple") in connection with the above-captioned action.  I am a member in good standing of the bar of this Court.

2.    I submit this certification in support of Apple's application for the *pro hac vice* admission of Robert D. Keeling and Ray Mangum of the law firm Redgrave LLP in this matter pursuant to Local Civil Rule 101.1(c).

3.    Robert D. Keeling is a co-managing partner of the firm Redgrave LLP. Mr. Keeling is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Robert D. Keeling filed simultaneously with these papers.

4.    Ray Mangum is a partner of the firm Redgrave LLP. Mr. Mangum is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Ray Mangum filed simultaneously with these papers.

5.    I am confident that Robert D. Keeling and Ray Mangum are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules. I have agreed to work with Robert D. Keeling and Ray Mangum in this action.

6.    I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the State of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleagues and will ensure that Robert D. Keeling and Ray Mangum will comply with Local Rule 101.1(c) should this application be granted.

7.    I further agree that I, or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey, will continue to make all court appearances unless otherwise excused by the Court.

8.    Plaintiffs, through counsel, have consented to the *pro hac vice* admissions of Robert D. Keeling and Ray Mangum.

9.    For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Robert D. Keeling and Ray Mangum to appear *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2026

WALSH PIZZI O'REILLY FALANGA LLP

/s/ *Liza M. Walsh*

Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*