**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

May 26, 2026

**VIA ECF**

Honorable Julien Xavier Neals, U.S.D.J.
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** *United States of America, et al. v Apple Inc.*
> **Civil Action No.: 2:24-cv-04055 (JXN-LDW)**
>
> *In re: Apple Inc. Smartphone Antitrust Litigation*
> **Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Neals and Judge Wettre:

This firm, together with Kirkland & Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matters. We write in accordance with the Court's Memorandum to indicate Apple's consent to the appointment of Jose L. Linares, U.S.D.J. (ret.), Ronald J. Hedges, U.S.M.J. (ret.), and Peter F. Bariso, Jr., A.J.S.C. (ret.) as special discovery masters. *See United States of America, et al. v Apple Inc.*, No.: 2:24-cv-04055, ECF No. 431; *In re: Apple Inc. Smartphone Antitrust Litigation*, No.: 2:24-md-3113, ECF No. 189.

We thank the Court for its consideration, and are available should Your Honors or Your Honors' staff have any questions.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh