**WALSH**
**PIZZI**
**O'REILLY**
**FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

May 28, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>    Re:    ***United States of America, et al. v Apple Inc.***
>    **Civil Action No.: 2:24-cv-04055 (JXN-LDW)**
>
>    ***In re: Apple Inc. Smartphone Antitrust Litigation***
>    **Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matters. We write on behalf of all parties in the above-captioned matters.

In accordance with Your Honor's May 20, 2026 Text Orders, the parties are diligently meeting and conferring to draft a single, jointly proposed Special Master Appointment Order across both cases. *See United States of America, et al. v Apple Inc.*, No.: 2:24-cv-04055, ECF No. 440; *In re: Apple Inc. Smartphone Antitrust Litigation*, No.: 2:24-md-3113, ECF No. 200. The parties believe they would benefit from additional time to continue their productive negotiations and thus jointly request a brief one-week extension of time until June 5, 2026, for the parties to submit the proposed Special Master Appointment Order to the Court.

If this request meets with the Court's approval, we respectfully ask that Your Honor sign and enter the proposed form of endorsement below. Thank you for Your Honor's kind attention to these matters.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF)

SO ORDERED: 5/29/2026

*Leda Dunn Wettre*

Hon. Leda D. Wettre, U.S.M.J.

WALSH PIZZI O'REILLY FALANGA LLP    |    ATTORNEYS AT LAW    |    NEWARK    |    NEW YORK    |    PHILADELPHIA