

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
P.O. Box 45029
NEWARK, NJ 07101

**MIKIE SHERRILL**
*Governor*

**DR. DALE G. CALDWELL**
*Lt. Governor*

**JENNIFER DAVENPORT**
*Attorney General*

**MICHAEL C. WALTERS**
*Director*

June 2, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

\*\* The Court does not intend to address this dispute at the June 23, 2026 case management conference.

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:**  6/4/2026

**RE:** *United States, et al. v. Apple Inc.*
*Civil No. 24-cv-04055 (JXN-LDW)*

Dear Judge Wettre:

I write on behalf of Plaintiffs pursuant to this Court's Order of May 20, 2026 regarding the upcoming June 23, 2026 case management conference. ECF No. 440. The Court's Order indicated that it will address only those disputes raised in the May 14, 2026 joint status letter (ECF No. 434). Plaintiffs respectfully seek guidance from the Court as to whether the parties' joint dispute letter concerning Apple's Rule 11 basis for its Second Affirmative Defense (ECF Nos. 399-400), submitted in accordance with the Court's Order during the status conference of March 18, 2026 (Tr. at 42:23 – 43:8), will be addressed at this case management conference. \*\*

Thank you for your consideration of this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ David H. Reichenberg*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov





124 Halsey Street · TELEPHONE: (609) 696–5365 · FAX: (973) 648-3479
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

*Attorney for Plaintiffs New Jersey, Arizona, California, District of Columbia, Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

CC:  All Counsel of Record (via ECF)