

**U.S. Department of Justice**

Antitrust Division

---

*San Francisco Office*

*450 Golden Gate Avenue*
*San Francisco, CA 94102-3478*

June 10, 2026

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

<div style="border:1px solid">

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** _____6/11/2026_____

</div>

> **Re:    United States, et al. v. Apple Inc.**
> **Case No. 2:24-cv-04055 (JXN-LDW)**
> **Notice of Withdrawal of Counsel**

Dear Judge Wettre:

This correspondence is submitted on behalf of Plaintiff the United States of America in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Sadev Parikh withdrawal as counsel for the United States, as he recuses himself from the case.

Mr. Parikh's withdrawal will not result in any delay, as Plaintiff the United States of America will continue to be represented by the other counsel from the U.S. Department of Justice who have entered appearances in this case, including the undersigned.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/  *Nolan J. Mayther*
Nolan Mayther
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102-3478
Telephone: (415)-229-2930
Nolan.Mayther@usdoj.gov

CC: All Counsel of Record (via ECF)