## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055-JXN-LDW |
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113-JXN-LDW |

### AFFIDAVIT OF HON. JOSE L. LINARES, U.S.D.J. (ret.)

State of New Jersey ) 
) ss: 
County of Essex )

I, Jose L. Linares, of full age and sound mind, being duly sworn according to law, upon my oath, depose and say:

1.    At the Court's direction (ECF No. 455), I submit this Affidavit pursuant to 28 U.S.C. § 455.

2.    I am a retired United States District Judge for the District of New Jersey.

3.    I am currently a partner with the law firm of McCarter & English, LLP in the firm's Newark, NJ office.

1

ME1\61521056.v1

4.    Upon receipt of the Court's June 18, 2026 Order, I caused McCarter & English, LLP to run a conflicts check on this matter.

5.    My firm, McCarter & English, LLP, has been adverse to both the U.S. Department of Justice and Apple Inc. in several unrelated matters.  McCarter has also represented several United States' agencies in unrelated intellectual property matters.

6.    I was not involved in any of these matters, nor do I have any personal knowledge regarding same.

7.    I personally have served as a mediator for both the U.S. Department of Justice and Apple Inc. in matters that are not related to the subject litigation.

8.    I have, nor have the aforementioned matters cause me to have, no personal bias or prejudice concerning any party in this matter.

9.    None of the aforementioned matters involve the subject dispute.  As such, I do not have personal knowledge of disputed evidentiary facts concerning the proceedings.

10.    I have never served as a lawyer in the matter in controversy in private practice nor did I oversee any portion of the matter while serving on the bench.

11.    I do not know any of the parties.

12.    No person within the third degree of relationship is a party in this action, related to a party in this action, or has any interest in this the outcome of this action.

13.    In reviewing the docket that the law firm of Walsh Pizzi O'Reilly Falanga, LLP is local counsel to Apple.  Therefore, I disclose the following:

    a.    My son, Joseph Linares, is a partner at the Walsh firm.  He will be leaving the Walsh firm and joining McCarter & English, LLP on July 6, 2026.

2

b.    I have been advised by Liza Walsh that he was walled off from this matter, and that he was not involved in the subject dispute in any way.  As such, there is no conflict of interest pertaining to Joseph Linares.

c.    In addition, Joseph Linares will be walled off from this matter upon his arrival at McCarter & English, LLP.

14.    As such, I am certain that I can serve as an impartial Special Master in this action, consistent with the requirements of 28 U.S.C. § 455.

I swear that the statements made in this affidavit are true and correct to the best of my knowledge, information, and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 22, 2026

_____

Hon. Jose L. Linares, U.S.D.J. (ret.)

Sworn and subscribed to before me
this 22nd day of June, 2026

_____
Notary Public

MARGARET LETON-SALDANA
Notary Public, State of New Jersey
Comm. # 2110920
My Commission Expires 6/13/2028

3

ME1\61521056.v1