Honorable Peter F. Bariso, Jr., A.J.S.C. (Ret.)
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, New Jersey  07094
(201) 348-6000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055-JXN-LDW |
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113-JXN-LDW |

## AFFIDAVIT OF HONORABLE PETER F. BARISO, JR., A.J.S.C. (RET.)

Honorable Peter F. Bariso, Jr., A.J.S.C. (Ret.), under penalty of perjury, declares as follows:

1.    I make this affidavit in accordance with 28 U.S.C. § 455 and Fed. R. Civ. P. 53(a)(2).

2.    I am a retired New Jersey Superior Court Judge and counsel with the law firm of Chasan Lamparello Mallon & Cappuzzo, PC.

3.    Chasan Lamparello Mallon & Cappuzzo, PC conducted a conflict check and no conflicts of interest were identified.

4.      Pursuant to Fed. R. Civ. P. 53(a)(2), I certify that I have reviewed the provisions governing disqualification under 28 U.S.C. § 455 and affirm that there are no grounds that would require my disqualification from serving as a Special Discovery Master in this case.

I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 23, 2026

_____
HON. PETER F. BARISO, JR., A.J.S.C. (Ret.)

Sworn and subscribed to before me
this 23nd day of June, 2026

_____
Notary Public

MICHELE F ANNESE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 29, 2031
COMMISSION: #2406718