**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>       Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW)<br><br><br>**ORDER** |

In accordance with the June 18, 2026 Special Master Appointment Order (ECF 455),

**IT IS** on this day, June 26, 2026, **ORDERED** that:

1. The dispute concerning Apple's request for federal agency discovery reflected in the joint dispute letter at ECF 422 is referred to Special Master Jose L. Linares.

2. The dispute concerning Apple's response to Plaintiffs' Interrogatory No. 6 reflected in the joint dispute letter at ECF 399 and exhibits at ECF 400 is referred to Special Master Peter F. Bariso, Jr.


　　　　　　　　　　　　　　*s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　United States Magistrate Judge