**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW) |
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113<br><br>24-md-3113 (JXN) (LDW) |

**THIS MATTER** having come before the Court by way of joint dispute letters concerning limits on the number of fact witness depositions (ECF 434 in 24-cv-4055; ECF 192 in 24-md-3113);

**IT IS** on this day, June 26, 2026, **ORDERED** that:

1.  In *United States v. Apple Inc.*, 24-cv-4055, each side is limited to 75 depositions of fact witnesses under Rule 30(b)(1) and Rule 45 of the Federal Rules of Civil Procedure. Each side may allocate the 75 depositions between party and non-party depositions at their discretion. Depositions of any of the 20 Plaintiff-States shall not count against Apple's total of 75 fact witness depositions.

2.  In *In re Apple Inc. Smartphone Antitrust Litigation*, 24-md-3113, the dispute concerning the number of incremental depositions the MDL Plaintiffs may take, in addition to any cross-noticed depositions in *United States v. Apple Inc.*, is resolved as follows. Each MDL

track (*i.e.*, Direct iPhone Purchaser Plaintiffs, Indirect iPhone Purchaser Plaintiffs, and Direct Apple Watch Purchaser Plaintiffs) may notice 7 additional fact witness depositions (allocated between party and non-party depositions at their discretion). Additionally, depositions of any of the class representatives shall not count against Apple's total of 75 fact witness depositions.

3. These depositions limits may be modified upon application to the Court and for good cause shown.

4. The parties shall incorporate these limits into a comprehensive, jointly proposed deposition protocol covering these actions.

*s/ Leda Dunn Wettre*

Hon. Leda Dunn Wettre
United States Magistrate Judge