

**U.S. Department of Justice**

Antitrust Division

---

*RFK Main Justice Building*

*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530-0001*

July 10, 2026

**<u>VIA ECF</u>**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101
RE: United States, et al. v. Apple Inc.
Civil No. 24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

The United States and the Plaintiff States (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple" and collectively, "Parties") respectfully submit this Joint Status Letter Regarding Data Discovery, as discussed with the Court during the status conference on June 23, 2026.

The Parties continue to make meaningful progress toward reaching agreements on the parameters for productions from Apple's financial and usage data sources. Each agreement on parameters begins the six-week clock for producing data from that source. Since the last status conference on June 23, the parties have met and conferred five times to discuss the technical feasibility and proportionality of Plaintiffs' data requests and follow-up queries. The six-week clock is in process for 3 datasets from 2 data sources. The Parties anticipate that the six-week clock will soon start on another 11 datasets from 6 data sources where the parties are near agreement or at agreement in principle. The Parties continue to make progress towards production on at least 14 additional datasets from 11 data sources. The data under discussion and being produced reflect the core of Plaintiffs' financial and usage data requests.

As part of this effort to date, Apple has provided Plaintiffs with 62 data samples from 27 data sources, totaling more than 72 million data points. Apple has provided full data productions of more than one hundred datasets from 6 data sources totaling more than 100 billion data points. These full data productions include raw data for agreed upon studies, reports, and analyses and also include financial data.

The Parties anticipate that the disputed discovery issue in the Parties' May 13, 2026 Joint Status Letter (ECF No. 434, at 15–20) will be resolved soon. Plaintiffs are not seeking guidance from the Court on this issue at this time. Once resolved, Plaintiffs anticipate withdrawing their request for additional 30(b)(6) deposition time.

The Parties agree that another court-ordered status update will be valuable for completing this process. The Parties will submit that update to the Court no later than July 31, 2026. If this timing meets with the Court's approval, we respectfully ask that Your Honor sign and enter the proposed form of endorsement at bottom. Thank you for Your Honor's kind attention to these matters.

Respectfully submitted,

s/ Matthew Mandelberg
Matthew Mandelberg
Antitrust Division, D.C. Office
United States Department of Justice
950 Pennsylvania Ave. NW Suite 3222
Washington, D.C 20530
Email: matthew.mandelberg@usdoj.gov
Phone: (202) 476-0483

JENNIFER DAVENPORT
Attorney General of New Jersey

/s/ David H. Reichenberg
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

/s/ Liza M. Walsh
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

/s/ Craig S. Primis
Craig S. Primis, P.C.
K. Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

/s/ Devora W. Allon
Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com
Attorneys for Defendant Apple Inc.

SO ORDERED:

_____
Hon. Leda D. Wettre, U.S.M.J.