AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-04055 |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date:     07/13/2026

s/ Garrett Windle
*Attorney's signature*

Garrett Windle (DC Bar No. 1618641)
*Printed name and bar number*

United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8700
Washington, DC 20530
*Address*

Garrett.Windle@usdoj.gov
*E-mail address*

(202) 894-4243
*Telephone number*

(202) 307-3754
*FAX number*

ROBERT FRAZER
United States Attorney

BY: GARRETT WINDLE
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7010
Washington, DC 20530
*Attorney for Plaintiff United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> APPLE INC. <br><br> *Defendant*. | Case No. 2:24-cv-04055-JXN-LDW |

## CERTIFICATE OF SERVICE

I hereby certify that a Notice of Appearance and this Certificate of Service were served upon defendant's counsel, Craig S. Primis, Esq., Devora W. Allen, Esq., and K. Winn Allen, Esq., 1301 Pennsylvania Avenue, NW, Washington, D.C., 20004, by electronic mail on July 13, 2026.

s/ Garrett Windle
Garrett Windle
Trial Attorney
United States Department of Justice
Antitrust Division
*Attorney for Plaintiff United States*