**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW) |
| IN RE APPLE SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113<br><br>24-md-3113 (JXN) (LDW) |

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

**IT IS** on this day, July 14, 2026, **ORDERED** that the parties shall appear before the undersigned for periodic case management conferences on the dates set forth below. All conferences will be held in person in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse. The case management conference in *United States v. Apple Inc.* will proceed first at 10:00 a.m., followed immediately by the MDL case management conference. The parties in each action shall file a joint status letter and proposed agenda to the Court no later than two weeks prior to the scheduled conference. The Court will hold case management conference on:

**September 16, 2026 at 10:00 a.m.**

**October 28, 2026 at 10:00 a.m.**

**December 9, 2026 at 10:00 a.m.**

**January 20, 2027 at 10:00 a.m.**

**March 3, 2027 at 10:00 a.m.**

**April 14, 2027 at 10:00 a.m.**

**May 26, 2027 at 10:00 a.m.**

**July 14, 2027 at 10:00 a.m.**

*s/ Leda Dunn Wettre*

Hon. Leda Dunn Wettre
United States Magistrate Judge
