

**CHASAN LAMPARELLO**
**MALLON & CAPPUZZO**

300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ 07094
201 348 6000 T
201 348 6633 F
CHASANLAW.COM

A PROFESSIONAL CORPORATION
LAW OFFICES
ESTABLISHED 1957

Peter F. Bariso, Jr., A.J.S.C. (ret.)
201 809 6056 DIRECT
PBARISO@CHASANLAW.COM

July 15, 2026

**Via ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    United States, <u>et al.</u> v. Apple Inc.
              Civil No. 24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

      On June 26, 2026, your Honor referred the dispute regarding Defendant Apple's response to Plaintiffs' Interrogatory No. 6 and Apple's Second Affirmative Defense (ECF No. 462) for my determination. After reviewing the March 31, 2026 joint dispute letter (ECF No. 399) and exhibits (ECF No. 400), I held an initial conference with the Parties on July 9, 2026.

      During the conference, Plaintiffs' counsel requested additional time to consider the Special Master's preliminary view of the dispute before taking a position, which was permitted. On June 14, 2026, Plaintiffs' counsel advised that a ruling would not be necessary on this dispute. Plaintiffs' counsel further advised that it intended to serve contention interrogatories at the end of fact discovery in line with the Court's guidance.

      As no ruling is necessary at the current juncture, this dispute has been resolved.

              Respectfully submitted,

              Hon. Peter F. Bariso, Jr., A.J.S.C. (Ret.)

PFB/bcm
cc:    All Counsel of Record (via ECF)