

**MIKIE SHERRILL**
*Governor*

**DR. DALE G. CALDWELL**
*Lt. Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

**JENNIFER DAVENPORT**
*Attorney General*

**MICHAEL C. WALTERS**
Director

July 24, 2026

<u>VIA ECF</u>
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: *United States, et al. v. Apple Inc.*
> Case No. 2:24-cv-04055 (JXN-LDW)
> *Pro Hac Vice* Admission Motion on Consent

Dear Judge Wettre:

This Office, by and through the Attorney General Jennifer Davenport, represents the Plaintiff State of New Jersey ("New Jersey") in the above-captioned matter. This correspondence is respectfully submitted, in lieu of a notice of motion, in accordance with Your Honor's judicial preferences, in support of New Jersey's motion for an Order admitting *pro hac vice* Jay Hong, counsel for the Plaintiff State of Indiana. Defendant Apple Inc. consents to the *pro hac vice* admission of Mr. Hong.

In support of New Jersey's motion, enclosed please find the Certification of Andrew F. Esoldi, Deputy Attorney General, and the certification of Jay Hong seeking *pro hac vice* admission to represent the Plaintiff State of Indiana. Also enclosed is a proposed Order.

As set forth more fully in the enclosed certifications, pursuant to Local Rule 101.1(c), New Jersey will appear in this action, including all court appearances, on behalf of the Plaintiff State of Indiana, accept service of all court filings, and otherwise serve as local counsel. Mr. Hong has advised me that he is a member in good standing of the bars to which he is admitted, specializes in the field of antitrust law, and is familiar with the facts of the case, issues, and pleadings. For these reasons, it is respectfully submitted that good cause exists for *pro hac vice* admission of Mr. Hong.

New Jersey respectfully requests that Your Honor enter an Order admitting counsel to represent the Plaintiff State of Indiana pursuant to Local Civil Rule 101.1(c).

Your Honor's time and consideration of this matter are greatly appreciated.



124 Halsey Street, 5th Floor Newark, NJ 07102• TELEPHONE: (609)-696-5465 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

July 24, 2026
Page 2

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: _____

Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07102
Tel: (609)-696-5465
Email: Andrew.esoldi@law.njoag.gov

*Attorney for Plaintiffs New Jersey, Arizona, California, Connecticut, District of Columbia, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Encs.
CC:  All Counsel of Record (via ECF)