

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

July 16, 2026

> **SO ORDERED.**
>
> *s/ Leda Dunn Wettre, U.S.M.J.*
>
> **Dated:** _____7/28/2026_____

<u>VIA ECF</u>
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** *United States, et al. v. Apple Inc.* Case No. 2:24-cv-04055 (JXN-LDW)
> *Notice of Substitution of Counsel*

Dear Judge Wettre:

This Office, by and through the Attorney General Jennifer Davenport, represents the Plaintiff State of New Jersey ("New Jersey") in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff Indiana acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Deputy Attorney General Jesse Moore's withdrawal as counsel for Plaintiff Indiana, as he is departing the Indiana Office of the Attorney General effective July 17, 2026.

Jesse Moore's withdrawal will not result in any delay, as Plaintiff Indiana will continue to be represented by Deputy Attorneys General Scott Barnhart and Jennifer Linsey who were previously admitted *Pro Hac Vice* on behalf of Indiana in this matter on July 1, 2024 (*See* ECF No. 66) and November 1, 2024 (*See* ECF No. 192) respectively. All pleadings and other papers should be served upon Deputy Attorneys General Scott Barnhart and Jennifer Linsey. Deputy Attorney General Jesse Moore should be removed as attorney of record for Indiana.

Thank you for your consideration of this matter.



124 Halsey Street, 5th Floor Newark, NJ 07102• TELEPHONE: (609)-696-5465• FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

July 16, 2026
Page 2

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:

Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07102
Tel: (609)-696-5465
Email: Andrew.esoldi@law.njoag.gov

Encs.
CC:  All Counsel of Record (via ECF)