**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:24-cv-04055 (JXN-LDW) |
| Plaintiffs, | |
| v. | **ORDER GRANTING *PRO HAC VICE* ADMISSION OF MICHAEL SCHAPER** |
| APPLE INC., | |
| Defendant. | *Filed Electronically* |

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Defendant Apple Inc. ("Apple"), upon application for the entry of an Order admitting *pro hac vice* Michael Schaper of the law firm Debevoise & Plimpton LLP; and Plaintiffs, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this __29th__ day of ___July___, 2026,

**ORDERED** that Apple's application for the *pro hac vice* admission of Michael Schaper is hereby **GRANTED**; and it is further

**ORDERED** that Michael Schaper is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Apple in this matter; and it is further

**ORDERED** that Michael Schaper shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Michael Schaper shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Michael Schaper shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Michael Schaper shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

HON. LEDA DUNN WETTRE, U.S.M.J.