## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No.: 24-4055 (JXN-LDW) <br><br><br> **ORDER OF THE <br> SPECIAL DISCOVERY MASTER RE: <br> BRIEFING SCHEDULE FOR MOTION <br> FOR RECONSIDERATION** |

**LINARES, J.**

**WHEREAS,** on July 28, 2026, Plaintiff United States of America filed a Motion for Reconsideration of the Special Master's Order regarding the Federal Agency Dispute (ECF No. 482);

**WHEREAS,** pursuant to the Local Civil Rules and the District of New Jersey's Motion Day calendar, Defendant Apple Inc.'s Opposition to Plaintiff's Motion for Reconsideration would be due on August 25, 2026, *see* L. Civ. R. 7.1(c)-(d);

**WHEREAS,** by way of letter to the Special Master dated August 3, 2026, Defendant requested expedited briefing and indicated that it wants to submit its Opposition to Plaintiff's Motion for Reconsideration no later than August 13, 2026

**WHEREAS,** Plaintiff does not object to Defendant's request for expedited briefing, and for good cause shown,

**IT IS** on this 4th day of August, 2026,

**ORDERED** that Defendant's request for expedited briefing is hereby **GRANTED**; and it is further

**ORDERED** that Defendant shall file its Opposition to Plaintiff's Motion for Reconsideration on or before August 13, 2026; and it is further

**ORDERED** that, consistent with L. Civ. R. 7.1(d)(3), no further briefing shall be permitted.

**SO ORDERED**.

                                    __/s/ *Jose L. Linares*_____

                                    Hon. Jose L. Linares, U.S.D.J. (ret.)