**U.S. Department of Justice**

Antitrust Division

*San Francisco Office*

*450 Golden Gate Avenue, Suite 10-0101*
*San Francisco, CA 94102*

August 21, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **United States, et al. v. Apple Inc., No. 24-cv-04055 (JXN-LDW)**
**Joint Status Letter Regarding Data Discovery**

Dear Judge Wettre:

The United States and the Plaintiff States (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple" and collectively, "Parties") respectfully submit this Joint Status Letter Regarding Data Discovery pursuant to the Court's endorsement of the Parties' July 31, 2026 letter. *See* ECF No. 490.

The Parties continue to make meaningful progress toward reaching agreements on the parameters for productions from Apple's financial and usage data sources. Each agreement on parameters continues to begin the six-week clock for producing data from that source. Since the last status update submitted on July 31, the Parties have met and conferred five times to discuss the technical feasibility and proportionality of Plaintiffs' data requests and follow-up queries. Apple also has made six productions of ten datasets. The six-week clock is in process for two datasets from two data sources. Apple has reported that the data from one data source is taking longer than expected to produce and will arrive after the six-week deadline. Plaintiffs note that two additional data sets were produced after the six-week deadline. The Parties agree that Apple has otherwise produced data in advance of the six-week deadlines. The Parties anticipate that the six-week clock will soon start on another six datasets from six data sources where the parties are near agreement or at agreement in principle.

The Parties continue discussions to progress towards agreement on at least 11 additional datasets from 8 data sources, as identified in our previous letter. The data under discussion and being produced reflect the core of Plaintiffs' financial and usage data requests. The Parties are continuing their discussions and investigations with respect to potential additional datasets, definitions for Apple's datasets for the purpose of creating a

common understanding for both fact and expert discovery, and the most secure, timely, and cost-effective manner for future Apple data productions.

As part of this effort to date, Apple has provided Plaintiffs with 63 data samples from 27 data sources, totaling more than 72 million data points. Apple has provided full data productions of more than one hundred datasets from 12 data sources totaling more than 100 billion data points. These full data productions include raw data for agreed-upon studies, reports, and analyses and also include financial data.

The Parties still anticipate that the disputed discovery issue in the Parties' May 13, 2026 Joint Status Letter (ECF No. 434, at 15–20) will be resolved. Plaintiffs are not seeking guidance from the Court on this issue at this time. Once resolved, Plaintiffs anticipate withdrawing their request for additional 30(b)(6) deposition time.

The Parties agree that another court-ordered status update will be valuable for completing this process. The Parties will submit that update to the Court no later than September 11, 2026. If this timing meets with the Court's approval, we respectfully ask that Your Honor sign and enter the proposed form of endorsement at bottom. Thank you for Your Honor's attention to these matters.

Respectfully submitted,

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin
Civil Assistant Chief, San Francisco Office
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Email: aaron.sheanin@usdoj.gov
Phone: (202) 709-1490

*Attorney for Plaintiff United States of America*

JENNIFER DAVENPORT
Attorney General of New Jersey
*/s/ David H. Reichenberg*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine,*

*/s/ Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

Craig S. Primis, P.C.
K. Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue

*Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com
*Attorneys for Defendant Apple Inc.*

SO ORDERED: 8/24/2026

______________________________
Hon. Leda D. Wettre, U.S.M.J.