DUGHI, HEWIT & DOMALEWSKI, P.C.

ATTORNEYS AT LAW

RUSSELL L. HEWIT
CRAIG A. DOMALEWSKI
BRANDON D. MINDE*
CHARLES M. RADLER, JR.
HERBERT KRUTTSCHNITT III
SCOTT A. HALL
DARA L. SPIRO
LORI CIARROCCA DUFFY
KRISTIN M. CAPALBO
JENNIFER L. YOUNG
RACHEL M. SCHWARTZ
RICHARD S. PANITCH
BENJAMIN H. HAFTEL
TIMOTHY M. CRAMMER
DAVID J. BISHOP
TIMOTHY B. CRAMMER
STEWART A. CUNNINGHAM
JOSHUA A. FREEMAN

WILLIAM H. GAZI (1964-2001)
LAWRENCE WEISS (1961-2011)

SAM J. ROSENBERG
LAWRENCE H. JACOBS
SCOTT T. HELLER**
RAYMOND J. FLEMING
JAYNE E. TURNER
WAYNE E. PAULTER
RICHARD J. TAMN
JASON M. ALTSCHUL
NICHOLAS R. KORMANN

340 NORTH AVENUE EAST
CRANFORD, NEW JERSEY 07016
(908) 272-0200
TELECOPIER: (908) 272-0909

508 NEW JERSEY AVENUE, SUITE B3
ABSECON, NEW JERSEY 08201
(609) 677-6996
TELECOPIER: (609) 677-6926

201 LITTLETON ROAD
MORRIS PLAINS, NJ 07950
(973) 206-2500
TELECOPIER: (973) 206-2501

OF COUNSEL
LOUIS JOHN DUGHI, JR.
WILLIAM L'E. WERTHEIMER
VINCENT LE BLON
JUDY L. CREELMAN
MARY LOU DENNIS-SUCKOW
JAMES F. FERGUSON
ROBERT J. BRASS
MARIE SEITZ
LAURA P. BAKER
GLENN A. FARRELL
LINA D. O'KEEFE

CHRISTOPHER L. KLABONSKI
GABRIELA K. BALMASEDA
JANET J. GLORE
AMELIA R. LYTE
RACHEL M. BAUER
ALYSIA J. MACHLOVITZ
ALANNA M.C. NAMIT

* Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney
**Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

Reply to
Cranford Office

September 30, 2026

**VIA ECF**
Honorable Leda D. Wettre
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Admission *Pro Hac Vice* of Counsel
United States, et al. v. Apple Inc.
Civil Action No.: 2:24-cv-04055-JXN-LDW
Our File No.:

Dear Judge Wettre:

We represent Non-Party PayPal, Inc. ("PayPal") in the above-referenced litigation. Pursuant to Local Civil Rule 101.1(c), PayPal hereby submits this application for the *pro hac vice* admission of Kyle J. Angelotti, Esq., of the law firm Shinder Cantor Lerner, LLP. Counsel for Plaintiffs and Defendant consent to this application.

Enclosed please find the following materials in support of this application:

Honorable Leda D. Wettre
Re: Admission *Pro Hac Vice* of Counsel
United States, et al. v. Apple Inc.
Civil Action No.: 2:24-cv-04055-JXN-LDW

1. Certification of Craig A. Domalewski in support of the application for admission of Kyle J. Angelotti *pro hac vice*;

2. Certification of Kyle J. Angelotti in support of the application for *pro hac vice* admission; and

4. Proposed form of Order admitting Kyle J. Angelotti *pro hac vice*.

Please let us know if Your Honor has any questions.

Respectfully Submitted,

DUGHI, HEWIT & DOMALEWSKI

*/s/ Craig A. Domalewski, Esq.*

Craig A. Domalewski
cdomalewski@dughihewit.com

Enclosures

cc: All Counsel via ECF