MIKIE SHERRILL
*Governor*

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
Director

October 1, 2026

**SO ORDERED.**

***s/ Leda Dunn Wettre, U.S.M.J.***

**Dated:** 10/2/2026

VIA ECF
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *United States, et al. v. Apple Inc.* Case No. 2:24-cv-04055 (JXN-LDW)
*Notice of Withdrawal of Counsel*

Dear Judge Wettre:

This Office, by and through the Attorney General Jennifer Davenport, represents the Plaintiff State of New Jersey ("New Jersey") in the above-captioned matter. This correspondence is submitted on behalf of Plaintiff Connecticut acting by and through its respective Attorney General in the above-captioned matter. Pursuant to Local Civil Rules 101.1(c)(5) and 102.1, I write to respectfully request that the Court approve Assistant Attorney General Cara Moody's withdrawal as counsel for Plaintiff Connecticut, as she is departing the Connecticut Office of the Attorney General effective October 1, 2026.

Cara Moody's withdrawal will not result in any delay, as Plaintiff Connecticut will continue to be represented by Deputy Associate Attorney General Nicole Demers and Assistant Attorney General Franklin Kanin who were previously admitted *Pro Hac Vice* on behalf of Connecticut in this matter on May 1, 2024 (*See* ECF No. 35) and April 15, 2026 (*See* ECF No. 417) respectively. All pleadings and other papers should be served upon Deputy Associate Attorney General Nicole Demers and Assistant Attorney General Franklin Kanin. Assistant Attorney General Cara Moody should be removed as attorney of record for Connecticut.

Thank you for your consideration of this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: ______________________________

Andrew F. Esoldi
Deputy Attorney General
Antitrust Litigation and Competition Enforcement
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, New Jersey 07102
Tel: (609)-696-5465
Email: Andrew.esoldi@law.njoag.gov

Encs.
CC: All Counsel of Record (via ECF)