**U.S. Department of Justice**

Antitrust Division

*San Francisco Office*

*450 Golden Gate Avenue, Suite 10-0101*
*San Francisco, CA 94102*

October 02, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101
RE: United States, et al. v. Apple Inc.
Civil No. 24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

The United States and the Plaintiff States (collectively, "Plaintiffs") and Defendant Apple Inc. ("Apple" and collectively, "Parties") respectfully submit this Joint Status Letter Regarding Data Discovery pursuant to the Court's endorsement of the Parties' September 11, 2026 letter. *See* ECF No. 519.

The Parties continue to make progress toward reaching agreements on the parameters for productions from Apple's financial and usage data sources, as related to RFPs 26 and 61-63. Each agreement on parameters continues to begin the six-week clock for producing data from that source, unless the Parties agree to an exception. Since the last status update submitted on September 11, the Parties have met and conferred five times to discuss the technical feasibility and proportionality of Plaintiffs' data requests and follow-up queries. Apple also made one partial production and produced two samples. The production clock is in process for full production of an additional twenty-one datasets from fourteen data sources.

The Parties continue discussions on at least three additional datasets from three data sources. The Parties are continuing their discussions and investigations with respect to potential additional datasets. In connection with certain data sources for which Apple does not maintain data dictionaries in the ordinary course, Plaintiffs have informally proposed their first set of questions about one such dataset, as well as an informal process to pose future questions for other incoming datasets. Apple is evaluating Plaintiffs' request for this information. In addition, the Parties are discussing secure, timely, and cost-effective modes for future Apple data productions.

As part of this effort to date, Apple has provided Plaintiffs with 66 data samples from 29 data sources, totaling more than 72 million data points. Apple has provided full data productions of more than one hundred datasets from 13 data sources totaling more

than 100 billion data points. These full data productions include raw data for agreed-upon studies, reports, and analyses and also include financial data.

The Parties also report that the disputed discovery issue in the Parties' May 13, 2026 Joint Status Letter (ECF No. 434, at 15–20) related to Plaintiffs' request for additional 30(b)(6) deposition time related to Apple's use of one data source have been resolved and that no further action is required by the Court.

The Parties will either reach agreement or submit notice of impasses on any outstanding data production issues to the Court by October 21, 2026. Thank you for Your Honor's attention to these matters.

Respectfully submitted,

*<u>/s/ Aaron M. Sheanin</u>*
Aaron M. Sheanin
Civil Assistant Chief, San Francisco Office
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Email: aaron.sheanin@usdoj.gov
Phone: (202) 709-1490

*Attorney for Plaintiff United States of America*

JENNIFER DAVENPORT
Attorney General of New Jersey
*<u>/s/ David H. Reichenberg</u>*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

*<u>/s/ Liza M. Walsh</u>*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

Craig S. Primis, P.C.
K. Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com
*Attorneys for Defendant Apple Inc.*