# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**Julien Xavier Neals**
**United States District Judge**

**Martin Luther King Federal Building**
**& U.S. Courthouse**
**50 Walnut Street**
**Newark, NJ 07101**
**(973) 645-6042**

TO: Counsel of Record
FROM: Julien Xavier Neals, U.S.D.J.
DATE: October 8, 2026
RE: *United States v. Apple Inc.*, 24-cv-4055 (JXN) (LDW)
*In re Apple Inc. Smartphone Antitrust Litigation*, 24-md-3113 (JXN) (LDW)

---

By Order dated June 18, 2026, the Court appointed Jose L. Linares, U.S.D.J. (ret.), Ronald J. Hedges, U.S.M.J. (ret.), and Peter F. Bariso, Jr., A.J.S.C. (ret.) as special discovery masters in the above-captioned matters. On October 5, 2026, Judge Hedges informed the Court that he is resigning his position. Pursuant to Rule 53(b)(1) of the Federal Rules of Civil Procedure, the Court hereby notifies the parties that it intends to appoint Michael A. Hammer, U.S.M.J. (ret.) in place of Judge Hedges as a special discovery master. Judge Hammer charges an hourly rate of $1,300. He will be responsible for discovery disputes in both the Government enforcement action and the MDL. The special master may, at his sole discretion and whenever practicable, employ assistant lawyers at the special master's law firm, selected by the special master, under his supervision and control. The rates of any assistant lawyers shall be disclosed prior to appointment.

On or before October 16, 2026, the parties in *United States v. Apple Inc.* and *In re Apple Inc. Smartphone Antitrust Litigation* respectively shall indicate their consent or opposition to the appointment of Michael A. Hammer, U.S.M.J. (ret.) as a special discovery master.

JULIEN XAVIER NEALS
United States District Judge