SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, New York 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 8, 2026

By ECF

The Honorable Leda D. Wettre
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: United States of America, et al. v. Apple Inc., Civil Action No. 2:24-cv-04055 (JXN-LDW)

Dear Judge Wettre:

This firm, together with Kellogg, Hansen, Todd, Figel & Frederick PLLC, represents Non-Party Meta Platforms, Inc. ("Meta") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Meta submits this informal application for the *pro hac vice* admission of Ana N. Paul, Hannah D.C. DePalo, Natalie Giotta, and Stephanie Levin of the law firm Kellogg, Hansen, Todd, Figel & Frederick PLLC in this matter. Counsel for Plaintiffs and Defendant consent to this application.

In support of this application, enclosed please find the following:

- Certification of Ana N. Paul;
- Certification of Hannah D.C. DePalo;
- Certification of Natalie Giotta;
- Certification of Stephanie Levin;
- Certification of Marc De Leeuw in support of the application for *pro hac vice* admission; and
- Proposed Consent Order Granting *pro hac vice* admission.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within informal application, we are always available.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Marc De Leeuw*

Marc De Leeuw

(Enclosures)

cc: All Counsel of Record via ECF