Marc De Leeuw, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4219

*Counsel for Non-Party Meta Platforms, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant.* | Civil Action No. 2:24-cv-04055-JXN-LDW<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**Return Date:** November 9, 2026<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on November 9, 2026, or as soon thereafter as counsel may be heard, Non-Party Meta Platforms, Inc. ("Meta") will appear before the Honorable Leda Dunn Wettre, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order to Seal portions of Defendant Apple Inc.'s ("Apple") Motion (1) to Compel Discovery from Non-Party Meta Platforms, Inc.; and (2) to Transfer Motion to the District of New Jersey Pursuant to Fed. R. Civ. P. 45(f) (Dkt. No. 543), Meta's Opposition to Apple's Motion/Motion to Quash (Dkt. No. 547), and Apple's Reply (Dkt. No. 548), specifically: (1) Defendant Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-1), (2) Declaration of Anna A. Moody in support of Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-

2), (3) Exhibit B to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (4) Exhibit C to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (5) Exhibit D to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (6) Exhibit E to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (7) Exhibit F to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (8) Exhibit L to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (9) Exhibit M to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (10) Exhibit O to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), (11) Non-Party Meta Platforms, Inc.'s Motion to Quash and Opposition to Apple Inc.'s Motion to Compel and to Transfer, dated September 16, 2026 (Dkt. No. 547-1), (12) Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition to Apple Inc.'s Motion to Compel and to Transfer, dated September 16, 2026 (Dkt. No. 547-2), (13) Exhibit 1 to Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition, dated September 16, 2026 (Dkt. No. 547-3), (14) Exhibit 2 to Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition, dated September 16, 2026 (Dkt. No. 547-3), (15) Exhibit 4 to Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition, dated September 16, 2026 (Dkt. No. 547-3), (16) Defendant Apple Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel, dated September 22, 2026 (Dkt. No. 548-1), (17) Second Declaration of Anna A. Moody in support of Apple Inc.'s Motion to Compel and to Transfer, dated September 22, 2026 (Dkt. No. 548-2), (18) Exhibit A to Defendant Apple Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel, dated September 22, 2026 (Dkt. No. 548-3), and (19) Exhibit C to Defendant Apple

Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel, dated September 22, 2026 (Dkt. No. 548-3).

**PLEASE TAKE FURTHER NOTICE** that Meta shall rely upon the accompanying Declaration of Rajesh James, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the Defendant takes no position on this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

Dated: October 14, 2026

Respectfully submitted,

/s/ *Marc De Leeuw*
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4219

Ana N. Paul (*pro hac vice)*
Hannah D.C. DePalo (*pro hac vice)*
Natalie Giotta (*pro hac vice)*
Stephanie Levin (*pro hac vice)*
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
1615 M Street, N.W.
Washington, D.C. 20036
(202) 326-7900

*Counsel for Non-Party Meta Platforms, Inc.*