# EXHIBIT 1

# INDEX IN SUPPORT OF MOTION TO SEAL

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Defendant Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-1), Portions highlighted yellow in Exhibit 2 to R. James Decl. ("Exhibit 2") | 1 | 26-28 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Meta only seeks to seal the specific and limited portions of the documents at issue that are highlighted, which if disclosed would cause harm to Meta, the government, and/or other third parties, as described in Meta's Proposed Findings of Fact and Conclusions of Law. Meta's request is narrowly tailored to seal only the confidential information at issue. This is the least restrictive alternative available. | No prior order entered. | Defendant Apple takes no position on the Motion to Seal. |
| Exhibit 2 | 2 | 1-2 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 2 | 5-8 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 | 3 | 17-19 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 3 | 20-21 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 4 | 1-11 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 4 | 14-19 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 4 | 21-22 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 4 | 23-25 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 5 | 1-4 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 5 | 18 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 6 | 23-26 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 7 | 1 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 | 7 | 12-13 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 8 | 11-12 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 9 | 18 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 12 | 4-6 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 12 | 7-9 (highlighted portions) | The identified portion of the document discusses Meta's non-public, internal estimates of revenue figures – in particular, Meta's internal assessment of its financial strengths or weaknesses. | Disclosure of this sensitive financial information would give competitors unfair advantages in future negotiations, which could harm Meta competitively. | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 | 14 | 1 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Exhibit 2 | 14 | 2 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 14 | 5-6 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 14 | 12-19 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 | 15 | 1-6 (highlighted portions) | The identified portion quotes from Exhibits B, C, D, (Dkt. Nos. 2-6, 2-7, 2-8), which discuss various options Meta considered internally in advancing business negotiations with Apple and internal Meta reactions to Apple's position in the negotiations. | Disclosing this information externally, including to Apple – which whom Meta has an ongoing commercial relationship – could impact Meta's positioning in future negotiations with Apple, other business counterparts, and/or with Meta's competitors. This could result in competitive harm to Meta. | Same as above | Same as above | Same as above |
| Exhibit 2 | 15 | 11-15 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 15 | 18-21 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 | 16 | 1-4 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Exhibit 2 | 16 | 14-16 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 16 | 23-25 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 17 | 2-4 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 17 | 11-15 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 | 17 | 17-19 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 17 | 21-23 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 17 | 26-28 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 18 | 2-5 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 18 | 7-9 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 18 | 12-16 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 2 | 22 | 14-15 (highlighted portions) | The identified portion of the document discusses Meta's non-public, internal estimates of revenue figures – in particular, Meta's internal assessment of its financial strengths or weaknesses. | Disclosure of this sensitive financial information would give competitors unfair advantages in future negotiations, which could harm Meta competitively. | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Declaration of Anna A. Moody in support of Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-2), Portions highlighted yellow in Exhibit 3 to R. James Decl. ("Exhibit 3") | 2 | 16-21 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Exhibit 3 | 3 | 2-5 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 3 | 4 | 11-14 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 3 | 5 | 21 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 3 | 5 | 28 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 3 | 6 | 19 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 3 | 7 | 15-16 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3) | Entire document | | This document discusses various options Meta considered internally in advancing business negotiations with Apple and internal Meta reactions to Apple's positions in the negotiations. | Disclosing this information externally, including to Apple – with whom Meta has an ongoing commercial relationship – could impact Meta's positioning in future negotiations with Apple, other business counterparts, and/or with Meta's competitors. This could result in competitive harm to Meta. | The entirety of the document contains confidential information, there is no less restrictive alternative to the relief sought. | Same as above | Same as above |
| Exhibit C to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3) | Entire document | | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit D to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3) | Entire document | | This document discusses various options Meta considered internally in advancing business negotiations with Apple and internal Meta reactions to Apple's positions in the negotiations. The document also contains non-public, internal Meta discussions regarding possible strategies for communicating with regulators and legislators and the perceived benefits or drawbacks of such a strategy. | Disclosing this information externally, including to Apple – with whom Meta has an ongoing commercial relationship – could impact Meta's positioning in future negotiations with Apple, other business counterparts, and/or with Meta's competitors. This could result in competitive harm to Meta. Disclosure could also chill or harm Meta's efforts to communicate with regulators and legislators. | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit E to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), Portions highlighted yellow in Exhibit 4 to R. James Decl. | Page 1 (highlight ed portions) | | The highlighted portions contain non-public PII of Meta employees. | Individual Meta employees have an interest in not having their contact information publicly disclosed and would suffer irreparable harm if their personally identifying information was released. Little public interest is served by disclosing this information | Meta only seeks to seal the specific and limited portions of the documents at issue which are highlighted, which if disclosed would cause harm to Meta employees and former employees. Meta's request is narrowly tailored to seal only the confidential information at issue. This is the least restrictive alternative available. | Same as above | Same as above |
| Exhibit F to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3) | Entire document | | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with | Meta only seeks to seal the specific and limited portions of the documents at issue that are highlighted, which if disclosed would cause harm to Meta, the government, and/or other third parties, as described in Meta's Proposed | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| | | | | governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Findings of Fact and Conclusions of Law. Meta's request is narrowly tailored to seal only the confidential information at issue. This is the least restrictive alternative available. | | |
