# EXHIBIT 5

REDACTED

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Thursday, February 5, 2026 5:58 PM
**To:** O'Neil, David A.; Sullivan Baker, John; DePalo, Hannah D.C.; Paul, Ana N.
**Cc:** Hassi, Ted; Schaper, Michael; Martin, Leah; Moody, Anna; Tegrar, Steven; Greenwell, Barrett J.
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Dave,

Thanks for meeting with us. Our objections are neither abstract nor general. As we have explained in every meet and confer so far, we cannot proceed to respond to your subpoena in a piecemeal fashion, and we cannot consider running your numerous lengthy search terms unless we see some narrowing of your RFPs. We remind Apple that it has the burden to show relevance; as we have, again, repeatedly explained, many of your RFPs are not relevant to the issues in the case and we have yet to hear (beyond counsel literally reading the complaint to us) why these RFPs are relevant to any claim or defense at issue, or how Meta's information responsive to your search terms is relevant to the dispute. Apple already has thousands of Meta documents in its possession and has failed to articulate why it needs more.

Moreover, Meta cannot even begin to run these terms (which as we explained on the call, are duplicative and facially overbroad in addition to being too numerous and irrelevant) until we reach an agreement on custodians. As I recall, you were going to provide us Bates numbers from the production – that you already have – which you contend demonstrate why your requested custodians possess information relevant to the issues in the case. Please provide that information and we can go from there.

Best,
Natalie

**From:** O'Neil, David A. <daoneil@debevoise.com>
**Sent:** Monday, February 2, 2026 8:46 AM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Hi all,

Thanks again for meeting with us on Friday to discuss the search protocol that we shared with your team via email on January 15. As we explained in that email and on the call, to the extent Meta believes this protocol imposes an undue burden on it, we believe the best path forward is for you to run these terms and provide us with search hits so that we can discuss that objection in a concrete way. Alternatively, if your team would prefer to propose an alternative search protocol and hit counts associated with that revised protocol, we are open to considering that as well in the interest of moving forward. We do not see how we can make progress if you continue to stand on abstract and general objections, so we offer these two options as constructive steps to bring this to resolution.

Please let us know which path you are open to so we can continue to make progress in this matter. Thank you.

Best,

Dave

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Thursday, January 29, 2026 2:27 PM
**To:** O'Neil, David A. <daoneil@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Dave,

We are happy to walk through our objections with you, but we will not be running the search terms or generating hit counts at this stage. Many of your search terms are overbroad, irrelevant, and duplicative. To give just one example of the irrelevance of the requests, you continue to request searches related to unrelated litigation in which Meta was not a party. And, as an example of how these searches are duplicative, you request (at page 3) a search for all documents hitting upon board* or bod* and the word "apple," plus a number of iPhone-related terms. Then, on the very next page, you again request a search for all documents hitting upon board* or bod* and the word "apple," plus a number of gaming-related terms. We think that we can productively use our time to explain why narrowing is required before Meta will consider running any number of your requested search terms.

For each requested custodian, please be prepared to identify which specific document or documents in the CID production have led Apple to believe that the custodian has relevant information related to the allegations in the Complaint, beyond what is already in Apple's possession.

Best,
Natalie

---

**From:** O'Neil, David A. <daoneil@debevoise.com>
**Sent:** Tuesday, January 27, 2026 5:52 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

All,

In advance of our meeting on Friday and to be efficient in light of the 30-minute window of availability you provided, please be prepared to discuss any specific proposed revisions to the search protocol and custodian list we sent you on January 15, 2026. If you plan to object to any of the proposed parameters on the grounds of burden, then as we noted in our January 15 cover email, we ask that you substantiate those objections by running the search terms and obtaining a hit count to allow for an informed discussion. As we have noted, should your client decide to share the search parameters for the CID production, we are happy to address any overlap with our proposed terms.

In addition, we look forward to your response to our proposed custodian list. As we also noted in our January 15 cover email, the proposed custodians include the CID custodians, the custodians [redacted], and seven additional current and former Meta custodians that we identified as being relevant [redacted]. If you have an alternative list of custodians you feel would be more appropriate, we look forward to discussing and remain willing to consider that alternative set.

Best,

Dave

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, January 16, 2026 4:19 PM
**To:** O'Neil, David A. <daoneil@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Dave,

We disagree with your characterizations below, but in the interest of getting back to you promptly about a meet and confer, our team is unavailable on January 26th due to travel and a hearing. Please let us know your availability on January 29th or 30th.

