# EXHIBIT 6

REDACTED

**From:** Baron, Marissa
**Sent:** Tuesday, July 28, 2026 11:04 AM
**To:** 'Giotta, Natalie E.'; Greenwell, Barrett J.; Schaper, Michael
**Cc:** Paul, Ana N.; Sullivan Baker, John; O'Neil, David A.; DePalo, Hannah D.C.; Moody, Anna; Hassi, Ted; McNelis, Katelyn
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

That works; thank you!

Marissa

**Marissa Baron** | Associate | Debevoise & Plimpton LLP | mbaron@debevoise.com | +1 212 909 6256 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, July 28, 2026 10:50 AM
**To:** Baron, Marissa <mbaron@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Hi Marissa,

The search for RFP 20 & 21 still contains the term (application w/1 programming w/1 interface*). Let us know if you have any objection to this grouping: ((application w/1 programming) w/1 interface*).

Thanks,

Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Baron, Marissa <mbaron@debevoise.com>
**Sent:** Monday, July 27, 2026 6:07 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Below are proposed groupings for the search terms, following the same convention you did with the green parentheses:

| RFP | Revised Term |
|---|---|
| 6 & 9(a-d) | ((apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Amazon appstore" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store*" OR "Windows Store*" OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR phone* OR Android* OR testflight*)<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*"))<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR entitlement* OR development* OR remov*) |
| 6 & 9(a-d) | ((apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Amazon appstore" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store*" OR "Windows Store*" OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR mobile* OR phone* OR Android* OR testflight*)<br>**w/15**<br>("mini program*" OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR "super app*" OR superapp* OR super-app*))<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov*) |

| | |
|---|---|
| 6 & 9(a-d) | ((apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Google Play Store" OR "Samsung Galaxy Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR "test flight*")<br>**w/15**<br>(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG))<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov* OR compli* OR resubmit* OR negotiat*) |
| 6 & 9(a-d) | ((apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Amazon Appstore" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "operating system*" OR smartphone* OR iPhone* OR Android* OR testflight* OR "test flight*" OR "mobile app*" OR "mobile device*")<br>**w/15**<br>(wallet* OR "digital pay*" OR "FB pay*" OR "Facebook pay*" OR "Meta Pay" OR "Messenger Pay"))<br>**w/15**<br>(approv* OR "app review*" OR "review* submis*" OR "review* approv*" OR "reject* app*" OR "reject* submis*" OR "feature* app*" OR "feature* API*" OR "feature* entitlement*" OR API* OR "application programming interface*" OR entitlement* OR "development tool" OR "remov* app*" OR "remov* store*") |
| 6 & 9(a-d) | ((apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR "test flight*")<br>**w/15**<br>(watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi))<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov*) |
| 9(g) | (("app* store*" OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR testflight* OR "test flight*")<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*" OR gam* OR HTML5 OR "mini program*" OR miniprogram* OR superapp* OR super-app* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR "digital pay*" OR "FB pay*" OR "Facebook pay*" OR "Meta Pay" OR "Messenger Pay" OR watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile"))<br>**w/15**<br>("marketing plan*" OR "strategic plan*" OR MAU OR "monthly average users") |
| 9(h) | (("app store*" OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile OR phone* OR smartphone* OR "smart phone*" OR testflight OR "test flight")<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*" OR gam* OR HTML5 OR "mini program*" OR miniprogram* OR "super app*" OR superapp* OR super-app* OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR "nativ*" OR "web version" OR "web based" OR "browser version" OR "browser based" OR streaming OR "web app*"))<br>**w/15**<br>(better OR worse OR compar* OR prefer* OR dislik* OR vs OR versus) |
| 18 | ((API OR APIs OR feature* OR functionalit* OR entitlement* OR capabilit* OR tool* OR "develop* SMS" OR "develop* RCS" OR "develop* messag*" OR "develop* interoperab*" OR SMS OR RCS OR OTT OR interoperab* OR encrypt* OR "cross device" OR "cross platform" OR "cross operating" OR "application programming interface*")<br>**w/20**<br>(enabl* OR disabl* OR design* OR implement* OR discontinu* OR obtain* OR use* OR facilitate* OR integrat* OR support* OR remov* OR deprecat*))<br>**w/20**<br>(iPhone* OR Android* OR "smart phone*" OR smartphone* OR "Apple Watch" OR Messenger OR notif* OR respond*) |

| | |
|---|---|
| 19 (as proposed by Apple) | ((IAP OR "*app* purchas*")<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*" OR gam* OR HTML5 OR "mini program*" OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR "super app*" OR superapp* OR super-app* OR iMessage* OR messag* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR "digital pay*" OR "FB pay*" OR "Facebook pay*" OR "Meta Pay" OR "Messenger Pay" OR watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi))<br>**w/15**<br>(platform* OR iOS OR Android OR "Android OS" OR "non-mobile" OR redeem* OR redemp* OR "cross platform" OR financ* OR priva* OR secur* OR saf* OR safe* OR fraud* OR breach* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR scam* OR hack* OR insecur* OR CSAM OR risk* OR payment* OR pay* OR monetiz* OR revenue* OR value* OR upside* OR downside* OR negotiat* OR talk* OR meet* OR call*) |
| 20 & 21 | ((priva* OR secur*) OR ("value proposition" OR (value w/5 (Apple OR "App Store" OR iOS OR iPhone OR benefit*))) OR benefit* OR (ability w/5 innovat*) OR "ease of use" OR differ* OR compar* OR risk* OR safe* OR drawback* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (app w/3 develop*) OR (software w/3 develop*) OR developer* OR SDK* OR interop* OR (software w/1 development w/1 kit*) OR ("App Review" OR (review w/3 (app OR developer OR submission OR guideline*))) OR approv* OR reject* OR guideline* OR feature* OR "switching behavior" OR "device choice" OR (distribut* w/5 (app OR Apple OR "App Store" OR iOS OR platform)) OR (market* w/5 (Apple OR "App Store" OR iOS OR iPhone OR distribut*)))<br>**w/50**<br>("app* store*" OR appstore* OR apple* OR "App Center" OR "Horizon Store*" OR "Meta Store" OR "Amazon Underground" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR Steam OR Altstore OR TutuApp OR "operating system*" OR "mobile app" OR "mobile device" OR "mobile phone" OR "mobile operating" OR "mobile platform" OR "mobile experience" OR "phone device" OR "phone mobile" OR "phone Android" OR "phone Apple" OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR iOS OR "Facebook Mobile" OR "FB Mobile" OR instagram* OR "instant gam*" OR "mini program*" OR miniprogram* OR HTML5 OR SMS OR RCS OR "Messenger notification*" OR "App Review") |
| 25 | (availabilit* OR availabl* OR offer* OR support* OR enable* OR implement* OR integrat* OR deploy* OR roll* OR launch* OR release* OR capab* OR function* OR option* OR allow*)<br>**w/15**<br>((iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR "messag* app*" OR "text* messag*")<br>**w/15**<br>(encrypt* OR "end to end" OR "end-to-end" OR "send later" OR background* OR interoperability OR "cross-platform" OR "text anyone" OR "text to anyone" OR demand* OR adoption OR behavior* OR "user demand" OR "market behavior" OR engagement OR usage OR "user experience" OR friction OR limitation* OR constraint* OR feature* OR function*)) |
| 27 | ((iMessage OR Apple OR text* OR phon* OR messag*) AND (WhatsApp OR WA OR Messenger OR Instagram OR IG))<br>**w/30**<br>(integrat* OR integration OR bridge OR connect OR sync OR interoperab* OR "cross-platform" OR port* OR compatib* OR protocol* OR server* OR API* OR "application programming interface*" OR "push notification*" OR PushKit OR identifier* OR encrypt* OR secur* OR priva* OR function* OR performance OR reliab* OR feasib* OR limitation* OR constraint*) |
| 28 | (safari* OR chrome* OR edge* OR "web app*" OR "web based app*" OR native* OR "cloud* stream*" OR "cloud* gam*" OR "cloud* play*" OR "stream* gam*" OR "stream* app*")<br>**w/15**<br>(("Facebook gam*" OR "FB gam*" OR "cloud* gam*")<br>**w/15**<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*)) |
| 40 | (native* OR miniprogram* OR (mini w/3 program*) OR (mini w/1 app*) OR HTML5 OR (instant w/1 gam*) OR instantgam*) AND ((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*))<br>**w/10**<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*) |

| | |
|---|---|
| 42 | (((consumer* OR user* OR customer* OR purchaser*) AND (survey* OR view* OR opinion* OR insight* OR feedback*))<br>**w/15**<br>(gam* OR "mini program*" OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR "super app*" OR superapp* OR super-app*) w/10 (display* OR icon* OR categor* OR flat* OR "text only" OR list* OR simple*))<br>**w/15**<br>(mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR compet* OR strength* OR success*) |
| 44 | ((watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)<br>**w/30**<br>(iOS OR Android OR Apple OR iPhone* OR smartphone*))<br>**w/30**<br>(cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR bug* OR compromis* OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review* OR reject* OR switch*) |

Best,
Marissa

**Marissa Baron** | Associate | Debevoise & Plimpton LLP | mbaron@debevoise.com | +1 212 909 6256 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Monday, July 27, 2026 4:39 PM
**To:** Baron, Marissa <mbaron@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Hi Marissa,

We have not heard from you on this email. We assume that Apple is OK with us drafting the groupings and will proceed to send those to Meta's technical team for hit counts.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Giotta, Natalie E.
**Sent:** Wednesday, July 22, 2026 4:39 PM
**To:** 'Baron, Marissa' <mbaron@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Marissa,

We are happy to propose the groupings, but do want to offer one more time for you all to make that decision. We do not want to be in a position where we are running multiple searches with multiple combinations of groupings because you don't like the groupings we picked. But if you agree to defer to our groupings, we are happy to proceed.

Thank you,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Baron, Marissa <mbaron@debevoise.com>
**Sent:** Wednesday, July 22, 2026 1:09 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thank you for flagging this. We agree with the grouping you have proposed for the first cloud streaming search term. When you send us the hit counts, if you could please show the grouping used, just as you have done below with the highlighted parentheses, we'd appreciate it.

Thank you,
Marissa

**Marissa Baron** | Associate | Debevoise & Plimpton LLP | mbaron@debevoise.com | +1 212 909 6256 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, July 21, 2026 4:59 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Barrett,

Unfortunately, the test search the tech team ran (the first one in your list, for RFPs 6 & 9(a-d) related to cloud streaming) also came back with syntax errors. Given this and other workshopping we have been doing with Meta's technical team, it appears that the problem is that the system cannot run multiple proximity connectors unless there are parentheses indicating which of the proximity connector groups the system must run first. So, to stay with the first search relating to cloud streaming, the original search did not run – but the following is OK:

((apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR (Amazon w/1 appstore) OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system" OR OS OR phone* OR Android* OR testflight*)
w/15
((cloud* w/2 (stream* OR play*)) OR (stream* w/2 app*)))
w/15
(approv* OR review* OR reject* OR feature* OR function* OR API* OR entitlement* OR development* OR remov*)

Note the additional parentheses highlighted green. We have also removed asterisks inside of quotation marks, since in our experience that can cause issues as well.

