# EXHIBIT 7

REDACTED

***United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.)**

**Meta Subpoena – Search Protocol**

**May 15, 2026**

**Introduction**:

Below is a proposed search protocol to resolve Apple's subpoena on Meta in the matter of *United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.). The proposal involves contingent components, all of which should be accepted by Meta to move forward with productions: (1) a search term proposal, (2) a custodian proposal, (3) a set of document requests for which the parties will agree to engage in good-faith in order to identify a reasonable set of responsive go-get documents; and (4) a refresh of the CID production. For all search term proposals, Apple requests that Meta provide hit reports so that we can work cooperatively to make sure that any proposed search terms are appropriately and reasonably tailored to locate responsive documents.

**1) Search Term Proposal:**

Apple proposes satisfying the requests listed in the below table via custodial searches, with a *January 1, 2014 through June 15, 2025* date range, with the understanding Meta will produce documents responsive to each identified request to the extent they are reviewed pursuant to other searches. In other words, if a document responsive to RFP X comes up in response to search terms for RFP Y, Apple expects Meta to produce that responsive document.

Apple has organized the below custodial search terms into general/approximate topical categories for ease of review and organization only; they are not meant to limit the responsiveness of requests or terms to the specific topical category in which they are listed.

| Topical Category | Search Terms |
|---|---|
| **Cloud Streaming** | **RFP Nos. 6 and 9(a-d):**<br>(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR (Amazon w/1 appstore) OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR phone* OR Android* OR testflight*)<br>**w/15**<br>((cloud* w/2 (stream* OR play*)) OR (stream* w/2 app*))<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR entitlement* OR development* OR remov*)<br><br>**RFP No. 9(e):**<br>((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5)<br>**w/15**<br>(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM) |

| | |
|---|---|
| | **<u>RFP No. 9(f)</u>:**<br>((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5)<br>**w/15**<br>(profit* OR project* OR p&l*)<br><br>**<u>RFP No. 9(g)</u>:**<br>((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam*)<br>**w/15**<br>(market* OR advertis* OR grow* OR business* OR strateg* OR mau OR “monthly average users”)<br><br>**<u>RFP No. 9(h)</u>:**<br>((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam*)<br>**w/15**<br>(safari* OR (web w/5 app*) OR chrome* OR edge* OR native* OR (cloud w/2 stream*))<br><br>**<u>RFP No. 10</u>:**<br>(598* OR 442* OR 1.04* OR IAP OR (in w/1 app w/1 purchase*) OR revenue)<br>**w/10**<br>(restrict* OR loss* OR impact* OR (financ* w/5 model*) OR (revenue w/5 (estimat* OR project* OR forecast* OR analy*)))<br><br>**<u>RFP No. 19(d-f)</u>:**<br>(((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)))<br>    **w/10**<br>    (IAP OR (in w/1 app) OR (in-app) OR app*) w/5 purchas*))<br>**w/15**<br>(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*)<br><br>**<u>RFP No. 28</u>:**<br>(safari* OR chrome* OR edge* OR (web w/5 app*) OR native* OR (cloud* w/2 (stream* OR gam* OR play*)) OR (stream* w/2 (gam* OR app* OR apps OR application*)))<br>**w/15**<br>((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*))<br>**w/15**<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*) |
| **App Stores** | **<u>RFP No. 10</u>:**<br>(IAP* **AND** ((app* w/1 store*) OR appstore* OR (app* w/1 review*)))<br>**w/10**<br>(revenue* OR (“financial models”) OR estimate* OR analys* OR calculat*) |

