# EXHIBIT 9

REDACTED

Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, CA 94108
(415) 738-5700
jacohen@debevoise.com

David A. O'Neil (*pro hac vice* application granted)
Anna A. Moody (*pro hac vice* application granted)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com
amoody@debevoise.com

Michael Schaper (*pro hac vice* application granted)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, N.Y. 10001
(212) 909-6000
mschaper@debevoise.com

*Counsel for Movant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE INC.'S APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH NON-PARTY SUBPOENA SERVED ON META PLATFORMS, INC. IN THE PENDING CASE UNITED STATES ET AL. V. APPLE INC., NO. 2:24-CV-04055 IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** | Case No.: 3:26-MC-80274-JCS<br><br>**SECOND DECLARATION OF ANNA A. MOODY**<br><br>Date:<br>Time:<br>Courtroom: D – 15th Floor<br>Judge: Joseph C. Spero |

I, Anna A. Moody, hereby declare as follows:[1]

1. I am counsel at the law firm of Debevoise & Plimpton LLP, located at 801 Pennsylvania Avenue N.W., Suite 500, Washington, D.C. 20004.

2. I am an attorney representing Apple Inc. ("Apple") in connection with the above-captioned matter before this Court and in *United States et al. v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.), brought by the United States Department of Justice ("DOJ") and numerous state attorneys general in the District of New Jersey on March 21, 2024 (the "Antitrust Action").

3. I respectfully submit this Declaration in support of Apple's reply memorandum of law in support of its motion to compel non-party Meta Platforms, Inc. ("Meta")[2] to produce documents responsive to Apple's Requests for Production of Documents to Meta, dated June 16, 2025, and to transfer this motion to the United States District Court for the District of New Jersey (the "Motion"), and in opposition to Meta's motion to quash.

4. Below I attach exhibits and provide additional detail regarding Apple's subpoena to Meta in connection with the Antitrust Action, and related negotiations with Meta's counsel.

5. The initial Declaration of Anna A. Moody submitted in support of the Motion (the "Moody Decl."), dated August 28, 2026, describes Meta's interactions with DOJ in connection with the Antitrust Action, *see* Moody Decl. ¶¶ 5–8, ECF No. 1-2, and is incorporated herein by reference.

6. Meta states that it recently "agreed to provide the [CID] search terms; Apple moved to compel before Meta could." Opp. Br. at n.1. However, Apple has been requesting that information for over a year: on August 21, 2025, during Apple's first meet and confer with Meta, Apple asked Meta for the search terms used to generate the productions Meta made to DOJ in response to DOJ's October 2021 Civil Investigative Demand to Meta (the "CID Production" in response to the "CID"). Apple made that same request repeatedly throughout its negotiations with Meta, during meet and confers, and in email. *See, e.g.*, Moody Decl. Ex. M at 48, 51.

---

[1] All undefined, capitalized terms used herein shall have the same meaning ascribed to them in Apple's Motion to Compel and Transfer.

[2] Meta was named Facebook, Inc. until October 2021. *Introducing Meta: A Social Technology Company*, META (Oct. 28, 2021), https://about.fb.com/news/2021/10/facebook-company-is-now-meta/.

7. On September 26, 2025, Meta made its only production to Apple in this litigation to date. The production totaled only 21 documents in partial response to three of Apple's RFPs: Nos. 50, 51, and 52.

8. On January 15, 2026, Apple proposed that Meta satisfy 19 RFPs via go-get collections rather than custodial searches, provided Meta confirmed it would still produce documents responsive to those requests to the extent they were identified pursuant to other searches. *See* Moody Decl. Ex. N.

9. Prior to Meta moving to quash Apple's subpoena and oppose Apple's motion to compel and transfer, Meta did not provide Apple with hit counts for Apple's January 15, 2026 or May 15, 2026 search protocols.[3]

10. Attached as **Exhibit A** is a chart reproducing the Declaration of Ana N. Paul ("Paul Decl.") Exhibit 5 submitted in support of Meta's Motion to Quash and Opposition to Apple's Motion to Compel and Motion to Transfer ("Meta's Opposition")—purporting to depict Meta's offered custodians against the custodians Apple seeks to compel—with Apple's annotations identifying additional information and a column identifying gaps in Meta's custodian proposal by reference to Meta's CID documents and narrative responses, [redacted].

11. Attached as **Exhibit B** is a chart reproducing the Paul Decl. Exhibit 3—purporting to identify areas of overlap between the DOJ's CID to Meta and Apple's RFPs to Meta—with Apple's annotations identifying additional information and a column identifying discovery Apple's RFPs seek that is not covered by the cited CID specifications.[4]

12. Attached as **Exhibit C** is a chart reproducing the Paul Decl. Exhibit 4 to Meta's Opposition—purporting to list Meta CID documents that satisfy Apple's RFPs—with Apple's

---

[3] On August 27, 2026, in response to Apple informing Meta that Apple intended to file a motion to compel the next day, Meta informed Apple for the first time that "[t]he search terms [Meta] ran resulted in over 3 million documents to review[.]" *See* Meta's Motion to Quash and Opposition to Apple's Motion to Compel and Motion to Transfer, Declaration of Ana N. Paul, Exhibit 7.

[4] Meta's Declaration of Ana N. Paul Exhibit 3 includes ellipses for certain RFPs. To assist the Court, Apple's **Exhibit B** includes the full RFPs.

annotations identifying additional information and a column noting why the cited documents do not satisfy the corresponding RFP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2026
Washington, D.C.

/s/ Anna A. Moody

Anna A. Moody