# EXHIBIT 11

REDACTED

**APPLE'S RESPONSE TO DECLARATION OF ANA A. PAUL EXHIBIT 4**
**"Examples of Documents Meta has Produced Responsive to Apple's RFPs"**
(Apple RFPs 7, 8, 10, 12, 13, 17, 22, 23, 24, 25, 26, 30, 34, 36, 37, 39, 43, and 46)[1]

| RFP # | Bates No. | Meta's Description | Apple's Response |
| --- | --- | --- | --- |
| **RFP 7:** Documents sufficient to show (by operating system, App Marketplace, country, and time) download and use rates for Your Apps in the areas of Your Super Apps, Cloud Streaming Apps, Messaging Apps, Wearables, and Digital Wallets, including any internal dashboards tracking app usage, analyses of monthly average users ("MAU") data, and analyses of overlap in usage across multiple Messaging Apps or between Your Messaging Apps and Apple's iMessage.<br><br>**RFP 39:** Documents sufficient to identify for each Mini-Program available on Facebook Mobile and Your other Super Apps: (a) the monthly active users; (b) the developer; (c) the privacy and security features; (d) any consumer complaints concerning each Mini- | META-DOJAPP-00013807 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger | **RFP 7:** The cited documents do not cover the full time period of the RFP (beginning January 1, 2014) and contain no App Marketplace breakdowns nor analyses comparing overlap in usage across Messaging Apps. Moreover, the cited documents do not include any data for Meta Apps other than the handful of listed apps.<br><br>**RFP 39:** The cited documents do not cover the full time period of the RFP (beginning January 1, 2014) and fail to identify Mini Programs on Facebook Mobile, WhatsApp, or other Meta Super Apps, if any, or to provide the following information for *any* App as requested by this RFP: (b) the developer; (c) the privacy and security features; (d) any consumer complaints; (e) the launch date; and (f) the discontinuation date. |
| | META-DOJAPP-00013838 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger | |
| | META-DOJAPP-00013839 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger | |
| | META-DOJAPP-00013841 | Data production of usage data for Facebook, | |

[1] Meta includes in its chart RFP 25, which is not a sufficient to show request, instead seeking "all documents and communications." Meta also does not include RFP 48, a sufficient-to-show request, from its chart, and has not pointed Apple toward any documents which it asserts would satisfy that request. Beyond adding the "Apple's Response" column, Apple added the text of relevant RFPs to the "RFP #" column for ease of reference.

| | | | |
|---|---|---|---|
| Program; (e) the launch date; and (f) the discontinuation date. | | Instagram, WhatsApp, and Messenger | |
| | META-DOJAPP-00013842 | Data production of usage data for Facebook, Instagram, WhatsApp, and Messenger | |
| | META-DOJAPP-00013840 | Data production of Facebook Gaming data files | |
| | META-DOJAPP-00013843 | Data production of Oculus data files | |
| | META-DOJAPP-00079460 | Growth and Forecast Charts of Instagram usage statistics | |
| | META-DOJAPP-00079461 | Growth and Forecast Charts of WhatsApp usage statistics | |
| **RFP 8:** For each of Your Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Your Wearables, or Digital Wallets, including Your Facebook Mobile, Facebook Gaming, Instagram, WhatsApp, Facebook Messenger Apps, and any Apps connecting Smartphones to any version or predecessor of Your Meta Quest headsets, Documents sufficient to show (by operating | META-DOJAPP-00081102 | The Voice of the Community Report | The cited documents do not include information relating to several requests in this RFP, including: (a) the identity of each App Marketplace for *all* of Meta's Apps, including any Apps relating to the Meta Quest headsets; or (b) user complaints concerning the functionality of those Apps, because they are limited to user complaints regarding Messenger (and cursory complaints about Facebook and Instagram) from June 2019. The cited documents do not cover the full time |
| | USDOJ-01-026614 | [redacted] | |

