Miriam M. Arghavani
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Telephone: 202-374-6582
Miriam.Arghavani@usdoj.gov

*Attorney for United States and Responding Agencies*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>APPLE, INC.<br>*Defendant.* | **Civil Action No. 2:24-cv-04055 (JXN-LDW)**<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**Return Date: November 13, 2026**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on November 13, 2026, or as soon thereafter as counsel may be heard, the National Aeronautics and Space Administration ("NASA") will appear before the Honorable Leda Dunn Wettre, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order to Seal (1) limited portions of Apple's Letter Memorandum in Response to the United States' Appeal from the Special Discovery Master's Orders Re: Federal Agency Discovery ("Apple's Response Brief") (Dkt. No. 525), and (2) Exhibits 3–5 to the September 23, 2026 Declaration of Liza M. Walsh.

**PLEASE TAKE FURTHER NOTICE** that NASA shall rely upon the accompanying Declaration of Kelvin Taylor ("NASA Declaration"), Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants have no objection to this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Miriam M. Arghavani*
Miriam M. Arghavani
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Telephone: 202-374-6582
Miriam.arghavani@usdoj.gov

*Attorney for the United States and Responding Agencies*