WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 15, 2026

**VIA ECF**
Honorable Julien Xavier Neals, U.S.D.J.
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***United States of America, et al. v Apple Inc.***
**Civil Action No.: 2:24-cv-04055 (JXN-LDW)**

***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Neals and Judge Wettre:

This firm, together with Kirkland & Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matters. We write in accordance with the Court's Order to indicate Apple's consent to the appointment of Michael A. Hammer, U.S.M.J. (ret.) as a special discovery master. *See United States of America, et al. v Apple Inc.*, No.: 2:24-cv-04055, ECF No. 539; *In re: Apple Inc. Smartphone Antitrust Litigation*, No.: 2:24-md-3113, ECF No. 383.

We thank the Court for its consideration, and are available should Your Honors or Your Honors' staff have any questions.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh