**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No.: 24-4055(JXN)(LDW) |
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Civil Action No.: 24-md-3113(JXN)(LDW) |

**AFFIDAVIT OF HON. MICHAEL A HAMMER (ret.)**
**PURSUANT TO FED. R. CIV. P. 53 AND 28 U.S.C. § 455**

I, Michael A. Hammer, hereby declare and state as follows:

1. I am a retired United States Magistrate Judge for the District of New Jersey. On September 1, 2026, I joined Lowenstein Sandler LLP ("Lowenstein Firm") as a Partner.

2. I respectfully submit this this affidavit in connection with the Court's consideration of my appointment as a Special Master in *United States of America, et al.* v. *Apple Inc.*, Civil Action No. 24-04055-JXN-LDW, and *In re Apple Inc. Smartphone Antitrust Litigation*, Civil Action No. 24-md-03113-JXN-LDW (collectively, the "Actions").

3. In early October 2026, Hon. Leda D. Wettre, U.S.M.J., informed me that the Court was considering appointing me as a Special Master in the Actions.

4. Federal Rule of Civil Procedure 53(a)(2) provides that a special master must not have a relationship to the parties, attorneys, action, or court that would require a judge's disqualification under 28 U.S.C. § 455. Rule 53(b)(3)(A) requires the master to file an affidavit disclosing whether any ground for disqualification under § 455 exists. In connection with the proposed appointment, I reviewed the pleadings and searched the Lowenstein Firm's conflicts system for any relationship that could give rise to a ground for disqualification or otherwise require disclosure to the Court and the parties.

5. The Lowenstein Firm's conflicts search revealed that the Firm does not represent any party to these Actions. I have never had any relationship with a named party that would require disclosure or disqualification under 28 U.S.C. § 455.

6. I have also never served as counsel in the Actions, nor have I presided over any part of them while serving as a judicial officer. In short, I am not aware of any relationship or other circumstance that would require my disqualification.

7. Based on the foregoing, I am confident I can serve impartially as Special Master in the Actions.

8. I understand that my duty to disclose would continue during the appointment. I will promptly supplement this certification if I learn of any additional circumstance that may bear on my impartiality or require disclosure under Rule 53(a)(2) or 28 U.S.C. § 455.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2026

*<u>/s Michael A. Hammer</u>*
Hon. Michael A. Hammer (ret.)
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068