WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 24, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v Apple Inc.***
**Civil Action No.: 2:24-cv-04055 (JXN-LDW)**

Dear Judge Wettre:

We write on behalf of Apple Inc. in the above-captioned matter. The Parties submit the enclosed Stipulation and Proposed Amended Scheduling Order, which is agreed between the Parties in the Government Action, for the Court's consideration.

Apple had hoped to file one stipulation in both the above-captioned case as well as *In re: Apple Inc. Smartphone Antitrust Litigation*, Civil Action No.: 2:24-md-3113 (JXN-LDW), and all parties in both actions exchanged multiple drafts over the past couple weeks. But shortly before midnight this evening, Watch Plaintiff indicated that the MDL Plaintiffs would not provide authorization to file today. Accordingly, the Parties in the Government Action are filing it only in the above-captioned case today, and Apple and MDL Plaintiffs will follow up with an analogous stipulation to govern the MDL. Apple maintains that the fact discovery deadlines and interim deadlines applicable to third-party discovery and to Apple's own productions in this stipulation should be entered in the MDL, too, along with corresponding four-month adjustments to the expert discovery deadlines in the MDL.

Should Your Honor have any questions or wish to discuss the dates within, the Parties will make themselves available at your convenience, including at the November 9 case management conference, or provide further briefing should it aid the Court.

Thank you for Your Honor's attention to these matters.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Enclosures
CC: All Counsel of Record (via ECF)