Liza M. Walsh
Douglas E. Arpert
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-04055 (JXN-LDW)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To: Melissa E. Rhoads, Clerk
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Jessica K. Formichella of Walsh Pizzi O'Reilly LLP hereby enters an appearance on behalf of Defendant Apple Inc. and requests that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY LLP

Dated: November 3, 2026

By: *s/Jessica K. Formichella*
Jessica K. Formichella