**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | Civil Action No.<br>24-4055 (JXN) (LDW)<br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 16, 2026 case management conference before the undersigned; and the Court having considered the parties' proposed Stipulated Amended Scheduling Order (ECF 578-1); and for good cause shown;

**IT IS, on this 6th day of November 2026, ORDERED** that the Pretrial Scheduling Order entered June 5, 2025 (ECF 270) is hereby amended as follows:

1. Plaintiffs shall substantially complete any outstanding document productions from the U.S. Department of Justice and the Plaintiff States not subject to discovery dispute by **December 15, 2026**.
2. Apple shall substantially complete its structured data productions by **December 11, 2026**.
3. Depositions of third parties shall be completed by **April 30, 2027**.
4. Contention interrogatories shall not be served before **April 28, 2027**, and no later than **May 12, 2027**, unless otherwise permitted by the Court. Responses to contention interrogatories shall be served on or before **June 11, 2027**. If a response to a contention interrogatory or portion thereof calls for expert opinion to be addressed in expert discovery, the response to

that contention interrogatory or portion thereof shall be served on or before **November 19, 2027**.

**5.** Fact discovery is extended through **May 28, 2027**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

**6.** All affirmative expert reports shall be delivered by **July 2, 2027**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

**7.** All responding expert reports shall be delivered by **August 16, 2027**. Any such report shall comport with the form and content requirements referenced above.

**8.** All reply expert reports shall be delivered by **September 13, 2027**.

**9.** Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **November 5, 2027**.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge