# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, et al.<br><br>Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-04055 (JXN)(LDW)<br><br>**ORDER GRANTING THE APPLICATION FOR *PRO HAC VICE* ADMISSION OF ELLISON A. SNIDER** |

THIS MATTER having been brought before the Court by Dughi, Hewit & Domalewski, P.C., counsel for Non-Party PayPal, Inc. ("PayPal") in the above-captioned matter, for an Order permitting Ellison A. Snider to appear and participate *pro hac vice* in this matter on behalf of PayPal; and Counsel for Plaintiffs and Defendant having consented to this application; and the Court having considered all papers filed in support of said application, and for good cause having been shown pursuant to Local Civil Rule 101.1(c).

IT IS on this 13th day of November, 2026,

**ORDERED** as follows:

1. PayPal's application for the *pro hac vice* admission of Ellison A. Snider is hereby GRANTED;

2. Ellison A. Snider is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing PayPal in this matter;

3. Ellison A. Snider shall abide by the disciplinary rules of this Court;

4. Ellison A. Snider shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days from the date of entry of this Order, for the duration of time that she serves as counsel pro hac vice in this matter;

5. Ellison A. Snider shall make a payment of $250.00 pursuant to Civil Local Rule 101.1(c)(3) payable to the Clerk, U.S. District Court;

6. Ellison A. Snider shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Craig A. Domalewski, Esq., or by such other member of the bar of this Court who has or may appear as the attorney of record in this matter for Non-Party PayPal, pursuant to Local Civil Rule 101.1(c)(3), who shall be held responsible for the conduct of this Action, and who shall be present for all appearances before the Court unless otherwise excused by the Court.

Leda Dunn Wettre

HONORABLE LEDA D. WETTRE
United States Magistrate Judge