**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 5th Street, N.W.*
*Washington, DC 20530*

November 17, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW)**
**Notice of Resolution of Impasses re Plaintiffs' RFP Nos. 26 and 62**

Dear Judge Wettre:

The Parties are writing jointly to notify the Court that they have resolved the discovery disputes referenced in their Joint Notices of Impasse in connection with Apple's responses to Requests for Production 26 (ECF 570) and 62 (ECF 573). Accordingly, Apple and Plaintiffs respectfully withdraw the Notices (ECF Nos. 570, 573) and Plaintiffs' letter briefs and supporting materials related to these impasses (ECF Nos. 605, 606), which were originally filed under seal, from the docket.

Respectfully submitted,

*<u>/s/ Silvia Dominguez-Reese</u>*
Silvia Dominguez-Reese
Trial Attorney
United States Department of Justice
450 5th Street, N.W.
Washington, DC 20530
Telephone: (202) 805-8566
Email: Silvia.Dominguez-Reese2@usdoj.gov

*<u>/s/ Liza M. Walsh</u>*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100
Email: lwalsh@walsh.law
Email: darpert@walsh.law

Curtis Strong
Trial Attorney
United States Department of Justice
450 5th Street, N.W.
Washington, DC 20530
Telephone: 202-598-2735
Email: Curtis.Strong@usdoj.gov

Aaron M. Sheanin
Civil Assistant Chief, San Francisco Office
United States Department of Justice
450 Golden Gate Avenue, Suite 10-0101
San Francisco, CA 94102
Telephone: (202) 709-1490
Email: aaron.sheanin@usdoj.gov

JENNIFER DAVENPORT
Attorney General of New Jersey

*/s/ David H. Reichenberg*
David H. Reichenberg
Section Chief, Antitrust
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Email: David.reichenberg@law.njoag.gov

*Attorney for Plaintiff State of New Jersey, Arizona, California, Washington D.C., Connecticut, Indiana, Maine, Massachusetts, Michigan, Minnesota, Nevada, New Hampshire, New York, North Dakota, Oklahoma, Oregon, Tennessee, Vermont, Washington, and Wisconsin*

Craig S. Primis, P.C.
K. Winn Allen, P.C.
Tracie Bryant, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
Email: craig.primis@kirkland.com
Email: winn.allen@kirkland.com
Email: tracie.bryant@kirkland.com

Devora W. Allon, P.C.
Alexia R. Brancato, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Email: devora.allon@kirkland.com
Email: alexia.brancato@kirkland.com

*Attorneys for Defendant Apple Inc.*