WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 17, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW): Joint Request to Extend Briefing Deadlines**

Dear Judge Wettre:

This firm, together with Debevoise & Plimpton LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Cuneo Gilbert Flannery & LaDuca, LLP represents non-party Playco Global Inc. ("Playco").

Apple and Playco submitted a Joint Notice of Impasse regarding Playco's response to Apple's document subpoena under Federal Rule of Civil Procedure 45. *See United States of America, et al. v. Apple Inc.*, ECF No. 589. On November 12, the Court determined that Apple and Playco are at an impasse regarding Playco's assertion of First Amendment privilege in response to Apple's RFP 27. Under the briefing schedule set by the Special Master Appointment Order, Apple's opening letter brief is currently due on November 19, 2026.

Apple and Playco respectfully request that the Court enter a modified briefing schedule on this impasse pursuant to paragraph 5(d) of the Special Master Appointment Order. In light of the intervening holiday, Apple and Playco request that Apple's letter brief be due on December 10, 2026, and Playco's response be due on December 17, 2026.

If this meets with Your Honor's approval, we respectfully request you "so order" this letter and enter it on the docket. Thank you as always for Your Honor's attention to these matters.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED: 11/18/2026**

Hon. Leda D. Wettre, U.S.M.J.