WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 19, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW); *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113 (JXN-LDW): Joint Request to Extend Briefing Deadlines**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Vinson & Elkins LLP represents non-party Samsung Electronics America ("SEA"). On November 10, the Court ruled that the parties are at impasse on five issues, and granted the parties an expanded briefing page limit of 12 pages. Government Action Dkt. 600, MDL Action Dkt. 456; *see* Government Action Dkt. 593 and MDL Action Dkt. 446 (joint notices of impasse).

In light of the upcoming holiday and the nature of the disputes at issue, Apple and SEA together respectfully request that Apple's letter brief be due on December 2, 2026, and Samsung's response be due on December 21, 2026.

Should the above schedule meet with Your Honor's approval, we respectfully request this letter be "so ordered" and entered on the docket. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED. 11/20/2026**

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.