WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 20, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
Peter F. Bariso, Jr., A.J.S.C. (ret.)
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.,* No. 2:24-cv-04055 (JXN-LDW): Joint Notice of Resolution**

Dear Judge Wettre and Judge Bariso:

This firm, together with Kirkland & Ellis LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Hueston Hennigan LLP and Chiesa Shahinian & Giantomasi PC represent non-party Match Group, Inc. ("MGI"). Apple and MGI have resolved the discovery dispute referenced in their Joint Notice of Impasse (the "Notice") regarding Apple's document subpoena under Federal Rule of Civil Procedure 45. ECF No. 495. Accordingly, Apple and MGI respectfully withdraw the Notice from the docket. We thank Judge Bariso for his assistance related to this dispute and, as always, we thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)