**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No.<br><br>24-4055 (JXN) (LDW)<br><br>**ORDER** |

In accordance with the June 18, 2026 and October 20, 2026 Special Master Appointment Orders (ECF 455, 564),

**IT IS** on this day, November 23, 2026, **ORDERED** that:

1. The dispute concerning the United States' search protocol (ECF 603, 632) is referred to Special Master Peter F. Bariso, Jr.
2. The dispute concerning the Plaintiff-States' search protocol (ECF 601, 625) is referred to Special Master Peter F. Bariso, Jr.
3. The dispute concerning Apple's response to Plaintiffs' RFP No. 30 (ECF 607, 626) is referred to Special Master Michael A. Hammer.
4. The dispute concerning Apple's response to Plaintiffs' RFP Nos. 44-46, 55 and 56 (ECF 610, 627) is referred to Special Master Jose L. Linares.
5. The dispute concerning Apple's response to Plaintiffs' RFP 75 (ECF 608, 629) is referred to Special Master Jose L. Linares.

6. The dispute concerning Apple's response to Plaintiffs' RFP Nos. 26, 61-63 and Interrogatory No. 3 (ECF 604, 630) is referred to Special Master Michael A. Hammer.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge