WALSH
PIZZI
O'REILLY

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 23, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.***
**Civil Action No.: 2:24-cv-04055 (JXN-LDW)**

Dear Judge Wettre:

This firm, together with Kirkland and Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). We write on behalf of all parties in the above-captioned matter to respectfully request that the Court grant the parties leave to file a joint omnibus motion to seal covering the notices of impasse and the related briefings that were filed under seal (D.E. 570, 573, 601, 603-610, 625-627, 629-630, and 632), and any forthcoming submissions on the respective issues.

To avoid burdening the Court and parties with multiple joint motions to seal the above materials and in view of the end of year holidays, the parties have agreed—subject to the Court's approval—to file an omnibus motion to seal this related material, together with the redacted versions of all submissions related to the sealing motion, by January 7, 2027. The parties respectfully submit that filing an omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues, and will avoid excessive and duplicative sealing motion practice.

If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED.

_________________________________
Hon. Leda D. Wettre, U.S.M.J.