| Exhibit L to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), Portions highlighted yellow in Exhibit 5 to R. James Decl. | Pages 3, 5 (highlighted portions) | | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit M to Apple Inc.'s Motion to Compel and | Pages 25, 28-29, 34-38, 52, 58 (highlight | | Same as above. Additionally, one of the highlighted portions on page 52 discusses Meta's | Same as above. Additionally, disclosure of Meta's sensitive financial information would give competitors unfair advantages in | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| to Transfer, dated August 28, 2026 (Dkt. No. 543-3), Portions highlighted yellow in Exhibit 6 to R. James Decl. | ed portions) | | non-public, internal estimates of revenue figures – in particular, Meta's internal assessment of its financial strengths or weaknesses. | future negotiations, which could harm Meta competitively. | | | |
| Exhibit O to Apple Inc.'s Motion to Compel and to Transfer, dated August 28, 2026 (Dkt. No. 543-3), Portions highlighted yellow in Exhibit 7 to R. James Decl. | Page 13 (highlighted portions) | | The identified portion of the document discusses Meta's non-public, internal estimates of revenue figures – in particular, Meta's internal assessment of its financial strengths or weaknesses. | Disclosure of this sensitive financial information would give competitors unfair advantages in future negotiations, which could harm Meta competitively. | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Meta Platforms, Inc.'s Motion to Quash and Opposition to Apple Inc.'s Motion to Compel and to Transfer, dated September 16, 2026 (Dkt. No. 547-1) | 2 | 24 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of materials that Meta produced. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 3 | 4 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 8 | 8-9 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 8 | 17-23 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 8 | 26 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Dkt. No. 547-1 | 9 | 23-24 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 10 | 16-19 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 11 | 19-20 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 11 | 27-28 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 12 | 6-7 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 14 | 3(highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 14 | 6 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 14 | 9-12 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-1 | 14 | 13-18 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition to Apple Inc.'s Motion to Compel and to Transfer, dated September 16, 2026 (Dkt. No. 547-2) | 1 | 26-27 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-2 | 1 | 27-28 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-2 | 1 | 28 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-2 | 2 | 1 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Dkt. No. 547-2 | 2 | 4-7 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-2 | 6 | 3-4 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Dkt. No. 547-2 | 6 | 7-8 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 1 to Declaration of Ana N. Paul in Support of Meta Platforms, Inc.’s Motion to Quash and Opposition, dated September 16, 2026 (Dkt. No. 547-3) | Entire document | | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 2 to Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition, dated September 16, 2026 (Dkt. No. 547-3) | Entire document | | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 4 to Declaration of Ana N. Paul in Support of Meta Platforms, Inc.'s Motion to Quash and Opposition, dated September 16, 2026 | Pages 1-3 (highlighted portions) | | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| (Dkt. No. 547-3) | | | | | | | |
| Defendant Apple Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel, dated September 22, 2026 (Dkt. No. 548-1), Portions highlighted yellow in Exhibit 8 to R. James Decl. ("Exhibit 8") | 1 | 2-3 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 1 | 7-8 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 2 | 11-13 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 8 | 2 | 21-22 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 3 | 17 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 3 | 19-22 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 4 | 1 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 4 | 2 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 4 | 3-4 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 5 | 8-9 (highlighted portions) | The identified information discusses Meta's internal decision making structure and options Meta considered internally in advancing business negotiations with Apple. | Disclosing this information externally, including to Apple – which whom Meta has an ongoing commercial relationship – could impact Meta's positioning in future negotiations with Apple, other business counterparts, and/or with Meta's competitors. This could result in competitive harm to Meta. | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 8 | 6 | 4-5 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of materials that Meta produced. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Exhibit 8 | 6 | 5-6 (highlighted portions) | The identified information discusses Meta's internal decision making structure and various options Meta considered internally in advancing business negotiations with Apple. | Disclosing this information externally, including to Apple – which whom Meta has an ongoing commercial relationship – could impact Meta's positioning in future negotiations with Apple, other business counterparts, and/or with Meta's competitors. This could result in competitive harm to Meta. | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 8 | 6 | 7-8 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 6 | 9-10 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 6 | 15-17 (highlighted portions) | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of materials that Meta produced. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Exhibit 8 | 6 | 20 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit 8 | 7 | 6-8 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit 8 | 11 | 12 (highlighted portions) | Same as above | Same as above | Same as above | Same as above | Same as above |
| Second Declaration of Anna A. Moody in support of Apple Inc.'s Motion to Compel and to Transfer, dated September 22, 2026 (Dkt. No. 548-2) , Portions highlighted yellow in Exhibit 9 to R. James Decl. | Page 3 (highlighted portions) | | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| Exhibit A to Defendant Apple Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel, dated September 22, 2026 (Dkt. No. 548-3), Portions highlighted yellow in Exhibit 10 to R. James Decl. | Pages 1-11 (highlighted portions) | | The identified information concerns Meta's communications with DOJ and/or descriptions of non-public documents and data that Meta provided during DOJ's pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of materials that Meta produced. | Disclosure would reveal details of Meta's participation in the pre-suit investigation, including the nature and extent of Meta's participation and the details of the type and volume of material that Meta produced. Revealing such communications to the public could also chill Meta's (and likely other non-parties') future willingness to candidly and openly communicate with governments about legitimate concerns throughout the course of an investigation, for fear that those communications might later be revealed in litigation or used to the non-party's competitive detriment. | Same as above | Same as above | Same as above |
| Exhibit C to Defendant Apple Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel, dated September | Page 2, 4-5, 8 (highlighted portions) | | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | Page # | Line # | Basis for Sealing | Clearly Defined and Serious Injury that Would Result If Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|---|
| 22, 2026 (Dkt. No. 548-3), Portions highlighted yellow in Exhibit 11 to R. James Decl. ("Exhibit 15") | | | | | | | |
| Exhibit 11 | Page 3 (highlighted portions) | | The identified portion of the document discusses Meta's non-public, internal estimates of revenue figures – in particular, Meta's internal assessment of its financial strengths or weaknesses. | Disclosure of this sensitive financial information would give competitors unfair advantages in future negotiations, which could harm Meta competitively. | Same as above | Same as above | Same as above |