Thanks,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** O'Neil, David A. <daoneil@debevoise.com>
**Sent:** Thursday, January 15, 2026 11:09 AM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

All,

As you know, Apple served a subpoena on Meta on June 16, 2025 in connection with the matter of *United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.), and Meta served responses and objections on August 15, 2025. Since that time, we have engaged in five meet and confer calls with your team in which we

have sought to address your concerns regarding, among other things, burden and relevance. Despite those discussions, to date, Meta has produced just 21 documents responsive to RFPs 50-52 of Apple's subpoena.

We understand Meta's position to be that Meta will not produce any materials to Apple in response to the vast majority of Apple's RFPs because Meta believes the documents it produced in response to the DOJ's Civil Investigative Demand in this matter should suffice. Meta is unwilling, however, to provide the search parameters beyond custodians Meta used when identifying and producing documents responsive to that CID, and instead has asked Apple to determine what is missing from that production. As we have discussed, it should be self-evident that Apple cannot determine what relevant documents have not yet been produced without insight into what universe of documents were collected and/or what the universe of relevant documents in Meta's possession might be. Still, to move the discussion forward, on October 10, we identified—by way of example—seven sufficient-to-show RFPs (5, 7, 24, 29, 30, 35, 36) [redacted] and six RFPs (8, 15, 17, 34, 37, 47) for which Apple identified no relevant materials at all. With respect to Meta's stated burden concerns, assessing Meta's search parameters for its DOJ productions could aid Apple in efficiently identifying what subpoena requests remain unsatisfied and tailor further discovery to address the deficiencies, lowering Meta's burden.

In light of Meta's refusal to provide Apple with the search parameters used for its productions to the DOJ in relation to this matter, we attach here a proposed set of search parameters and custodians. Because Meta has to date refused to identify any relevant custodians beyond providing a list of the custodians included in Meta's response to DOJ's Civil Investigative Demand, Apple has requested documents from 25 custodians. These proposed custodians include the CID custodians, the custodians [redacted], and seven additional current and former Meta individuals Apple believes—in light of the information available to it—are most likely to possess documents relevant to Apple's RFPs. Apple remains willing to revise and potentially narrow the custodian list should Meta provide further information. We hope this search protocol will allow us to move forward with our discovery requests in a concrete and productive way. To the extent that Meta believes this protocol is not likely to result in responsive documents, please propose alternative options. To the extent Meta believes this protocol results in unduly burdensome document volume, please provide the number of search hits, deduped against the CID production.

We look forward to your response. Please let us know if you are available on January 26 between 10am and 1pm for a meet and confer. Thank you.

Dave

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, October 10, 2025 5:27 PM
**To:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Counsel,

As we stated on our meet and confer today, we are providing you with the custodians, and their titles, as they were produced to the DOJ as part of the CID. The date range for the collection spans January 1, 2015 to January 31, 2022.

| Custodian Name | Title |
|---|---|
| **Aruna Bharathi** | Strategic Alliances Partnership Manager – Apple (former) |
| **Will Cathcart** | VP of WhatsApp |
| **Stan Chudnovsky** | VP of Messenger |
| **Ash Jhaveri** | VP of Business Development |
| **Parkin Kent** | Strategic Alliances Partnership Manager – Apple (former) |
| **Maggie Krummel** | Strategic Alliances Partnership Manager – Apple (former) |
| **John Lagerling** | VP of Business Development (former) |
| **Vijaye Raji** | VP of Facebook Gaming (former) |
| **Dan Rose** | VP of Partnerships (former) |
| **Vivek Sharma** | VP of Facebook Gaming |
| **Marina Shilman** | Strategic Alliances Partnership Manager – Apple |
| **Marc Shedroff** | VP of Business Development and Alliances |
| **Stephanie Wang** | Director of Business Development |

Meta has undertaken best efforts to ensure the accuracy of this information, but reserves the right to supplement this information in the future if necessary.

Warm regards,

Natalie Giotta

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Sent:** Friday, October 3, 2025 12:26 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Thank you, Natalie. I'll circulate a calendar invite and Zoom link.

Best,
John

**John Sullivan Baker** | Associate | Debevoise & Plimpton LLP | jdsulliv@debevoise.com | +1 202 383 8113| www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.

The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, October 3, 2025 10:13 AM
**To:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

John,

Our team is available for the Friday time slot. Thank you.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Sent:** Tuesday, September 30, 2025 6:48 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Hassi, Ted <thassi@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Martin, Leah <lmartin@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Natalie,

Thank you for the production of documents last Friday. Would your team be available for our next meet and confer from 2 – 3 PM next Thursday (10/9) or 1 – 2 PM next Friday (10/10)?