We are happy to propose groupings that would correct these errors, but want to give you the opportunity to propose the appropriate groupings by adding parentheses to the searches in the first instance. Please let us know what you prefer.

Best,
Natalie

**Natalie E. Giotta**
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Giotta, Natalie E.
**Sent:** Monday, July 20, 2026 11:03 AM
**To:** 'Greenwell, Barrett J.' <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Barrett,

Thanks for sending these revisions. Confirming that we have shared these with the technical team, which will tell us if this fixes the syntax issues.

Thanks,
Natalie

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Friday, July 17, 2026 11:06 AM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Our team has been reviewing the search terms for syntax issues that, as you flagged for the first time last Friday, were potentially affecting Meta running the terms. We believe we have identified the potential issue. Some systems have difficulty processing proximity connectors on either side of another proximity connector. For example: (dog w/5 breed) **w/15** (cat w/5 breed). To address this issue, we have below proposed revisions to the potentially affected search terms, while still preserving as closely as possible the logic of the search term in question. Those changes are reflected in the attached redline.

Please let us know as soon as possible whether these proposed revisions resolve the issue you flagged on our last call. If so, please promptly run them and provide us with the hit counts we have been requesting from your team for many months – and we reiterate our request that the search terms be run against the list of custodians Apple has requested, not just the limited set proposed by Meta.

Best,
Barrett

| **RFP** | **Revised Term** |
|---|---|

| | |
|---|---|
| 6 & 9(a-d) | (apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Amazon appstore" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store*" OR "Windows Store*" OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR phone* OR Android* OR testflight*)<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*")<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR entitlement* OR development* OR remov*) |
| 6 & 9(a-d) | (apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Amazon appstore" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store*" OR "Windows Store*" OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR mobile* OR phone* OR Android* OR testflight*)<br>**w/15**<br>("mini program*" OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR "super app*" OR superapp* OR super-app*)<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov*) |
| 6 & 9(a-d) | (apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Google Play Store" OR "Samsung Galaxy Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR "test flight*")<br>**w/15**<br>(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov* OR compli* OR resubmit* OR negotiat*) |

| | |
|---|---|
| 6 & 9(a-d) | (apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Amazon Appstore" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "operating system*" OR smartphone* OR iPhone* OR Android* OR testflight* OR "test flight*" OR "mobile app*" OR "mobile device*")<br>**w/15**<br>(wallet* OR "digital pay*" OR "FB pay*" OR "Facebook pay*" OR "Meta Pay" OR "Messenger Pay")<br>**w/15**<br>(approv* OR "app review*" OR "review* submis*" OR "review* approv*" OR "reject* app*" OR "reject* submis*" OR "feature* app*" OR "feature* API*" OR "feature* entitlement*" OR API* OR "application programming interface*" OR entitlement* OR "development tool" OR "remov* app*" OR "remov* store*") |
| 6 & 9(a-d) | (apple* OR iOS* OR "app* store*" OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR "test flight*")<br>**w/15**<br>(watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov*) |
| 9(g) | ("app* store*" OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR testflight* OR "test flight*")<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*" OR gam* OR HTML5 OR "mini program*" OR miniprogram* OR superapp* OR super-app* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR "digital pay*" OR "FB pay*" OR "Facebook pay*" OR "Meta Pay" OR "Messenger Pay" OR watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")<br>**w/15**<br>("marketing plan*" OR "strategic plan*" OR MAU OR "monthly average users") |

| | |
|---|---|
| 9(h) | ("app store*" OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile OR phone* OR smartphone* OR "smart phone*" OR testflight OR "test flight")<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*" OR gam* OR HTML5 OR "mini program*" OR miniprogram* OR "super app*" OR superapp* OR super-app* OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR "nativ*" OR "web version" OR "web based" OR "browser version" OR "browser based" OR streaming OR "web app*")<br>**w/15**<br>(better OR worse OR compar* OR prefer* OR dislik* OR vs OR versus) |
| 18 | (API OR APIs OR feature* OR functionalit* OR entitlement* OR capabilit* OR tool* OR "develop* SMS" OR "develop* RCS" OR "develop* messag*" OR "develop* interoperab*" OR SMS OR RCS OR OTT OR interoperab* OR encrypt* OR "cross device" OR "cross platform" OR "cross operating" OR "application programming interface*")<br>**w/20**<br>(enabl* OR disabl* OR design* OR implement* OR discontinu* OR obtain* OR use* OR facilitate* OR integrat* OR support* OR remov* OR deprecat*)<br>**w/20**<br>(iPhone* OR Android* OR "smart phone*" OR smartphone* OR "Apple Watch" OR Messenger OR notif* OR respond*) |
| 19 (as proposed by Apple) | (IAP OR "*app* purchas*")<br>**w/15**<br>("cloud* stream*" OR "cloud* play*" OR "stream* app*" OR gam* OR HTML5 OR "mini program*" OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR "super app*" OR superapp* OR super-app* OR iMessage* OR messag* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR "digital pay*" OR "FB pay*" OR "Facebook pay*" OR "Meta Pay" OR "Messenger Pay" OR watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)<br>**w/15**<br>(platform* OR iOS OR Android OR "Android OS" OR "non-mobile" OR redeem* OR redemp* OR "cross platform" OR financ* OR priva* OR secur* OR saf* OR safe* OR fraud* OR breach* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR scam* OR hack* OR insecur* OR CSAM OR risk* OR payment* OR pay* OR monetiz* OR revenue* OR value* OR upside* OR downside* OR negotiat* OR talk* OR meet* OR call*) |

| | |
|---|---|
| 20 & 21 | ((priva* OR secur*) OR ("value proposition" OR (value w/5 (Apple OR "App Store" OR iOS OR iPhone OR benefit*))) OR benefit* OR (ability w/5 innovat*) OR "ease of use" OR differ* OR compar* OR risk* OR safe* OR drawback* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (app w/3 develop*) OR (software w/3 develop*) OR developer* OR SDK* OR interop* OR (software w/1 development w/1 kit*) OR ("App Review" OR (review w/3 (app OR developer OR submission OR guideline*))) OR approv* OR reject* OR guideline* OR feature* OR "switching behavior" OR "device choice" OR (distribut* w/5 (app OR Apple OR "App Store" OR iOS OR platform)) OR (market* w/5 (Apple OR "App Store" OR iOS OR iPhone OR distribut*)))<br>**w/50**<br>("app* store*" OR appstore* OR apple* OR "App Center" OR "Horizon Store*" OR "Meta Store" OR "Amazon Underground" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR Steam OR Altstore OR TutuApp OR "operating system*" OR "mobile app" OR "mobile device" OR "mobile phone" OR "mobile operating" OR "mobile platform" OR "mobile experience" OR "phone device" OR "phone mobile" OR "phone Android" OR "phone Apple" OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR iOS OR "Facebook Mobile" OR "FB Mobile" OR instagram* OR "instant gam*" OR "mini program*" OR miniprogram* OR HTML5 OR SMS OR RCS OR "Messenger notification*" OR "App Review") |
| 25 | (availabilit* OR availabl* OR offer* OR support* OR enable* OR implement* OR integrat* OR deploy* OR roll* OR launch* OR release* OR capab* OR function* OR option* OR allow*)<br>**w/15**<br>(iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR "messag* app*" OR "text* messag*")<br>**w/15**<br>(encrypt* OR "end to end" OR "end-to-end" OR "send later" OR background* OR interoperability OR "cross-platform" OR "text anyone" OR "text to anyone" OR demand* OR adoption OR behavior* OR "user demand" OR "market behavior" OR engagement OR usage OR "user experience" OR friction OR limitation* OR constraint* OR feature* OR function*) |

| | |
|---|---|
| 27 | ((iMessage OR Apple OR text* OR phon* OR messag*) AND (WhatsApp OR WA OR Messenger OR Instagram OR IG))<br>**w/30**<br>(integrat* OR integration OR bridge OR connect OR sync OR interoperab* OR "cross-platform" OR port* OR compatib* OR protocol* OR server* OR API* OR "application programming interface*" OR "push notification*" OR PushKit OR identifier* OR encrypt* OR secur* OR priva* OR function* OR performance OR reliab* OR feasib* OR limitation* OR constraint*) |
| 28 | (safari* OR chrome* OR edge* OR "web app*" OR "web based app*" OR native* OR "cloud* stream*" OR "cloud* gam*" OR "cloud* play*" OR "stream* gam*" OR "stream* app*")<br>**w/15**<br>("Facebook gam*" OR "FB gam*" OR "cloud* gam*")<br>**w/15**<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*) |
| 40 | (native* OR miniprogram* OR (mini w/3 program*) OR (mini w/1 app*) OR HTML5 OR (instant w/1 gam*) OR instantgam*) AND ((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*))<br>**w/10**<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*) |
| 42 | ((consumer* OR user* OR customer* OR purchaser*) AND (survey* OR view* OR opinion* OR insight* OR feedback*))<br>**w/15**<br>(gam* OR "mini program*" OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR "super app*" OR superapp* OR super-app*) w/10 (display* OR icon* OR categor* OR flat* OR "text only" OR list* OR simple*)<br>**w/15**<br>(mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR compet* OR strength* OR success*) |

| | |
|---|---|
| 44 | (watch* OR "fitness tracker*" OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)<br>**w/30**<br>(iOS OR Android OR Apple OR iPhone* OR smartphone*)<br>**w/30**<br>(cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR bug* OR compromis* OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review* OR reject* OR switch*) |

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, July 10, 2026 7:33 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Hi Barrett,

Thanks for speaking with us today. As I explained on the call, there were a number of syntax errors in the searches proposed by Apple that are preventing Meta’s technical team from running searches and providing hit counts. We are working to understand the source of the errors and, as you requested, are providing a single list of all the agreed-upon searches we provided to Meta’s technical team, so that Apple can also review and correct any errors.