| | |
|---|---|
| | **<u>RFP No. 31</u>:**<br>(((consumer* OR user* OR customer* OR purchaser*) w/10 (survey* OR view* OR opinion* OR insight* OR feedback* OR complain*))<br>**w/15**<br>(risk* OR priva* OR secur* OR fraud* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR breach* OR “minors” OR exploit* OR (bug* w/5 (exploit* OR breach* OR hack*))OR hack* OR insecur* OR CSAM)<br>**w/15**<br>(“App Center” OR (Horizon w/1 Store*) OR “Meta Store” OR “Quest Store” OR Blue OR “Facebook App” OR “FB App” OR “Facebook Mobile” OR “FB Mobile”) |
| **Smartphones, Platforms, and OS** | **<u>RFP No. 18</u>:**<br>(API OR APIs OR feature* OR functionalit* OR entitlement* OR capabilit* OR tool* OR (develop* w/5 (SMS OR RCS OR messag* OR interoperab*)) OR SMS OR RCS OR OTT OR interoperab* OR encrypt* OR (cross w/1 (device OR platform OR operating)) OR (application w/1 programming w/1 interface*))<br>**w/20**<br>(enabl* OR disabl* OR design* OR implement* OR discontinu* OR obtain* OR use* OR facilitate* OR integrat* OR support* OR remov* OR deprecat*)<br>**w/20**<br>(iPhone* OR Android* OR (smart w/1 phone*) OR smartphone* OR (“Apple Watch” w/10 (Messenger OR notif* OR respond*)))<br><br>**<u>RFP Nos. 12, 13, 20, 21, 22, 37</u>:**<br>((priva* OR secur*) OR (“value proposition” OR (value w/5 (Apple OR “App Store” OR iOS OR iPhone OR benefit*))) OR benefit* OR (ability w/5 innovat*) OR “ease of use” OR differ* OR compar* OR risk* OR safe* OR drawback* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (app w/3 develop*) OR (software w/3 develop*) OR developer* OR SDK* OR interop* OR (software w/1 development w/1 kit*) OR (“App Review” OR (review w/3 (app OR developer OR submission OR guideline*))) OR approv* OR reject* OR guideline* OR feature* OR “switching behavior” OR “device choice” OR (distribut* w/5 (app OR Apple OR “App Store” OR iOS OR platform)) OR (market* w/5 (Apple OR “App Store” OR iOS OR iPhone OR distribut*)))<br>**w/50**<br>((app* w/1 store*) OR appstore* OR apple* OR “App Center” OR (Horizon w/1 Store*) OR “Meta Store” OR “Amazon Underground” OR Aptoide OR “Blackberry World” OR “Chrome Web Store” OR “Epic Games Store” OR GetJar OR “Google Play Store” OR “Microsoft Store” OR “Samsung Galaxy Store” OR Steam OR Altstore OR TutuApp OR “operating system*” OR (mobile w/3 (app OR device OR phone OR operating OR platform OR experience)) OR (phone w/3 (device OR mobile OR Android OR Apple)) OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR iOS OR “Facebook Mobile” OR “FB Mobile” OR instagram* OR (instant w/3 gam*) OR (mini w/3 program*) OR miniprogram* OR HTML5 OR SMS OR RCS OR (Messenger w/5 notification*) OR “App Review”)<br><br>**<u>RFP No. 32</u>:**<br>(risk* OR priva* OR secur* OR fraud* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR breach* OR “minors” OR (exploit* w/5 (vulnerab* OR secur* OR data OR user* OR breach* OR abus*)) OR (vulnerab* OR (security w/3 bug*) OR (bug* w/5 (exploit* OR breach* OR hack*))) OR hack* OR insecur* OR (consent w/5 (user OR data OR priva*)) OR CSAM)<br>**w/75**<br>((wynn-williams*) OR “careless people” OR Yandex OR (track* w/5 (user* OR brows* OR web OR privacy OR identifier* OR de-anonymiz*)) OR ATT OR “App Tracking Transparency” OR “iOS 14” OR “iOS 14.5” OR ((China* OR Chinese*))<br>**w/10** |

| | |
|---|---|
| | (government OR track* OR data)) OR ((superprofil* OR super-profil* OR "exploitative abuse") w/20 (Bundeskartellamt* OR German*)) OR Adkins* OR "3:18-cv-05892" OR "3:18-md-02843" OR vulnerab* OR (expos* w/5 (data OR user* OR breach* OR priva* OR PII OR personal)) OR "consumer privacy user profile" OR ((sale OR sell* OR sold) w/10 data) |
| **Super Apps and Mini-Programs** | **RFP Nos. 6 and 9(a-d):**<br>(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR (Amazon w/1 appstore) OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR ((Microsoft OR Windows) w/2 Store*) OR Origin OR "Samsung Galaxy Store" OR Steam OR "operating system*" OR OS OR mobile* OR phone* OR Android* OR testflight*)<br>**w/15**<br>((mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*)<br>**w/15**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*)<br><br>**RFP No. 9(e):**<br>(gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*)<br>**w/15**<br>(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM)<br><br>**RFP No. 9(f):**<br>(gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*)<br>**w/15**<br>(profit* OR project* OR p&l*)<br><br>**RFP No. 9(g):**<br>(gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*)<br>**w/15**<br>(market* OR advertis* OR grow* OR business* OR strateg* OR mau OR "monthly average users")<br><br>**RFP No. 9(h):**<br>(gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*)<br>**w/15**<br>(safari* OR (web w/5 app*) OR chrome* OR edge* OR native* OR (cloud w/2 stream*) OR (stream* w/2 (app* OR apps OR application*)))<br><br>**RFP No. 19(d-f):**<br>(gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR |

| | |
|---|---|
| | (super w/1 app*) OR superapp* OR super-app*)<br>**w/20** (IAP OR (((in w/1 app) OR (in-app) OR app*) w/5 purchas*))<br>**w/15**<br>(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*)<br><br>**<u>RFP No. 40</u>:**<br>(native* OR miniprogram* OR (mini w/3 program*) OR (mini w/1 app*) OR HTML5 OR (instant w/1 gam*) OR instantgam*)<br>**AND**<br>((Facebook w/1 gam*) OR (FB w/1 gam*) OR (cloud* w/1 gam*))<br>**w/10**<br>(compar* OR analy* OR benefit* OR drawback* OR upside* OR downside* OR pro OR pros OR con OR cons OR better OR worse OR positive* OR negative* OR hinder* OR hindrance* OR capabilit* OR capable* OR function* OR qualit*)<br><br>**<u>RFP No. 42</u>:**<br>((consumer* OR user* OR customer* OR purchaser*) w/5 (survey* OR view* OR opinion* OR insight* OR feedback*))<br>**w/15**<br>(gam* OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR super-app*) w/10 (display* OR icon* OR categor* OR flat* OR (text w/3 only) OR list* OR simple*)<br>**w/15**<br>(mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR compet* OR strength* OR success*) |
| **Messaging** | **<u>RFP Nos. 6 and 9(a–d)</u>:**<br>(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Google Play Store" OR "Samsung Galaxy Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR "smart phone*" OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))<br>**AND**<br>(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>**AND**<br>(approv* OR review* OR reject* OR feature* OR function* OR API* OR "application programming interface*" OR entitlement* OR development* OR remov* OR compli* OR resubmit* OR negotiat*)<br><br>**<u>RFP No. 9(e)</u>:**<br>(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>**w/30**<br>(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR exploit* OR hack* OR vulnerab* OR risk* OR CSAM)<br><br>**<u>RFP No. 9(f)</u>:**<br>(iMessage* OR messag* OR WhatsApp OR WA OR Messenger OR Instagram OR IG) |

| | |
|---|---|
| | **w/30**<br>(profit* OR project* OR forecast* OR revenue OR reach OR monetiz* OR loss* OR p&l*)<br><br>**<u>RFP No. 9(g)</u>:**<br>(iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR (messag* w/5 app*) OR (text* w/5 messag*)))<br>**w/30**<br>(market* OR advertis* OR grow* OR strateg* OR adopt* OR MAU OR "monthly average users" OR DAU OR engagement OR consumer base OR audience)<br><br>**<u>RFP No. 19(d–f)</u>:**<br>((iMessage* OR messag* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>**w/20** ((in w/1 app) OR (in-app) OR app*) w/5 purchas*))<br>**AND**<br>(priva* OR secur* OR saf* OR fraud* OR risk* OR benefit* OR drawback* OR financ* OR payment* OR monetiz* OR polic* OR negotiat*)<br><br>**<u>RFP No. 24</u>:**<br>(iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR (messag* w/5 app*) OR (text* w/5 messag*) OR "Modern Family" OR "carrier pigeon")<br>**w/30**<br>(advertis* OR campaign* OR market* OR promot* OR commercial* OR slogan* OR branding OR consumer* OR audience OR perception* OR survey* OR research* OR response*)<br>**w/30**<br>(interoperab* OR "cross-platform" OR encrypt* OR priva* OR secur* OR "text anyone" OR "text to anyone" OR feature* OR function* OR "user experience" OR preference* OR choice OR switching OR adoption OR retention OR engagement OR multihom* OR "multi-homing" OR substitut* OR competit* OR bluebubble* OR "blue bubble*" OR greenbubble* OR "green bubble*" OR RCS OR SMS OR MMS)<br><br>**<u>RFP No. 25</u>:**<br>(iMessage* OR WhatsApp OR WA OR Messenger OR Instagram OR IG OR SMS* OR MMS* OR RCS* OR OTT* OR (messag* w/5 app*) OR (text* w/5 messag*)))<br>**w/30**<br>(encrypt* OR "end to end" OR "end-to-end" OR "send later" OR background* OR interoperability OR "cross-platform" OR "text anyone" OR "text to anyone" OR demand* OR adoption OR behavior* OR "user demand" OR "market behavior" OR engagement OR usage OR "user experience" OR friction OR limitation* OR constraint* OR feature* OR function*)<br><br>**<u>RFP No. 26</u>:**<br>(WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>**AND**<br>(unencrypt* OR decrypt* OR "third party access" OR "third-party access" OR encrypt* OR access* OR view* OR expos* OR "end to end" OR "end-to-end" OR secur* OR priva* OR saf*)<br><br>**<u>RFP No. 27</u>:** |