| | | | |
|---|---|---|---|
| system, App identity, App Marketplace, country, and time): (a) the identity of each App Marketplace on which the App is available and (b) user complaints concerning the functionality or features offered—or not offered—on the App, and relating to cross-platform communication, interoperability, and switching between devices or operating systems. | | | period of the RFP (beginning January 1, 2014) and do not address any user complaints in any meaningful way for any Apps other than Messenger. |
| **RFP 10:** Documents sufficient to show the basis for Your estimate of approximately $598 million in potential revenue losses from IAP restrictions on Your gaming products, as alleged in Your narrative response to Specification 3 of the DOJ civil investigative demand, at META-ATR001-00000039, including any underlying financial models, data inputs, assumptions, revenue projections, and internal analyses used to calculate or support that estimate. | META-DOJAPP-00000193 | Facebook 2018 Preliminary LRP Review: Video and Games | [redacted] |
| | META-DOJAPP-00024197 | Email Containing February 2018 Games Monthly Revenue Update | |
| **RFP 12:** Documents sufficient to show any value or benefits, including in terms of security, privacy, ease of use, distribution, marketing, or ability to innovate, that iPhone, the Apple App Store, App Review, or Apple have provided for Your Apps or Your Business, including any quantification of any such benefits or the costs that You would incur in the absence of such benefits. | META-APPLE-MDL-00000419 | Interoperability Requests Presentation | The cited document does not address the value or benefits that iPhone, the Apple App Store, App Review, or Apple have provided for Meta's apps or business, including in terms of security, privacy, ease of use, distribution, marketing, or ability to innovate. Nor does this document contain any quantification of such benefits or the costs Meta would incur in their absence. |

| | | | |
|---|---|---|---|
| **RFP 13:** Documents sufficient to show the relative benefits or drawbacks of Apple products and services as compared to the products and services offered by other companies, including benefits or drawbacks related to privacy and security, user experience, effects on competition, or the performance or features of Your Apps or services. | META-DOJAPP-00066923 | Apple Comparative Analysis | The cited documents do not fully address the relative benefits or drawbacks of Apple's products and services versus those of other companies including as to privacy and security and the performance or features of Meta's Apps or services. |
| | META-DOJAPP-00064052 | Messenger Phone Number Messaging and Cross Platform Opportunity | |
| | META-DOJAPP-00063983 | RCS Plan | |
| | META-DOJAPP-00052043 | 2019-2020 Email Thread Between A. Jhaveri, S. Chudnovsky, M. Winters, et al. | |
| | USDOJ-01-004442 | [redacted] | |
| **RFP 17:** Documents sufficient to show (by operating system, App identity, App Marketplace, country, and time on a monthly basis) the financial performance of each of Your Super Apps, Cloud Streaming Apps, Messaging Apps, Apps concerning Wearables, or Digital Wallets, including: (a) the identity of each App Marketplace on | META-DOJAPP-00013837 | Data production of revenue for Facebook, Instagram, and Messenger | The cited documents do not sufficiently provide the requested financial data for each of Meta's apps, during the requested time period. Nor do these documents provide for Meta's apps: (a) the identity of each App Marketplace on which the App is available; (b) financial statements on an annual and quarterly basis reflecting the financial performance of each App; (c) the costs associated with the development of the App; |
| | META-DOJAPP-00013844 | Data production of revenue for Facebook, Instagram, and Messenger | |