Best,
John

**John Sullivan Baker** | Associate | Debevoise & Plimpton LLP | jdsulliv@debevoise.com | +1 202 383 8113| www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Wednesday, September 10, 2025 11:30 AM
**To:** 'Giotta, Natalie E.' <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Thank you. An invite has been sent for next Tuesday.

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Wednesday, September 10, 2025 12:22 PM
**To:** Tegrar, Steven <sgtegrar@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Thanks, Steve, 3 p.m. is also good for us.

---

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Wednesday, September 10, 2025 12:17 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Thanks, Natalie. The hour block makes sense to us. Would you be able to start at 3pm on Tuesday? If not, we will send the invite for 3:30pm.

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Wednesday, September 10, 2025 10:47 AM
**To:** Tegrar, Steven <sgtegrar@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Steve,

Thanks for providing these additional times. In the interest of getting through more material, would you be available for an hour from 3:30-4:30 p.m. on Tuesday?

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Tuesday, September 9, 2025 9:12 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Thanks, Natalie. Please let us know if the below windows work:

**Tuesday (9/16)**
- After 3pm

**Thursday (9/18)**
- Before 1pm

Best,
Steve

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, September 9, 2025 5:09 PM
**To:** Tegrar, Steven <sgtegrar@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Steve,

Unfortunately, we have conflicts on Friday and Monday. What other days next week will your team be available?

Thanks,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Tuesday, September 9, 2025 4:58 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan

Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thanks for the meeting last Friday. For a follow-up call, please let us know if either of the below windows work for your team:

**Friday (9/12)**

- 9am – 1pm

**Monday (9/15)**

- 10am – 1pm

Thank you,
Steve

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you. The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, August 29, 2025 3:48 PM
**To:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

John,

Thanks for your email. We are available next Friday, 9/5, from 1-1:30 p.m. ET.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Sent:** Thursday, August 28, 2025 9:14 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

All,

We appreciated today's productive conversation. Our availability next week for a follow-up call is as follows:

**Wednesday (9/3)**

- 10:00 AM – 1:00 PM
- 1:30 PM – 3:30 PM

**Friday (9/5)**

- 1:00 PM – 3:00 PM

Please let us know if any of these windows work for you.

Best,
John

**John Sullivan Baker** | Associate | Debevoise & Plimpton LLP | jdsulliv@debevoise.com | +1 202 383 8113| www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Tuesday, August 26, 2025 10:50 AM
**To:** 'Giotta, Natalie E.' <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Thank you. Confirming Thursday at 1pm ET works and will send an invite shortly.

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, August 26, 2025 10:31 AM
**To:** Tegrar, Steven <sgtegrar@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Steve,

We are available on Thursday 8/28 from 1:00-1:30 pm ET. Please let us know if that works for you and circulate a dial in or Zoom when you have a chance. Thank you.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Monday, August 25, 2025 2:29 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>

**Cc:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Natalie,

Thank you for speaking with us last week. Please find our availability for a follow-up call below:

- Wednesday (8/27)
    - 10 AM – 11:30 AM

- Thursday (8/28)
    - 1:00 PM – 2:00 PM

Please let us know if either of the above windows work. Thanks.

Best,
Steve

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Tegrar, Steven
**Sent:** Tuesday, August 19, 2025 1:26 PM
**To:** 'Giotta, Natalie E.' <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <amoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Cc:** DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Thanks, Natalie. Just sent around a link for that time.

Best,
Steve

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you. The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, August 19, 2025 12:59 PM
**To:** Tegrar, Steven <sgtegrar@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Cc:** DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Subject:** RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Steve,

How about 10:30 a.m. Thursday? Please circulate a dial-in or link.

Thanks,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036

Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Tegrar, Steven <sgtegrar@debevoise.com>
**Sent:** Monday, August 18, 2025 4:57 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Cc:** DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

Natalie,

Are you available on Thursday to discuss Meta's responses and objections to Apple's subpoena? If so, please let us know some times.

Thanks,
Steve

**Steven Tegrar** | Associate | Debevoise & Plimpton LLP | sgtegrar@debevoise.com | +1 212 909 7448 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, August 15, 2025 5:39 PM

**To:** O'Neil, David A. <daoneil@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Cc:** DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Subject:** U.S. v. Apple - Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Dave,

Please see attached Meta's responses and objections to Apple's subpoena in *U.S. v. Apple*. In light of the parties' ongoing discussions over the subpoena, Meta requests an additional 30-day extension of the compliance date. Please let us know when you are available to discuss.

Thank you,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.