| RFP No. | Search Term |
|---|---|

| | |
|---|---|
| 6 & 9(a-d) | (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR “app review” OR (Amazon w/1 appstore) OR “Chrome Web Store” OR “Epic Games Store” OR “Google Play Store” OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR “Samsung Galaxy Store” OR Steam OR “operating system*” OR OS OR phone* OR Android* OR testflight*)<br>w/15<br>((cloud* w/2 (stream* OR play*)) OR (stream* w/2 app*))<br>w/15<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR entitlement* OR development* OR remov*) |
| 6 & 9(a-d) | (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR “app review” OR (Amazon w/1 appstore) OR “Chrome Web Store” OR “Epic Games Store” OR “Google Play Store” OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR “Samsung Galaxy Store” OR Steam OR “operating system*” OR OS OR mobile* OR phone* OR Android* OR testflight*)<br>w/15<br>((mini w/3 program*) OR miniprogram* OR “Facebook App” OR “FB App” OR “Facebook Mobile” OR “FB Mobile” OR Blue OR (super w/1 app*) OR superapp* OR super-app*)<br>w/15<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*) |

| | |
|---|---|
| 6 & 9(a-d) | (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Google Play Store" OR "Samsung Galaxy Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))<br>w/15<br>(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>w/15<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov* OR compli* OR resubmit* OR negotiat*) |
| 6 & 9(a-d) | (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "operating system*" OR smartphone* OR iPhone* OR Android* OR testflight* OR (test w/1 flight*) OR (mobile w/2 app*) OR (mobile w/2 device*))<br>w/15<br>(wallet* OR (digital w/3 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay")<br>w/15<br>(approv* OR (app w/3 review*) OR (review* w/3 submis*) OR (review* w/3 approv*) OR (reject* w/5 app*) OR (reject* w/5 submis*) OR (feature* w/3 app*) OR (feature* w/3 API*) OR (feature* w/3 entitlement*) OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (development w/1 tool) OR (remov* w/5 app*) OR (remov* w/5 store*)) |

| | |
|---|---|
| 6 & 9(a-d) | (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))<br>w/15<br>(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)<br>w/15<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*) |
| 9(g) | ((app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR testflight* OR (test w/1 flight*))<br>w/15<br>(cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR superapp* OR super-app* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay" OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")<br>w/15<br>("marketing plan!" OR "strategic plan!" OR MAU OR "monthly average users" OR (monthly w/2 average w/2 users)) |

| | |
|---|---|
| 9(h) | ((app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR testflight* OR (test w/1 flight*))<br>w/15<br>(cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR (super w/1 app*) OR superapp* OR super-app* OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")<br>w/15<br>(better OR worse OR compar* OR prefer* OR dislik* OR vs OR versus)<br>w/15<br>(nativ* or (web w/1 (version OR based)) or (browser w/1 (version OR based)) or streaming) OR (web w/5 app*) OR (cloud w/2 stream*) OR (stream* w/2 (app* OR apps OR application*)) |
| 18 | (API OR APIs OR feature* OR functionalit* OR entitlement* OR capabilit* OR tool* OR (develop* w/5 (SMS OR RCS OR messag* OR interoperab*)) OR SMS OR RCS OR OTT OR interoperab* OR encrypt* OR (cross w/1 (device OR platform OR operating)) OR (application w/1 programming w/1 interface*))<br>w/20<br>(enabl* OR disabl* OR design* OR implement* OR discontinu* OR obtain* OR use* OR facilitate* OR integrat* OR support* OR remov* OR deprecat*)<br>w/20<br>(iPhone* OR Android* OR (smart w/1 phone*) OR smartphone* OR ("Apple Watch" w/10 (Messenger OR notif* OR respond*))) |

| | |
|---|---|
| 20 & 21 | ((priva* OR secur*) OR ("value proposition" OR (value w/5 (Apple OR "App Store" OR iOS OR iPhone OR benefit*))) OR benefit* OR (ability w/5 innovat*) OR "ease of use" OR differ* OR compar* OR risk* OR safe* OR drawback* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (app w/3 develop*) OR (software w/3 develop*) OR developer* OR SDK* OR interop* OR (software w/1 development w/1 kit*) OR ("App Review" OR (review w/3 (app OR developer OR submission OR guideline*))) OR approv* OR reject* OR guideline* OR feature* OR "switching behavior" OR "device choice" OR (distribut* w/5 (app OR Apple OR "App Store" OR iOS OR platform)) OR (market* w/5 (Apple OR "App Store" OR iOS OR iPhone OR distribut*)))<br>w/50<br>((app* w/1 store*) OR appstore* OR apple* OR "App Center" OR (Horizon w/1 Store*) OR "Meta Store" OR "Amazon Underground" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR Steam OR Altstore OR TutuApp OR "operating system*" OR (mobile w/3 (app OR device OR phone OR operating OR platform OR experience)) OR (phone w/3 (device OR mobile OR Android OR Apple)) OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR iOS OR "Facebook Mobile" OR "FB Mobile" OR instagram* OR (instant w/3 gam*) OR (mini w/3 program*) OR miniprogram* OR HTML5 OR SMS OR RCS OR (Messenger w/5 notification*) OR "App Review") |

| | |
|---|---|
| 25 | (availabilit* or availabl* or offer* OR support* OR enable* or implement* OR integrat* OR deploy* OR roll* OR launch* OR release* OR capab* or function* OR option* OR allow*)<br>w/15<br>(iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR (messag* w/5 app*) OR (text* w/5 messag*)))<br>w/15<br>(encrypt* OR “end to end” OR “end-to-end” OR “send later” OR background* OR interoperability OR “cross-platform” OR “text anyone” OR “text to anyone” OR demand* OR adoption OR behavior* OR “user demand” OR “market behavior” OR engagement OR usage OR “user experience” OR friction OR limitation* OR constraint* OR feature* OR function*) |
| 27 | ((iMessage OR Apple OR text* OR phon* OR messag*)<br>AND (WhatsApp OR WA OR Messenger OR Instagram OR IG))<br>w/30<br>(integrat* OR integration OR bridge OR connect OR sync OR interoperab* OR “cross-platform” OR port* OR compatib* OR protocol* OR server* OR API* OR “application programming interface*” OR “push notification*” OR PushKit OR identifier* OR encrypt* OR secur* OR priva* OR function* OR performance OR reliab* OR feasib* OR limitation* OR constraint*) |
| 28 | (safari* OR chrome* OR edge* OR (web w/5 app*) OR native* OR (cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)))<br>w/15<br>((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*))<br>w/15<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*) |

| | |
|---|---|
| 40 | (native* OR miniprogram* OR (mini w/3 program*) OR (mini w/1 app*) OR HTML5 OR (instant w/1 gam*) OR instantgam*)<br>AND<br>((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*))<br>w/10<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*) |
| 42 | ((consumer* OR user* OR customer* OR purchaser*) w/5 (survey* OR view* OR opinion* OR insight* OR feedback*))<br>w/15<br>(gam* OR (mini w/3 program*) OR miniprogram* OR “Facebook App” OR “FB App” OR “Facebook Mobile” OR “FB Mobile” OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/10 (display* OR icon* OR categor* OR flat* OR (text w/3 only) OR list* OR simple*)<br>w/15<br>(mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR compet* OR strength* OR success*) |
| 44 | (watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)<br>w/30<br>(iOS OR Android OR Apple OR iPhone* OR smartphone*)<br>w/30<br>(cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review* OR reject* OR switch*) |

As I stated on the call, we are continuing to consider Apple’s latest proposal regarding RFP 19.

Best,
Natalie

**Natalie E. Giotta**
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Friday, July 10, 2026 3:25 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thanks for today's M&C. I wanted to memorialize two action items from our call regarding document searches. First, you said that you will send us a document with all of the search terms you are running so we can review them in parallel with you to identify any issues. We would appreciate receiving those today so we can begin our review as soon as possible.

Second, we have outlined our position on the search terms and custodians for RFP 19. Please let us know Meta's position regarding this RFP.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Friday, July 10, 2026 10:27 AM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Barrett,

You can understand that we will not respond to every item in your long, 11:53 PM email before our meeting at 12:30 PM today. For clarity, we decline to provide Apple's proposed additional custodians for RFPs 18, 27, 28, 40, 42, and 44, for the same reasons. Additionally, and as Apple requested, we propose to provide hit counts for RFP 25 over, as you said, "the same custodians as the other messaging RFPs." Those custodians are the custodians that we have agreed for RFP 18.

We also note that Apple continues to appear confused about the history of negotiations with regard to the CID refresh: in just one email, you contend first that Meta refused to provide a refresh of the CID, and then that Meta has reversed its previous agreement to provide a CID refresh. I refer you to our many previous emails and conversations about Meta's position on the CID refresh, which remains our position today.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Thursday, July 9, 2026 11:53 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thanks again for sending over your response. As we requested below, do you have a revised update on when you expect to provide us with search term hit counts? Moreover, will your team be in a position on tomorrow's meet and confer to discuss Meta's positions on Apple's long-pending go-get RFPs, and to explain how CID search terms were applied to the CID custodians?

We also disagree with your characterizations of our negotiations to date. As you know, Apple served its subpoena on Meta on June 16, 2025. Since that time, despite Apple's repeated attempts to address Meta's burden and relevance concerns, Meta produced just 21 documents responsive to portions of RFPs 50-52 of Apple's subpoena. For more than a year Meta has stonewalled—refusing to provide a CID refresh or even CID search parameters, refusing to produce go-get documents, refusing to propose search terms, refusing to propose custodians, refusing to provide hit counts for Apple's first set of proposed search parameters, and refusing to make a counterproposal. Even today, despite being in possession of Apple's second proposed search protocol for nearly eight weeks, Meta has produced no documents, provided no hit counts, and has refused to even take a position on the vast majority of 18 sufficient-to-show RFPs.

As to custodians, contrary to your email, we have repeatedly explained to you the relevance of our proposed custodians Mark Zuckerberg, Marne Levine, Jim Gerber, and John Hegeman. Given your refusal to consent to including those custodians for any search term purposes, we understand the parties to be at an impasse on that issue.

As to our request that you consider adding [redacted]

In any event, we understand your email to reject our custodian proposal as to "cross-cutting" RFPs (**6, 9, 20, 21**), but you did not state your position as to our custodian proposals in the areas of messaging (**RFPs 18, 27**), cloud-streaming (**RFP 28**), super apps and mini programs (**RFPs 40, 42**), and wearables and digital wallets (**RFP 44**). Please provide your position on these custodian proposals. Further, when you agree in **RFP 25** to use the same custodians as for **RFP 18**, do you mean the custodians as proposed by Meta or as proposed by Apple?