| | |
|---|---|
| | ((iMessage OR Apple OR text* OR phon* OR messag*)<br>**AND** (WhatsApp OR WA OR Messenger OR Instagram OR IG))<br>**w/30**<br>(integrat* OR integration OR bridge OR connect OR sync OR interoperab* OR “cross-platform” OR port* OR compatib* OR protocol* OR server* OR API* OR “application programming interface*” OR “push notification*” OR PushKit OR identifier* OR encrypt* OR secur* OR priva* OR function* OR performance OR reliab* OR feasib* OR limitation* OR constraint*) |
| **Digital Wallets** | **<u>RFP Nos. 6, and 9(a-d)</u>:**<br>(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR “app review” OR “Amazon Appstore” OR “Google Play Store” OR “Microsoft Store” OR “Samsung Galaxy Store” OR “operating system*” OR smartphone* OR iPhone* OR Android* OR testflight* OR (test w/1 flight*) OR (mobile w/2 app*) OR (mobile w/2 device*))<br>**w/30**<br>(wallet* OR (digital w/3 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR “Meta Pay” OR “Messenger Pay”)<br>**w/30**<br>(approv* OR (app w/3 review*) OR (review* w/3 submis*) OR (review* w/3 approv*) OR (reject* w/5 app*) OR (reject* w/5 submis*) OR (feature* w/3 app*) OR (feature* w/3 API*) OR (feature* w/3 entitlement*) OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR (development w/1 tool) OR (remov* w/5 app*) OR (remov* w/5 store*))<br><br>**<u>RFP No. 9(e)</u>:**<br>(wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR “Meta Pay” OR “Messenger Pay”)<br>**w/30**<br>(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM)<br><br>**<u>RFP No. 9(f)</u>:**<br>((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR “Meta Pay” OR “Messenger Pay”)<br>**w/30**<br>(profit* OR project* OR p&l*))<br><br>**<u>RFP No. 9(g)</u>:**<br>((wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR “Meta Pay” OR “Messenger Pay”)<br>**w/15**<br>(“marketing plan*” OR “strategic plan*” OR MAU OR (monthly w/2 average w/2 users))<br><br>**<u>RFP No. 19(d-f)</u>:**<br>((wallet* OR (digital w/2 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR “Meta Pay” OR “Messenger Pay”)<br>**w/20**<br>(“in-app” OR “in app” OR (app w/2 purchas*) OR (app w/2 store*) OR “App Store” OR “Google Play”))<br>**w/30**<br>(priva* OR secur* OR fraud* OR financ* OR negotiat* OR redeem* OR redemp* OR (cross w/2 platform*) OR “app marketplace” OR “payment system” OR “payment process*” OR (data w/2 breach*)) |
| **Wearables** | **<u>RFP Nos. 6 and 9(a-d)</u>:** |

(apple* OR iOS* OR (app* w/1 store*) OR appstore* OR "app review" OR "Chrome Web Store" OR "Epic Games Store" OR "Google Play Store" OR "Microsoft Store" OR "Samsung Galaxy Store" OR "Windows Phone Store" OR "operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android* OR testflight* OR (test w/1 flight*))
**w/30**
(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)
**w/30**
(approv* OR review* OR reject* OR feature* OR function* OR API* OR (application w/1 programming w/1 interface*) OR entitlement* OR development* OR remov*)

**RFP No. 9(e):**
(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)
**w/30**
(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM)

**RFP No. 9(f):**
(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)
**w/30**
(profit* OR project* OR p&l*)

**RFP No. 9(g):**
(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)
**w/30**
("marketing plan*" OR "strategic plan*" OR MAU OR (monthly w/2 average w/2 users))

**RFP No. 19(d-f):**
(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)
**w/30**
((in w/1 app) OR (in-app) OR (app* w/5 purchas*))
**w/30**
(priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR value* OR benefit* OR innovat* OR upside* OR downside* OR risk* OR safe* OR drawback* OR seamless* OR perform* OR reliab* OR glitch* OR financ* OR polic* OR redeem* OR redemp* OR payment* OR pay* OR negotiat*)

**RFP No. 44:**
(watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)
**w/30**
(iOS OR Android OR Apple OR iPhone* OR smartphone*)
**w/30**
(cost* OR develop* OR usag* OR priva* OR secur* OR fraud* OR breach* OR spam* OR junk* OR explic* OR inappropriate* OR adult OR minor* OR exploit* OR (bug* w/5 compromis*) OR hack* OR insecur* OR CSAM OR discontinu* OR compatib* OR notif* OR interop* OR approv* OR review*