| | | | |
|---|---|---|---|
| which the App is available; (b) financial statements on an annual and quarterly basis reflecting the financial performance of the App; (c) the costs associated with the development of the App; (d) the costs associated with distribution of the App on each App Marketplace; (e) the revenue of the App on each App Marketplace; (f) the commission rate(s) paid on each App Marketplace; and (g) the revenue and costs associated with direct distribution or other means of distribution outside any App Marketplace. | META-DOJAPP-00013845 | Data production of revenue for Facebook, Instagram, and Messenger | (d) the costs associated with distribution of the App on each App Marketplace; (f) the commission rate(s) paid on each App Marketplace; or (g) the revenue and costs associated with direct distribution or other means of distribution outside any App Marketplace. |
| | META-DOJAPP-00013747 | Submission to the Autorité de la Concurrence | |
| | META-DOJAPP-00025777 | Truist Facebook Company Update | |
| | META-APPLE-MDL-00001242 | Board of Directors Meeting Materials | |
| | META-DOJAPP-00077530 | Facebook Second Quarter 2020 Results Conference Call | |
| | META-DOJAPP-00077568 | UBS Report, "Facebook: Is The Recovery Still Continuing?" | |
| **RFP 22:** Documents sufficient to identify, at any time, all differences in functionality of Your Apps or services depending on the device and App Marketplace used, including differences in functionality of Your Apps or services between iPhone and Android or | USDOJ-01-004442 | [redacted] | The cited document does not purport to identify all differences in functionality across devices and App Marketplaces, nor does it catalog the reasons for each such difference as requested. |

| | | | |
|---|---|---|---|
| between Smartphones and other devices, as well as the reasons for any such differences. | | | |
| **RFP 23:** Documents sufficient to show the impact of Apple's or any other App Marketplace's App Review policies or procedures on competition, including analyses of market demand, usage, primacy, multi-homing, switching behavior, or market share, regarding Your Apps in the areas of Super Apps, Cloud Streaming Apps, Messaging Apps, Wearables, and Digital Wallets offered on App Marketplaces. | META-DOJAPP-00013772 | Submission to the Autorité de la Concurrence | The cited documents are not sufficient to show the impact of Apple's or any other App Marketplace's App Review policies or procedures on competition, including analyses of market demand, usage, primacy, multi-homing, switching behavior, or market share, regarding Meta's Apps in the areas of Super Apps, Cloud Streaming Apps, Messaging Apps, Wearables, and Digital Wallets offered on App Marketplaces. |
| | META-DOJAPP-00016176 | 2017 10 10 Message Thread Between K. Rong, T. Hanssen, A. Bharathi, S-H. Weng, et al. | |
| | META-DOJAPP-00076048 | OS Share Data Sources and Trends | |
| | META-DOJAPP-00076056 | Switching OS & implications for the Messenger Ecosystem | |
| | META-DOJAPP-00076070 | Digital Trends, "Google blasts Apple over bullying, peer pressure tactics keeping users on iMessage" | |
| | META-DOJAPP-00028912 | Succeeding in US Messaging Memorandum | |
| | META-DOJAPP-00052688 | Wall Street Journal, "Why Apple's iMessage Is | |

| | | | |
|---|---|---|---|
| | | Winning: Teens Dread the Green Text Bubble" | |
| | META-DOJAPP-00075980 | Messaging Competitive Landscape Update | |
| | META-DOJAPP-00076086 | Google's CommSuite: Competitive Threat Analysis | |
| | META-DOJAPP-00063983 | RCS Plan | |
| **RFP 24:** Documents sufficient to show the strategy, consumer research, and consumer response to all advertising campaigns related to Your Messaging Apps or Apple's Messaging Apps specific to messaging functionality (including cross-platform messaging, interoperability, privacy, and encryption), including Your WhatsApp ads featuring a carrier pigeon and featuring the cast of Modern Family. | META-DOJAPP-00077292 | WhatsApp Marketing 2.0 Memorandum | The cited documents do not address the specific WhatsApp advertisements in this request. |
| | META-DOJAPP-00069817 | Alliance Partnerships Memorandum | |
| **RFP 25:** All Documents and Communications,[2] including consumer | META-DOJAPP-00014670 | Encryption Narrative Memorandum | **RFP 25:** The cited documents do not address the availability of many of the enumerated features for |

[2] As noted above, RFP 25 is not a sufficient to show request.