Turning to your RFP-specific positions, we disagree with your characterizations of Apple's proposed terms but, in the interest of compromise, agree for the purposes of generating initial hit counts with your narrowing of the searches for **RFPs 9(g)**, **9(h), and 25.**

As to **RFP 19**, I'm sure you'll recall our discussion that our search terms here are intended to cover each subpart of this RFP and thus are not limited to third party communications. While we don't agree with your complaints about our proposed search terms, in the interest of compromise, we propose the following consolidated search string for the purposes of generating hit counts:

> (IAP OR (in w/1 app) OR "in-app" OR "in app" OR (app* w/5 purchas*) OR (app* w/5 pay*))
> **w/15**
> ((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app* OR iMessage* OR messag* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR (digital w/2 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay" OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi)
> **w/15**
> ((platform* OR iOS OR Android OR "Android OS" OR "non-mobile" OR redeem* OR redemp* OR (cross w/2 platform*)) **OR** ((financ* OR priva* OR secur* OR saf* OR safe* OR fraud* OR breach* OR (data w/2 breach*) OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR scam* OR hack* OR insecur* OR CSAM OR risk* OR payment* OR pay* OR monetiz* OR revenue* OR value* OR upside* OR downside*) w/15 (communicat* OR communication* OR email* OR message* OR text*)) **OR** (negotiat* OR talk* OR meet* OR call*))

As to the CID Refresh, we understand Meta's position to now be, contrary to its prior position, that it is not necessarily willing to provide a full CID refresh and that any such refresh is contingent upon overall burden. Having failed to conduct the requested CID refresh for nearly a year, Meta's unwillingness to agree to a refresh amounts to a refusal to provide it, and we are at an impasse on that issue as well.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your

reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Wednesday, July 8, 2026 9:27 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Barrett,

We can do 12:30, though we will only have 30 minutes due to some other meetings that have popped up. Send an invite around if that works for you.

Best,
Natalie

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Wednesday, July 8, 2026 6:26 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,
We completely disagree with many of your characterizations below and are preparing a substantive response to your proposals. In the meantime, we are available to meet and confer on Friday during the window from 12:30-2:00 if there is a slot in there that works for your team. Please let us know, thanks.
Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, July 7, 2026 8:10 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Hi Barrett,

Thanks for this message. We will be available on Friday to meet and confer; please propose some times that work for you all.

As to your July 2 email, a brief point of correction may be in order: it may be that we have met 11 times over 11 months – but those meetings have been far from evenly distributed. We met a handful of times in the fall, true; then, we did not hear from Apple about its subpoena from October 10 until January 14, after which we met again on January 30. On January 30, we asked Apple to provide us with explanations of the relevance of its requested custodians. Unfortunately, despite email follow-ups, we did not hear again from Apple until May 15, when Apple provided its latest proposal and negotiations began again in earnest. By my records, we have met five times since then; a nice clip, but hardly exemplary of consistent engagement in negotiations on Apple's part. In light of this record of non-engagement, and despite Apple's eagerness to resolve disputes by a particular deadline, Meta does not intend to rush negotiations for the sake of reaching impasse. Rather, we would prefer to reach agreement where possible to minimize disputes and ease the burden on the Court.

Moving on to your specific requests. Meta does not agree to search for documents from what you term the four "supplemental" custodians of Mark Zuckerberg, Marne Levine, Jim Gerber, and John Hegeman. Meta has offered 18 custodians who worked on the specific areas about which you requested information. Moreover, Apple has not explained the relevance of the four custodians you request beyond speculative assertions that they may possess some documents that Apple views as relevant. We trust that the 18 custodians Meta has offered will satisfy your needs.

Turning to the requests that you term the "cross-cutting RFPs": First, as I have already explained both in our meet and confer and via email, we do not agree that Meta's initial offer was underinclusive or in any way conflicts with [redacted]

[redacted]

[redacted]

Third, Meta has already offered a significant number of custodians for the requests that you list as "cross-cutting RFPs." Simply stating that an individual might know about a broad topic area – without connecting that individual's purported knowledge to the specific scope of the RFP that Apple drafted – does not, in our view, sufficiently explain Apple's need for particular searches to be run over that custodian's documents.

For those reasons, Meta does not agree to add your proposed custodians to the searches for your termed "cross-cutting RFPs" at this time.

Moving through the list of your "other RFPs":

- **RFP 9(e) and (f):** As we have explained, we disagree about the relevance of these searches and the necessity for Apple to receive this information from Meta rather than from parties to the litigation or indeed, from public sources. And at any rate, Apple's proposed searches are far beyond the scope of the RFPs that it drafted.

- **RFP 9(g):** Meta agrees to provide hit counts for the following search, despite Meta's continued disagreement that Facebook Mobile constitutes a "super app":

  (~~apple* OR iOS* OR~~ (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) ~~OR iPhone* OR Android*~~ OR testflight* OR (test w/1 flight*))
  w/15
  (cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR superapp* OR super-app* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay" OR watch* OR (fitness w/1 tracker*) OR band* OR

smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")
**w/15**
("marketing plan!" OR "strategic plan!" ~~OR strateg* OR market* OR advertis* OR grow* OR business*~~ OR MAU OR "monthly average users" OR (monthly w/2 average w/2 users))

- **RFP 9(h):** Meta agrees to provide hit counts for the following search, despite Meta's continued disagreement that Facebook Mobile constitutes a "super app":

(~~apple* OR iOS* OR~~ (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) ~~OR iPhone* OR Android*~~ OR testflight* OR (test w/1 flight*))
**w/15**
(cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR (super w/1 app*) OR superapp* OR super-app* OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")
**w/15**
(better OR worse OR compar* OR prefer* OR dislik* OR vs OR versus ~~OR differ* OR alternat* OR parity~~)
**w/15**
(nativ* or (web w/1 (version OR based)) or (browser w/1 (version OR based)) or streaming) ~~OR safari* OR chrome* OR edge* OR~~ (web w/5 app*) OR (cloud w/2 stream*) OR (stream* w/2 (app* OR apps OR application*))

- **RFP 11:** You asked us to represent that Meta has not had any interactions with any government agency or division or private plaintiff beyond the parties to the actions at issue here. We will not do so; as you likely know from following the news, Meta has a number of interactions with government entities across a number of issues, including other litigation to which Apple is not a party. Moreover, as the requesting party, it is Apple's responsibility request discovery based upon more than speculation or conjecture.

- **RFP 19:** Meta will not run search terms for the proposed RFPs 19(d-f). Each of Apple's proposed searches contains a search for terms like "fraud," "spam," "bug," etc. We have explained our relevance concerns as they relate to those search strings. Even further, the RFP to which that part of the search apparently corresponds is limited to communications with third parties regarding the financial, privacy, and security impacts of decisions related to in-app purchases. Apple's proposed searches go far beyond communications with third parties on a limited set of topics.

- **RFP 25:** Meta agrees to provide hit counts for the following search, run over the custodians for RFP 18 as Apple requests. Again, Meta disagrees that any discussion about a feature – or about the potential to add a feature – constitutes a discussion about that feature's "availability."

(availabilit* or availabl* or offer* OR support* OR enable* or implement* OR integrat* OR deploy* OR roll* OR launch* OR release* ~~OR pilot* OR "in production"~~ OR capab* or function* OR option* OR allow* ~~OR dev* OR beta OR configure*~~)
w/15
(iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR (messag* w/5 app*) OR (text* w/5 messag*)))
w/15
(encrypt* OR "end to end" OR "end-to-end" OR "send later" OR background* OR interoperability OR "cross-platform" OR "text anyone" OR "text to anyone" OR demand* OR adoption OR behavior* OR "user demand" OR "market behavior" OR engagement OR usage OR "user experience" OR friction OR limitation* OR constraint* OR feature* OR function*)

- **RFPs 31, 32, and 53**: If Apple is able to revise these requests in a way that resolves our relevance and burden concerns, Meta will consider providing hit counts. At this time, Meta will not be providing hit counts or producing documents in response to these requests.

- **CID Refresh**: On our last meet and confer, Apple accused Meta of refusing to provide a refresh of the CID production. Now, Apple insists that Meta did agree to provide a refresh at an earlier, unspecified time in these negotiations. Meta's position is what it has always been: Meta intends to assess the burden of Apple's subpoena holistically and to evaluate the feasibility of a CID refresh in light of the burden of Apple's numerous other requests. As I explained in an earlier email, this is neither an agreement nor a refusal to provide a refresh at this time.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Tuesday, July 7, 2026 7:03 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>

**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thank you for the update. We look forward to your response on our custodian and search term counterproposal. For the hit counts, do you have a revised estimate on when your data collection will be complete and hit count numbers available to share with us?

In the meantime, we are also still waiting to hear Meta's position on Apple's go-get and sufficient to show RFPs. Please provide us with an update on which RFPs you are gathering documents for and your process for collecting those documents. Please provide some times for later this week when you are available to meet and confer.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Monday, July 6, 2026 5:07 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Barrett,

We are continuing to consider your July 2 email, which we received 11 business hours ago.

As an update on hit counts, Meta's internal team informed us that it has exported and processed 1/3 of the data to be collected as of last week. There are another 2/3 of data remaining to be processed early this week. When we receive notice from the team that the complete set of data for 18 custodians has been processed, we will run searches and provide hit counts. We look forward to updating you on that process.

Best,
Natalie

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Monday, July 6, 2026 3:56 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

I hope you are well. We are writing to request an update on Meta's position on our counterproposal, which we shared last week on July 2. In addition, please provide an update on Meta's hit counts, which you told us two weeks ago should be available last week. Please provide these updates as soon as possible so we can make progress towards resolving our negotiations.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Thursday, July 2, 2026 2:03 PM
**To:** 'Giotta, Natalie E.' <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted

<thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thank you for providing the below explanation and proposal regarding search terms and custodians. We write below to respond to your positions and to propose additional custodians for these RFPs, since your proposal remains underinclusive for many of the same reasons we already flagged for your team.

Moreover, given the approaching close of discovery deadline, that we have engaged in 11 meet and confers in as many months, and Meta's refusal to consent to litigation in the District of New Jersey, we need to complete these negotiations by July 24, 2026.

Beginning with custodians, you have not yet indicated your position on Apple's offer to drop three of the supplemental custodians if Meta is willing to accept the remaining four supplemental custodians: **Mark Zuckerberg** (CEO); **Marne Levine** (former CBO); **Jim Gerber** (former Director of Strategic Alliances); and **John Hegeman** (CRO). Please let us know your position in this proposal.

We also have updated custodian proposals for the other search term RFPs, as categorized and outlined in more detail below.

***Cross-cutting RFPs*:**

**RFP 6 and 9(a-d).** Meta previously proposed the following individuals as custodians for RFPs 6 and 9(a-d), which seek information about apps and app review submissions across all pillars: **Aruna Bharathi, Ash Jhaveri, Parkin Kent, Maggie Krummel, John Lagerling, Dan Rose, Marina Shilman, Marc Shedroff, and Stephanie Wang**. In your June 30 written proposal, you proposed adding the following custodians to this list, [redacted] **Stan Chudnovsky and Vivek Sharma**.