| | |
|---|---|
| | OR reject* OR switch*) |
| **Misc.** | **<u>RFP No. 11</u>:**<br>("DOJ" OR "Department of Justice" OR "Antitrust Division" OR (Attorney* W/1 General*) OR "United States Attorney" OR "US attorney" OR "U.S. Attorney" OR AUSA OR "Assistant Chief" OR "Civil Conduct Task Force" OR "450 Fifth Street NW" OR Sellinger OR Ruyman OR Kanter OR Mekki OR Doshi OR Kades OR Lasken OR AGs OR FTC OR feds)<br>**w/50**<br>(Apple* OR iPhone* OR (app* w/2 (store OR marketplace OR mini OR HTML)) OR iOS OR (super w/1 app*) OR (mini w/1 program*) OR HTML5 OR (instant w/3 gam*) OR (cloud w/2 (stream* OR gam*)) OR RCS OR MMS OR SMS OR iMessage* OR (in w/1 app w/1 purchase*) OR interoperab* OR IAP OR (consumer* w/4 (switch* OR choice*)))<br><br>**<u>RFP No. 11</u>:**<br>(@usdoj.gov OR @law.njoag.gov OR @azag.gov OR @doj.ca.gov OR @ct.gov OR @dc.gov OR @atg.in.gov OR @maine.gov OR @mass.gov OR @michigan.gov OR @ag.state.mn.us OR @ag.nv.gov OR @doj.nh.gov OR @ag.ny.gov OR @nd.gov OR @oag.ok.gov OR @doj.oregon.gov OR @doj.state.or.us OR @ag.tn.gov OR @vermont.gov OR @atg.wa.gov OR @wisdoj.gov OR "MDL-3113" OR "Smartphone Antitrust" OR Giamanco OR (Civil w/1 Investigative w/1 Demand*) OR CID*)<br>**w/50**<br>(Apple* OR iPhone* OR (app* w/2 (store OR marketplace OR mini OR HTML)) OR iOS OR (super w/1 app*) OR (mini w/1 program*) OR HTML5 OR (instant w/3 gam*) OR (cloud w/2 (stream* OR gam*)) OR RCS OR MMS OR SMS OR iMessage* OR (in w/1 app w/1 purchase*) OR interoperab* OR IAP OR (consumer* w/4 (switch* OR choice*)))<br><br>**<u>RFP No. 23</u>:**<br>(compet* OR (market* w/10 share*) OR (market* w/10 segment*) OR (market* w/10 demand*) OR submarket* OR usag* OR primac* OR multi-hom* OR multihom* OR switch*)<br>**w/15**<br>(gam* OR HTML5 OR (mini w/3 program*) OR miniprogram* OR "Facebook App" OR "FB App" OR "Facebook Mobile" OR "FB Mobile" OR Blue OR (super w/1 app*) OR superapp* OR (super-app*) OR wallet* OR (digital w/5 pay*) OR (FB w/1 pay*) OR (Facebook w/1 pay*) OR "Meta Pay" OR "Messenger Pay") OR (app* w/1 store*) OR appstore* OR (app* w/1 review*) OR "app center" OR "multi-homing" OR (multi w/5 hom*) OR (switch* w/2 behavior) OR watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem)<br><br>**<u>RFP No. 43:</u>**<br>(polic* OR guideline* OR practice*)<br>**w/15**<br>(((cloud* w/2 (stream* OR play*)) OR (stream* w/2 (app* OR apps OR application*)) OR gam* OR HTML5)<br>**OR**<br>(iMessage* OR messag* OR SMS* OR MMS* OR RCS* OR OTT* OR text* OR WhatsApp OR WA OR Messenger OR Instagram OR IG)<br>**OR**<br>(("operating system*" OR OS OR mobile* OR phone* OR smartphone* OR (smart w/1 phone*) OR iPhone* OR Android*)<br>AND (watch* OR (fitness w/1 tracker*) OR band* OR smartwatch* OR MetaWatch* OR Milan OR Malibu OR Soho OR Novi OR Calibra OR Diem))<br>**OR**<br>((mini w/3 program*) OR miniprogram* w/10 (display* OR icon* OR categor* OR flat* OR (text w/3 only) OR list* OR simple*))) |

| | |
|---|---|
| | **<u>RFP No. 46</u>:**<br>(lobby* OR legislat* OR advoca* OR "policy change" OR (request* w/3 information) OR RFI OR submiss*)<br>**AND**<br>(regulator* OR press OR PR OR blog OR "op-ed" OR coalition OR congress OR DOJ OR FTC OR government* OR "European Commission" OR EC OR "Directorate of Competition" OR (Australia w/5 Competition) OR ACM OR "Competition and Markets Authority" OR CMA)<br>**AND**<br>((iPhone OR iOS OR Apple* OR (app* W/1 store*) OR (app* W/1 marketplace*) OR (app* W/1 distrib*))<br>**w/30**<br>(restric* OR gatekeeper* OR (gate W/1 keeper*) OR interoperability OR interoperab*))<br><br>**<u>RFP No. 48(a-b)</u>:**<br>(joe OR rogan OR podcast* OR pod* OR episode* OR interview* OR zuck* OR Zuckerberg OR mark OR "Mark Zuckerberg")<br>**AND**<br>((AirPod* OR (ray w/3 ban*) OR rayban* OR "Ray-Ban" OR "Meta glasses" OR "smart glasses" OR smartglasses OR smartwatch* OR "smart watch" OR wearable*)<br>**w/10**<br>(protocol* OR secur* OR insecur* OR Bluetooth OR connect* OR pair* OR compatib* OR interop* OR API* OR access* OR restrict* OR block* OR degrad* OR disadvantage*))<br>**OR**<br>(((small w/5 compan*) OR (small w/5 business*) OR (small w/5 developer*) OR startup* OR "can't even exist" OR "cannot even exist" OR "can't survive" OR "unable to exist" OR "unable to compete")<br>**w/10**<br>(tax* OR fee* OR commission* OR "app store" OR appstore* OR "30 percent" OR "30%" OR "Apple tax" OR IAP OR "in-app purchase*" OR payment* OR monetiz* OR revenue))<br><br>**<u>RFP No. 48(c-e)</u>:**<br>(iMessage* OR messages OR Messenger OR WhatsApp OR WA OR Instagram OR IG)<br>**w/30**<br>(Apple OR iPhone* OR iOS OR Android OR SMS OR RCS OR "primary messaging app" OR "group chat*" OR "blue bubble*" OR "green bubble*" OR substitut* OR constrain* OR dominant OR share OR multihom* OR switch* OR interoperab* OR "cross-platform" OR "cross platform" OR outage* OR contact* OR "push notif*)<br>**OR**<br>(Apple OR Google OR "App Store" OR appstore* OR (app* w/1 store*) OR iOS OR Android OR platform* OR phone* OR smartphone*)<br>**w/30**<br>(competit* OR distribution OR deliver* OR "through our competitors" OR "mess with us" OR "messing with us" OR partner* OR depend* OR rely OR reliance)<br>**OR**<br>(Apple OR Google OR "App Store" OR appstore* OR (app* w/1 store*) OR iOS OR Android OR platform* OR phone* OR smartphone*)<br>**w/30**<br>(arbitrary OR rule* OR restrict* OR guideline* OR polic* OR "app review" OR API* OR entitlement* OR access* OR control* OR harm* OR |