<table>
<tr><td rowspan="2">surveys, concerning the availability on Your Messaging Apps, including WhatsApp, of SMS, MMS, RCS, or OTT capabilities, encrypted messages, send later features, and features permitting Your Messaging Apps to continue operating in the background when closed, including Your interest or lack of interest in any efforts to develop such features for Your Messaging Apps on any App Marketplace, Your security and privacy concerns about such features, Your evaluation of user demand for and market behavior towards "text anyone" functionality, and Your evaluation of industry developments concerning SMS, MMS, RCS, or OTT.<br><br>RFP 26: Documents sufficient to show whether and in what circumstances You provide unencrypted messages or content to any third party.</td><td>Public (https://tinyurl.com/t22xw3fe)</td><td>WhatsApp Encryption Overview Technical White Paper</td><td rowspan="2">Meta's messaging apps—including for instance SMS, MMS, RCS, or OTT capabilities, send later features, and "text anyone" functionality—or Meta's assessment of the user demand and respective security and privacy risks of these features.<br><br>RFP 26: The cited documents likewise do not address the full scope of when Meta provides unencrypted messages or content to third parties.</td></tr>
<tr><td>Public (https://transparency.meta.com/reports/government-data-requests/)</td><td>Meta, Government Requests for User Data</td></tr>
<tr><td>RFP 30: Documents sufficient to show the reasons for Your decision to discontinue offering Your Facebook Gaming App, including: (a) any competitive or market share analyses; (b) any analyses of failures or shortcomings in Your Facebook Gaming App; (c) any consumer complaints or analyses of consumer complaints concerning Your Facebook Gaming App; and (d) any analyses of privacy or security issues concerning Your Facebook Gaming App.</td><td>USDOJ-01-004442</td><td>[redacted]</td><td>The cited document does not contain: (a) any market share analyses of the Facebook Gaming App, (b) any analyses of failures or shortcomings in the app itself, (c) any consumer complaints or analyses of consumer complaints concerning the app, or (d) any analyses of privacy or security issues concerning the app.</td></tr>
</table>

| | | | |
|---|---|---|---|
| **RFP 34:** Documents sufficient to show whether You have offered or have evaluated offering an App Marketplace on iPhones, as well as all Documents related to Your efforts or plans to develop such an offering, including any Documents relating to development costs, projected usage, and concerns relating to privacy, security, or fraud.<br><br>**RFP 36:** For Your Super Apps and App Marketplaces, such as the Facebook App Center or the Meta Horizon Store, Documents sufficient to show: (a) Your past or present decisions, current or previously operative guidelines, standards, other requirements, or practices that You apply to any Apps submitted for inclusion on Your App Marketplaces, including Your policies and procedures for pricing and payments for such Apps; and (b) whether You block Apps from any of Your App Marketplaces based on (i) how a developer delivers content and services (e.g., whether content is installed on a device or streamed from the cloud), (ii) a developer's choice of In-App Purchase system, (iii) a developer's advertising, (iv) a developer's data collection, and/or (v) content.<br><br>**RFP 43:** Documents sufficient to show Your, Apple's, or any other Smartphone manufacturer's, App Marketplace's, or operating system provider's past or present | META-DOJAPP-00003522 | Facebook Developer Policies | **RFP 34:** The cited documents do not address whether Meta considered offering or evaluating an App Marketplace on iPhones, nor any data regarding Meta's development costs, projected usage, or privacy/security/fraud concerns for such a product.<br><br>**RFP 36:** The cited documents do not sufficiently address (b) whether Meta blocks apps based on (i) how a developer delivers content (e.g., installed vs. streamed from the cloud), (ii) a developer's choice of in-app purchase system outside Meta's own, or data collection practices.<br><br>**RFP 43:** The cited documents are not sufficient to show past policies or practices related to the Alleged Conduct including concerning: (a) Cloud Streaming Apps; (b) Messaging Apps and services; and (c) Wearables including any Smartphone's ability to connect and interact with Wearables. |
| | META-DOJAPP-00000001 to 167 | Oculus Developer Policies | |
| | Public (https://developers.meta.com/) | Meta, Developers | |
| | Public (https://developers.meta.com/horizon/policy/) | Meta, Developer Policy Overview | |
| | Public (https://developers.meta.com/horizon/blog/get-apps-ready-app-lab-meta-horizon-store-meta-quest-developers/) | Get Your App Ready for the Meta Horizon Store | |
| | Public (https://developers.meta.com/horizon/policy/privacy-policy/) | Meta Horizon Privacy Policy Requirements | |