Your new list of custodians remains underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- [redacted]

**RFPs 20 and 21.** Meta previously proposed the following individuals as custodians for RFPs 20 and 21, which seek information respectively about comparisons between: (i) iMessage and Meta's messaging apps, the App Store and Meta's app marketplaces, and Facebook Mobile's performance on the iPhone compared to other smartphones; and (ii) Meta's apps (across all pillars) when used on iOS vs. non-iOS platforms: **Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex**. In your June 30 written proposal, you proposed adding the following custodians to this list,

[redacted] **Ash Jhaveri, Parkin Kent, Maggie Krummel, Vivek Sharma, Marina Shilman, Marc Shedroff, and Vince Darley**.

Your new list of custodians remains underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- **Aruna Bharathi**, a CID custodian and former Strategic Alliances Partnership Manager vis-à-vis Apple whom Meta put forward to DOJ as having [redacted]

***Messaging RFPs*:**

**RFP 18.** Meta previously proposed the following individuals as custodians for RFP 18, which seeks documents regarding decisions to use different capabilities and functionalities on Meta messaging apps: **Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex**. In your June 30 written proposal, you proposed adding the following custodians to this list, [redacted] **Maggie Krummel and Marc Shedroff**.

Your new list of custodians remains underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- [redacted]

**RFP 27.** In your June 30 written proposal, you re-proposed the following individuals as custodians for RFP 27, which seeks information about efforts to integrate messages on Apple's messaging apps into Meta's messaging apps: **Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex.**

This list of custodians is underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- [redacted]

***Cloud Streaming***:

**RFP 28.** In your June 30 written proposal, you re-proposed the following individuals as custodians for RFP 28, which seeks information about the benefits and drawbacks of native cloud streaming apps compared with web-based cloud streaming apps and apps without primary streaming content: **Vijaye Raji, Vivek Sharma, and Andrew Mo.**

This list of custodians is underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- **Aruna Bharathi**, a CID custodian and former Strategic Alliances Partnership Manager vis-à-vis Apple whom Meta put forward to DOJ as having [redacted]

***Super App/Mini Program RFPs***:

**RFP 40.** Meta previously proposed the following individuals as custodians for RFP 40, which seeks information about the benefits and drawbacks of mini programs compared to native apps: **Vijaye Raji, Vivek Sharma, and Andrew Mo**. In your June 30 written proposal, you proposed adding the following custodians to this list, [redacted]: **Parkin Kent and Marc Shedroff**.

Your new list of custodians remains underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- [redacted]

**RFP 42** previously proposed the following individuals as custodians for RFP 42, which seeks information about the effects of mini program and super app displays: **Vijaye Raji, Vivek Sharma, and Andrew Mo**. In your June 30 written proposal, you proposed adding the following custodians to this list, [redacted] **Aruna Bharathi, Parkin Kent, and Maggie Krummel**.

Your new list of custodians remains underinclusive, and we propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- **Stan Chudnovsky**, a CID custodian and former VP of Messenger whom Meta put forward to DOJ as having information relevant to Instant Games [redacted]

***Wearables and Digital Wallets*:**

**RFP 44.** In your June 30 written proposal, you re-proposed the following single individuals as your *sole custodian* for RFP 44, which seeks information about Meta's plans to offer a wearable product or digital payment service for iOS and Android, including Meta's efforts to make any such product compatible with iPhones and other smartphones: **Greg Marra.**

Your proposal of a *single* custodian for this RFP—out of 18 agreed-upon custodians—remains underinclusive. We propose adding as custodians the following individuals who clearly would have relevant information responsive to these requests:

- [redacted]

***Other RFPs***:

Beyond the custodian issues outlined above, we write regarding a few additional RFPs and open issues.

**RFP 9(e) and (f)**. We understand your position to be that based on a relevance objection you will not run search terms or otherwise produce documents responsive to RFP 9(e) and (f), which respectively relate to privacy/security and profit projections of apps that Meta has submitted to App Marketplaces. These topics are plainly relevant to the claims and defenses in this litigation. In short, the Amended Complaint alleges that Apple uses privacy and security as pretext to justify the challenged policies. The privacy and security analyses of third party app developers, such as Meta, therefore bear directly on whether Apple's challenged conduct is supported by legitimate procompetitive justifications. For example, third-party evaluations of their own app's privacy/security risks, or their assessment of whether Apple's app store review process raises legitimate privacy/security concerns, can provide independent evidence supporting that Apple's challenged polices deliver genuine security and privacy benefits.

As to profit projections, the Amended Complaint alleges that Apple's polices harm third-party developers and the profitability of their apps. Financial information from third-party developers, such as Meta, regarding app profits is therefore directly relevant to the harm alleged, which Apple is entitled to test as part of its defense to the DOJ's claims.

**RFP 9(g).** It is unclear from your email whether your proposal would include the limiter Apple put forth in its June 19 email. Assuming you accept Apple's proposed limiter (added below for reference), Apple is prepared to agree for hit count purposes to Meta's proposal as to the remainder of RFP 9(g), with the following modifications:

> (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))
> **w/15**

(cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR superapp* OR super-app* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay" OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")

~~w/10~~ **w/15**

("marketing plan!" OR "strategic plan!" OR strateg* OR market* OR advertis* OR grow* OR business* OR MAU OR "monthly average users" OR (monthly w/2 average w/2 users))

**RFP 9(h):** Here too, it is unclear whether your proposal would include the limiter Apple put forth in its June 19 email. Assuming you accept Apple's proposed limiter (added below for reference), Apple is prepared to agree to Meta's proposal as to the remainder of RFP 9(h), with the following modifications:

(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))

**w/15**

(cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR (super w/1 app*) OR superapp* OR super-app* OR Blue OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile")

~~w/5~~ **w/15**

(better OR worse OR compar* OR prefer* OR dislik* OR vs OR versus OR differ* OR alternat* OR parity)

~~w/5~~ **w/15**

(nativ* or (web w/1 (version OR based)) or (browser w/1 (version OR based)) or streaming) OR safari* OR chrome* OR edge* OR (web w/5 app*) OR (cloud w/2 stream*) OR (stream* w/2 (app* OR apps OR application*))

**RFP 11**. Despite us modifying this search string at your request to focus on non-parties to the litigations, we now understand you are refusing to provide hit counts or produce documents responsive to this request. This RFP is not a "fishing expedition" as you claim, given Meta's well-documented, extensive involvement to date in coordinating with the government to bring this case. In any event, are you prepared to represent to us that Meta has not had any interactions with any other government agency or division or private plaintiff beyond the parties to the actions?

As to your specific example regarding the FTC, while Apple has taken the position that it and other federal agencies *should* be treated as a party for the purposes of party discovery, the DOJ has taken the position—as you presumably know—that the FTC and other federal agencies are not a party to this action. As such, the DOJ has to date refused to provide such discovery as third party discovery or otherwise.

**RFP 19**. Our understanding is that Meta has not yet indicated a position on whether it will run search terms and what custodians it proposes to use for RFP 19. Apple proposes that you provide hit counts for our proposed searches and, since this RFP is relevant to each of the five pillars, that you use each of the 18 agreed-upon custodians.

**RFP 25**. As we previously explained over call and email, while Meta is focused on the term "availability" as used in this RFP, the plain text of the RFP makes clear that it seeks information going beyond the mere availability of the enumerated messaging related features—including Meta's interest in developing such features, your security and privacy concerns about those features, user demand for those features, and industry developments concerning those features. As such, Meta's proposed search term limiter is unduly restrictive. Even so, in the interest of compromise, Apple proposes to include a limiter as revised for the purposes of opening hit counts:

- (availabilit* OR availabl* OR offer* OR support* OR enable* or implement* OR integrat* OR deploy* OR roll* OR launch* OR release* OR pilot* OR "in production" OR capab* or function* OR option* OR allow* OR dev* OR beta OR configure*)
- Since this RFP focuses on messaging and related features, Apple proposes running this search over the same custodians as the other messaging-focused RFPs, RFP 18 and 27, for the purposes of providing hit counts.

**RFPs 31, 32, and 53**. In addition to the above points—including your refusal to produce documents in response to RFPs 9(e), 9(f), and 11—we understand your position to be that you will not run search terms or produce documents in response to RFPs 31, 32, and 53, despite our repeated explanations about the relevance of those requests.

**CID Refresh**. Meta's position on the CID refresh has long been that it would refresh the CID production once agreement was reached regarding how Meta would comply with Apple's subpoena. The open issue was only ever one of timing, as Meta insisted on conducting the CID refresh simultaneously with productions based on new search terms. After many months of negotiations, Meta has now taken a new and contrary position that the CID refresh may be limited based on its total perceived burden. Apple expects Meta to honor its commitment—to which it has repeatedly agreed during the course of negotiations—to provide a complete refresh of the CID production separate from its obligations to comply with Apple's subpoena.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, June 30, 2026 2:59 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

*EXTERNAL*

Barrett,

We made no such commitment on our call last week. At any rate, in addition to a written summary of our call, you asked us to re-draft a number of Apple's search terms, which has taken some time. Nevertheless, our written proposal, which includes additional custodians for multiple RFPs, is as follows:

| RFP | Search(es) | Custodians |
|---|---|---|
| RFP Nos. 6 & 9(a-d) | We agree to provide hit counts for the search term with the agreed upon modification, and excluding "Diem" and "Calibra" from the Wearables search. | Aruna Barathi<br>Ash Jhaveri<br>Parkin Kent<br>Maggie Krummel<br>John Lagerling<br>Dan Rose<br>Marina Shilman<br>Marc Shedroff<br>Stephanie Wang<br>Stan Chudnovsky<br>Vivek Sharma |
| RFP No. 18 | Though we do not agree that Apple's proposed w/20 connector is appropriate, we agree to provide hit counts for the search term as written. | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton Rex<br>Maggie Krummel<br>Marc Shedroff |
| RFP 20 & 21 | Though we do not agree that Apple's proposed w/50 connector is appropriate, we agree to provide hit counts for the search term as written. | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton Rex<br>Vince Darley<br>Maggie Krummel<br>Marc Shedroff<br>Ash Jhaveri<br>Vivek Sharma<br>Marina Shilman |

| | | |
|---|---|---|
| | | Parkin Kent |
| RFP 27 | Though we do not agree that an "AND" connector is appropriate, we agree to provide hit counts for the search term as written. | Will Cathcart<br>Stan Chudnovsky<br>Ime Archibong<br>Alice Newton Rex |
| RFP 28 | We agree to provide hit counts for the search term as written. | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo |
| RFP 40 | We agree to provide hit counts for the search term as written. | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>Parkin Kent<br>Marc Shedroff |
| RFP 42 | We agree to provide hit counts for the search term as written. | Vijaye Raji<br>Vivek Sharma<br>Andrew Mo<br>Aruna Bharathi<br>Parkin Kent<br>Maggie Krummel |
| RFP 44 | We agree to provide hit counts for the search term as written. | Greg Marra |

As we explained on our call, Meta is offering an expanded list of custodians for many RFPs not because it believes that its initial offer was deficient in any sense, but in an effort to compromise and avoid disputes.