| | |
|---|---|
| | degrad* OR "make these products worse")) <br> **OR** <br> (Zuckerberg OR "Mark Zuckerberg" OR zuck* or (Mark w/3 Zuckerberg)) <br> **w/30** <br> (testimony OR trial OR FTC OR witness* OR prep* OR outline* OR talking point* OR script* OR Q&A OR "Q and A" OR moot* OR deposition OR transcript* OR exhibit* OR demonstrative* OR declaration* OR summ* OR chron*) <br> **w/30** <br> (Apple OR iMessage* OR "App Store" OR appstore* OR iOS OR iPhone* OR WhatsApp OR Messenger OR Instagram OR "mess with us" OR competit* OR multihom* OR interoperab* OR switch* OR "bubble*" OR "primary messaging app") <br><br> **RFP No. 53:** <br> (iPhone OR iOS OR Apple* OR (app* w/1 store*) OR (app* w/1 marketplace*) OR (app* w/1 distrib*)) <br> **w/30** <br> (interop* OR restric* OR gatekeeper* OR (gate w/1 keeper*) OR interoperability OR interoperab*) OR (iPhone OR iOS OR Apple* OR (app* w/1 store*) OR (app* w/1 marketplace*) OR (app* w/1 distrib*)) <br> **w/30** <br> (DMA OR (digital w/1 markets w/1 act) OR monopoly OR duopoly OR coalition*) <br><br> (iPhone OR iOS OR Apple* OR (app* w/1 store*) OR (app* w/1 marketplace*) OR (app* w/1 distrib*)) <br> **w/30** <br> ("Coalition for a Competitive Mobile Experience" OR CCME OR (open w/1 up) OR (age w/1 based w/2 restriction*)) |

**2) Custodians Proposal:**

Apple proposes that the above search terms be run over the data of the below custodians, *including for each custodian all predecessors and successors, if any, that held this position during the responsive period*:

1. Aruna Bharathi (Strategic Alliances Partnership Manager – Apple, former)
2. Will Cathcart (Head of WhatsApp)
3. Stan Chudnovsky (VP of Messenger, former)
4. Ash Jhaveri (VP of AI Partnerships)
5. Parkin Kent (Strategic Alliances Partnership Manager – Apple, former)
6. Maggie Krummel (Strategic Alliances Partnership Manager – Apple, former)
7. John Lagerling (VP of Business Development, former)
8. Vijaye Raji (VP of Facebook Gaming, former)
9. Dan Rose (VP of Partnerships, former)
10. Vivek Sharma (VP of Facebook Gaming, former)
11. Marina Shilman (Strategic Alliances Partnership Manager – Apple)
12. Marc Shedroff (VP of Business Development and Alliances)
13. Stephanie Wang (Senior Director, Alliances and Business Development)

14. Jim Gerber (Director, Strategic Alliances, former)
15. Marne Levine (Chief Business Officer, former)
16. Alex Himel (VP, Augmented Reality / Wearables)
17. Andrew Bosworth (CTO)
18. Samantha Wu (Global CMO / VP of Consumer Brand and Product Marketing, former)
19. John Hegeman (Chief Revenue Officer, former)
20. Mark Zuckerberg (CEO of Meta)
21. Greg Marra (VP of Product Management)
22. Vince Darley (VP of Product)
23. Andrew Mo (Director of Product Management)
24. Ime Archibong (VP of Product Management)
25. Alice Newton Rex (VP, Head of Product, WhatsApp)

**3)** **Go-Gets:**

Apple proposes satisfying the following requests via go-get collections, provided Meta confirms that it will still produce documents responsive to those requests to the extent they are reviewed pursuant to other searches: 7 (modified), 8 (modified), 17, 30, 34 (modified), 36, and 39. Apple reserves its rights to request custodial searches after reviewing any go-get productions, if the go-get productions prove to be insufficient to respond to the requests.