| | | | |
|---|---|---|---|
| policies or practices as related to the Alleged Conduct, including concerning: (a) Cloud Streaming Apps; (b) Messaging Apps and services; (c) Wearables including any Smartphone's ability to connect and interact with Wearables; and (d) the display or categorization of Mini-Programs. | Public (https://developer.apple.com/a pp-store/review/guidelines/) | Apple, App Review Guidelines | |
| | Public (https://play.google/developer-content-policy/) | Google Play, Developer Policy Center | |
| **RFP 37:** For Your Super Apps and App Marketplaces, such as Facebook App Center or the Meta Horizon Store, Documents sufficient to show: (a) any features that differ from the Apple App Store; (b) whether any of Your App Marketplaces offer features, tools, or services to users and/or developers that the Apple App Store does not offer; (c) any features, tools, or services available to Meta first-party Apps that are not available to third-party developers; and (d) any comparison between Your approach to Mini-Programs and App Review on the one hand and, on the other, Apple's or any other App Marketplace's approach to App Review. | META-APPLE-MDL-00001020 | Submission to the European Commission | The cited documents do not address Meta's Super Apps or App Marketplaces (such as Facebook App Center or Meta Horizon Store). Nor do these documents compare features of any Meta App Marketplace to the Apple App Store, discuss whether features or tools are differentially available to Meta first-party Apps versus third-party developers within Meta's own App Marketplaces, or discuss Meta's approach to Mini-Programs or App Review. |
| | META-APPLE-MDL-00000798 | Presentation on AirPlay compatibility for Quest | |
| **RFP 46:** Documents sufficient to show any efforts by You to change, influence, circumvent, lobby for legislation related to, or draw government or public attention to the | META-DOJAPP-00048178 to META-DOJAPP-00048399 | Submission to the Competition and Markets Authority | The cited documents do not reflect the full scope of Meta's responsive activity, including U.S. lobbying or advocacy, legislative efforts, public-facing campaigns, or other efforts to influence government or public |

| | | | |
|---|---|---|---|
| competitive effects of any of Smartphone manufacturer's or operating system provider's contractual or policy terms related to App features or distribution, any fees or other monetary penalties or incentives, or any policies or technical limitations concerning App features or APIs. | META-DOJAPP-00013772 | Submission to the Autorité de la Concurrence | attention. Nor are these documents sufficient to show the full scope of Meta's other efforts to change, influence, circumvent, lobby for legislation related to, or draw government or public attention to the competitive effects of any of Smartphone manufacturer's or operating system provider's contractual or policy terms related to App features or distribution, any fees or other monetary penalties or incentives, or any policies or technical limitations concerning App features or APIs. |
| | META-DOJAPP-00048178 to META-DOJAPP-00048399 | Submission to the Competition and Markets Authority | |
| | META-APPLE-MDL-00000089 | Submission to the European Commission | |
| | META-APPLE-MDL-00000297 | European Commission Meeting Minutes | |
| | META-APPLE-MDL-00001020 | Submission to the European Commission | |
| | META-APPLE-MDL-00001124 | Submission to European Commission | |
| | META-DOJAPP-00056291 | Brief for Meeting with Foreign President | |
| | META-DOJAPP-00014748 | Overview & Messaging – Policy Brief | |

| | | | |
|---|---|---|---|
| | META-DOJAPP-00058447 | Roundtable Speaker Brief | |