Meta also agreed to provide hit counts for a CID refresh. As we explained, the burden to Meta of producing any information is assessed in totality; it is not possible to begin to produce documents for any CID refresh without understanding the burden that doing so could pose. Though Apple accused Meta of refusing to refresh the CID production, that is far from our position. Rather, as we have explained repeatedly, Meta needs to understand how many documents would be produced in a CID refresh in order to assess the burden upon it of the refresh on top of Apple's numerous other RFPs. We hope that you can understand that this is neither a refusal nor an agreement to produce any CID refresh at this time.

Apple requested that Meta propose search strings for the remaining subparts of RFP 9. Meta does not agree to RFP 9(e) or 9(f), which are not relevant. Meta's proposal for RFP 9(g-h) is:

**9(g)**
cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR superapp* OR super-app* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay" OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi
w/10
("marketing plan!")

**9(h)**
cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR (super w/1 app*) OR superapp* OR super-app*
w/5
(better OR worse OR compar* OR prefer* OR dislik*)
w/5
(nativ* or (web w/1 (version OR based)) or (browser w/1 (version OR based)) or streaming)

Meta proposes to run these searches over the same list of custodians as for 9(a-d) for purposes of providing hit counts.

Apple also requested that Meta propose a search term for RFP 25 that would bring that search within the ambit of RFP 25, which asks for documents "concerning the availability" of certain features on Meta's Messaging apps. Meta believes that the limiter term we proposed earlier (availabilit* or availabl* or offer*) is appropriate. Meta proposes to run this search over the same custodians as for RFP 20 & 21 for purposes of providing hit counts.

Finally, Meta agreed to take back Apple's latest proposed search for RFP 11. In light of Apple's inability to provide any non-speculative justification for this search – including any reason to believe that Meta met with the regulators that Apple supposes it did – Meta cannot agree to this search. This is especially true in light of Apple's shifting positions with regard to the issues in the RFP; Apple has taken the position in these negotiations that the FTC (for example) is a non-party, but has said just the opposite to the Court in this litigation. Without a consistent justification or argument, it is difficult to draw any other conclusion than that this is a fishing expedition in which Meta will not engage.

Best regards,
Natalie

**Natalie E. Giotta**
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC

1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Monday, June 29, 2026 11:29 AM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Based on our discussion last Wednesday, we had understood that you were going to provide us with a written memorialization of your latest counterproposal by the end of the week. We have not yet received it. Please confirm that you will send it today. Thank you.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Tuesday, June 23, 2026 9:10 PM
**To:** 'Giotta, Natalie E.' <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

We disagree with your suggestion that we are somehow rushing your team. We merely want to hold the M&C that we scheduled with your team a week ago. We look forward to discussing your updates with you on tomorrow's call.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, June 23, 2026 7:34 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Barrett,

We disagree with your characterizations below. To give just one example, our objection to running all search terms over all custodians is based on both burden *and* relevance. Apple has never explained how all of its proposed custodians are relevant to all search terms, and we have proposed the custodians that are relevant to your RFPs in a good faith effort to get you what you have requested without taking on the burden of searching or producing irrelevant information.

Because you are insisting on having this meeting, which we asked to push in order to be well-prepared, we cannot promise that we will be prepared to discuss all of the items you list below. But, if you insist on doing it anyway, we can have a quick call with the updates we have, and cover more ground once the hit counts are available.

Best,
Natalie

**Natalie E. Giotta**
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Tuesday, June 23, 2026 1:47 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

I'm surprised by your response for a number of reasons.

First, as we have said many times, we have a fundamental disagreement about Meta's obligations in terms of the searches that are necessary to comply with the subpoena. Our position is that the RFPs and associated search terms should be run against all custodians, and the purpose of running hit counts is to assess claims of burden arising from that process. This is particularly necessary because Meta's position is that it may self-select a small subset of custodians for each search and generate hit counts only from that subset, even where it is clear that other custodians are likely to have relevant documents. Apple does not and has never agreed to that process. To that end, we have asked repeatedly a very basic question: what process was conducted in order to produce the CID documents? The answer to that question is not a "non-urgent update"; it is a basic fact that is essential to evaluating your asserted claims of burden. Please provide an answer to that question. Moreover, please clarify what process you are following to generate hit counts, including which RFPs you are including, what search terms you are using for those RFPs, and which custodians you are applying those search terms to.

Second, there are multiple additional items that we need to address now. For example, you owe us a response or explanation on the following:

- Is Meta willing to run our proposed search terms for RFPs 9(e-h), 11, 25, 31, 32, and 53 across the custodian set.

- What is Meta's position on Apple's 18 sufficient to show / go-get RFPs, some of which you have had in original form for over a year.
- Whether, if litigation is necessary, Meta will comply with the court order designating D.N.J. as the venue for disputes.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Monday, June 22, 2026 11:22 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

Barrett,

What are the "other open items" you are alluding to? Apple has repeatedly insisted that it is not possible to move forward in negotiations without hit counts. We have agreed to provide those to you. The remainder of items you mention are non-urgent updates that do not require a meeting this week. That's especially so considering that your team continues to be uncooperative and unwilling to compromise on these seriatim, incremental calls.

We have agreed to provide hit counts, which we have told you will be available sometime late next week at earliest. If you insist on having another call before those are available, please provide a comprehensive list of what you think we need to cover rather than simply alluding to unspecified "open items."

Best,
Natalie

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Monday, June 22, 2026 6:27 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

We don't think it makes sense to postpone Wednesday's call given the substantial number of other items we still need to discuss, including for example the custodians over whose documents search terms will be run; your updates regarding which CID search terms were run across which CID custodians; your position on Apple's 18 go-get RFPs, which we understand you to still be assessing; and whether, should litigation prove necessary, you agree that such disputes should be resolved before the District of New Jersey. On that final piece, we direct your attention to Dkt. No. 455 in the DOJ action that outlines the special master procedures governing discovery disputes.

We look forward to discussing those issues, and the other open items, on Wednesday.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Monday, June 22, 2026 5:17 PM
**To:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Barrett,

Thank you for your email. We are continuing to review and digest these proposals. In the meantime, we have begun the process of getting hit counts to you for the searches and custodians that we discussed last week. However, that process is projected to take some time, especially in light of the intervening holiday, so we think it would be best to pull down Wednesday's meet and confer and to reschedule for a time when we may have hit counts for you.

We understand from the document processing team that hit counts may be ready late next week. What is your team's availability next Thursday or Friday?

Best,
Natalie

**Natalie E. Giotta**
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Sent:** Friday, June 19, 2026 12:51 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; McNelis, Katelyn <kmcnelis@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Hi Natalie,

Thanks again for Wednesday's meet and confer. While we are disappointed that Meta continues to refuse to provide hit counts for any of our proposed searches or provide a position on our proposed go-gets, we write today to provide our feedback on a few of the search term takebacks we discussed:

**RFP 9(e-h).** Meta requested that we consider additional search terms to focus on efforts to submit apps to App Marketplaces. We view your counter proposal as overly narrow and would instead propose to include the following terms:

(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))

**w/15**

[RFP 9(e-h) terms]

**RFP 11.** Meta raised concerns that RFP 11 targeted documents more properly sought from parties to the relevant actions. Apple explained that this RFP also requested communications with non-parties to the action, such as other government agencies. As noted on our call, we are willing to propose revised search terms for RFP 11 to more squarely target Meta's communications with non-parties:

(*FTC* OR *@cma.gov.uk OR *@ec.europa.eu OR *@europa.eu OR "Federal Trade Commission" OR "Competition and Markets Authority" OR CMA OR "European Commission" OR "DG Competition" OR "DG COMP" OR *@AlabamaAG.gov OR *@alaska.gov OR *@arkansasag.gov OR *@coag.gov OR *@delaware.gov OR *@myfloridalegal.com OR *@law.ga.gov OR *@hawaii.gov OR *@ag.idaho.gov OR *@ilag.gov OR *@ag.iowa.gov OR *@ag.ks.gov OR *@ky.gov OR *@ag.louisiana.gov OR *@oag.state.md.us OR *@ago.ms.gov OR *@ago.mo.gov OR *@mt.gov OR *@nebraska.gov OR *@nmag.gov OR *@ncdoj.gov OR *@ohioago.gov OR *@attorneygeneral.gov OR *@riag.ri.gov OR *@scag.gov OR *@state.sd.us OR *@oag.texas.gov OR *@agutah.gov OR *@oag.state.va.us OR *@wvago.gov OR *@wyo.gov OR "MDL-3113" OR "Smartphone Antitrust" OR Giamanco OR (Civil w/1 Investigative w/1 Demand*) OR CID* OR "MD-3113" OR "MD-0331" OR "MDL 3113" OR (direct* w/3 purchas*) OR (indirect* w/3 purchas*) OR (watch* w/3 purchas*))

**w/50**

(Apple* OR iPhone* OR (app* w/2 (store OR marketplace OR mini OR HTML)) OR iOS OR (super w/1 app*) OR (mini w/1 program*) OR HTML5 OR (instant w/3 gam*) OR (cloud w/2 (stream* OR gam*)) OR RCS OR MMS OR SMS OR iMessage* OR (in w/1 app w/1 purchase*) OR interoperab* OR IAP OR (consumer* w/4 (switch* OR choice*)))

**RFP 19(a-c).** Meta asked whether the lack of search terms for RFP 19(a-c) indicated that Apple is dropping those portions of the RFP. As we explained on our meet and confer, we are not dropping those portions of RFP 19. We have assessed the search terms already proposed by Apple for RFP 19(d-h) and do not believe additional search terms are necessary at this time.

**RFP 25.** Meta proposed to add *(availabilit* or availabl* or offer*) w/15* as a limiter for this RFP. Apple is unable to accept this modification. While RFP 25 references the availability of certain features related to messaging, it also focuses on Meta's interest in developing such features, privacy and security related to same, user demand for same, and industry development related to same. Meta's proposed limiter will thus exclude documents relevant to this request.

We look forward to hearing further updates from you regarding your takebacks. Those include your positions on RFPs 31, 32, and 53; whether and to what extent Meta is willing to produce documents in response to our go-get RFPs; your position regarding the number of custodians and how to apply search terms thereto; and whether, if litigation proves necessary, you agree that the District of New Jersey is the appropriate venue.

We have also asked several times which CID search terms were run across which CID custodians; that should be a simple question to address and we look forward to the answer before our next discussion.

We look forward to our next meet and confer on Wednesday.