**4)** **Modified RFPs:**

- **RFP No. 6:** All Communications**, as relevant to the Alleged Conduct,** with any Smartphone manufacturer, operating system provider, or App Marketplace concerning approval or review of any of Your Apps or App updates in the areas of Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Wearables, and Digital Wallets, and all Documents related to any such Communications.

- **RFP No. 7:** Documents sufficient to show (by operating system, App Marketplace, country, and time) download and use rates for Your Apps in the areas of Your Super Apps, Cloud Streaming Apps, Messaging Apps, Wearables, and Digital Wallets, **including any internal dashboards tracking app usage, analyses of monthly average users ("MAU") data, and analyses of overlap in usage across multiple Messaging Apps or between Your Messaging Apps and Apple's iMessage.**

- **RFP No. 8:** For each of Your Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Your Wearables, or Digital Wallets, including Your Facebook Mobile, Facebook Gaming, Instagram, WhatsApp, Facebook Messenger Apps, and any Apps connecting Smartphones to any version or predecessor of Your Meta Quest headsets, Documents sufficient to show (by operating system, App identity, App Marketplace, country, and time): (a) the identity of each App Marketplace on which the App is available and (b) user complaints concerning the functionality or features offered—or not offered—on the App, **and relating to cross-platform communication, interoperability, and switching between devices or operating systems.**

- **RFP No. 9:** All Documents and Communications relating to any efforts by You to submit to any App Marketplace for Smartphones any Super Apps (including Facebook Mobile), Cloud Streaming Apps (including Facebook Gaming), Messaging Apps (including Messenger, WhatsApp, and Instagram), Apps concerning Wearables, or Digital Wallets, or any updates to such Apps, including: (a) the APIs, features, entitlements, or development tools that You used or sought to use for each App or App update; (b) Communications with any Smartphone manufacturer, operating system provider, or App Marketplace concerning approval or review, including any representations regarding user data collection, user or system security, targeting of minors, or objectionable content; (c) Documents concerning negotiations on any actual

or threatened removal of any of Your Apps from the Apple App Store; (d) Documents concerning any rejected submission of any of Your Apps to the Apple App Store and Your efforts to bring Your Apps into compliance and/or resubmit the App to Apple; (e) privacy and security analyses of Your submitted Apps; (f) profit projections for Your submitted Apps; (g) marketing or other strategic plans, **including monthly average users ("MAU") data**, for Your submitted Apps; and (h) comparisons of Your native submitted Apps to Your web-based versions, if any.

- **RFP No. 10:** [redacted]

- **RFP No. 11:** All Documents concerning Your Communications, meetings, or interactions with any government agency or division (whether federal, state, local, or foreign) or with any private plaintiff (or representative thereof) in any actions coordinated as part of *In re Apple Inc. Smartphone Antitrust Litigation*, No. 24-MD- 3113 (D.N.J.) ~~or (b) any other lawsuits against or concerning Apple; the Alleged Conduct; or the Alleged Markets.~~ Such Documents should include (i) any Documents or Communications exchanged between You and any such Person; (ii) any Documents You relied on or otherwise used in connection with such Communications; (iii) any agendas or materials prepared for any meetings, discussions, or interactions with any such Person; or (iv) any summaries, transcripts, notes, or other accounts of such meetings, discussions, or interactions.

- **RFP No. 12***:* **Documents sufficient to show** showing any value or benefits, including in terms of security, privacy, ease of use, distribution, marketing, or ability to innovate, that iPhone, the Apple App Store, App Review, or Apple have provided for Your Apps or Your Business, including any quantification of any such benefits or the costs that You would incur in the absence of such benefits.

- **RFP No. 13:** **Documents sufficient to show** the relative benefits or drawbacks of Apple products and services as compared to the products and services offered by other companies, including benefits or drawbacks related to privacy and security, user experience, effects on competition, or the performance or features of Your Apps or services.

- **RFP No. 18:** All Documents and Communications concerning Your decisions, policies, practices, or efforts **to enable, disable, design, implement, use, or discontinue Your messaging-related features (including SMS capabilities, RCS capabilities, OTT functionality, interoperability features, background functionality, encryption-related features, and cross-device or cross-operating-system functionality) in Your Messaging Apps, including Your implementation and then discontinuation of SMS capabilities in Your Messaging Apps on Android and Your decision in 2023 to discontinue Apple Watch users' ability to respond to Messenger notifications.**

- **RFP No. 20:** All Documents and Communications concerning differences or comparisons (including with respect to consumer experience, privacy, security, safety, interoperability, **switching behavior, device choice, mobile operating system choice, and multi-homing**, and Your efforts to maintain privacy and security) between: (a) Apple's iMessage service and Your Messaging Apps, including both features available on Your Messaging Apps that are not available on iMessage and features of iMessage that Your Messaging Apps are technologically incapable of developing; (b) Apple's App Store and Your App Marketplaces; and (c) Facebook Mobile's performance on the iPhone and Facebook Mobile's performance on other Smartphones and platforms.