Best,
Barrett

**Barrett J. Greenwell** | Associate | Debevoise & Plimpton LLP | bjgreenw@debevoise.com | +1 212 909 6824 (Tel) | +1 917 602 1353 (Mobile)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Tuesday, June 16, 2026 4:27 PM
**To:** Schaper, Michael <mschaper@debevoise.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Mike,

We appreciate the productive meet and confer on Friday, June 12. As you requested at that time, we write to memorialize the parties' discussions, including items that each party agreed to take back for our next meeting.

Custodians: Meta requested an update on its most recent proposal of 18 custodians (13 CID custodians + the 5 [redacted]). In particular, Meta asked whether Apple is planning to move to compel if Mark Zuckerberg is not offered as a custodian, regardless of which custodians other than Mr. Zuckerberg Meta offers. Apple agreed to take back that question. Meta continues to review and consider the documents that Apple has identified in support of its request for additional custodians.

RFP No. 10: Meta identified by Bates number [redacted]

Search Terms: Many of Apple's RFPs are "sufficient to show" requests, which Apple has confirmed indicates that they are go-gets (even though Apple has also proposed search terms for those RFPs). Therefore, the discussion on Friday focused on those RFPs that are *not* sufficient to show requests and for which Apple has proposed search terms. Meta is taking back Apple's question on a date certain by which Meta will conclude its evaluation of Apple's go-get requests.

RFP 6 and RFP 9(a-d): Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta agreed to provide hit counts for this search term for the custodians Aruna Barathi, Ash Jhaveri, Parkin Kent, Maggie Krummel, John Lagerling, Dan Rose, Marina Shilman, Marc Shedroff, and Stephanie Wang. Meta requested that Apple consider the following revisions:

**Cloud Streaming (no revisions):**

> (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR (Amazon w/1 appstore) OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR phone* OR Android* OR testflight*)
> w/15
> ((cloud* w/2 (stream* OR play*)) OR (stream* w/2 app*))
> w/15
> (approv* OR review* OR reject* OR feature* OR function* OR API* OR entitlement* OR development* OR remov*)

**Super Apps and Mini-Programs (no revisions):**

> (apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR (Amazon w/1 appstore) OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR mobile* OR phone* OR Android* OR testflight*)
> w/15

((mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*)
w/15
(approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*)

**Messaging:**

(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Google Play Store" OR "Samsung Galaxy Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))
~~AND~~ w/15
(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)
~~AND~~ w/15
(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov* OR compli* OR resubmit* OR negotiat*)

**Digital Wallets:**

(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Amazon Appstore" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "operating system*" OR smartphone* OR iPhone* OR Android* OR testflight* OR (test w/1 flight*) OR (mobile w/2 app*) OR (mobile w/2 device*))
~~w/30~~ w/15
(wallet* OR (digital w/3 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay")
~~w/30~~ w/15
(approv* OR (app w/3 review*) OR (review* w/3 submis*) OR (review* w/3 approv*) OR (reject* w/5 app*) OR (reject* w/5 submis*) OR (feature* w/3 app*) OR (feature* w/3 API*) OR (feature* w/3 entitlement*) OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (development w/1 tool) OR (remov* w/5 app*) OR (remov* w/5 store*))

**Wearables:**

(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))
~~w/30~~ w/15

(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi ~~OR Calibra OR Diem~~)
~~w/30~~ w/15
(approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*)

RFP 9(d), 9(e), 9(f), 9(g), and 9(h): RFP requests documents related to Meta's efforts to submit apps to App Marketplaces or to update apps. Meta explained that these search terms lack any terms that get at those efforts and so the searches do not conform to the RFP.

Apple requested that Meta propose a limiter that would bring these searches within the ambit of RFP 9. Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta proposes that the following limiter be included at the beginning of the proposed searches:

(((submit* OR updat*) w/10 (Instagram OR Facebook OR WhatsApp OR (Facebook w/1 gam*) OR Messenger) AND ((app* w/1 store*) OR (Amazon w/1 appstore) OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR ((Microsoft OR Windows) w/2 Store)) w/10

RFP 11: On Friday, we explained Meta's concern that this RFP is not relevant to the issues in the case because it seeks Meta communications with DOJ and other law enforcement. We explained that the search terms are drafted to hit upon communications about any interactions with government, not just those relevant to this litigation, because of the inclusion of "apple*" and "iPhone*" as search terms. Apple agreed to update us on whether it has asked DOJ or any of the state agencies or private plaintiffs listed in the search terms (i.e., parties to litigation against Apple) for the materials that these search terms seek.

RFP 18: Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta agreed to provide hit counts for this search for the messaging custodians Meta has offered: Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex. Meta suggested that the connectors be revised as follows:

(API OR APIs OR feature* OR functionalit* OR entitlement* OR capabilit* OR tool* OR (develop* w/5 (SMS OR RCS OR messag* OR interoperab*)) OR SMS OR RCS OR OTT OR interoperab* OR encrypt* OR (cross w/1 (device OR platform OR operating)) OR (application w/1 programming w/1 interface*))
~~w/20~~ w/10
(enabl* OR disabl* OR design* OR implement* OR discontinu* OR obtain* OR use* OR facilitate* OR integrat* OR support* OR remov* OR deprecat*)
~~w/20~~ w/10
(iPhone* OR Android* OR (smart w/1 phone*) OR smartphone* OR ("Apple Watch" w/10 (Messenger OR notif* OR respond*)))

RFP 19: Meta asked Apple to confirm that the lack of search terms for RFP 19(a-c) indicates that Apple is dropping those portions of the RFP. Apple suggested that it intended to propose search terms for RFP 19(a-c) and that it would revert with the full list of searches if its May 15 list was incomplete. In consideration of that uncertainty, we agreed to table discussion of RFP 19 altogether until Meta has Apple's full proposal, or confirmation that the May 15 proposal was the final proposal.

RFP 20 & 21: Apple proposed the same search term for these RFPs. Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta agreed to provide hit counts for this search with the following revision:

> ((priva* OR secur*) OR ("value proposition" OR (value w/5 (Apple OR "App Store" OR iOS OR iPhone OR benefit*))) OR benefit* OR (ability w/5 innovat*) OR "ease of use" OR differ* OR compar* OR risk* OR safe* OR drawback* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (app w/3 develop*) OR (software w/3 develop*) OR developer* OR SDK* OR interop* OR (software w/1 development w/1 kit*) OR ("App Review" OR (review w/3 (app OR developer OR submission OR guideline*))) OR approv* OR reject* OR guideline* OR feature* OR "switching behavior" OR "device choice" OR (distribut* w/5 (app OR Apple OR "App Store" OR iOS OR platform)) OR (market* w/5 (Apple OR "App Store" OR iOS OR iPhone OR distribut*)))
> ~~w/50~~ w/15
> ((app* w/1 store*) OR appstore* OR apple* OR "App Center" OR (Horizon w/1 Store*) OR "Meta Store" OR "Amazon Underground" OR Aptoide OR "Blackberry World" OR "Chrome Web Store" OR "Epic Games Store" OR GetJar OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR Steam OR Altstore OR TutuApp OR "operating system*" OR (mobile w/3 (app OR device OR phone OR operating OR platform OR experience)) OR (phone w/3 (device OR mobile OR Android OR Apple)) OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR iOS OR "Facebook Mobile" OR "FB Mobile" OR instagram* OR (instant w/3 gam*) OR (mini w/3 program*) OR miniprogram* OR HTML5 OR SMS OR RCS OR (Messenger w/5 notification*) OR "App Review")

Meta offered to provide hit counts for this search over the messaging custodians: Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex. Apple requested that Meta consider providing hit counts for additional custodians.

RFP 25: Meta explained that, as written, the search Apple proposed does not correspond to the RFP because it is not limited to documents concerning the availability of features, which is the subject of the RFP. Meta requested that Apple propose a limiter search string along these lines; Apple asked that Meta do so. Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta proposes that the search be revised as follows:

> (availabilit* or availabl* or offer*)
> w/15
> (iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR (messag* w/5 app*) OR (text* w/5 messag*)))

~~w/30~~ w/15
(encrypt* OR "end to end" OR "end-to-end" OR "send later" OR background* OR interoperability OR "cross-platform" OR "text anyone" OR "text to anyone" OR demand* OR adoption OR behavior* OR "user demand" OR "market behavior" OR engagement OR usage OR "user experience" OR friction OR limitation* OR constraint* OR feature* OR function*)

RFP 27: Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta offered to provide hit counts for this search over the custodians Will Cathcart, Stan Chudnovsky, Ime Archibong, and Alice Newton Rex, provided that the search is revised as follows:

((iMessage OR Apple OR text* OR phon* OR messag*)
w/15 ~~AND~~ (WhatsApp OR WA OR Messenger OR Instagram OR IG))
~~w/30~~ w/15
(integrat* OR integration OR bridge OR connect OR sync OR interoperab* OR "cross-platform" OR port* OR compatib* OR protocol* OR server* OR API* OR "application programming interface*" OR "push notification*" OR PushKit OR identifier* OR encrypt* OR secur* OR priva* OR function* OR performance OR reliab* OR feasib* OR limitation* OR constraint*)

RFP 28: Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta offered to provide hit counts for this search over the custodians Vijaye Raji, Vivek Sharma, and Andrew Mo.

RFP 31: Meta expressed relevance concerns about this RFP since consumer surveys and complaints are not relevant to the complaint. Apple explained its reasoning for requesting this search, which Meta agreed to take back.

RFP 32: Meta expressed relevance concerns about this RFP since the *Careless People* book is not relevant to the complaint. Apple explained that, in its view, *Careless People* and Yandex relate to privacy and data concerns at Meta. Apple did not explain how those purported concerns at Meta are relevant to the complaint in the government's case against Apple.

RFP 40: Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta agreed to provide hit counts for this search term for the custodians Vijaye Raji, Vivek Sharma, and Andrew Mo. Meta explained that it is offering those individuals because they focus or focused on the products at issue, and that this is a product-focused RFP.

RFP 42: Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta agreed to provide hit counts for this search term for the custodians Vijaye Raji, Vivek Sharma, and Andrew Mo.

RFP 44: Without agreeing that the terms themselves are reasonable or likely to produce responsive documents, Meta agreed to provide hit counts for this search term for the custodian Greg Marra, with the following proposed revisions:

(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi ~~OR Calibra OR Diem~~)
~~w/30~~ w/15
(iOS OR Android OR Apple OR iPhone* OR smartphone*)
~~w/30~~ w/15
(cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review* OR reject* OR switch*)

RFP 53: Meta expresses relevance, overbreadth, and First Amendment concerns with this RFP. Meta explained that Apple can ask CCME, rather than Meta, for information on statements that CCME made. Apple agreed to take back whether it had asked CCME for information about the statements. Meta is taking back Apple's explanation of the relevance of this RFP.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Schaper, Michael <mschaper@debevoise.com>
**Sent:** Tuesday, June 9, 2026 2:10 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Cc:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] Re: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Natalie – We are available on Friday from 3-4. We'll send an invite. Please be prepared to let us know any specific objections and counter-proposals to the search terms we sent on May 15 as applied to the 18 custodians (13 CID plus 5 [redacted]) you proposed on our last call. We think it is inefficient and unnecessary to consider different search terms for different custodians. But if that is part of your counter-proposal on search terms, please be prepared to discuss it with specificity on Friday.