- **RFP No. 21:** All Documents and Communications concerning differences or comparisons (including with respect to consumer experience, privacy, security, safety, interoperability, **switching behavior, device choice, and multi-homing**, and Your efforts to maintain privacy and security) between Your Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Wearables, and Digital Wallets, when used on Apple's iOS versus when used on a non-Apple platform.

- **RFP No. 23:** **Documents sufficient to show the impact of Apple's or any other App Marketplace's App Review policies or procedures on competition, including**

**analyses of market demand, usage, primacy, multi-homing, switching behavior, or market share, regarding Your Apps in the areas of Super Apps, Cloud Streaming Apps, Messaging Apps, Wearables, and Digital Wallets offered on App Marketplaces.**

- **RFP No. 24:** Documents sufficient to show the strategy, consumer research, and consumer response to all advertising campaigns related to Your Messaging Apps or Apple’s Messaging Apps **specific to messaging functionality (including cross-platform messaging, interoperability, privacy, and encryption),** including Your WhatsApp ads featuring a carrier pigeon and featuring the cast of Modern Family.

- **RFP No. 25:** All Documents and Communications, including consumer surveys, concerning the availability on Your Messaging Apps, including WhatsApp, of SMS, MMS, RCS, or OTT capabilities, encrypted messages, send later features, and features permitting Your Messaging Apps to continue operating in the background when closed, including Your interest or lack of interest in any efforts to develop such features for Your Messaging Apps on any App Marketplace, Your security and privacy concerns about such features, **Your evaluation of user demand for and market behavior towards “text anyone” functionality**, and Your evaluation of industry developments concerning SMS, MMS, RCS, or OTT.

- **RFP No. 26: Documents sufficient to show whether and in what circumstances You provide unencrypted messages or content to any third party.**

- **RFP No. 34:** Documents sufficient to show whether You have offered, ~~**could offer**~~, or have evaluated offering an App Marketplace on iPhones, as well as all Documents related to Your efforts or plans to develop such an offering, including any Documents relating to development costs, projected usage, and concerns relating to privacy, security, or fraud.

- **RFP No. 42:** All Documents and Communications, including consumer surveys, concerning the effects of Super App and Mini-Program displays, **(including analogous in-app features such as HTML5 games, chat bots, gaming discovery features, and other app-like functionalities offered within Your apps)**, including the effects that an absence of icons, an absence of categories, and flat/text-only displays may have on Super App or Mini-Program success or competitive strength and customer reasons for purchasing or not purchasing Smartphones.

- **RFP No. 43: Documents sufficient to show** Your, Apple’s, or any other Smartphone manufacturer’s, App Marketplace’s, or operating system provider’s past or present policies or practices as related to the Alleged Conduct, including concerning: (a) Cloud Streaming Apps; (b) Messaging Apps and services; (c) Wearables including any Smartphone’s ability to connect and interact with Wearables; and (d) the display or categorization of Mini-Programs.

- **RFP No. 46: Documents sufficient to show** any efforts by You ~~**whether direct or indirect, alone or in concert with any Person,**~~ to change, influence, circumvent, lobby for legislation related to, or draw government or public attention **to the competitive effects of** any ~~**of**~~ Smartphone manufacturer**’s or** operating system provider***’s***~~**,**~~ ~~**or App Marketplace’s policies or practices, including any**~~ contractual or policy terms related to App features or distribution, any fees or other monetary penalties or incentives, or any policies or technical limitations concerning App features or APIs.

- **RFP No. 48: Documents sufficient to show** the basis, if any, for Mark Zuckerberg’s **public** statements **or testimony** concerning Apple and its products, services, **policies, or practices, including statements made** on “The Joe Rogan Experience #2255” podcast episode released January 10, 2025, **and in the *FTC v. Meta* trial, No. 20-cv-3590 (D.D.C.)**, including Mr. Zuckerberg’s claims that: (a) at least one of Apple’s protocols that Mr. Zuckerberg claims can be used by AirPods but not Meta Ray-Ban glasses is “insecure because [Apple] didn’t build any security into it”; (b) there are “all these small companies that, like, probably can’t even exist because of the taxes that [Apple] put in place”; **(c) “Messenger, for a lot of people in the United States, is their primary messaging app as well, especially because iMessage is constrained to Apple phones, iPhones only”; (d) Meta has “a broader competition with Apple and Google” and is “always sort of worried about them messing with us in different ways” because Meta delivers its apps “through our competitors”; and (e) Apple and Google are “two of our biggest competitors,” control**

**"the app stores on phones," and "sometimes put in place some pretty arbitrary rules around what you can do" that have been "very detrimental to our business and our community over time."**