Thanks,
Mike

Michael Schaper
Partner
Debevoise & Plimpton LLP

mschaper@debevoise.com
+1 212 909 6737 (Tel)

* * * * * * * * * * * * * * * * * * * *
This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you. The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

On Jun 8, 2026, at 7:44 PM, Giotta, Natalie E. <ngiotta@kellogghansen.com> wrote:

***EXTERNAL***

---

Hi Mike,

We are happy to discuss our reactions to the search terms this week, recognizing that the search terms will require ongoing conversations after we nail down the custodians (including, which search terms should be applied to which custodians). We are not available in the windows you provided, but are available:

1. Thursday from 12-3 pm
2. Friday from 2-5 pm

Let us know if there's a time in those windows that works for you.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Schaper, Michael <mschaper@debevoise.com>
**Sent:** Monday, June 8, 2026 8:18 AM
**To:** Paul, Ana N. <apaul@kellogghansen.com>; Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; Giotta, Natalie E. <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>
**Cc:** Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Ana, Natalie:

We wanted to clarify one point from our previous call. We understood that Meta would not discuss search terms unless and until there is agreement on custodians. If that is not correct, and Meta is willing to discuss search terms notwithstanding disagreement on the list of custodians, please let us know if you are available at the following times for that discussion:

Tomorrow: 9-11 ET
Wednesday: 9-12 ET

Thanks,
Mike

**Michael Schaper** (he/him/his) | Partner | Debevoise & Plimpton LLP | mschaper@debevoise.com | +1 212 909 6737 | 66 Hudson Boulevard, New York, NY 10001

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Paul, Ana N. <apaul@kellogghansen.com>
**Sent:** Thursday, May 28, 2026 5:14 PM
**To:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; Giotta, Natalie E. <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>
**Cc:** Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

John,

Hannah and I are out of town for meetings all day Monday-Wednesday. We can do Thursday between 11-4 pm (I land back in DC at 9 am, so I built in time for a travel disaster, but if 10 am Thursday is the only time that works for you all, we can probably swing that) or Friday any time before 12 pm or between 1:30-2:30.

Feel free to send an invite for whatever in these windows works for your team.

Thanks,
Ana

**From:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>
**Sent:** Wednesday, May 27, 2026 1:11 PM
**To:** Baron, Marissa <mbaron@debevoise.com>; Giotta, Natalie E. <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>;

DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Ana, Hannah, and Natalie,

Following up on our discussion yesterday, we propose the times below for a next call. We look forward to discussing hit counts for the revised protocol so we can make concrete progress toward production.

1. **Monday, June 1:** 3:30 – 5:00pm
2. **Wednesday, June 3:** 10:00am – noon

Please advise on your team's availability.

Best,
John

**John D. Sullivan Baker** | Associate | Debevoise & Plimpton LLP | jdsulliv@debevoise.com | +1 202 383 8113| www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Baron, Marissa <mbaron@debevoise.com>
**Sent:** Friday, May 22, 2026 5:10 PM
**To:** 'Giotta, Natalie E.' <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <amoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Natalie,

You can easily run a redline of the PDFs, but per your request, here are the word versions. We look forward to speaking Tuesday.

Best,

Marissa

**Marissa Baron** | Associate | Debevoise & Plimpton LLP | mbaron@debevoise.com | +1 212 909 6256 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Thursday, May 21, 2026 8:09 PM
**To:** Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Marissa,

Thanks in advance for circulating the meeting invite. Would you please provide a redline of your latest proposal with your prior proposal, or else send us the Word document versions of both so that we can run a redline ourselves? Thank you.

Best,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Baron, Marissa <mbaron@debevoise.com>
**Sent:** Thursday, May 21, 2026 6:36 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Natalie,

Our notes are also clear and we continue to disagree with your characterization of our negotiations to date. We are prepared to discuss custodians on Tuesday. We will circulate an invite for 4pm.

Best,
Marissa

**Marissa Baron** | Associate | Debevoise & Plimpton LLP | mbaron@debevoise.com | +1 212 909 6256 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Thursday, May 21, 2026 1:39 PM
**To:** Baron, Marissa <mbaron@debevoise.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Hi Marissa,

Our notes are clear that your side would get back to us on the relevance of your proposed additional custodians via email, which makes sense in terms of sequencing for these negotiations. As you can understand, it's not practicable to provide hit counts for your search terms (your January proposal or your new proposal) until we understand and agree upon the universe

of custodians. It would be helpful if you could send that information to us over email in advance, as you initially agreed in January, or be prepared to discuss custodians when we meet next week.

If you are not able to provide that before Tuesday, we are happy to meet later in the week. But assuming you can provide that information so that we can have a productive conversation, we are available at 4 p.m. Eastern on Tuesday to discuss.

Thanks,
Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Baron, Marissa <mbaron@debevoise.com>
**Sent:** Tuesday, May 19, 2026 3:39 PM
**To:** Giotta, Natalie E. <ngiotta@kellogghansen.com>; O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Subject:** [EXTERNAL] RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

Natalie,

Thank you for your email. We are available to meet and confer on Tuesday, May 26 from 9:30-11am ET or from 2:45-5pm ET.

Separately, we disagree in numerous respects with your characterization of the parties' negotiations. At the conclusion of the last meet and confer, you agreed to take back to your client Apple's request that Meta provide alternative search terms or provide hit counts for the provided search terms. You asked us to narrow the requests for production. Apple has since both revised its requests for production *and* narrowed the search terms, but Meta has not provided any alternative search terms, hit counts, or even its position on Apple's request. There was no agreement to get back to you regarding custodians.

Apple reserves all rights with respect to the remaining misstatements in your email. We look forward to discussing these issues next week.

Marissa

**Marissa Baron** | Associate | Debevoise & Plimpton LLP | mbaron@debevoise.com | +1 212 909 6256 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Sent:** Monday, May 18, 2026 5:47 PM
**To:** O'Neil, David A. <daoneil@debevoise.com>; DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>
**Subject:** RE: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

***EXTERNAL***

---

Dave,

Thanks for your email. Ana and I are indeed both on trial. As such we will need to schedule a meet and confer for next week. Even if we were not on trial, we would likely need more time to evaluate your new, 15-page proposal sent on Friday at 3:51 PM, with our client.

Your Friday email contains multiple misstatements of the record. First, Meta has produced over 17 thousand documents to Apple already – far from a “small set” as you suggest.

Second, Apple has hardly been pursuing negotiations with Meta through the meet and confer process: the last time we heard from you was in January. The time before that was in October of last year.

Third, at our meet and confer in January, we agreed that Apple would review its proposed custodians and provide citations, with reference to Meta’s previous production, demonstrating why those custodians were necessary. After that, we agreed to move on to negotiating search terms and RFPs. We never heard back from Apple on the custodians issue. As such, your rush to threaten litigation is inappropriate.

Fourth, your statement that Apple does not know what is "missing" – and your refusal to explain to Meta why the information you seek is not duplicative of what has already been produced – demonstrates that Apple's RFPs are not targeted to any claim or defense in the litigation. Our concerns about overbreadth, which we have exhaustively explained to you in our negotiations, are well-founded.

That being said, we are happy to have a meet and confer next week. Please propose some times that work for your team.

In the meantime, would you please use that time to prepare the information we have been waiting on from your team regarding proposed custodians?

Best,

Natalie

**Natalie E. Giotta**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 367-7832 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** O'Neil, David A. <daoneil@debevoise.com>
**Sent:** Monday, May 18, 2026 9:42 AM
**To:** DePalo, Hannah D.C. <hdepalo@kellogghansen.com>; Paul, Ana N. <apaul@kellogghansen.com>; Giotta, Natalie E. <ngiotta@kellogghansen.com>
**Cc:** Sullivan Baker, John <jdsullivanbaker@debevoise.com>; Baron, Marissa <mbaron@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Moody, Anna <AMoody@debevoise.com>; Hassi, Ted <thassi@debevoise.com>
**Subject:** [EXTERNAL] Re: U.S. v. Apple -- Apple Subpoena to Meta Platforms, Inc.

All,

Please advise on your availability for a meet and confer. If Ana is on trial, please let us know who will be handling this for Kellogg. We believe it's important for the timing of the case to speak this week.

Best,

Dave

On May 15, 2026, at 3:51 PM, O'Neil, David A. <daoneil@debevoise.com> wrote:

Ana,

As you know, Apple served Meta with a subpoena nearly a year ago, in June 2025, seeking documents in connection with *United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.). Meta has produced only a small set of documents in response, asserting that the requests are overbroad and unduly burdensome. We sought to address Meta's concerns in numerous meet and confers, but Meta has neither changed its position nor agreed even to substantiate its objections by providing empirical information about the volume of documents the subpoena would encompass. With modern search tools, that is an easy and inexpensive step.

Instead of working with Apple to reach agreement, Meta has told us that Apple needs to identify what documents are "missing" from Meta's previous productions. That is of course the whole point of the subpoena; Apple cannot know what is "missing" because we don't know what documents Meta possesses.

On January 15, 2026, we sought again to facilitate Meta's compliance with the subpoena. We created and shared a search protocol proposing search terms, custodians, and go-get RFPs. Meta still did not work cooperatively to advance the discussions; instead, Meta simply asserted once more that the search protocol was overbroad and unduly burdensome, even while refusing to run the proposed searches to permit us to have a concrete discussion of burden. Meta's only response was that Apple should narrow and revise the subpoena. It did not suggest edits to or modifications of the search protocol. It refused to provide information about the number of documents the search protocol would hit upon, and refused to provide a refresh of the CID production while discussions continued.

We are now offering a further—and final—accommodation to avoid the need for litigation between the parties and to preserve the court's resources. We have substantially revised the RFPs and search protocol, as reflected in the attached document. We are willing to hold certain RFPs in abeyance and, as Meta requested, revise others to make even clearer the information Apple seeks from Meta. We propose to resolve this subpoena with this revised protocol and a refresh of the CID production.

We are available for a meet and confer on Monday, May 18 from 4:00-5:00pm, or Wednesday, May 20 from 3:00-4:00pm or 5:00-6:00pm. If none of those times works, please propose times next week that work for you.

Meta is under a legal duty to comply with the subpoena and we need promptly to ensure that compliance—through litigation if necessary.

We look forward to your response.

Dave

<2026.05.15 - U.S. v. Apple - Meta Search Protocol.pdf>